E-FILED
Tuesday, 30 August, 2016 08:50:51 AM
Clerk, U.S. District Court, ILCD

CHICAGO DISTRICT OFFICE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
500 WEST MADISON STREET, SUITE 2000
CHICAGO, ILLINOIS 60661

OFFICIAL BUSINESS




Edith McCurry
c/o Jordan T. Hoffman, Esq.
Attorney at Law
11528 S. Halsted
Chicago, IL 60628

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: Edith McCurry
c/o Jordan T. Hoffman, Esq.
Attorney at Law
11528 S. Halsted
Chicago, IL 60628

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

[ ] On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2015-01135 | Daniel Lim, State & Local Coordinator | (312) 869-8082 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Julianne Bowman/kt

Julianne Bowman,
District Director

May 23, 2016
*(Date Mailed)*

Enclosures(s)

cc:

KENCO LOGISTICS SERVICES, LLC
c/o Jay Elliott
Vice President of Legal
2001 Riverside Drive
Chattanooga, TN 37406

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form.<br>#15W0112.05 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2015CA1804 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | | TELEPHONE NUMBER (include area code) |
|---|---|---|
| EDITH MCCURRY | | (815) 735-4281 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 6239 S. 13110 E Road | Pembroke, IL 60958 | M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE NUMBER (include area code) |
|---|---|---|
| MARS KENCO | 15+ | (815) 468-9999 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 1125 W. Sycamore | Manteno, IL 60950 | KANKAKEE |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Age Race Sex | November 2014<br>☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

**<u>SEE ATTACHED</u>**

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

EEO-5 FORM (Rev. 1/12-INT)




STATE OF ILLINOIS
ILLINOIS DEPARTMENT OF HUMAN RIGHTS
15W0112.05

CHICAGO OFFICE
DEPARTMENT OF HUMAN RIGHTS
100 W. RANDOLPH ST., SUITE 10-100
CHICAGO, ILLINOIS 60601
(312) 814-6200
(217) 785-5125 TTY

SPRINGFIELD OFFICE
DEPARTMENT OF HUMAN RIGHTS
222 S. COLLEGE, ROOM 101
SPRINGFIELD, ILLINOIS 62704
(217) 785-5100
(217) 785-5125 TTY

Dept. of Human Rights
SWITCHBOARD
JAN 07 2015
RECEIVED
By:

CHARGE NO: 2015CA1904
CHARGE OF DISCRIMINATION

COMPLAINANT

Name Edith McCurry
Address 6239 S 13110 E Rd
City, State, ZIP Pembroke township IL 60958
Telephone Number 815-735-4281

I believe that I have been personally aggrieved by a civil rights violation committed on (date/s of harm: See attached ), by: See attached

RESPONDENT

Name Mars/Kenco
Address 1125 W Sycamore
County Kankakee
City, State, ZIP Manteno IL 60950
Telephone Number 815-468-9999.

The particulars of the alleged civil rights violation are as follows:

SEE ATTACHED

I, Rev Edith McCurry on oath or affirmation state that I am the Complainant herein, that I have read the foregoing charge and know the contents thereof, and that the same is true and correct to the best of my knowledge.

X Edith McCurry 1/7/15
Complainant's Signature and Date

Subscribed and Sworn to

Before me this 7th day

of January, 2015.

Notary Public Signature

OFFICIAL SEAL
RAQUEL C GUERRA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/07/16

Notary Stamp

IDHR FORM #6
Rev. 2/09/INT.




## Issue/Basis

**Age-Over 40 Comparable-Lori Varvel**
**Race-Black (Comparable-Valerie Lillie and Lori Varvel)**
**Sex-Female Comparable Len Szplett**

## Unequal Terms and Conditions of Employment, Discrimination and Harassment

**Prima Fascia Allegation**

Subsequently, after participating in the initial fact finding conference, I began to be subjugated to greater workloads and impossible deadlines by Kelvin Walsh to date. I was also being pressured by Valerie Lillie to change my job description/title from HR Administrator to something else and with that I would report directly to Kelvin Walsh instead of Len Szplett. No one else has been subject to having their job description/title changed; despite continuing to perform said duties.

