IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Edith McCurry,<br><br>　　　　　　　Plaintiff<br><br>　　v.<br><br>Kenco Logistic Services, LLC, a Tennessee Limited Liability Company, Mars, Inc., Kelvin Walsh, Mike Manzello, David Jabaley, Tammi Fowler and Mario Lopez,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-02273-CSB-EIL<br><br>Judge Colin Stirling Bruce<br><br>Magistrate Judge Eric I. Long |

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, Kenco Logistic Services, LLC ("Kenco"), Kelvin Walsh, Mike Manzello, David Jabaley, Tammi Fowler and Mario Lopez, by and through their attorneys, Jody Wilner Moran and Julia Pearce Argentieri of Jackson Lewis, P.C., hereby move for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint pursuant to Fed. R. Civ. Pro. 6(b). In support thereof, Defendants state as follows:

　　1.　　Plaintiff Edith McCurry filed an employment discrimination complaint against Defendants alleging a variety of claims.

　　2.　　Defendant Walsh received and returned a waiver of service to the Court and Walsh's responsive pleading is currently due on November 14, 2016.

　　3.　　A copy of the waiver, indicating that Walsh's responsive pleading is due 60 days from September 15, 2016 is attached as *Exhibit A*.

　　4.　　On information and belief some, but not all, of the other defendants have also been served. Defendants are willing to waive service for any of the additional Defendants who have not already been served.

5. Counsel for Defendants would prefer to file one responsive pleading on behalf of all Kenco defendants, including Kenco, Walsh, Manzello, Jabaley, Fowler and Lopez.

6. Counsel at Jackson Lewis, P.C., was just retained to represent Defendant on this matter and therefore requires time to thoroughly review the allegations in the complaint and complete a proper investigation of all facts alleged.

7. Due to counsel being just recently retained as well as the significant length of Plaintiff's complaint, and the efficiency of Defendants filing one responsive pleading rather than multiple similar responsive pleadings on different dates, Defendant has good cause for requesting a brief extension of time in order to perform a thorough inquiry into all statements contained in the complaint and formulate a unified response.

8. Accordingly, counsel for Defendants requests an extension until November 14, 2016 (the current date by which Walsh must answer or otherwise plead) for Defendants Kenco, Walsh, Manzello, Jabaley, Fowler and Lopez to answer or otherwise plead in order that Defendants may respond in a concise manner and avoid duplicative pleadings.

9. In accordance with Local Rule 6.1, Counsel for Defendant has contacted Plaintiff to discuss this request. Specifically, Counsel for Defendant called Plaintiff on September 28, 2016 and discussed the Motion with her over the telephone on multiple occasions and subsequently emailed a copy of the motion to Plaintiff. Defendant asked Plaintiff to respond on or before September 30, 2016 if she had any objection to the motion and Plaintiff did not respond or provide any objection.

10. This motion is being brought in good faith and for judicial economy to avoid the need for multiple responsive pleadings, and not for purposes of delay.

WHEREFORE, for all the reasons stated above, Defendants respectfully request that this Court grant Defendants' Unopposed Motion for Extension of time to Answer or Otherwise Plead to Plaintiff's Complaint and enter an order extending the deadline for Defendants: Kenco, Walsh, Jabaley, Manzello, Fowler, and Lopez to respond to the complaint until November 14, 2016.

Dated: October 10, 2016                    Respectfully submitted,

**KENCO LOGISTICS SERVICES, KELVIN WALSH, MIKE MANZELLO, MARIO LOPEZ, DAVID JABALEY, AND TAMMI FOWLER**

By:/s/ Jody Wilner Moran
       One of their Attorneys

Jody Wilner Moran
Julia P. Argentieri
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, Illinois  60601
Telephone: (312) 787-4949
Facsimile: (312) 787-4995
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

## CERTIFICATE OF SERVICE

I, Jody Wilner Moran, an attorney, hereby certify that on October 10, 2016, I electronically filed a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 6(b)** with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing has been served by U.S. mail, postage prepaid to the following non-ECF participant:

    Edit McCurry
    6239 S. 13110 East Road
    Pembroke Township, IL 60958

        By: /s/ Jody Wilner Moran
            One of the Attorneys for the Defendants