IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Edith McCurry,<br><br>    Plaintiff<br><br>  v.<br><br>Kenco Logistic Services, LLC, a Tennessee Limited Liability Company, Mars, Inc., Kelvin Walsh, Mike Manzello, David Jabaley, Tammi Fowler and Mario Lopez,<br><br>    Defendants. | Case No. 2:16-cv-02273-CSB-EIL<br><br>Judge Colin Stirling Bruce<br><br>Magistrate Judge Eric I. Long |

**DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S
COMPLAINT PURSUANT TO FED. R. CIV. PRO. 12(b)(6)**

  Defendants, Kenco Logistic Services, LLC ("Kenco"), David Jabaley, Tammi Fowler, Mike Manzello, Mario Lopez and Kelvin Walsh, by and through counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves this Honorable Court to dismiss with prejudice portions of Plaintiff's Complaint and to dismiss the individually-named Defendants, as set forth in this Motion as well as the supporting Memorandum of Law. In support thereof, Defendants state as follows:

  1.  Defendants move to dismiss Plaintiff's claims of: conspiracy, willful interference, intentional infliction of emotional distress and aiding and abetting because these claims are barred by the Illinois Human Rights Act, and are not adequately pled.

  2.  Additionally, Plaintiff cannot state a claim of conspiracy against her employer and her employer's various agents, because such a claim is barred by the intra-corporate conspiracy doctrine, whether framed as a state law conspiracy claim or an attempt to turn her employment claim into conspiracy under 42 U.S.C. §1985(3).

3. Additionally, Defendants move to dismiss individual Defendants Tammi Fowler, Mike Manzello, Mario Lopez, David Jabaley and Kelvin Walsh, because these individuals were not named in the administrative charge and did not employ Plaintiff so they cannot be proper defendants in an employment discrimination lawsuit arising from claims under Title VII.

4. Defendants reference and incorporate all arguments contained in the Memorandum of Law as fully stated herein.

5. Taking all of Plaintiff's assertions as true, for purposes of a Motion to Dismiss pursuant to Fed. R. Civ. Pro. 12(b)(6), the claims of conspiracy, intentional infliction of emotional distress, willful interference and aiding and abetting fail and are barred from this lawsuit. In addition, the individual defendants Fowler, Manzello, Walsh, Jabaley, and Lopez did not employ defendant and cannot be accused of employment discrimination. As a result, the claims, and these defendants, should be dismissed with prejudice.

6. Due to the 77 pages and 386 paragraphs (in addition to many sub-paragraphs) in Plaintiff's Complaint, which are not separated into various counts, Defendant will await a ruling on this Partial Motion to Dismiss prior to filing an answer, in accordance with federal and local rules.

WHEREFORE, for all the reasons stated herein, as well as in Defendants' attached Memorandum of Law in support of this motion, Defendant respectfully requests that this Court grant Defendant's Motion to Partially Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and enter an order dismissing Plaintiff's claims of: conspiracy, willful interference, intentional infliction of emotional distress and aiding and abetting with prejudice because these claims are barred in the entirety, as well as dismissing individual defendants Fowler, Walsh, Manzello, Jabaley and Lopez and granting such further relief as this Court deems proper.

Dated: November 14, 2016

Respectfully submitted,
**KENCO LOGSITICS SERVICES, LLC, DAVID JABALEY, MIKE MANZELLO, MARIO LOPEZ, TAMMI FOWLER AND KELVIN WALSH**

By: /s/ *Jody Wilner Moran*
    One of their Attorneys

Jody Wilner Moran
Julia P. Argentieri
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, Illinois  60601
Telephone: (312) 787-4949
Facsimile: (312) 787-4995
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

## CERTIFICATE OF SERVICE

    I, Jody W. Moran, an attorney, hereby certify that on November 14, 2016, I electronically filed a copy of the foregoing **DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing, and a copy was also mailed to:

> Edith McCurry (pro se)
> 6239 South 13110 East Road
> Pembroke Township, IL 60958

                              By: /s/ *Jody W. Moran*
                                   One of the Attorneys for the Defendants

4835-5424-4412, v. 1