E-FILED
Tuesday, 29 November, 2016  10:21:58 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED

NOV 2 9 2016

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | | |
|---|---|---|
| EDITH MCCURRY | ) | |
| | ) | |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CASE No.  16-cv-02273-CSB-EIL |
| | ) | |
| KENCO LOGISTIC SERVICES, LLC, et al. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANTS MOTION TO DISMISS

**NOW COMES** Plaintiff,  ("Plaintiff') pro se, and requests that she be allowed to extend the time to answer DEFENDANT's Motion to Dismiss and for her good cause shown in support of his motion Plaintiff states the following; THAT:

1. Plaintiff filed this matter to preserve her rights following the issuance of Right to Sue letter from the Equal Employment Opportunity Commission.

2. Plaintiff believes that all DEFENDANTS are liable.

3. DEFENDANT MARS INCORPORATED hired KENCO LOGISTIC SERVICES, LLC to manage its Mars-Manteno facility and its employees in 2013.

4. Plaintiff hereby requests and additional fourteen (14) days to answer Defendants Motions.

2

5. This motion is made in good faith and is not intended to unduly delay these proceedings and the relief requested would not cause any prejudice to Defendant, but if denied would greatly prejudice Plaintiff.

**WHEREFORE,** Plaintiff requests that this Honorable Court grant him leave for an extension of time to adequately answer DEFENDANT's Motion.

Respectfully submitted,

By: _Edith McCurry_
Pro Se
EDITH MCCURRY
6239 South 13110 East Rd.
Pembroke Township, IL 60958
815-735-4281

3

## CERTIFICATE OF SERVICE

Please take notice that on November 28, 2016, I, EDITH MCCURRY, hereby, certify that I did file a MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 16-cv-02273-CSB-EIL and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system.

Pro Se
EDITH MCCURRY
6239 South 13110 East Rd.
Pembroke Township, IL 60958
815-735-4281

1