# McCurry Exhibit A 12(b)6

Thursday, December 15, 2016   7:35 PM

Page 1 of 1

## McCurry, Edith

**From:** Karen Smith [ksmith@millermartin.com]
**Sent:** Friday, November 01, 2013 1:57 PM
**To:** McCurry, Edith
**Cc:** Walsh, Kelvin
**Subject:** Mary Madison/Kenco Logistics - Confidential - Privileged and/or Work Product

Edith:

As you may know, a former employee of Kenco's, Mary Madison, has filed a charge of discrimination against the company alleging that she was discriminated against because of her race and gender. She also alleges retaliation based on a complaint she claims to have made to you on June 25, 2013. This firm has been retained to represent Kenco in responding to Ms. Madison's allegations. To that end, would you have some time on Monday, November 4, 2013, to speak with me briefly about the charge? Kelvin Walsh has given me your contact information, and I am happy to give you a call at a time that is convenient for you. In the meantime, could you verify for me one way or another whether Ms. Madison ever lodged any type of complaint of discrimination with you on June 25 (or at any other time)?

Thank you, and I look forward to hearing from you.

Karen M. Smith
Miller & Martin PLLC

Suite 1000 Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402
Phone (423) 785-8209
Fax (423) 321-1565



 Please print responsibly.

**CONFIDENTIALITY NOTICE**
The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the addressee. If you are not the intended recipient, please be aware that any dissemination, distribution or copy of this e-mail is prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail and delete this message and any attachments. Thank you.

Please also advise us immediately if you or your employer does not consent to receipt of Internet e-mail for confidential messages of this kind.

**DISCLAIMER**
Pursuant to Circular 230 issued by the United States Treasury Department and relating to practice before the Internal Revenue Service, any comment or opinion in this communication relating to a federal tax issue is not intended to be used, and cannot be used, by a taxpayer for the purpose of avoiding tax-related penalties that may be imposed on the taxpayer.

11/1/2013