# McCurry Exhibit C 12(b)6

Thursday, December 15, 2016      7:32 PM



| Document Number: | Title: |
|---|---|
| CP-HR-1002 | Exempt Hiring Procedure |

| Revision Date: | Revision #: | Effective Date: |
|---|---|---|
| 10/30/14 | 01 | 11/15/14 |

| Approval: Author, Date |
|---|
| Marti Donovan  10-30-14 |

| Approval: QC, Date | Approval: Author Group, Date |
|---|---|
| *(signature)* 10-30-14 | *(signature)* 10-31-14 |

### PURPOSE

This document defines Kenco's procedure for posting, recruiting and filling exempt-level positions.

### SCOPE

This procedure applies to all Kenco facilities that hire exempt-level employees. This procedure does not apply to the hiring of non-exempt employees.

### DEFINITIONS

N/A

### PROCEDURE

1. **Roles and Responsibilities**
    a. **Executive Management** – perform approval authority duties for job openings and responsible for nominating candidates for Vice President levels and above.

    b. **CFO** – performs approval authority duties as described in this procedure.

    c. **Kenco Management Services (KMS) – Director of Recruiting and Development** – performs approval authority duties throughout the exempt hiring process and responsible for the overall implementation and enforcement of this policy for the company.

    d. **KMS – Human Resources (HR) Recruiting Assistant** – performs duties outlined in this procedure to assure sites are notified of exempt job openings and that the exempt hiring process is followed through successful placement of a candidate.

    e. **KMS – Human Resources Employee Relations (ER) Administrative Assistant** – enters all exempt level background investigations into the company approved vendor's system.

    f. **EmployBridge Search (EBS) Recruiter** – provides third party recruiting services.

    g. **Hiring Manager** – person responsible for hiring at the site and responsible for following the exempt hiring process outlined in this procedure.

    h. **Site Human Resources (HR) Administrator** – responsible for posting all internal openings at the site, scheduling interviews when necessary, and arranging pre-employment drug screens. In Canada, no drug screens will be performed.

    i. **Site Management** – responsible for the overall implementation and enforcement of this policy at their assigned site(s). Performs duties as described in this procedure.



| Document Number: | Rev # | Title: |
|---|---|---|
| CP-HR-1002 | 01 | Exempt Hiring Procedure |

    j. **All Kenco Employees** – abide by the procedures outlined when applying for an exempt level job posting.

2. The KMS-HR Recruiting Assistant is responsible for creating all exempt-level job postings.

3. Exempt employees must have twelve (12) months tenure in their current position to be considered for positions up to and including the Director level. Exceptions must be approved by the Group President or Senior Vice President and the Director of Recruiting and Development. Each employee's record will be reviewed for any disciplinary and attendance occurrences. Employee files must be free of any disciplinary action for six (6) months in order to be considered for new postings.

4. VP level and above positions will not be posted through the internal process. Those positions will be filled through nominations by VPs or above to be submitted to the Group President and CFO for final approval.

5. Non-exempt employees applying for an exempt level position must have six (6) months tenure in their current position. Each employee's record will be reviewed for any disciplinary and attendance occurrences. Employee files must be free of any disciplinary action for six (6) months in order to be considered for new postings.

6. All employees are required to notify their direct supervisor prior to applying for any exempt position. Employees may apply for one (1) open position at a time.

    a. If employees are interested in multiple openings, they must select only one (1).

    b. If an internal applicant is interested in a new posting, but has already applied for a different position, the applicant must notify the HR Recruiting Assistant as soon as possible in order to be removed from the first candidate pool. The applicant should then apply for the new posting per normal procedure through Kenco Connection.

    c. Immediately following receipt of an internal application, the HR Recruiting Assistant will send an email to the supervisor of the applicant to ensure he/she is aware that the employee applied for an internal job posting.

