E-FILED
Tuesday, 20 December, 2016  10:47:12 AM
Clerk, U.S. District Court, ILCD

# McCurry Exhibit D 12(b)6

Thursday, December 15, 2016   7:35 PM

Disparity Chart                               EEO Matrix

| Types | Examples | | Tracy Davis | Nathan Doss | Vernon Henry | Mary Madison | Jacque Morrison | Samuel Rockett | Anastasia Sandness | Dana Woods | Keith Ellis | Dylan Brooks | Morris Tyson | Edith McCurry | Kevin Hubbard background | Andre Steel background |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported | | | | | | | | | | | | | | | | |
| | | | x | x | x | x | x | x | x | | | | | | | |
| Date of Incident | | | 5.19.14 | 12.19.13 | 3.XX.14 | 5.13.13 | 10.xx.13 | 4.1.14 | 6.23.14 | 10.1.14 | ? | 10.10.14 | 8.15.13 | | 8.1.14 | 8.1.14 |
| **Workplace abuse** | | | | | | | | | | | | | | | | |
| Harassment | | | | | | | | | | | | | | | | |
| *Bullying* | | Serial | x | x | x | x | x | x | | | | | x | x | | |
| | | Gang | | x | x | | x | | | | | | | x | | |
| | | Regulation | x | x | x | x | x | x | | x | x | x | x | x | x | x |
| | | Corporate | | | | | | | | | | | | | | |
| | | Pressure | x | x | x | x | x | x | | | | | | x | | |
| | *Humiliation* | | | x | x | x | x | | x | | | | | x | x | |
| | sabotage of work | | | x | | | x | x | | | | | | | | |
| | gossiping/ spreading lies | | | x | x | x | x | | | | | | | | | |
| *Verbal Threatening* | | | | | | | | | | | | | | | | |
| Intimidation | | | | x | x | x | x | x | x | | | | | x | | |
| Insulting | | | | x | x | x | x | | x | | | | | x | | |
| unfair punishment | | | x | x | x | x | x | x | x | x | x | x | x | | | |
| sarcasm | | | x | x | x | x | x | x | x | | | | | x | | |
| rudeness | | | | x | x | x | x | | x | x | x | | | | | |
| fault finding or unwarranted blaming | | | | x | | x | x | | x | | | | | x | | |
| Public reprimands | | | | x | x | x | x | | x | | | | | | | |
| Accusatory Statements | | | | x | | x | x | | x | | | | | | x | |
| **Whistleblower Attack** | | | | x | x | x | x | | x | | | | | | x | |
| | | | | | | | | | | | | | | | | |
| *Discrimination* | | | x | x | x | x | x | x | x | | | | x | x | x | x |
| | *Harassment* | | | x | x | x | x | x | x | | | | | | x | |
| | *Retaliation* | | | x | x | x | x | x | x | | | | | | x | |

Disparity Chart                                                                 EEO Matrix

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Denying Employment opportunities | | | x | | x | x | x | | | | | | x | x | x | x |
| | Adverse decisions to people in protected class | | | x | x | x | x | x | x | | | | | x | | x | | x |
| | (hiring, firing, pay, disability leave, training & lay off) | | | | | | | | | x | | | | x | x | | |
| Violence | | | | | | | | | | | | | | | | | | |
| | Malicious Comments | | | | x | | x | x | x | | | | | | | | | |
| | Verbal Abuse | | | | x | x | x | x | | x | | | | | | | | |
| | Physical Intimidation | | | | x | x | x | x | x | x | | | | x | | | | |
| | Threatening disruptive behavior | | x | x | x | x | x | x | x | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| Abuse of authority in the workplace | | | | | | | | | | | | | | | | | | |
| | Humiliating | Put Down | | x | x | x | x | | x | | | | | x | x | | |
| | Threatening | Insult & belittle | | x | x | x | x | | x | | | | | | | | |
| | Intimidating | OC Rants & Emotional Explosions | | x | x | x | x | | | | | | | | | | |
| | Coercing | Back Stab | | x | x | x | x | | | | | | | | x | | |
| | Unfair work assignments | Micromanage | | x | | | | | | | | | | x | | | |
| | | unreasonably restrict your ability to do anything without their approval | | x | | x | | | | | | | | | | | | |

