# McCurry Exhibit E 12(b)6

Thursday, December 15, 2016     7:35 PM

# Where to File Employment Discrimination Claims

*The following table provides general guidance. This is not a guarantee of coverage. Certain exceptions and limitations may apply. You may be able to file your claim with more than one agency. Please telephone an agency if you have questions.*

| Agencies to Contact | Chicago Commission on Human Relations | Cook County Commission on Human Rights | Illinois Department of Human Rights | Equal Employment Opportunity Commission (U.S.) |
|---|---|---|---|---|
| Types of Discrimination Covered | Race<br>Color<br>Religion<br>Sex (including sexual harassment)<br>National Origin<br>Ancestry<br>Age<br>Disability<br>Sexual Orientation<br>Gender Identity<br>Marital Status<br>Parental Status<br>Source of Income<br>Military Discharge Status<br>Credit History<br><br><br><br><br><br><br>Limited Retaliation | Race<br>Color<br>Religion<br>Sex (including sexual harassment)<br>National Origin<br>Ancestry<br>Age<br>Disability<br>Sexual Orientation<br>Gender Identity<br>Marital Status<br>Parental Status<br>Source of Income<br>Military Discharge Status<br><br>Housing Status<br><br><br><br><br><br>Retaliation<br>Aiding/Abetting<br>Willful Interference | Race<br>Color<br>Religion<br>Sex (including sexual harassment)<br>National Origin<br>Ancestry<br>Age<br>Disability<br>Sexual Orientation (includes gender identity)<br>Marital Status<br>Pregnancy<br><br>Unfavorable Military Discharge<br>Military Status<br>Citizenship Status<br>Arrest Record<br>Immigration-Related Practices<br>Native Language<br>Order of Protection Status<br>Retaliation<br>Aiding/Abetting<br>Willful Interference<br>Coercion | Race<br>Color<br>Religion<br>Sex (including sexual harassment)<br>National Origin<br>Ancestry<br>Age<br>Disability<br><br><br><br><br><br><br><br><br>Genetic Information<br><br><br><br><br><br>Retaliation |
| Geographic Limitations | Violation occurred within the City of Chicago | Violation occurred within Cook County | Violation occurred within Illinois | Violation occurred within U.S. or at U.S. company located outside U.S. |
| Time Limitations | Must file within 180 days of alleged violation | Must file within 180 days of alleged violation | Must file within 180 days of alleged violation | 300 days (or 180 days if state fair employment agency does not cover) |
| Who Can Be Sued | Employers (no minimum number of employees)<br><br><br><br><br><br><br><br>Labor Organizations<br>Employment Agencies<br><br>Individuals | Employers (no minimum number of employees)<br><br><br><br><br><br><br><br>Labor Organizations<br>Employment Agencies<br><br>Individuals | Employers with at least 15 employees in Illinois; or with at least 1 employee for sexual harassment, disability, retaliation, public contractors, state/local gov't units, apprenticeship & training programs<br>Labor Organizations<br>Employment Agencies<br><br>Individual sexual harassers | Employers with at least 15 employees for Title VII and ADA claims and state and local governments; with at least 20 employees for ADEA; with at least 1 employee for Equal Pay Act, federal government, & educational institutions<br>Labor Organizations<br>Employment Agencies<br>Apprenticeship and Training Programs |

Rev. 2012