# McCurry Exhibit G 12(b)6

Thursday, December 15, 2016     7:30 PM

Tuesday, May 14, 2013 10:34:12 AM ET

**Subject:** Re: Signing Incentive for Mars Employees
**Date:** Thursday, March 7, 2013 12:58:24 PM ET
**From:** Caines, David
**To:** Craig, Judy
**CC:** Hise, Paula

No worries. Makes sense and the impact to us is smaller so I'm fine.

David Caines
President

---

Kenco Logistic Services
2001 Riverside Drive
Chattanooga, TN 37406
tel: +1 (423) 605 8009
david.caines@kencogroup.com

---

On Mar 7, 2013, at 12:10 PM, "Craig, Judy" <Judy.Craig@Kencogroup.com> wrote:

> Oh boy, David. I need to retract some of this. Can we review this afternoon. The revision should be:
>
> $97,000 was added to Mars Operating Budget by Kenco to cover the 90 day waiting period. Of that, Mars will pay $49,457 to cover Starbridge for the employees. That leaves $47,544 of the $97K from Mars and Kenco will add the same, $47,544, to total $95,000 for the signing incentive for the employees. The (5 divided by 72 is a rough $1,300.00 per employee or $433.00 for the 3 payment.
>
> Kenco's portion is $47,544 and the employees get $433.00 per month for the months.
>
> I am so sorry for the confusion...
>
> <F68F1FFC-87DC-4FA2-9974-892728296323[8].jpg>
>
> **From:** <Caines>, David Caines <david.caines@Kencogroup.com>
> **To:** Judy Craig <judy.craig@kencogroup.com>
> **Cc:** Paula Hise <Paula.Hise@Kencogroup.com>
> **Subject:** Re: Signing Incentive for Mars Employees
>
> So $590 per employee (72 total employees) paid out at the 30-60 & 90 day marks?
>
> Assuming this is correct . . . How much of the $127K are we covering & how much is covered by MARS?
>
>
>
> David Caines

President
Office: 423-643-3406
Mobile: 423-605-8009
Email: david.caines@kencogroup.com

Kenco
2001 Riverside Drive
Chattanooga, TN 37406
www.kencogroup.com

*The information contained in this electronic communication and any accompanying document is confidential and is intended only for the use of the addressee. It is the property of Kenco. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email, and destroy this communication and all copies of it, including all attachments. Electronic communication may be susceptible to data corruption, interception and unauthorized tampering and Kenco disclaims all liability of any kind for such actions or any consequences that may arise directly or indirectly therefrom.*

**From:** <Craig>, Judy Craig <Judy.Craig@Kencogroup.com>
**Date:** Wednesday, March 6, 2013 5:04 PM
**To:** David Caines <david.caines@kencogroup.com>
**Cc:** Paula Hise <Paula.Hise@Kencogroup.com>
**Subject:** Signing Incentive for Mars Employees

Hi David,
The transition is going well so far!  Hope all is well with you!

We'd like show you the final on the signing incentive structure for approval before we show the final to Mars.  This signing incentive was to help employees who transfer from 4T's bridge the gap of expenses in the Kenco 90 day benefits waiting period.  They can use it for whatever they like and it will be paid in 30 day increments over the first 90 days of employment with Kenco.  It will be for 4T's employees who transition to Kenco, only.

Here is the history.  In our first estimate, the signing incentive we presented to Mars for them to pay was $177,000.  We put it in their start up fees, but then they came back and asked us to help them with this as it was making us not competitive with the other bidders.  We then talked with you and Sean and from those conversations we would add the cost of benefits to our operating budget as if Mars was paying for full benefits from day 1, and Kenco would handle the signing incentive.  This worked for Mars so the operating budget to Mars for the day 1 – 90 benefits expense was increased by $97,000.  We won the business.

Last week, 4T's announced they would not be able to cover COBRA, so our solution was that Kenco would offer Starbridge insurance to the employees for the first 90 days to help them bridge insurance until their Kenco benefits kicked in.  The Starbidge cost will be $49,457.00 if all take it.  What we now need to do before we begin the employee interview process is to have Mars see how much the signing incentive will be for the employees and the calculations.

Starbrige will not be provided to temporary labor at the DC.

Original Estimate $177,000 ;  Amount Added to Mars Proforma Operating Expense - $97,000.00;  Kenco To Pass to Employees - $80,000.00

Mars Pass Thru in Operating Expenses in Proforma:  $97,000.00
Mars to pay for Starbridge from the $97K:          -$49,457.00
Balance Kenco to Pass thru to Mars:          $47,544.00 +

Kenco To Pass to Employees: $80,000.00
Total to be presented to Employees $127,544 to 72 employees or $1770.00 per person if hired by Kenco as a signing incentive.

The employee must pass the background and drug screen. The first payment is after the first 30 days.

The original estimate was about $1999.00 per person, so this is a little less, but close.

Please let me know if okay or if changes are needed. I'm in the office tomorrow or you can reach me by cell tonight.

Thanks so much.

<F68F1FFC-87DC-4FA2-9974-892728296323[10].jpg>