**E-FILED**
Tuesday, 20 December, 2016 10:47:12 AM
Clerk, U.S. District Court, ILCD

# McCurry Exhibit H 12(b)6

Thursday, December 15, 2016 7:35 PM

[illegible]

| | |
|---|---|
| Total Cost: | [illegible] |
| Management Fee: | [illegible] |
| Grand Total Cost: | [illegible] |

[illegible]

Kenco Logistic Services
Estimated Pro Forma Detail

| | | | |
|---|---|---|---|
| Customer Name | Mars Manteno IL | Anticipated Start Date | 1/1/12 |
| Facility Location(s) | Manteno, IL | Year 1 | 01/01/12-12/31/12 |
| Date Prepared | 6/30/13 | Operating Shifts | 4 |
| Affected Lead? | | | |

Year # 1

**Estimated Labor Expenses**

| Position Title | FTE's | Pay Rate | Annual Cost | Benefits | Payroll Tax | Total Annual Cost | % to Total Year 1 Cost | Comments |
|---|---|---|---|---|---|---|---|---|
| Salaried Positions | | Monthly | | | | | | |
| General Mgr | 1.00 | $ 9,000 | $ 108,000 | 17.32% | 7.65% | $ 134,968 | | |
| Operations Mgr | 1.00 | $ 6,042 | $ 72,500 | 17.32% | 7.65% | $ 90,604 | | |
| Supervisors (Warehouse, HR, Maintenance) | 5.00 | $ 4,463 | $ 267,800 | 17.32% | 7.65% | $ 334,674 | | |
| Power Users | 2.00 | $ 5,125 | $ 123,000 | 17.32% | 7.65% | $ 153,715 | | |
| Office Supervisor, Quality/Industrial Engineer | 2.00 | $ 5,667 | $ 136,000 | 17.32% | 7.65% | $ 169,962 | | |
| **Salaried Labor Subtotal** | 11.00 | N/A | $ 707,300 | N/A | N/A | $ 883,923 | 8.1% | |
| Hourly Positions | | Hourly | | | | | | |
| Warehouse Lead | 7.00 | $ 15.98 | $ 232,568 | 17.32% | 7.65% | $ 290,432 | | |
| Warehouse Personnel | 50.00 | $ 14.30 | $ 1,486,890 | 17.32% | 7.65% | $ 1,857,850 | | |
| Contract Labor | 7.29 | $ 11.50 | $ 174,301 | 31.38% | 7.65% | $ 242,278 | | |
| Clerical / Administration / QA | 6.00 | $ 15.81 | $ 197,309 | 17.32% | 7.65% | $ 246,580 | | |
| Cycle Count personnel | 1.00 | $ 15.81 | $ 32,885 | 17.32% | 7.65% | $ 41,097 | | |
| Wave Yard Drivers | 6.00 | $ 16.28 | $ 203,218 | 17.32% | 7.65% | $ 253,963 | | |
| Maintenance Personnel | 1.00 | $ 21.00 | $ 43,680 | 17.32% | 7.65% | $ 54,586 | | |
| Safety Lead / Five work Load / Maint. | 1.00 | $ 18.75 | $ 39,000 | 17.32% | 7.65% | $ 48,739 | | |
| Lean Champion | 1.00 | $ 33.65 | $ 70,000 | 17.32% | 7.65% | $ 87,480 | | |
| Annual Bonus | 80.29 | $ 1,300.00 | $ 125,700 | 0.00% | 0.00% | $ 125,700 | | Reduced to hourly one and percent of $ received |
| Estimated Overtime Percentage 9.0% | N/A | N/A | $ 262,365 | 17.32% | 7.65% | $ 287,385 | | |
| **Hourly Labor Subtotal** | 80.29 | N/A | $ 2,867,550 | N/A | N/A | $ 3,536,191 | 32.2% | |
| **Estimated Labor Expense Total** | 91.29 | | $ 3,574,850 | | | $ 4,420,116 | 40.3% | |

**Estimated Operating Expenses**

| Non-Depreciable Operating Expenses | | | Amount | % | Comments |
|---|---|---|---|---|---|
| Facility Lease Cost (gross) | Sq Ft of space 449,228 | Rate $ - / sq. ft / yr | $ - | | |
| Building Maintenance | | | $ 792,150 | | Mars 595 ... HVAC + Maintenance |
| Utilities | | | $ 619,807 | | From Mars actual 2012 expense costs |
| Security (monthly monitoring service fees, or personnel onsite) | | | $ 377,514 | | Included 24 hr guard service |
| Sanitation | | | $ 105,255 | | Includes housekeeping, pest control ... pest control increased |
| Waste Disposal | | | $ 43,316 | | |
| Communication Expenses (phones) | | | $ 37,570 | | Expense provided by Mars |
| Office Supplies | | | $ 41,875 | | |
| Warehouse Supplies, including dunnage, stretchwrap | | | $ 206,715 | | Awaiting costs from Brian Davis |
| Pallets - CHA, CHEP | | Pallets @ $ 6.15 | $ 2,751,781 | | |
| Travel | | | $ 13,250 | | From Mars 2012 expense numbers |
| Insurance (equip., auto, legal liability, and umbrella) on est. value of: | $ 25,000,000 | | $ 64,143 | | |
| Workmens Comp. Insurance - warehouse | Estimated Rate 7.06% | | $ 276,724 | | |
| Hiring and Training - Ongoing | | | $ 67,550 | | |
| Misc. - payroll processing, perm. property tax, etc. | | | $ 48,272 | | |
| G&A Corp. Expense | | | $ 222,460 | | |
| Uniforms | | | $ 35,000 | | Added in ... by Paula ... |
| Maintenance on Equipment | | | $ 60,108 | | From Mars 2012 expense costs |
| Fuel for Equipment (Propane or Battery Charging) | | | $ 58,943 | | Spotter only |
| IT Systems Maint. & Supplies | | | $ 125,392 | | |
| **Non-Depreciable Operating Expenses Subtotal** | | | $ 5,726,897 | 52.2% | |

