E-FILED
Tuesday, 20 December, 2016 10:47:12 AM
Clerk, U.S. District Court, ILCD

# McCurry Exhibit I 12(b)6

Thursday, December 15, 2016    7:35 PM

David Jabaley | LinkedIn

Search for people, jobs, companies, and more... | Advanced  

Home   Profile   Connections   Jobs   Interests                                            Business Services   Try Premium for free

Is a Sec Reform Past Due? - The U.S.' 70 year-old security standard is in need of a serious makeover. | Read More »



### David Jabaley
Director of Operations at Kenco Logistic Services
Chattanooga, Tennessee Area | Logistics and Supply Chain

Current    Kenco Logistic Services
Previous   Kenco Group, Inc.
Education  The University of Tennessee at Chattanooga

**Send David InMail**      420 connections

Grow Your Career By Following
**Kenco Group**

You      KENCO
         Kenco Group

Yeshua, get the latest on Kenco Group Jobs, News & more!

**Follow**

https://www.linkedin.com/pub/david-jabaley/41/852/565

**Background**

 **Experience**

**Director of Operations**
Kenco Logistic Services
July 2014 – Present (1 year 4 months) | Chattanooga Tennessee

**Corporate Operations Manager**
Kenco Logistic Services
July 2013 – Present (2 years 4 months)

**Senior Project Manager**         
Kenco Group, Inc.                  KENCO
January 2008 – June 2013 (5 years 6 months)

**Warehouse Manager**              
Kenco Group, Inc.                  KENCO
January 2006 – January 2008 (2 years 1 month) | Chattanooga, Tennessee Area

**Division Manager**               
Kenco Group, Inc.                  KENCO
March 2004 – January 2007 (2 years 11 months) | Kenco Records Management

**People Also Viewed**

 **Hisham Khaki**
Vice President of Operations at Kenco

 **Chuck Wethington**
Director of Operations at Kenco Logistic Services

 **Sharon Weber**
Vice President of Operations at Kenco Logistic Services

 **Graham Cano**
Director of Operations at Kenco Group

 **John Lamb**
Sr. VP, Operations at Kenco Group, Inc.

 **Craig Riggins**
Director at Kenco

 **Brad Liddle**
Vice President of Operations at Kenco Group, Inc.

**Brian Davis, MBA, CPSM**
Director of Procurement at Kenco Group, Inc.

**Trace Spier**
VP of Operations at Kenco Group, Inc.

**Todd Johnson**
Senior Vice President at Kenco Group

 **Skills**

**Top Skills**

| | | |
|---|---|---|
| 40 | Operations Management | |
| 38 | Warehouse Management | |
| 32 | Logistics | |
| 30 | 3PL | |
| 30 | Warehousing | |
| 30 | Supply Chain Management | |
| 24 | Process Improvement | |



**People Similar to David**



**Craig Riggins**
Director at Kenco
Connect

https://www.linkedin.com/profile/view?id=AAEAAAjYnF0B6uWuhQ1vG4-dSbvYaUf...    10/25/2015

## ATTACHMENT "A"

1. Rebecca Sutton
   External Manufacturing & Quality Systems Manager
   Mars Chocolate North America
   800 High Street
   Hackettstown, NJ 07840

2. Shawn Powell
   Sr. Business Partner, P&O
   Mars Chocolate North America
   800 High Street
   Hackettstown, NJ 07840

3. Robert Coffey
   Former Regional Distribution Manager
   1432 W. Diversity Pky.
   Chicago, IL 60614

4. Todd Moore
   Supply Deliver Sr. Logistics Manager
   Mars Chocolate North America
   3500 Peerless Road, NW
   Cleveland, TN 37312

5. Steve Sheldon
   Sr. Strategic Manager
   Mars Chocolate North America
   800 High Street
   Hackettstown, NJ 07840

6. Trevor Oakley
   Regional Distribution Manager
   Mars Chocolate North America
   660 W. 79th Street
   Burr Ridge, IL 60527

Defendant Mars, Inc. reserves the right to amend this response at a later date.

