IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| EDITH MCCURRY, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case No.:  2:16-CV-02273-CSB-EIL |
| | ) | |
| v. | ) | |
| | ) | |
| KENCO LOGISTIC SERVICES, LLC, | ) | |
| et. al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## DEFENDANT MARS INCORPORATED'S
## PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, Defendant Mars, Incorporated, by its undersigned counsel, moves for dismissal of Plaintiff's claims under the Age Discrimination in Employment Act and Title VII, as well as her claims for Conspiracy, Aiding and Abetting, Intentional and Willful Interference and Intentional Infliction of Emotional Distress.  The reasons supporting this Motion are set forth in the accompanying Memorandum in Support.

                                                                  Respectfully submitted,

Dated: 12/30/2016                         S/ Thomas R. Davies
                                                     Kimberly J. Overbaugh, Esq. PA #85610
                                                       Thomas R. Davies, Esq. PA #35260
                                                     Harry R. Harmon, Esq. PA #25342
                                                     HARMON & DAVIES, P.C.
                                                     2306 Columbia Ave.
                                                     Lancaster, PA 17603
                                                     Tel. (717) 291-2236
                                                     Fax (717) 291-2236
                                                     Attorneys for Defendant,
                                                     Mars, Incorporated