# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| Edith McCurry, | |
| Plaintiff | |
| v. | Case No. 2:16-cv-02273-CSB-EIL |
| Kenco Logistic Services, LLC, a Tennessee Limited Liability Company, Mars, Inc., Kelvin Walsh, Mike Manzello, David Jabaley, Tammi Fowler and Mario Lopez, | Judge Colin Stirling Bruce  Magistrate Judge Eric I. Long |
| Defendants. | |

## CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS

This will certify that I, Jody W. Moran, an attorney, on February 2, 2017, caused to be served a copy of **Defendants' Initial Rule 26(a) Disclosures** upon the following parties via email and by placing the same in the United States Mail, postage prepaid, addressed to:

Edith McCurry (pro se)
6239 South 13110 East Road
Pembroke Township, IL 60958
Emccurry1@gmail.com

Thomas R. Davies
Harry Harmon
Kimberly J. Overbaugh
Harmon & Davies, P.C.
2306 Columbia Avenue
Lancaster, PA 17603
tdavies@h-dlaw.com
rharmon@h-dlaw.com
koverbaugh@h-dlaw.com

This 3rd Day of February, 2017.

Respectfully Submitted,

By: /s/ Jody W. Moran
One of the Attorneys for the Defendants,
Kenco Logistic Services, LLC, Kelvin
Walsh, Mike Manzello, David Jabaley,
Tammi Fowler and Mario Lopez