E-FILED
Wednesday, 19 July, 2017 01:42:07 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

2:16-cv-02273-CSB-EIL # 44 Page 1 of 3                     E-FILED
2:15-cv-02290-CSB-EIL # 49-1    Filed: 07/19/17    Page 2 of 7
Friday, 06 January, 2017 04:27:36 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARY MADISON | ) | |
| | ) | |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CASE No. 15-cv-02290-CSB-EIL |
| | ) | |
| KENCO LOGISTIC SERVICES, LLC, et al. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

MOTION FOR EXTENSION OF TIME TO SUBMIT EXPERT WITNESS(ES)

**NOW COMES** Plaintiff, MARY MADISON ("Plaintiff") pro se, and requests that she be allowed to extend the time to identify and obtain EXPERT WITNESS(ES) relevant to Plaintiff's matter(s) before the court and for her good cause shown in support of her motion Plaintiff states the following; THAT:

1. Plaintiff filed this matter to preserve her rights following the issuance of Right to Sue letter from the Equal Employment Opportunity Commission.

2. Plaintiff believes that all DEFENDANTS are liable.

3. DEFENDANT MARS INCORPORATED hired KENCO LOGISTIC SERVICES, LLC to manage its Mars-Manteno facility and its employees in 2013.

4. Plaintiff believes that Defendants Mars and Kenco established a duty of care to Plaintiff and others.

5. Plaintiff also believes that Defendants Mars and Kenco breached their established duty of care to Plaintiff and others.

6. Plaintiff also believes that Defendants Mars and Kenco standard of care was discriminate and violated Plaintiff and others protected rights.

7. All other discovery dates were extended with regards to Plaintiff's matter.

8. Plaintiff believes that the expert witness(es) will clearly support and outline that Defendants had:

    a. An established duty of care

    b. A standard of care

    c. A fiduciary obligation to Plaintiff and others

    d. Intentional, wanton, reckless, contrived, conspired, disingenuous and obstructive actions and beahviours toward Plaintiff and others that violated Plaintiff and others protected rights.

9. Plaintiff believes these expert witness(es) will bridge the gap of understanding with respect to Defendant's policies, procedures, and protocols.

10. Plaintiff needs additional time of thirty (30) days to identify and submit to Defendant the names of the expert witness(es).

11. This motion is made in good faith and is not intended to unduly delay these proceedings and the relief requested would not cause any prejudice to Defendant, but if denied would greatly prejudice Plaintiff.

**WHEREFORE**, Plaintiff requests that this Honorable Court grant his motion for an extension of time.

Respectfully submitted,
**MARY MADISON**

By: _____

Pro Se
MARY MADISON
9758 South Charles
Chicago, Il 60643
773.297.9569

## CERTIFICATE OF SERVICE

Please take notice that on January 6, 2017 I, MARY MADISON, hereby, certify that I did file a MOTION FOR AN EXTENSION OF TIME with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 15-cv-02290-CSB-EIL and have served the persons identified on the docket's service list via Notice of Electronic Filing generated by the Court's CM/ECF system.

Pro Se
MARY MADISON
9758 South Charles
Chicago, Il 60643
773.297.9569

Kimberly J. Overbaugh
Thomas R. Davies
Harmon & Davies, P.C.
2306 Columbia Ave
Lancaster, PA 17603

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 North Michigan Ave., Suite 2500
Chicago, IL 60601

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MORRIS TYSON            )
                        )
                        )
                        )
            PLAINTIFF,  )
                        )
VS.                     )    CASE No. 15-cv-02288-CSB-EIL
                        )
KENCO LOGISTIC SERVICES, LLC, et al.  )
                        )
            DEFENDANTS. )

## MOTION FOR EXTENSION OF TIME TO SUBMIT EXPERT WITNESS(ES)

**NOW COMES** Plaintiff, MORRIS TYSON ("Plaintiff") pro se, and requests that he be allowed to extend the time to identify and obtain EXPERT WITNESS(ES) relevant to Plaintiff's matter(s) before the court and for his good cause shown in support of his motion Plaintiff states the following; THAT:

1. Plaintiff filed this matter to preserve his rights following the issuance of Right to Sue letter from the Equal Employment Opportunity Commission.

2. Plaintiff believes that all DEFENDANTS are liable.

3. DEFENDANT MARS INCORPORATED hired KENCO LOGISTIC SERVICES, LLC to manage its Mars-Manteno facility and its employees in 2013.

4. Plaintiff believes that Defendants Mars and Kenco established a duty of care to Plaintiff and others.

5. Plaintiff also believes that Defendants Mars and Kenco breached their established duty of care to Plaintiff and others.

6. Plaintiff also believes that Defendants Mars and Kenco standard of care was discriminate and violated Plaintiff and others protected rights.

7. All other discovery dates were extended with regards to Plaintiff's matter.

8. Plaintiff believes that the expert witness(es) will clearly support and outline that Defendants had:

    a.  An established duty of care

    b.  A standard of care

    c.  A fiduciary obligation to Plaintiff and others

    d.  Intentional, wanton, reckless, contrived, conspired, disingenuous and obstructive actions and beahviours toward Plaintiff and others that violated Plaintiff and others protected rights.

9. Plaintiff believes these expert witness(es) will bridge the gap of understanding with respect to Defendant's policies, procedures, and protocols.

10. Plaintiff needs additional time of thirty (30) days to identify and submit to Defendant the names of the expert witness(es).

11. This motion is made in good faith and is not intended to unduly delay these proceedings and the relief requested would not cause any prejudice to Defendant, but if denied would greatly prejudice Plaintiff.

**WHEREFORE,** Plaintiff requests that this Honorable Court grant his motion for an extension of time.

> Respectfully submitted,
> **MORRIS TYSON**
>
> By: *Morris J. Tyson*
> Pro Se
> MORRIS TYSON
> 547 Regent Road
> University Park, Il 60484
> 815.295.4592

CERTIFICATE OF SERVICE

Please take notice that on January 6, 2017 I, Morris Tyson, hereby, certify that I did file a MOTION FOR AN EXTENSION OF TIME with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 15-cv-02288-CSB-EIL and have served the persons identified on the docket's service list via Notice of Electronic Filing generated by the Court's CM/ECF system.

*Morris J. Tyson*

Pro Se
MORRIS TYSON
547 Regent Road
University Park, Il 60484
815.295.4592

Kimberly J. Overbaugh
Thomas R. Davies
Harmon & Davies, P.C.
2306 Columbia Ave
Lancaster, PA 17603

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 North Michigan Ave., Suite 2500
Chicago, IL 60601