E-FILED
Wednesday, 19 July, 2017 01:42:08 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT C

1    Q.   Okay.  And whom have you received
2  assistance from?
3    A.   Attorney Hoffman.
4    Q.   Which documents that have been filed in
5  this case has Attorney Hoffman assisted you with?
6    A.   I can't recall.
7    Q.   Okay.  Well, can you recall any?
8    A.   Some motions, complaint.
9    Q.   So he assisted with you with the complaint
10 in this matter?
11   A.   Correct.
12   Q.   Okay.  And he assisted you with some
13 motions?
14   A.   Correct.
15   Q.   Okay.  Are there any motions that you
16 filed that he did not assist you with?
17   A.   I can't recall offhand.
18   Q.   Okay.  Do you want to take a minute to
19 think about it?
20   A.   Yes.
21   Q.   Okay.
22   A.   I can't enumerate that answer for you
23 specifically.
24   Q.   Okay.  So there's no motion that you can

1  think of that you completed totally by yourself
2  without any assistance from Mr. Hoffman?
3      A.   Not that I can think of.
4      Q.   Okay.  So Mr. Hoffman has assisted you
5  throughout this lawsuit even though he's not
6  representing you.  Is that fair to say?
7      A.   Yes.  I've utilized his services.
8      Q.   Okay.  And are you compensating him for
9  his services?
10     A.   We have an engagement, and I understand
11 from what I read that it is permissible to use
12 services of an attorney without him representing
13 you.  I believe that would be under the Rule 1.2 of
14 the ABA Model Rules, and I think it's 2.110 or
15 something for the Illinois Model Rules, so yes.
16     Q.   Okay.  So he's been advising you on this
17 lawsuit.  He just hasn't filed an appearance on
18 your behalf?
19     A.   He's been advising me from the onset, from
20 the beginning when it was initially filed in the
21 administrative process at the Department of Human
22 Rights, and he has continued to provide assistance
23 to me when requested.
24     Q.   Okay.  And is there a reason why he hasn't

Page 11

1  filed an appearance on your behalf in this case?
2      A.   I don't know his reason for doing it, but
3  that's the arrangement that we worked out.
4      Q.   Okay.  Okay.  In what matters has your
5  deposition been taken before?
6      A.   I'm not sure.  It's been a long time ago.
7  I can't recall.
8      Q.   Okay.  You don't -- how many times were
9  you -- was your deposition taken before?
10     A.   Maybe once, twice.  I'm not really sure
11 offhand.  I don't think it's more than twice.
12     Q.   Okay.  And do you remember, was there a
13 particular lawsuit that you were involved in where
14 your deposition was taken?
15     A.   I can't really recall.  If it was, it was
16 decades ago.  I would -- it hasn't been anything in
17 the last ten years or something that I could recall
18 specifically.
19     Q.   Okay.  So is it your testimony that your
20 deposition hasn't been taken in at least ten years?
21     A.   Correct.
22     Q.   How did you meet Jordan Hoffman?
23     A.   I don't really know.  Someone referred him
24 to me.

...

```
 1    Q.   Okay.  Do you remember who that was?
 2    A.   No, I don't.
 3    Q.   And how long ago was that?
 4    A.   I've known him -- it's -- it's been a
 5  number of years.  I can't put a date to it, but
 6  it's been a number of years.
 7    Q.   More than five years?
 8    A.   Yes.
 9    Q.   More than ten years?
10    A.   Probably.
11    Q.   Okay.  Did you ever work for him?
12    A.   Absolutely not.
13    Q.   And how would you describe the nature of
14  your relationship?
15    A.   A business casual relationship.
16    Q.   Okay.  Do you consider him to be a friend?
17    A.   Yeah, yes.
18    Q.   Okay.  Okay.  Has he represented you in
19  any other litigation besides the department of
20  labor matter and the proceedings at the Illinois
21  Department of Labor --
22    A.   Yes.
23    Q.   -- I'm sorry -- the Illinois Department of
24  Human Rights?
```

