E-FILED
Thursday, 07 September, 2017 03:08:07 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT F

## Argentieri, Julia P. (Chicago)

| | |
|---|---|
| **From:** | Argentieri, Julia P. (Chicago) |
| **Sent:** | Wednesday, July 26, 2017 8:57 AM |
| **To:** | Edith Mccurry |
| **Cc:** | Watkins, Brittany (Chicago); Moran, Jody Wilner (Chicago) |
| **Subject:** | RE: McCurry v Kenco - R. 37 Communication |
| **Attachments:** | Rule 37 Letter 071917.pdf; SSA Consent for Release of Information.pdf |

Ms. McCurry:
We will await a full response to the Rule 37 letter from you on or before August 4. Given the current discovery schedule, we cannot grant further extensions thereafter. Also, per your request, we will make sure that all communications are sent via mail and email, and we would appreciate you doing the same. Please feel free to contact me with any questions.

Thanks,
Julie Argentieri


**Julia P. Argentieri**
Attorney at Law
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Direct: (312) 803-2533 | Main: (312) 787-4949
Julia.Argentieri@jacksonlewis.com | www.jacksonlewis.com
***Jackson Lewis P.C. is included in the AmLaw 100 and Global 100 law firm rankings.***


**From:** Edith Mccurry [mailto:emccurry1@gmail.com]
**Sent:** Wednesday, July 26, 2017 12:10 AM
**To:** Argentieri, Julia P. (Chicago) <Julia.Argentieri@jacksonlewis.com>
**Subject:** Re: McCurry v Kenco - R. 37 Communication

Ms Argentieri,

Again, when I went to send you an email, I saw your email. Please remember to mail me papers as well, I've stated in the past that mail is my preference. My internet is not reliable; I live in an area where it often goes out. This past week due to rain is one reason. Thanks.

These Rule 37 papers I have not received in the mail. Could you please extend more time for me to respond to furnishing these documents you have requested? 10 days would be appreciated.

Edith McCurry

On Wed, Jul 19, 2017 at 3:15 PM, Argentieri, Julia P. (Chicago) <Julia.Argentieri@jacksonlewis.com> wrote:

> Ms. McCurry:

1

Please see the attached letter regarding your recent discovery responses on the above matter. We are requesting that you correct the issues identified in our letter within the next 7 days, and also please return a signed copy of the attached form to us in order to authorize our law firm to request a copy of your social security file from the Social Security Administration for purposes of this litigation.

Please feel free to contact me with any questions.

Regards,

Julie Argentieri

**Julia P. Argentieri**
Attorney at Law
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Direct: (312) 803-2533 | Main: (312) 787-4949
Julia.Argentieri@jacksonlewis.com | www.jacksonlewis.com
*Jackson Lewis P.C. is included in the AmLaw 100 and Global 100 law firm rankings.*

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.