E-FILED
Thursday, 07 September, 2017 03:08:07 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT G

# Argentieri, Julia P. (Chicago)

| | |
|---|---|
| **From:** | Argentieri, Julia P. (Chicago) |
| **Sent:** | Thursday, August 24, 2017 6:19 PM |
| **To:** | 'Edith Mccurry' |
| **Cc:** | Montazer, Laleh (Chicago); Moran, Jody Wilner (Chicago) |
| **Subject:** | McCurry v Kenco |
| **Attachments:** | Rule 37 Letter 071917.pdf; SSA Consent for Release of Information.pdf |

Ms. McCurry:

We received an additional CD from you in the mail this week. We are in the process of reviewing it. Can you please call me at your convenience to discuss what you have sent us on this latest CD and what issues remain outstanding in response to our Rule 37 letters? I'm attaching our Rule 37 letter from last month which you had asked for additional time to respond to.


Thank you.

Regards,
Julie Argentieri