IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
URBANA DIVISION

| | | |
|---|---|---|
| Edith McCurry, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-02273-CSB-EIL |
| | ) | |
| v. | ) | Judge Colin Stirling Bruce |
| | ) | Magistrate Judge Eric I. Long |
| | ) | |
| Kenco Logistic Services, LLC, | ) | |
| *a Tennessee Limited Liability Company,* | ) | |
| Mars, Inc., Kelvin Walsh, Mike Manzello, | ) | |
| David Jabaley, Tammi Fowler and Mario Lopez | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Defendants, Kenco Logistics Services, LLC, Mike Manzello, David Jabaley, Mario Lopez, Tammi Fowler, Lori Varvel and Kelvin Walsh by and through their undersigned attorneys, move for entry of a protective order:

1. The parties have served discovery in this matter, which will require the disclosure of various confidential information, including but not limited to: non-party personnel information, medical and social security disability records, employment policies and business information related to defendants.

2. Defendants have prepared the proposed Protective Order, attached to this Motion as *Exhibit A,* which protects the confidentiality of parties and non-parties in an efficient and appropriate manner, and is consistent with the Central District Local Rules as well as the Northern District of Illinois' model protective order.

3. Plaintiff responded in an email on September 8, 2017 that she does not agree to entry of a protective order. *See email correspondence attached as Exhibit B.*

4. A copy of the attached Protective Order has also been sent to the Court via electronic mail.

WHEREFORE, Defendants Kenco Logistics Services, LLC, Mike Manzello, Mario Lopez, Tammi Fowler, Lori Varvel and Kelvin Walsh, respectfully request that this Court grant an order entering the attached protective order.

Dated: September 8, 2017

Respectfully submitted,

**KENCO LOGISTIC SERVICES, LLC, KELVIN WALSH, MIKE MANZELLO, MARIO LOPEZ, DAVID JABALEY, TAMMI FOWLER AND LORI VARVEL**

By:/   /s/ Jody Wilner Moran
       One of its Attorneys

Jody Wilner Moran
Julia Pearce Argentieri
**Jackson Lewis P.C.**
150 North Michigan Ave., Suite 2500
Chicago, Illinois  60601
Telephone: (312) 787-4949
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

**CERTIFICATE OF SERVICE**

I, Jody Wilner Moran, an attorney, hereby certify that on September 8, 2017, I electronically filed a copy of the foregoing **Defendants' Motion for Entry of a Protective Order** with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. A copy was also sent via U.S. mail and email to:

> Edith McCurry
> 6239 South 13110 East Road
> Pembroke Township, IL 60958
> EMcCurry1@gmail.com

By: /s/ *Jody Wilner Moran*
   One of the Attorneys for Defendant