# EXHIBIT B

| | |
|---|---|
| **From:** | Argentieri, Julia P. (Chicago) |
| **Sent:** | Friday, September 08, 2017 12:59 PM |
| **To:** | Edith Mccurry |
| **Cc:** | Moran, Jody Wilner (Chicago); Tom Davies; Kimberly Overbaugh; Watkins, Brittany (Chicago) |
| **Subject:** | RE: McCurry v. Kenco |

Ms. McCurry:

Thank you for your response. We will proceed with filing a motion to enter our proposed protective order and will note in the motion that Plaintiff is not in agreement. I would be happy to discuss the various reasons that we believe a protective order is beneficial for exchanging documents during the course of the litigation. Please feel free to reach out if you'd like to discuss this further.

Regards,
Julie Argentieri


**Julia P. Argentieri**
Attorney at Law
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Direct: (312) 803-2533 | Main: (312) 787-4949
Julia.Argentieri@jacksonlewis.com  |  www.jacksonlewis.com
*Jackson Lewis P.C. is included in the AmLaw 100 and Global 100 law firm rankings.*

**From:** Edith Mccurry [mailto:emccurry1@gmail.com]
**Sent:** Friday, September 08, 2017 12:50 PM
**To:** Argentieri, Julia P. (Chicago) <Julia.Argentieri@jacksonlewis.com>
**Subject:** Re: McCurry v. Kenco

Ms Argentieri,

I received your voice message you left September 6th. I do not agree with the protective order you are proposing. HIPPA protects my medical records; and my financial records are protected under the Redaction Act, and this is also true for any other party. Defendant's company polices, procedures, protocols or anything that encompasses forms or that which is listed on appendix A through F or anything of that nature that's related to the governance of my employment and that apply to me are not of a sensitive nature. They do not contain patents, trade marks, Licensing information, or secrets that would warrant a protective order.

Regards

Edith McCurry

On Thu, Sep 7, 2017 at 3:53 PM, Argentieri, Julia P. (Chicago) <Julia.Argentieri@jacksonlewis.com> wrote:

1

Ms. McCurry:

Please see the attached motion to compel which was filed this afternoon. Also, I left you a voicemail yesterday regarding the protective order that was sent over on Tuesday. Please let us know if you are in agreement with the proposed order or have any questions about it.

Thank you.

Regards,

Julie Argentieri

**Julia P. Argentieri**
Attorney at Law
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Direct: (312) 803-2533 | Main: (312) 787-4949
Julia.Argentieri@jacksonlewis.com | www.jacksonlewis.com
***Jackson Lewis P.C. is included in the AmLaw 100 and Global 100 law firm rankings.***

---

**From:** Argentieri, Julia P. (Chicago)
**Sent:** Tuesday, September 05, 2017 10:26 AM
**To:** Edith Mccurry <emccurry1@gmail.com>
**Cc:** Tom Davies <TDavies@h-dlaw.com>; Kimberly Overbaugh <KOverbaugh@h-dlaw.com>; Moran, Jody Wilner (Chicago) <MoranJ@jacksonlewis.com>
**Subject:** McCurry v. Kenco

Ms. McCurry:

Kenco and the individually named defendants are in the process of preparing responses and objections to the discovery requests which you recently served. We are requesting an additional 14 days to prepare those response and will provide them to you on or before September 19. Please call me if you'd like to discuss this request or have any questions or objections. Additionally, I have attached a proposed protective order. In the event that either party discloses sensitive information such as medical records, non-party personnel documents, or financial information, such documents can be marked confidential under this order and treated with strict confidentiality, including not being shared with anyone who is not a party to this litigation and not being filed on the public record (without appropriate redactions).

Please confirm if you are in agreement to have this protective order entered or would like to discuss it. If we do not hear from you by Friday, we will file a motion to have the protective order entered. We would like to file such a motion as soon as possible in order to move forward with all document production in the litigation. I can be reached at (312)803-2533 if you have any questions.

Regards,

Julie Argentieri

**Julia P. Argentieri**
Attorney at Law
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
Direct: (312) 803-2533 | Main: (312) 787-4949
Julia.Argentieri@jacksonlewis.com | www.jacksonlewis.com
*Jackson Lewis P.C. is included in the AmLaw 100 and Global 100 law firm rankings.*

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.