IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
URBANA DIVISION

| | |
|---|---|
| Edith McCurry, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:16-cv-02273-CSB-EIL |
| ) | |
| v. ) | Judge Colin Stirling Bruce |
| ) | Magistrate Judge Eric I. Long |
| ) | |
| Kenco Logistic Services, LLC, ) | |
| *a Tennessee Limited Liability Company,* ) | |
| Mars, Inc., Kelvin Walsh, Mike Manzello, ) | |
| David Jabaley, Tammi Fowler and Mario Lopez ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION TO STRIKE AND BAR PLAINTIFF'S PROPOSED EXPERT JAMES KOLKA

Defendants, Kenco Logistics Services, LLC, Mike Manzello, David Jabaley, Mario Lopez, Tammi Fowler, Lori Varvel and Kelvin Walsh by and through their undersigned attorneys, move to strike Plaintiff Edith McCurry's Expert Report and Bar Testimony by James Kolka. In support thereof, Defendants state the following:

### ARGUMENT

1. This is an employment discrimination case where McCurry alleges she was discriminated against by Defendants while employed at Kenco. She brings claims of race, age, gender, and disability discrimination along with retaliation and conspiracy (Dkt. 39.)

2. On July 20, 2017 the Court entered a text order extending McCurry's deadline to disclose any expert witness in this litigation until August 14, 2017.

3. On August 16, 2017 McCurry mailed a CD containing an expert report to Counsel for Defendants. Counsel for Defendants received the CD on August 23, 2017.

4.      McCurry's expert disclosure is untimely per the Court's orders and incomplete, and should therefore be stricken and barred.

5.      Furthermore, McCurry's expert is inadmissible under Federal Rule of Evidence 702. His purported expertise related to ISO standards and regulatory compliance has no relationship to McCurry's role as an HR clerk at Kenco and his opinions are neither relevant nor scientifically-reliable.

6.      It appears that McCurry has simply borrowed this expert report from another pending lawsuit against Kenco, *Mary Madison v. Kenco,* 15-cv-2290 and modified several of the pages to give purported "expert" opinions about why she was treated unfairly, which are not appropriate topics for expert opinions.

7.      Defendants reference and incorporate all arguments contained in their Memorandum in Support of this Motion as though fully set forth herein.

## CONCLUSION

WHEREFORE, for all the reasons stated herein, Defendants request that this Court strike the proposed expert report of James Kolka submitted by McCurry, bar his testimony in accordance with Federal Rule of Evidence 702, and grant such further relief as this Court deems just and proper.

Dated: September 11, 2017           Respectfully submitted,

**KENCO LOGISTIC SERVICES, LLC, MIKE MANZELLO, MARIO LOPEZ, DAVID JABALEY, TAMMI FOWLER, LORI VARVEL AND KELVIN WALSH**

By:/     /s/ Jody Wilner Moran
           One of its Attorneys

Jody Wilner Moran
Julia Pearce Argentieri
**Jackson Lewis P.C.**
150 North Michigan Ave., Suite 2500
Chicago, Illinois  60601
Telephone: (312) 787-4949
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

## CERTIFICATE OF SERVICE

I, Jody Wilner Moran, an attorney, hereby certify that on September 11, 2017, I electronically filed a copy of the foregoing **Defendants' Motion to Strike Plaintiff Edith McCurry's Expert Report and Bar Testimony from James Kolka** with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. A copy was also sent via U.S. mail and email to:

>Edith McCurry
>6239 South 13110 East Road
>Pembroke Township, IL 60958
>Emccurry1@gmail.com

By: /s/ *Jody Wilner Moran*
One of the Attorneys for Defendant