On or about Mid-August early September, I began receiving sent emails from corporate saying that I never get payroll in on time. The clock malfunctions and does not accurately record time; this has been reported regularly. It must all be manually fixed. Payroll ends within (5) hours of it being due and because of the clock and manual punches from the employees; it is generally impossible to meet this stringent deadline.

On or about November 10, 2014, the company hired a HR Manager, Lori Varvel; on or about November 21, 2014 she gave me a paper saying that I would no longer have certain responsibilities and that I would not get OT. She told me I needed to sign it. Lori said it was not a punishment, I specially stated that I thought that it was punishment. The paper specifically stated that, if I failed to adhere to the terms and conditions, I would be subject to further disciplinary action up to and including termination. I signed the paper and made comments on my perception of the paper and what it meant.

A few days later, on or about November 24, 2014, I asked her for employment verification of the hours to be worked and she refused because I would not tell her what it was for, outside of it being for a personal matter. I referred to the paper I signed stating that the in fact the paper stated the same thing I was asking for and she said that it was not meant to be a legal document although we both signed it. I asked the GM Mario Lopez he refused. I asked Tammi and Bobby and no one has acknowledged my request. The company was on notice from the IRS and they were aware of the situation of my garnished wages.

I am paid significantly less (hourly) than Len who does the same job as myself and we have the same exact credentials. We perform different aspects of the same job function. I am paid not in accordance with the job function or title. In addition, I have all kinds of other tasks that have been assigned to me outside of my job function on an ongoing and regular basis to date by senior management. I have been here over 15 years and have been treated disparagingly, disparately, retaliated against, humiliated, intimidated, pressured, subjected to watching employees being terminated when disparaging situations arose and reported to the previous and immediate management of the Mars Manteno Facility.




On or about December 19, 2014, I was accused of falsifying a document by Lori Varvel and Mario Lopez. I was written up for signing out at 5:00 pm and leaving at 6:39 pm. I was also told by Lori that it was against the law to volunteer your time to a company and not be paid. I was forced to sign the piece of paper immediately and I was not allowed to adequately review the document and comment. I was not even aware that I would be getting a write up on the matter. Moreover, the paper suggested that I worked overtime without approval. My shift should ends at 5:00 pm; therefore, if I clocked at 5:00 overtime would not come into play. I also asked to see the clock video footage showing that I had not swiped out because the clock malfunctions and does not record time accurately. After requesting on numerous occasions to see this video footage, I was not allowed to see the video footage.

## Issue/Basis

**Age-Over 40** Comparable-Lori Varvel
**Race-Black** (Comparable-Valerie Lillie and Lori Varvel)
**Sex-Female Comparable Len Szplett**

## Failure to Promote

**Prima Fascia Allegation**

On or about November 2014, I was not offered a promotional position to HR Manager, despite serving in the HR Administrators role for more than 15 years and being educationally equipped. I had an excellent performance review.

## Issue/Basis

**Age-Over 40** Comparable-Lori Varvel
**Race-Black** (Comparable-Valerie Lillie and Lori Varvel)
**Sex-Female Comparable Len Szplett**

## Demotion and Harassment

**Prima Fascia Allegation**

In addition, the paper also stated that I was a HR Clerk, as opposed to my job description of HR Administrator. It also stated that I would again be subject to further disciplinary action up to and including termination. Lori also said that if they wanted to get rid of her they were already skipping steps on people and could have done that to me.

## Issue/Basis

**Age-Over 40** Comparable-Lori Varvel
**Race-Black** (Comparable-Valerie Lillie and Lori Varvel)
**Sex-Female Comparable Len Szplett**




## Unequal Terms and Conditions of Employment, Harassment, and Discrimination

**Prima Fascia Allegation**

Furthermore, it is not a typical practice to review the video footage when employees miss a punch. I have never done this to affirm or deny employee's time and to the best of my knowledge Lori and Mario have not done so for any other employee.

a. Similarly situated non-black employees were not treated in this manner
b. Similarly situated male employees were not treated in this manner
c. The harassment and discrimination followed the complaint to corporate and HR within such a period of time as to raise an inference of retaliatory motivation.