7. Posting Process

    a. The Hiring Manager will complete form *CP-HR-6.2.2.013-1 Exempt Job Posting Requisition Form*, obtain the required signatures, and submit the completed form along with a current job description to the HR Recruiting Assistant. Postings for both replacement and newly created positions must be approved by the Hiring Manager's immediate Supervisor/Manager, the Director or VP of Operations, and the CFO.
        i. All exempt job postings will be posted by the 2nd business day after the HR Recruiting Assistant receives the required documents.
        ii. For example: Job posting requests received by 5:00 p.m. on Monday will be posted by 5:00 p.m. on Wednesday of the same week; Job posting requests received by 5:00 p.m. on Wednesday will be posted by 5:00 p.m. on Friday of the same week.

    b. Internal recruiting methods include postings on KencoConnection and site HR communication boards.
        i. Internal job postings will remain posted for fourteen (14) consecutive calendar days.
        ii. Site HR Administrators must post internal postings on site communication boards within 24 hours of internal communication.
        iii. Positions that are posted internally <u>only</u>, Hiring Managers/Supervisors and/or Site HR Advocates are responsible for the hiring process, including screening resumes, scheduling all interviews, and communicating with applicants until the position is filled.



| Document Number: | Rev # | Title: |
|---|---|---|
| CP-HR-1002 | 01 | Exempt Hiring Procedure |

**NOTE:** PLXSG assists with internal postings only when the position is posted externally as well.

    c. External recruiting methods include postings on Kenco's public website and recruiting services provided by ProLogistix Search Group (PLXSG). External postings will remain open until the position is filled.

    d. The Hiring Manager will be contacted by the EBS Recruiter to schedule a job order call (JOC) within 24 hours of receiving a new job order from the HR Recruiting Assistant. The Kenco Hiring Manager must schedule the JOC within 24 hours of the opening of the order. PLXSG will not begin the recruitment process until the JOC has taken place.

8. Screening Process

    a. The HR Recruiting Assistant will screen the resumes of all internal applicants received during the fourteen (14) day posting period.
        i. The resumes of qualified internal applicants will be forwarded to the EBS Recruiter for additional screening.
        ii. All internal applicants who do not meet the job requirements at this step will be notified via email by the HR Recruiting Assistant.

    b. The PLXSG Recruiter will present three (3) to five (5) prescreened external candidates and any qualified internal candidates for the Hiring Manager's review within five (5) business days of the JOC.

    c. If the resumes submitted by the PLXSG Recruiter are unsatisfactory, the Hiring Manager must provide feedback to both the PLXSG Recruiter and the Director of Recruiting and Development within 24 hours. The PLXSG Recruiter will then work to supply additional candidates.

    d. At this time, if any internal candidates are unsatisfactory, the Hiring Manager should contact the General Manager at the site of each internal applicant to offer feedback on why they were not selected. The General Manager should then schedule a meeting with the internal applicant and his/her direct supervisor to provide appropriate feedback on career development. After this conversation has taken place, a notification email must be sent by the General Manager to Corporate HR at jobs@kencogroup.com as an accountability measure for appropriate follow up with all internal applicants. The General Manager must copy the internal applicant and his/her direct supervisor on this email.

    e. If internal applicants are selected to move forward, their direct supervisors must be notified at this step and throughout the rest of the application process.

9. Interviewing Process

    a. The PLXSG Recruiter will provide selected external applicants with a copy of *CP-HR-1002-2 Kenco Non-Driver Application* and will direct each applicant to forward the documents to the HR Recruiting Assistant prior to interview.

    b. The Hiring Manager is responsible for contacting the HR Recruiting Assistant and requesting background checks for final candidates. The HR Recruiting Assistant will give applications to the ER Administrative Assistant and will ensure each background check is processed. See *CP-HR-1026 Background Investigation Program* for further instructions.
        i. **Successful completion of a background check must occur before a candidate is asked to travel for an interview. This will eliminate the possibility of incurring travel expenses on a candidate who does not pass our background**



| Document Number: | Rev # | Title: |
|---|---|---|
| CP-HR-1002 | 01 | Exempt Hiring Procedure |

screening process.

  ii. In Canada, background checks may only be performed after a written job offer has been extended. No drug screens will be allowed, per the Employment Standards Act.

c. At the Hiring Manager's request, the PLXSG Recruiter will schedule a Predictive Index Test for each of the interview candidates within two (2) days of candidate selection. The results of this test will be provided to the Hiring Manager for additional insight.

d. It is recommended that each candidate be interviewed by at least four (4) of the approved interviewers listed in Attachment A; however, it is required to have a minimum of two (2) interviewers.

e. The initial interview, by telephone or in person, will be conducted within seven (7) business days of candidate submittal by the PLXSG Recruiter.

f. The Site Manager, PLXSG Recruiter, and Site HR Administrator will coordinate to schedule interviews for all site positions. At the Hiring Manager's request, the PLXSG Recruiter will schedule in-person interviews with all internal and external candidates.

g. Each interviewer must complete form *CP-HR-1002-5 Exempt Candidate Evaluation Form* immediately after the interview and forward to the Hiring Manager within one (1) business day of the interview.

h. The Hiring Manager must utilize these forms to aid in making an informed decision on each candidate. The Hiring Manager must keep a copy of each form, either electronically or manually, to be filed with each job posting. This can be handled by the Site HR Administrator, if necessary.