Disparity Chart | EEO Matrix

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hostile Environment** | | *Discriminate, not investigated, sufficient knowledge & did not intervene* | x | x | x | x | x | x | x | x | x | x | x | x | | |
| | Communication failure | | x | x | x | x | x | x | x | | | x | x | | | |
| | Favoritism/ nepotism | | x | x | x | x | x | x | x | | | x | | | | |
| | Jealousy | | | | | | | | | | | | | | | |
| | Gossip & Rumors | | x | x | x | x | | | | | | | | | | |
| | Passive Aggressive Behavior | | x | x | x | x | x | x | x | | | x | | | | |
| | Lying | | x | x | x | x | | | | | | | | | | |
| | Take Credit for others work | | | | | | | | | | | | | | | |
| | Bullying by bosses or coworkers | | | x | x | x | x | x | x | x | x | x | x | x | | |
| | Jokes about race, gender, sexual orientation, religion or age | | x | x | x | | x | x | x | x | x | x | | | | |
| **5 Categories of Bullying** | | | | | | | | | | | | | | | | |
| **Threat to Professional Status** | | | | | | | | | | | | | | | | |
| | Belittling Opinion | | | x | x | x | x | | x | | | | | | | |
| | Public Professional humiliation | | x | x | x | x | x | x | x | | | x | x | x | x | |

Disparity Chart                                                                 EEO Matrix

| Category | Item | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Accusation of lack of effort | | | x | x | x | | | | | | | x | | | |
| | | | | | | | | | | | | | | | | |
| Threat to personal standing | | | | | | | | | | | | | | | | |
| | Name calling, insulting, teasing | | | x | x | x | x | | x | | | | x | | | |
| | Deny access to resources, assignments, projects or opportunities | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| | Interfering with someone work performance | | | | x | x | x | x | | | | | | x | x | | |
| | Failing to return calls or messages | | | | | x | | | | | | | x | | | |
| | Flaunting status | | x | x | x | x | x | | x | | | | x | | | |
| | Toxic emails | | | | | x | | | | | | | | | | |
| Isolation | | | | | | | | | | | | | | | | |
| Preventing access to opportunities | | | | | | | | | | | | | | | | |
| | Training | | | x | x | x | x | x | x | x | x | x | x | x | x | | |
| | Withholding information | | | x | x | x | x | x | x | x | | | x | x | | |
| Overwork | | | | | | | | | | | | | | | | |
| | undue pressure to produce work | | | x | x | x | x | x | x | x | x | x | x | x | x | | |
| | impossible deadlines | | | | | | | | | | | | | x | | |
| | unnecessary disruptions | | | | | | | | | | | | | | | | |
| Destablisation | | | | | | | | | | | | | | | | |

Disparity Chart　　　　　　　　　　　　　　　　　　　EEO Matrix

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Failure to give credit when due | | | x | | x | | | | | | | | | |
| | meaningless tasks | | | | | | x | | | | | | | | |
| | removal of responsibility | | | x | | x | | | | | | | x | | |
| | shifting of goal posts | | | x | | x | x | | | | | | x | | |
| **Control or manipulation Tactics** | | | | | | | | | | | | | | | |
| | failing to invite someone to an essential meeting | | | x | | x | | | | | | | x | | |
| | threatening job loss | x | x | x | x | x | | | x | x | x | | | | |
| | excessive monitoring or micromanagement | | | | | | | | | | | | | | |
| | assigning tasks that cannot be completed by deadline; setting unrealistic goals | | | | | | | | x | | | | x | | |
| | interference or sabotage | | | x | ? | x | | | | | | | x | | |
| | ignoring a coworker with the intent to harm or control | | | x | x | x | x | x | | | | x | x | | |
| | Treating a worker differently than peers & coworkers | | x | x | x | x | x | x | x | x | x | x | x | x | x |

Disparity Chart                                              EEO Matrix

| Category | Description | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ostracism, isolation, dissociation, exclusion from others | | | | x | x | x | x | | | | | | | x | x | | |
| | refusal to take responsibility | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| | excessive, impossible conflicting work expectations or demands | | | | x | | | x | | | | | | | | x | | | |
| | inequitable and harsh treatment | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| | other objectionable behavior designed to torment, isolate, pester, or abuse | | | x | x | x | x | x | x | x | x | x | x | x | x | | | |
| **Conspiracy against rights and privileges** | title 18 USC Section 241 and 245 | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| **negligent/Intentional Infliction of emotional distress** | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| **Intentional Interference with contractual relationships** and | (tortious interference) | | | x | x | x | x | x | x | | | | | | x | x | | |
| **" prospective economic advantage"** | | | | x | x | x | x | x | x | | | | | | x | x | x | x |

Disparity Chart

EEO Matrix

Disparity Chart                                         EEO Matrix

**RACI Definitions**
**Responsible:** person who performs an activity or does the work.
**Accountable:** person who is ultimately accountable and has Yes/No/Veto.
**Consulted:** person that needs to feedback and contribute to the activity.
**Informed:** person that needs to know of the