| Depreciable Operating Expense | | Qty | Total Cost | Interest Rate | Months of Amort./Lease | Annual Cost of Payments | Residual Used (if Leases) | Comments |
|---|---|---|---|---|---|---|---|---|
| Pallet Rack | Positions | 75,586 | $ - | 6.25% | 120 | $ - | $ - | Equipment provided by Mars, based on max inventory |
| | Sections | | $ - | 6.25% | 60 | $ - | $ - | Equipment provided by Mars |
| Scissor lift, golf cart, spotter, etc. | | 7 | $ 51,890 | 6.25% | 22 | $ 22,159 | $ - | Equipment provided by Mars |
| Forklifts | | 24 | $ - | 6.25% | 72 | $ - | $ - | Equipment provided by Mars |
| Stretchwrappers | | 3 | $ - | 6.25% | 60 | $ - | $ - | |
| Boom lift | | | $ 55,944 | 0.00% | 60 | $ 11,163 | $ - | |
| Sweeper/Scrubber | | | $ 43,400 | 6.25% | 60 | $ 8,664 | $ 10,850 | |
| Spotting Tractor | | | $ 47,887 | 6.25% | 24 | $ 27,309 | $ - | |
| IT System and Equipment | | | $ - | 6.25% | 60 | $ - | $ - | Equipment provided by Mars |
| Carton clamp | | | $ 10,698 | 6.25% | 24 | $ 4,654 | $ 2,625 | Equipment provided by Mars |
| Security / Phone installation | | | $ - | 6.25% | 60 | $ - | $ - | Equipment provided by Mars |
| Sales Taxes and Destination Charges | | | $ 17,784 | | | included above | | |
| **Depreciable Operating Expense Subtotal** | | | $ 227,602 | N/A | N/A | $ 83,948 | 0.8% | |

| | | |
|---|---|---|
| **Estimated Operating Expense Total** | $ 5,810,845 | 53.0% |
| Cost of Working Capital | $ 165,732 | 1.5% |
| **Subtotal Labor, Operating Costs, and Working Capital** | $ 10,396,693 | 94.7% |
| **Management Fee (Excludes Transportation Services)** | $ 576,538 | 5.3% |

**Estimated Pass Through Expenses**

| | | |
|---|---|---|
| Fuel (Dedicated Fleet Only) | Cost | $ - |
| **Estimated Pass Through Expense Total** | | $ - |

| | | |
|---|---|---|
| **Total Estimated Year 1 Costs, Excluding One Time Start-up Fee** | $ 10,973,231 | 100% |

**One Time Start-Up Fee**

| | | |
|---|---|---|
| Transition Project Management | $ 153,743 | |
| Transition Hiring/Training | $ 97,473 | |
| Transition Building Preparation | $ 47,986 | |
| Transition Discount | $ (105,808) | |
| WMS Software Integration Fee | $ 35,000 | |
| WMS Training, implementation and assistance | $ 25,934 | |
| **One Time Start-up Fee** | $ 254,327 | 2.3% |

Confidential and Proprietary

Kenco Logistic Services
One Time Start Up Fee Detail

| | | | |
|---|---|---|---|
| Customer Name: | Mars Manteno IL | Anticipated Start Date: | 1/1/12 |
| Facility Location(s): | Manteno, IL | Year 1 | 01/01/12-12/31/12 |
| Date Prepared: | 4/30/13 | Operating Shifts: | 4 |