Mario Lopez | LinkedIn                                    Page 4 of 4

       

 

| | | | | |
|---|---|---|---|---|
| Veteran Mentor Netw... | Harvard Business Review... | Operation Iraqi Freed... | Concrete Producer N... | Business Services   Try Premium for free |
| 95,375 members | 1,000,025 members | 4,060 members | 7,263 members | People Similar to Mario |
| Join | Join | Join | Join | |

  

Green Beret Foundat... — 3,309 members — Join
American Concrete I... — 46,307 members — Join
Texas A&M Universit... — 20,659 members — Join



Bob Alley
General Manager Manufacturing / Distribution
Connect

Following

### News

 

Leadership & Manag... — 14,471,626 followers — Follow
Economy — 7,509,460 followers — Follow



Ads You May Be Interested In

**Africa Payroll Solutions**
In country Africa Payroll solutions for locals and expats



**NetSuite Integration PDF**
Download NetSuite Integration Guide. Try fast, low cost VastEdge services



**The Best Lighting Source**
Our customers include Google, Apple, Microsoft, as well as individuals.

### Companies

   

Chattanooga Area C... — Civic & Social Organization — Follow
World of Concrete — Construction — Follow
Vanderbilt Owen Gra... — Higher Education — Follow
Propex Operating Co... — Textiles — Follow

  

United States Army... — Military — Follow
U.S. Army Reserve — Military — Follow
American Concrete I... — Construction — Follow
See 3 more

### Schools

  

Texas A&M University — Bryan/College Station, Texas Area — Follow
Vanderbilt University — Greater Nashville Area — Follow
Vanderbilt University... — Greater Nashville Area — Follow

---

Help Center  About  Careers  Advertising  Talent Solutions  Sales Solutions  Small Business  Mobile  Language  Upgrade Your Account
LinkedIn Corporation © 2015  User Agreement  Privacy Policy  Ad Choices  Community Guidelines  Cookie Policy  Copyright Policy  Send Feedback

https://www.linkedin.com/profile/view?id=ADEAAASCAqABJvPIxfyf2IbHraUBmJ0U...    10/25/2015

# Tammi Fowler LinkedIn

Saturday, May 07, 2016    3:54 PM

Tammi Fowler LinkedIn

Tammi Fowler | LinkedIn                                              Page 1 of 3

Illinois Lawyer Wanted - Quickly view new legal cases in your area. Join now! | Read More »



**Tammi Fowler**
Director of Human Resources at Covenant Transport
Chattanooga, Tennessee Area | Transportation/Trucking/Railroad

Previous   Kenco Management Services, LLC, NK Lawn & Garden Company, Bowman & Associates, Inc.
Education  The University of Tennessee at Chattanooga

**283** connections

https://www.linkedin.com/in/tammi-fowler-1595888


BlueVine
Say goodbye to net 30/60/90.
Join BlueVine and turn invoices into cash TODAY!

Background

Experience

**Director of Human Resources**
Covenant Transport
January 2015 – Present (1 year 5 months) | Chattanooga, Tennessee Area

**Senior Manager of Employee Relations**
Kenco Management Services, LLC
March 2005 – January 2015 (9 years 11 months) | Chattanooga, Tennessee Area

Responsibilities include management of the Employee Relations function for the five Kenco Companies; providing interpretation and advice to HR Managers and Site Managers on employment law, organization policy and overall employee relations issues; conducting investigations related to claims of harassment or discrimination and recommending steps for resolution; reviewing termination requests and providing management with appropriate action plans; and educating Managers regarding the spirit and intent of laws, regulations and company policies

**Human Resources Coordinator**
NK Lawn & Garden Company
January 2000 – March 2005 (5 years 3 months)

Responsible for all plant staffing which included recruiting, interviewing, and hiring approximately 200 seasonal employees on an annual basis; ensured that all employment activities met EEO and Affirmative Action goals; developed the job posting procedure; developed and directed all training activities including orientation, supervisory training, and safety training; maintained EEO logs and records; OSHA logs and reporting; administered the Workers' Compensation Program; maintained attendance records for all regular, full-time and seasonal employees; administered disciplinary action; timekeeping for hourly employees; policy development; coordinated The United Way and American Heart Association campaigns; and developed and maintained positive employee relations.

**Assistant Manager**
Bowman & Associates, Inc.
March 1988 – December 1999 (11 years 10 months)

Responsible for purchasing, installing and maintaining the computer systems; supervising weekly payroll for approximately 200 employees; administering the employee health insurance plan; preparing government reports including FICA, Federal Income Tax, State and Federal Unemployment, and Workers' Compensation; developed spreadsheets and databases for all in-house reporting; served as a consultant performing outside computer contract work including production planning and inventory control; assisted a controller in inventory reconciliation; and assisted in the production of an annual report for a local manufacturer.