1   A.   Yes.
2   Q.   Okay.  And what has -- and where has he
3   represented you, what other matters?
4   A.   Most recently -- at Cook County with a
5   matter dealing with some property I own.
6   Q.   Okay.  So you had an issue with some
7   property you own?
8   A.   Uh-huh.
9   Q.   Okay.  And he represented you in that?
10  A.   Correct.
11  Q.   Okay.  Anything else?
12  A.   The matters that he's represented me in
13  recently have been property related.
14  Q.   Okay.  And do you have e-mails or other
15  communications between you and Mr. Jordan Hoffman
16  with respect to this lawsuit?
17  A.   No.
18  Q.   Not one e-mail?
19  A.   Not that I'm aware of.
20  Q.   Okay.  Have you checked?
21  A.   Yes, of course.
22  Q.   Okay.  And so when you searched you could
23  not find any e-mails between you and Jordan Hoffman
24  related to this lawsuit?

1    A.   Not to this specific lawsuit.
2    Q.   Okay.  And do you have any e-mails with
3  any former Kenco employees regarding your lawsuit?
4    A.   No.  But every e-mail that I've had I've
5  disseminated them to you as you requested.
6    Q.   Do you have any e-mails -- were you
7  providing assistance to any other former Kenco
8  employee who has a lawsuit against Kenco?
9    A.   I'm not in a capacity to be able to assist
10 anyone.
11   Q.   Okay.  And so does that mean that you have
12 not -- you have not provided any assistance?
13   A.   Define assistance for me in that respect
14 so that we can be clear --
15   Q.   Oh, sure.
16   A.   -- what we're speaking about.
17   Q.   Absolutely.  Okay.  Are you familiar with
18 Vernon Henry?
19   A.   Yes.  I am aware of him.
20   Q.   Okay.  Are you aware that he has a lawsuit
21 against Kenco?
22   A.   Yes, I am.
23   Q.   Okay.  Have you communicated with him in
24 any way about his lawsuit against Kenco?

Page 418

1    Q.   When was the last time you spoke to
2  Reverend Thorn about the situation with Kenco?
3    A.   Maybe last week.
4    Q.   And tell me about that conversation.  What
5  did you tell him?  You said you talked about Kenco
6  last week.
7    A.   Right.
8    Q.   Yeah.  So what did you say?
9    A.   I don't know.  I mean he asked me how
10 things were going and I told him okay.
11   Q.   Have you had any conversations with --
12 between when you last had your deposition on
13 May 24th through today, which is June 16th, have
14 you had any conversations with anybody about your
15 lawsuit or any of the claims you are making in the
16 lawsuit?
17   A.   I talked with Attorney Hoffman.
18   Q.   Anybody else?
19   A.   No.
20   Q.   Did you speak with Edith McCurry?
21   A.   Yes.  I've spoken with her.
22   Q.   You spoke with her after your deposition
23 and before today?
24   A.   I speak to Ms. McCurry almost daily.

1   Q.   Okay.  Anybody else?
2   A.   I'm sorry.  No, not about this.
3   Q.   Okay.  So the only two individuals that
4   you -- excuse me.  The only three individuals
5   you've spoken with about this lawsuit from the date
6   of your last deposition to today is Reverend Jim
7   Thorn, Attorney Hoffman, and Edith McMurry?
8   A.   Yes.
9   Q.   Tell us about your conversations with
10  Attorney Hoffman.
11  A.   I can't tell you that because he's
12  representing me in another matter.
13  Q.   I'm talking about your conversations about
14  this lawsuit.  I'm not asking about
15  conversations -- did you have any conversations
16  with Attorney Hoffman about the lawsuit that you
17  have here in the Central District of Illinois?
18  A.   No.  I just told him that I had the
19  deposition.
20  Q.   And that's it?
21  A.   That's pretty much it.
22  Q.   Anything else you can recall?
23  A.   No.
24  Q.   And what about Edith McCurry, what have

1  you told her?
2      A.   I had the deposition.
3      Q.   Anything else?
4      A.   No.  That's pretty much it.
5      Q.   And you pretty much speak with Edith
6  McCurry every day; is that what you said?
7      A.   Yes, ma'am.
8      Q.   And has that been every day since your
9  departure from Kenco?
10     A.   Not since my departure from Kenco.
11     Q.   When did you begin speaking with her on a
12 daily basis?
13     A.   I don't know that.  That I don't know.
14     Q.   Well, it didn't start when you first left
15 Kenco, so at some point you started speaking with
16 her?
17     A.   Correct.  And I don't know.
18     Q.   You don't know.  Okay.
19                    (Whereupon, Madison Deposition
20                     Exhibit No. 11 was marked for
21                     identification.)
22 BY MS. MORAN:
23     Q.   Okay.  Ms. Madison, you're now looking at
24 what's been marked as Deposition Exhibit Number 11.