## Issue/Basis

**Age-Over 40** Comparable-Lori Varvel
**Race-Black** (Comparable-Valerie Lillie and Lori Varvel)
**Sex-Female Comparable Len Szplett or any other employee who missed a punch**

## Retaliation

**Prima Fascia Allegation**

Subsequently, after participating in the initial fact finding conference, I began to be subjugated to greater workloads and impossible deadlines by Kelvin Walsh to date. I was also being pressured by Valerie Lillie to change my job description/title from HR Administrator to something else and with that I would report directly to Kelvin Walsh instead of Len Szplett. No one else has been subject to having their job description/title changed; despite continuing to perform said duties.

On or about Mid-August early September, I began receiving sent emails from corporate saying that I never get payroll in on time. The clock malfunctions and does not accurately record time; this has been reported regularly. It must all be manually fixed. Payroll ends within (5) hours of it being due and because of the clock and manual punches from the employees; it is generally impossible to meet this stringent deadline.

On or about November 2014, I was not offered a promotional position to HR Manager, despite serving in the HR Administrators role for more than 15 years and being educationally equipped. I had an excellent performance review.

On or about November 10, 2014, the company hired a HR Manager, Lori Varvel; on or about November 21, 2014 she gave me a paper saying that I would no longer have certain responsibilities and that I would not get OT. She told me I needed to sign it. Lori said it was not a punishment, I specially stated that I thought that it was punishment. The paper specifically stated that, if I failed to adhere to the terms and conditions, I would be subject to further disciplinary action up to and including termination. I signed the paper and made comments on my perception of the paper and what it meant.





A few days later, on or about November 24, 2014, I asked her for employment verification of the hours to be worked and she refused because I would not tell her what it was for, outside of it being for a personal matter. I referred to the paper I signed stating that the in fact the paper stated the same thing I was asking for and she said that it was not meant to be a legal document although we both signed it. I asked the GM Mario Lopez he refused. I asked Tammi and Bobby and no one has acknowledged my request. The company was on notice from the IRS and they were aware of the situation of my garnished wages.

On or about December 19, 2014, I was accused of falsifying a document by Lori Varvel and Mario Lopez. I was written up for signing out at 5:00 pm and leaving at 6:39 pm. I was also told by Lori that it was against the law to volunteer your time to a company and not be paid. I was forced to sign the piece of paper immediately and I was not allowed to adequately review the document and comment. I was not even aware that I would be getting a write up on the matter. Moreover, the paper suggested that I worked overtime without approval. My shift should ends at 5:00 pm; therefore, if I clocked at 5:00 overtime would not come into play. I also asked to see the clock video footage showing that I had not swiped out because the clock malfunctions and does not record time accurately. After requesting on numerous occasions to see this video footage, I was not allowed to see the video footage.

In addition, the paper also stated that I was a HR Clerk, a mischaracterization of my job, as opposed to my job description of HR Administrator. It also stated that I would again be subject to further disciplinary action up to and including termination. Lori also said that if they wanted to get rid of her they were already skipping steps on people and could have done that to me.

Furthermore, it is not a typical practice to review the video footage when employees miss a punch. I have never done this to affirm or deny employee's time and to the best of my knowledge Lori and Mario have not done so for any other employee.

I have been subjected to the misuse, abuse and application of company policy for intimidation, harassment, bullying, retaliation, threat to personal standing and mired of other adverse employment decisions.

a. Similarly situated non-black employees were not treated in this manner
b. Similarly situated male employees were not treated in this manner
c. The harassment and discrimination followed the complaint to corporate and HR within such a period of time as to raise an inference of retaliatory motivation.