10. Candidate Selection

   a. Pending successful completion of the background check (external candidates only, except in Canada), the Hiring Manager will complete *CP-HR-1002-4 Offer Letter Summary Form* and send it to the HR Recruiting Assistant.
      i. If an internal applicant is selected, the Hiring Manager should contact the applicant's direct supervisor to negotiate a start date.
      ii. If a relocation allowance is requested, the Hiring Manager will include the relocation allowance amount and the date that the funds are needed for the new hire/transfer on the Offer Letter Summary Form. The form is then forwarded to their Vice President (VP) for approval; if the Hiring Manager is a VP, he/she can approve the relocation request provided it does not exceed the relocation allowance maximum.
         1. If the VP deems the relocation amount acceptable, he/she will sign or approve via email the *Offer Letter Summary Form* and forward it to the HR Recruiting Assistant.
         2. If the VP deems the relocation amount unacceptable, he/she will contact the Hiring Manager to discuss the situation.
      iii. Maximum relocation allowance amounts by job category and relocation distance have been provided to senior management. If the VP wishes to offer a relocation allowance exceeding the maximum amount for the job category and distance, he/she must obtain approval via email from the President of the appropriate Kenco LLC as well as the President – KMS.
         1. If both Presidents deem the relocation amount acceptable, they will sign or approve via email the *Offer Letter Summary Form* and forward it to the HR Recruiting Assistant.

<mark>



| Document Number: | Rev # | Title: |
|---|---|---|
| CP-HR-1002 | 01 | Exempt Hiring Procedure |

    2. If either President deems the relocation amount unacceptable, he/she will contact the VP to discuss the situation.
- iv. Relocation allowances will be provided as a lump sum amount to facilitate a move and are designed to offset various costs that will be incurred in the relocation process.
    1. In the United States, the lump sum payment is considered taxable income and will be treated as such.
        a. The relocation allowance will be paid <u>Net</u> of income tax, social security tax, and Medicare tax.
    2. In Canada, the lump sum payment is not considered taxable.
        a. Consult the Employment Standards Act for specific expenses that are considered not taxable when relocating for employment purposes.
    3. The allowance should be used to cover the following costs, including, but not limited to:
        a. Transportation, lodging, meals for house hunting and temporary living expenses
        b. Lease-break expenses and new-lease expenses
        c. Transportation of household goods and vehicles
        d. Miscellaneous expenses associated with relocation
            i. Utility and cable connection
            ii. Driver's License fee
            iii. Vehicle registration, etc.
    4. The employee must remain employed with Kenco on a regular, full-time basis for at least one year after their hire or transfer date.
        a. If the employee resigns or his/her employment is terminated for cause prior to the one year period referenced above, the employee will be required to repay the relocation amount on a prorated basis.

- b. Pending successful completion of the background check (except in Canada), the HR Recruiting Assistant prepares the Offer Letter and emails to the Hiring Manager including the *Relocation Expense Repayment Agreement* (if applicable). The Hiring Manager will sign and extend the finalized Offer Letter to the selected candidate.
    - i. If the offer is accepted, the Hiring Manager or Site HR Administrator will arrange for a pre-employment drug screen and return the signed Offer Letter (including *Relocation Expense Repayment Agreement* when applicable) to the HR Recruiting Assistant immediately. If all criteria in *CP-HR-1025 Drug Screen Procedure* are not met, the Hiring Manager will rescind the offer and the candidate's hiring process is terminated (external hires only).
        1. In Canada, no drug screening will be allowed, per the Employment Standards Act.
        2. In Canada, a background check may be requested after the written offer of employment is accepted.
    - ii. If the prospective employee requests a modification to the offer, the Hiring Manager will discuss with the approving VP and if approved, will repeat Section 4.4.1.
    - iii. If the offer is declined, the Hiring Manager will repeat Section 4.4 above for the second selected candidate. If no alternate candidate is available, the EBS Recruiter will work to provide a new selection of candidates.