| One Time Start-Up Fee - Detail | | | | | |
|---|---|---|---|---|---|
| **Operations Start Up - Detail** | | | | | |
| *Transition Project Management* | | | | | |
| Salary Project Manager | 10.5 Weeks | $ 44,573 | | 50% | 22,286 |
| Travel Expenses for PM | | $ 16,509 | | 50% | 8,254 |
| Lean Implementation | | $ 48,162 | | 50% | 24,081 |
| Quality Assessment | | $ 4,500 | | 50% | 2,250 |
| ***Subtotal*** | | $ 113,743 | | | |
| Transition Hiring/Training | | | | | |
| Testing/screening | | $ 22,823 | | 50% | 11,411 |
| Training (pre-hire employees) | | $ 62,260 | | 50% | 31,130 |
| Travel - Corp. Resources | | $ 12,390 | | 50% | 6,195 |
| ***Subtotal*** | | $ 97,473 | | | |
| Transition Building Preparation | | | | | |
| Fire Extinguishers | | $ - | | 50% | - |
| Dock hardware | | $ - | | 50% | - |
| Office Supplies Startup | | $ - | | 50% | - |
| Vacation true-up | | $ 29,000 | | 0% | - |
| Initial Physcial Inventory | | $ 16,890 | | 0% | - |
| Signage | | $ 2,096 | | 0% | - |
| ***Subtotal*** | | $ 47,986 | | | |
| **Operations Start Up Total** | | | $ 259,202 | | |
| **Startup Cost Discount** | | | $ (105,608) | | 105,608 |
| **Start Up Total** | | | $ 153,594 | | |

| IT Start Up - Detail | | |
|---|---|---|
| WMS Software Integration Fee | $ 30,000 | |
| WMS Training / Implementation / Installation | $ 25,934 | |
| **IT Start Up Total** | | $ 55,934 |

*Sign on bonus* $ 47,544 *no payment due in startup expense*

| | | | |
|---|---|---|---|
| Customer Name: | Mars Manteno IL | Anticipated Start Date: | 1/1/12 |
| Facility Location(s): | Manteno, IL | Year 1 | 01/01/12-12/31/12 |
| Date Prepared: | 4/30/13 | Operating Shifts: | 4 |

**IT Detail**

| IT System Maint. | Quantity | | Annual Fee |
|---|---|---|---|
| - WMS SUPPORT | - | $ | 32,000 |
| - Data Connectivity - warehouse to Kenco data center | - | $ | 7,200 |
| - ADP Time Saver Timeclock and Labor Capture System (Required by Kenco) (will vary based on headcount) | - | $ | 7,800 |
| - Office Equipment Leases: | - | $ | - |
| - Laptop PC and docking stations for general manager (X @ $1020 each) | - | $ | 1,080 |
| - Printer for general manager's office (X @ $175) | - | $ | 175 |
| - PC workstations for supervisors (X @$540 each) | - | $ | - |
| - PC workstations for office supervisor (X @$540 each) | - | $ | - |
| - PC workstations for office clerical staff (X @ $540 each) | - | $ | - |
| - PC workstation for WES power user (X @ $1020 each) | - | $ | 2,040 |
| - PC workstations for shipping and receiving docks (X @ $540 each) | - | $ | 540 |
| - PC workstations for HR kiosks (X @ $540 each) | - | $ | - |
| - Laser printers for office staff (X @ $350 each) | - | $ | - |
| - Laser printers for shipping & receiving docks (X @ $350 each) | - | $ | 350 |
| - Laser printers for HR kiosks (X @ $175) | - | $ | - |
| - Jet Direct Connection Boxes for Shipping & Receiving Dock Printers (X @ 175 each) | - | $ | - |
| - Bar code printers for shipping docks (X @ $1325 each) | - | $ | 3,975 |
| - Battery Backup Units for PC's (X @ $70) | - | $ | 350 |
| - Copier/Scanner/Fax/Network Printer All-in-one device | - | $ | - |
| - Network Router for data connectivity to Kenco | - | $ | 1,044 |
| - Network Switches for PC/Laptop connectivity | - | $ | 696 |
| - RF & Bar Code Hardware maintenance plan ($20/month/device) | - | $ | - |
| - WMS Server Hardware Support Fee | - | $ | 1,000 |
| - BI/Reporting software renewal & support fee | - | $ | 3,000 |
| - BI/Reporting server hardware support fee | - | $ | 2,000 |
| - Office Equipment Support & Maintenance Fees | - | $ | 46,740 |
| **Total Recurring Charges - (included in Proforma!H43)** | - | **$** | **109,990** |

| IT System and Equipment | Quantity | Total Capital Cost | |
|---|---|---|---|
| DC Office cabling for networked devices (includes lift rental, wiring and labor to run the wires) | - | $ | - |
| TMS License Fee | - | $ | - |
| RF system site survey | - | $ | - |
| Install whse cabling and RF access points | - | $ | - |
| Electrical conduit and electrical wiring for RF access points in whse (may not be needed - depends on existing wiring in war | - | $ | - |
| Installation of RF access points () and antennas () (includes lift rental and labor to mount RF access points and antennas) | - | $ | - |
| RF system access points and antennas | - | $ | - |
| Spare RF system access point and antenna | - | $ | - |
| Lift truck mounted RF terminals | - | $ | - |
| AS/400 Processor plus Operating System license | - | $ | - |
| Premise network components and installation charges (includes costs for network engineer, plus network router, network de | - | $ | - |
| Cognos Query Server | - | $ | - |
| Cognos Software Training for Staff | - | $ | - |
| WES software License | - | $ | - |
| WES Modifications/Implementation | - | $ | - |
| Facility Staff System Training Costs | - | $ | - |
| | - | $ | - |
| | - | $ | - |
| **Total CapEx to Amortized (included in Proforma!E54)** | | **$** | - |

5/14/13 psend mars pass32 final true up(3).xls