Skills

**People Also Viewed**

John Fairchild
Vice President - Human Resources at Covenant Transport

Kendra Lee
Human Resource Manager at Covenant Transport

David Parker
CEO at Covenant Transport

Kendra Donahoo
Senior Human Resources Generalist

Rob Hatchett
Vice President of Recruiting at Covenant Transport

Susan Denman
Vice President, Human Resources at Kenco Group, Inc.

Rachel Hatchett
Director of Operations

Emily Corum
Human Resources Generalist at Covenant Transport

Jason Pendleton
Director of Human Resources at Kenco Group

Erica Thurman, MS, SPHR, SHRM-SCP
Human Resources Generalist at Tennessee Valley Authority

**How You're Connected**

You

Bette Lawrence-Water

https://www.linkedin.com/in/tammi-fowler-1595888?authType=NAME_SEARCH&authTo...   5/7/2016

Tammi Fowler | LinkedIn    Page 2 of 3

Top Skills

- 51 Employee Relations
- 37 Human Resources
- 32 Training
- 17 Personnel Management
- 17 Deferred Compensation
- 17 Interviews
- 14 New Hire Orientations
- 13 Process Improvement
- 12 Recruiting
- 9 Hiring



Tammi also knows about...

| 9 Management | 8 Team Building | 7 Succession Planning | 7 Onboarding |
| 6 Performance Management | 6 Payroll | 5 HRIS | 5 Workforce Planning |
| 5 Leadership | 4 Employment Law | 4 Applicant Tracking... | 4 PeopleSoft |
| 3 Employee Benefits | 3 Benefits Administration | 3 Organizational... | See 19+ |

### Education

**The University of Tennessee at Chattanooga**
B.S., Industrial Management
1981 – 1983

**University of Tennessee-Knoxville**
Bachelor of Science (B.S.), Bachelor of Science
1975 – 1978

Additional Info

- **Interests**
University of Tennessee Sports, Gardening

### Organizations

**Society for Human Resources Management**
Starting March 2005

**Additional Organizations**
SHRM SHRM Chattanooga

Recommendations    Given (3)

**People Similar to Tammi**



Renea Koenig, PHR
Human Resources Director at Hogan Service...
Connect

https://www.linkedin.com/in/tammi-fowler-1595888?authType=NAME_SEARCH&authTo...    5/7/2016

Tammi Fowler | LinkedIn                                        Page 3 of 3

 Kim Shamblin
Workers' Compensation & Safety Specialist

   

" I have worked with Kim for the past 5 years and am impressed by her knowledge of Safety and Workers' Compensation. She presents herself in a professional manner and can always site policy or law to back up her recommendations. She is the one in her department that I always go to first when I need assistance and she is quick to respond and always pleasant to deal with. I... more

June 29, 2011, Tammi worked with Kim at Kenco Management Services

 Anita Brandenburg
Director of Human Resources

" Anita is the consummate Human Resource professional. I first met her while she was in HR at Komatsu. The company I worked for at the time provided temporary employees for Komatsu. She was a great resource for information, very quick to respond to any requests, and was always willing to point me in the right direction when I needed assistance.

I also worked with Anita... more

January 24, 2011, Tammi was a consultant or contractor to Anita at Benchmark Hospitality International

 Edie Benchabbat
Career Management Consultant

" Edie helped some of my company's employees who were being downsized create resumes and prepare for job hunting and future job interviews. The majority of these employees had been with us long-term and had not looked for employment for many years and they did not have a clue as to what to do. They were also afraid. Edie was very personable which helped to ease calm their... more

May 19, 2010, Tammi was Edie's client

Following

 

**Kenco Group**
Logistics and Supply Chain
Follow

**Covenant Transport**
Transportation/Trucking/Railroad
Follow

**Schools**

 

The University of Te...
Chattanooga, Tennessee Area
Follow

University of Tennes...
Knoxville, Tennessee Area
Follow

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | Upgrade Your Account
LinkedIn Corporation © 2016 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback

https://www.linkedin.com/in/tammi-fowler-1595888?authType=NAME_SEARCH&authTo...    5/7/2016