1    A.    It's not been since this last deposition.
2    Q.    What about Nathan Doss?
3    A.    It's not been since this last deposition.
4    Q.    Were you the one who introduced Jordan
5  Hoffman to Vernon Henry?
6    A.    I'm not sure.
7    Q.    Did you introduce Morris Tyson to Jordan
8  Hoffman?
9    A.    I'm not really sure how some of these
10 connections came because...
11   Q.    So is it your testimony, Ms. Madison, that
12 you have no idea how Vernon Henry, Morris Tyson,
13 and Nathan Doss and Edith McCurry have become
14 acquainted with Jordan Hoffman and he is advising
15 them on their lawsuits and you have no idea how
16 that happened?  Is that your testimony?
17   A.    No, not quite.
18   Q.    Okay.
19   A.    I introduced Edith to Mr. Hoffman.
20   Q.    When did you do that?
21   A.    I don't know.  I don't know.  I'm not sure
22 about that, but I introduced her to him.  And so I
23 mean I don't -- I'm not really sure how -- I mean
24 -- I didn't -- I didn't tell the people to use him.

1  out.
2      Q.  Well, again, Ms. Moran asked you, but with
3  respect to the royalties, are we talking about
4  something in the neighborhood of a thousand dollars
5  a year or $20,000 a year?
6      A.  It depends, it depends.
7      Q.  And what is the highest amount you can
8  remember getting in a year?
9      A.  I don't know.  I mean I don't know.  I
10 mean it's -- some years have been substantial.
11     Q.  Define substantial.
12     A.  I don't -- I don't know.  They varied.
13 They fluctuate.
14     Q.  Okay.  They fluctuate.  Are we talking
15 $5,000 or $25,000?
16     A.  I can't say.
17     Q.  You have no memory at this point whether
18 you made $5,000 or $25,000 in royalties over the
19 last couple of years when you have no other sources
20 of income?
21     A.  Some of my royalties, I mean maybe some of
22 them in some years -- I don't know -- might have
23 been over ten, 15,000, maybe even 20.  I don't
24 really know offhand.

1   Q.  The expert report that you filed, the
2   expert indicated he was paid $375 per hour for the
3   preparation of the report-related work.
4       How much in total have you paid that
5   expert?
6   A.  I didn't pay him.
7   Q.  You didn't pay him?
8   A.  No.
9   Q.  Did he do it for free?
10  A.  No.
11  Q.  Has he sent you a bill?
12  A.  No.  The Attorney Hoffman facilitated
13  that.
14  Q.  So Mr. Hoffman arranged for the expert
15  report?
16  A.  He assisted in that, yes.
17  Q.  Did he find the expert?
18  A.  I'm not sure.  We were looking for
19  experts.
20  Q.  When you said he facilitated the expert,
21  what do you mean?  What was his role with respect
22  to the expert?
23  A.  I mean he kind of -- I mean facilitated
24  this situation.  I don't know how he facilitated

1 that. I mean he just...
2     Q. Did the expert send him a bill?
3     A. I guess, because I didn't get a bill.
4     Q. Do you know if that bill has been paid by
5 Mr. Hoffman?
6     A. I don't know. I don't know that.
7     Q. At the time you applied for work with
8 Kenco, you indicated you had, I believe, a phone
9 interview and then an in-person interview?
10     A. Yeah. I had two phone interviews and an
11 in-person.
12     Q. Those were all in Kenco people, correct?
13     A. Yes.
14     Q. You didn't meet with any Mars associate
15 before you were hired by Kenco, correct?
16     A. I believe that they were agents of Mars.
17     Q. I understand your theory, ma'am.
18     But did you meet with any people employed
19 by Mars before you were hired by Kenco?
20     Are you going to answer the question,
21 ma'am?
22     A. I did.
23     Q. I don't recall hearing an answer.
24     A. I stated that they -- I believe that