## Issue/Basis

***Age-Over 40*** Comparable-Lori Varvel
**Race-Black** (Comparable-Valerie Lillie and Lori Varvel)
**Sex-Female Comparable Len Szplett**





## Coercion

**Prima Fascia Allegation**

a. On or about November 10, 2014, the company hired a HR Manager, Lori Varvel; on or about November 21, 2014 she gave me a paper saying that I would no longer have certain responsibilities and that I would not get OT. She told me I needed to sign it. Lori said it was not a punishment, I specially stated that I thought that it was punishment. The paper specifically stated that, if I failed to adhere to the terms and conditions, I would be subject to further disciplinary action up to and including termination. I signed the paper and made comments on my perception of the paper and what it meant.

b. On or about December 19, 2014, I was accused of falsifying a document by Lori Varvel and Mario Lopez. I was written up for signing out at 5:00 pm and leaving at 6:39 pm. I was also told by Lori that it was against the law to volunteer your time to a company and not be paid. I was forced to sign the piece of paper immediately and I was not allowed to adequately review the document and comment. I was not even aware that I would be getting a write up on the matter. Moreover, the paper suggested that I worked overtime without approval. My shift should ends at 5:00 pm; therefore, if I clocked at 5:00 overtime would not come into play. I also asked to see the clock video footage showing that I had not swiped out because the clock malfunctions and does not record time accurately. After requesting on numerous occasions to see this video footage, I was not allowed to see the video footage.

c. From April 2013 to date, I have been coerced into defrauding employees out of time owed for hours work because of a malfunctioned clock that has yet to be fixed.

d. From April 2013 to date, I have been coerced into submitting inaccurate time sheets for employees for hours work because of a malfunctioned clock that has yet to be fixed.

e. On or about October 2014, I have been coerced not to remit monies due to employees because the company has not investigated and resolved disputed hours.

f. On or about November 21, 2014, I was coerced and forced to work in a position with less responsibilities outside of my assigned position as the HR Administrator to remain employed at the company.

g. On or about November 21, 2014, I complained to site management and HR for being intimidated, punished and forced to have to work in a position outside of my assigned position to remain employed at the company.

## Issue/Basis

**Age-Over 40** Comparable-Lori Varvel
**Race-Black** (Comparable-Valerie Lillie and Lori Varvel)
**Sex-Female Comparable Len Szplett**

## Aiding and abetting




**Prima Fascia Allegation**

a. On or about August 2013 to date I have involuntarily aided and abetted the company in violation of employees constitutional rights to not be treated differently, disparagingly, or biasly regarding their fundamental protected rights of not being able to return to employees to work with reasonable accommodations, mischaracterizing my statements of accounts of situations regarding disparate, disparaging, violent, and discriminant incidents occurring in the work place that creates a hostile and animus work environment.

   For example:

   a. Regarding Mary Madison-
      i. Stating that I was instructed to do nothing by her.
      ii. That I was a HR Clerk
   b. Regarding Jacque Morrison
      i. Reporting of injury
      ii. Termination
   c. Nathan Doss
      i. Drug test
      ii. Pay disparity
      iii. Suspension(s)
      iv. Various other incidents
   d. Vernon Henry
      i. Reporting of Racial Slurs and epithets towards Vernon from Pete
      ii. Vernon not being interviewed for jobs
      iii. Pete trying to kill Vernon
      iv. Denial of unemployment
   e. Scot Marksteiner
      i. Retraction of employee of the month
      ii. Job threatened
      iii. Suspension
      iv. Drug test
      v. Indefinite Suspension
   f. Morris Tyson
      i. Failure to return to work ADA

b. On or about November 2013 to date, I have been mischaracterized by the company as other than an HR Administrator for the sole purpose to relieve the company of any liability for employment discrimination that violate employees, including my own, fundamental constitutional rights to not be treated differently or marginalized to achieve illicit, illegal and negative actions towards employees.

c. On or about December 2013-to date, I have involuntarily aided and abetted the company in violation of African American employees constitutional rights to not be treated differently, disparagingly, or biasly regarding their fundamental protected rights of not being paid disparately or differently than those non-blacks performing the same duties and tasks, subjecting them to unfavorable shift changes, terms and conditions of employment and other fringe benefits offered to non-blacks, such as but not limited to access to overtime.




## Issue/Basis

**Age-Over 40 Comparable-Lori Varvel**
**Race-Black (Comparable-Valerie Lillie and Lori Varvel)**
**Sex-Female Comparable Len Szplett**

## Willful Interference

**Prima Fascia Allegation**

a. Intentional and willful interference of job duties and obligations as HR Administrator in the opposition of disparate and disparaging treatment and impact of employees, especially African American's.
b. Intentional and willful interference of the obligations as HR Administrator to oppose the impeding and obstruction of justice to governmental regulatory agencies, such as but not limited to OSHA and the Department of Human Rights.
c. Intentional and willful interference of job duties and obligations as HR Administrator regarding correction of payroll issues, including hours worked and paid.