- c. Upon receipt of the signed Offer Letter and Relocation Expense Repayment Agreement, the HR Recruiting Assistant will obtain the final approval of the Director of Recruiting and Development.
    - i. Payroll will not process the Offer Letter without the signature of the prospective/transfer employee and the Director of Recruiting and Development on



| Document Number: | Rev # | Title: |
|---|---|---|
| CP-HR-1002 | 01 | Exempt Hiring Procedure |

the Offer Letter and the Relocation Expense Repayment Agreement. If the Director of Recruiting and Development is not available to sign the agreement, an email approval from the Director of Recruiting and Development will be sufficient.

   d. The HR Recruiting Assistant will forward the signed Offer Letter to the appropriate KMS-HR Payroll Supervisor via a flagged email.
      i. The Payroll Supervisor will generate the check with the appropriate withholding and forward it to the employee or will process with the employee's first payroll direct deposit.

11. All new employees must complete their part of the new hire paperwork through the HRIS Onboarding Program before end of business on their first day of work with Kenco.
    a. In Canada, all new hire paperwork must be completed by end of business on the first day of work.

12. All employer-related new hire paperwork must be completed by the Site HR Administrator through the HRIS Onboarding Program within the first three (3) days of employment.

13. External candidates who are not extended an offer will be notified by the PLXSG Recruiter.

14. Internal candidates who are not extended an offer should be notified as soon as possible; however, the maximum timeframe for internal notification is 5 business days from the time the position is filled.
    a. The Hiring Manager should contact the General Manager at the site of each internal applicant to offer feedback on why they were not selected. The General Manager should then schedule a meeting with the internal applicant and his/her direct supervisor to provide appropriate feedback on career development. After this conversation has taken place, a notification email must be sent by the General Manager to Corporate HR at jobs@kencogroup.com as an accountability measure for appropriate follow up with all internal applicants. The General Manager must copy the internal applicant and his/her direct supervisor on this email.

**REFERENCES**

CP-HR-1002-1 Exempt Job Posting Requisition Form
CP-HR-1002-2 Kenco Non-Driver Application
CP-HR-1002-4 Offer Letter Summary Form
CP-HR-1002-5 Exempt Candidate Evaluation Form
CP-HR-1025 Drug Screen Procedure
CP-HR-1026 Background Investigation Program

**HISTORY**

| Revision Number | Date | Description of Revision |
|---|---|---|
| 00 | 02/25/14 | • This document replaced CP-HR-6.2.2.013 revision 5<br>• Added information to 3 and 5 about attendance and disciplinary action. Changed EBS Recruiting to ProLogistix Search Group (PLXSG). Changed template. |
| 01 | 10/30/14 | • Changed reference numbers throughout document. |

## CP-HR-1002 Attachment A:
## Approved Interviewers by Position

**Kenco Project Manager**
1. VP of Quality/Best Practices
2. Director of Quality/Best Practices
3. Quality/Best Practices Engineer
4. Director of HR
5. Manager of HR
6. VP of Operations
7. Director of Operations

**Kenco Engineer**
1. VP of Quality/Best Practices
2. Director of Quality/Best Practices
3. Quality/Best Practices Engineer
4. Director of HR
5. Manager of HR
6. VP of Operations
7. Director of Operations

**Kenco Quality Auditor**
1. VP of Quality/Best Practices
2. Director of Quality/Best Practices
3. Quality/Best Practices Engineer
4. Director of HR
5. Manager of HR
6. VP of Operations
7. Director of Operations
8. Director of Sales/Marketing

**Kenco Finance/Accounting**
1. Director of Corp. Sourcing and Internal Audit
2. Controller
3. Director of Operations
4. Manager of Operations
5. Director of HR
6. Manager of HR

**Kenco IT**
1. VP of Information Technology
2. Information Technology Manager
3. Director of HR
4. Manager of HR
5. HR Generalist
6. Quality/Best Practices Engineer
7. Director of Operations

**Site Operations Manager**
1. Site VP of Operations
2. Site Director of Operations
3. Site Manager
4. Director of HR
5. Manager of HR
6. VP of Quality/Best Practices
7. Director of Quality/Best Practices

**Site General Manager**
1. Site VP of Operations
2. Site Director of Operations
3. Director of HR
4. Manager of HR
5. HR Generalist
7. VP of Quality/Best Practices
8. Director of Quality/Best Practices

**Site Supervisor**
1. Site General Manager
2. Site Operations Manager
3. Site Manager
4. Director of HR
5. HR Generalist
6. Project Manager