## Issue/Basis

**Age-Over 40 Comparable-Lori Varvel**
**Race-Black (Comparable-Valerie Lillie and Lori Varvel)**
**Sex-Female Comparable Len Szplett**

## Conspiracy

**Prima Fascia Allegation**

a. On or about August 2013 to date I have involuntarily aided and abetted the company in violation of employees constitutional rights to not be treated differently, disparagingly, or biasly regarding their fundamental protected rights of not being able to return to employees to work with reasonable accommodations, mischaracterizing my statements of accounts of situations regarding disparate, disparaging, violent, and discriminant incidents occurring in the work place that creates a hostile and animus work environment.

   For example:
   a. Regarding Mary Madison-
      i. Stating that I was instructed to do nothing by her.
      ii. That I was a HR Clerk
   b. Regarding Jacque Morrison
      i. Reporting of injury
      ii. Termination
   c. Nathan Doss




i. Drug test
ii. Pay disparity
iii. Suspension(s)
iv. Various other incidents

d. Vernon Henry
   i. Reporting of Racial Slurs and epithets towards Vernon from Pete
   ii. Vernon not being interviewed for jobs
   iii. Pete trying to kill Vernon
   iv. Denial of unemployment

e. Scot Marksteiner
   i. Retraction of employee of the month
   ii. Job threatened
   iii. Suspension
   iv. Drug test
   v. Indefinite Suspension

f. Morris Tyson
   i. Failure to return to work ADA

b. On or about November 2013 to date, I have been mischaracterized by the company as other than an HR Administrator for the sole purpose to relieve the company of any liability for employment discrimination that violate employees, including my own, fundamental constitutional rights to not be treated differently or marginalized to achieve illicit, illegal and negative actions towards employees.

c. On or about December 2013-to date, I have involuntarily aided and abetted the company in the conspiracy of the violation of African American employees constitutional rights to not be treated differently, disparagingly, or biasly regarding their fundamental protected rights of not being paid disparately or differently than those non-blacks performing the same duties and tasks, subjecting them to unfavorable shift changes, terms and conditions of employment and other fringe benefits offered to non-blacks, such as but not limited to access to overtime.

a. On or about August 26, 2014-to date, I have involuntarily aided and abetted the company in the conspiracy of against the violation of employees constitutional rights to not be treated differently, disparagingly, or biasly regarding employees fundamental protected rights of being free from a hostile work environment, harassment, nepotism, favoritism, racism, being subjugated to harsher and more strenuous work assignments, less pay and less hours afforded to be worked. For example, Karl Metke and others were hired given more favorable shifts, more pay, and assigned to the job of a spotter in which they were hired for. Nathan Doss was paid less than the prevailing rate for the Lead position than external candidates with less experience and seniority. Mike Manzello reported directly to Kelvin Walsh, then David Jabaly, and lastly Mario Lopez.

## Issue/Basis

**Age-Over 40-** Comparable-Lori Varvel
**Race-Black** (Comparable-Valerie Lillie and Lori Varvel)
**Sex-Female Comparable Len Szplett**





## Hostile Work Environment

**Prima Fascia Allegation**

a. On or about June 2013-to date, misuse of nepotism and favoritism. For example, Karl Meyer, Mark Baker, & Tina Harris were given reasonable accommodations to return to work after an injury. Service Master was given opportunities and plans of action for compliance as opposed to information being withheld from Mary Madison. William Schwerin's grandson was to replace Jacque Morrison.

b. From inception of the Manteno facility -to date, employees are badgered, intimidated, harassed bullied, exposed to adverse employment decisions. For example, Karl Metke and other non-black hires were hired during my tenure and my return to work after being released for full duty were paid more in wages, given more favorable shifts and more working hours and overtime than African American employees. Stephanie Dumas was hired recently as a lead and did not meet qualifications for such; she was allowed to work first shift only, she was paid more than African American leads, such as Nathan Doss who had been promoted before her hire.

c. On or about August 26, 2013-to date, African Americans were being subjugated to less favorable work assignments, shifts and pay than other non-blacks and new non-black hires creates a hostile and racially animus charged work environment.

d. They publicly humiliate and reprimand employees, especially African American's on an ongoing and regular basis.

e. They more than often times make examples of African American employees for less stringent offenses, as well as, those who oppose such treatment and associate with African Americans or those that oppose such treatment.

f. Mischaracterization of incidents and events with the intent to incite divisive and chaotic relationships amongst employees and management.

g. Making adverse decision to subjugate disparate treatment and impact, harass, and intimidate employees because of waging complaints of, nepotism, favoritism, racism, intimidation, hostile work environment, harassment, coercion, harder work assignments, less pay and humiliation.

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

## PRIVATE SUIT RIGHTS

The issuance of this ***Notice of Right to Sue*** or ***Dismissal and Notice of Rights*** ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf; your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

**IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.**

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, ~~probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the~~ State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

## ATTORNEY REPRESENTATION

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

## DESTRUCTION OF FILE

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

**IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.**

# INFORMATION ON WHERE TO FILE SUIT

You have been notified of your right to sue in Federal District Court. Suit is ordinarily filed in the District having jurisdiction of the county in which the employer, against whom you filed a Charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.

U.S. DISTRICT COURT
Northern District of Illinois
**Eastern Division at Chicago**
219 South Dearborn Street
Chicago, IL 60604
312-435-5670

| Counties | |
|---|---|
| Cook | Kendall |
| DuPage | Lake |
| Grundy | LaSalle |
| Kane | Will |

U.S. DISTRICT COURT
Central District of Illinois
**Urbana Division**
201 South Vine
Urbana, IL 61801
217-373-5830

| Counties | |
|---|---|
| Champaign | Kankakee |
| Coles | Macon |
| Douglas | Moultrie |
| Edgar | Piatt |
| Ford | Vermillion |
| Iroquois | |

U.S. DISTRICT COURT
Northern District of Illinois
**Western Division at Rockford**
211 South Court Street
Federal Building
Rockford, IL 61101
815-987-4355

| Counties | |
|---|---|
| Boone | McHenry |
| Carroll | Ogle |
| DeKalb | Stephenson |
| JoDaviess | Whiteside |
| Lee | Winnebago |

**Peoria Division**

100 N.E. Monroe Street
135 Federal Building
Peoria, IL 61602
309-671-7117

| Counties | |
|---|---|
| Bureau | McLean |
| Fulton | Peoria |
| Hancock | Putnam |
| Knox | Stark |
| Livingston | Tazewell |
| Marshall | Woodford |
| McDonough | |

U.S. DISTRICT COURT
**Southern District of Illinois**
750 Missouri Avenue
East St. Louis, IL 62201
618-482-0671

*and*

301 Main Street
Benton, IL 62812
618-438-0671

| Counties | |
|---|---|
| Alexander | Johnson |
| Bond | Lawrence |
| Calhoun | Madison |
| Clark | Marion |
| Clinton | Monroe |
| Crawford | Perry |
| Cumberland | Pope |
| Edwards | Pulaski |
| Effingham | Randolph |
| Fayette | Richland |
| Franklin | St. Clair |
| Gallatin | Saline |
| Hamilton | Union |
| Hardin | Wabash |
| Jackson | Washington |
| Jasper | Wayne |
| Jefferson | White |
| Jersey | Williamson |

**Rock Island Division**
211 19th Street
Rock Island, IL 61201
309-793-5778

| Counties | |
|---|---|
| Henderson | Rock Island |
| Henry | Warren |
| Mercer | |

**Springfield Division**
600 East Monroe Street
Springfield, IL 62701
217-492-4020

| *Counties* | |
|---|---|
| Adams | Logan |
| Brown | Macoupin |
| Cass | Mason |
| Christian | Menard |
| DeWitt | Montgomery |
| Green | Morgan |
| Pike | Schuyler |
| Shelby | |