E-FILED
Monday, 11 September, 2017  04:45:03 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A
# EXPERT REPORT PART 1

I, James W. Kolka, declare as follows:

1. My name is James W. Kolka, Ph.D., J.D. I am over eighteen (18) years of age and am fully competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, and those facts are true and correct.

2. I earned my J.D. from the University of Wisconsin-Madison Law School with a background in product liability and environmental law. I am an active Emeritus Member of the State Bar of Wisconsin, my Member No. is 1009295. Following Law School and becoming a member of the Bar, I attended the University of Kansas and earned a Ph.D. in Political Science and International Affairs from the University of Kansas.

3. I first began to work with the ISO 9000 series of standards while serving as Visiting Scholar of International Studies at Georgia Institute of Technology (Georgia Tech) in Atlanta, GA in 1990. Dr. Donald Grace, the Director of the Georgia Tech Research Institute (GTRI) asked me to help develop funding for special research initiatives. One of those initiatives was the creation of the Center for International Standards & Quality (CISQ) at Georgia Tech. This included Quality Management Standards (ISO 9000) as well as International Standards such as European Norms (EN) and Japanese Industrial Standards (JIS). At that time I was introduced to ISO 9000 by Dr. Harry Wadsworth, a faculty member at Georgia Tech and a member of the original international committee that drafted the First version of the ISO 9000 Series of Standards of Standards, ISO 9001:1987.

4. I have taught and continue to teach courses on ISO 9000 for different universities and consulting firms, most recently a lead auditor course for Excel Partnership Inc. (an SAI Global Company of Sydney Australia). I have taught ISO 9001 workshops at Georgia Tech, Clemson University, the University of Wisconsin-Madison and a Masters Degree Program in Quality Management at Loyola University in New Orleans as well as numerous public venue training sessions. I also conduct GAP Analyses for companies to identify where they stand in regard to the current version of ISO 9001 (ISO 9001:2000, ISO 90001:2008 and now ISO 9001:2015) as well as train and help them conduct internal audits and supplier audits.

5. For the past twenty-seven (27) years I have worked with companies preparing to satisfy the European Union's CE marking requirements for the Machinery Safety, Medical Devices, Pressure Equipment and related 28 EU Directives as well as ISO 9001 & ISO 13485 when quality management standards also are required. In addition I work with medical device companies required to comply with FDA's Quality Management Regulation (QSR) in order to manufacture and sell medical devices in the US. I have developed a comprehensive loss prevention program that incorporates elements of both ISO 9001 Quality Management Systems and ISO 14000 Environmental Management Systems, as well as sector specific quality management systems for automobiles (QS 9000 & ISO/TS 16949), aircraft (AS

9000), maritime (IS 9002/ISM Code), telecommunications (TS 9000) and finance (FS 9000) to reduce company liability exposure in the US and EU markets.

6.   I work as an international legal consultant, and specialize in several areas, including conducting litigation evaluations in the US and EU (including product risk analyses/risk evaluations) for manufacturers. I also conduct forensic legal evaluations of company Quality Management Systems such as ISO 9001. I am compensated at an hourly rate of $375.00 for preparation of this report and all other related work.  I have conducted more than 450 seminars and workshops for North American, European, Asian and Latin American companies and universities and have written more than 300 articles and five (5) books on topics including ISO 9001, including "ISO 9001…A Legal Perspective" co-published by INFORM and ASQ Press in 1998. (More recently I published a series of blogs on these topics, including ISO 9001 on *jameskolka.typepad.com*.)  **Attached hereto as Exhibit A** is a copy of my current Bio and a List of Publications and Presentations from 1993 to date and a pre-publication copy of a copy of a book chapter, *"ISO 9000 and Legal Liability"* in *"Managing for Product Liability Avoidance, 3rd Edition, CCH Incorporated, Chicago, 2004.*

7.   In the Summer of 2006 I worked with attorneys from Susman Godfrey Houston & Dallas representing an Austin TX marine testing mineral & petroleum company deposing the CEO & senior officers of a British Marine Machinery Company in Birmingham UK  on their ISO 9001: 2000 Quality Management System concerning a contract dispute.

In April 2008 I was deposed in a contract dispute lawsuit in the Law Office of Defendant's Attorney in Towson, MD. Defendant also was represented by a Los Angeles, CA Law Firm. The focus of the lawsuit centered on ISO 9001: 2000. Plaintiff's Attorney, also from a Los Angeles Law Firm conducted the deposition.

In January 2011 I worked with a Detroit MI Law Firm in an employee injury lawsuit with an American New York Machinery Manufacturer that built a Vertical Lathe in their Taiwan Plant and placed a legally required CE Mark (European Conformity) on the machines and sold the machines in the EU & US. The lathes did not meet the safety requirements of the EU Machinery Directive and their ISO 9001: 2008 QMS. One worker was killed by a projectile that went through a 1/2 inch thickness plastic shield in Wales UK and another worker was injured in Detroit, MI requiring 24/7 medical care for the rest of his life (the legally required thickness was 1inch). I worked extensively with the Detroit, MI Law Firm preparing them for their deposition administered in the UK. The machinery company representative admitted that they failed to follow EU requirements in constructing the lathes.

I have also been involved in several national and international law matters involving ISO over the decades.

2

8. I am very familiar with the contents, scope and requirements of ISO 9001, the process with which a company must comply to obtain and maintain certification under ISO 9001 and the documents that an ISO 9001 certified company must develop and maintain in order to retain such certification. In December 2002, I conducted a Training Course for FDA (CDRH) Division Directors comparing the European Union's new application of ISO 9001: 2000 Quality Management System to the EU Medical Devices Directive and FDA's application of its new Quality System Regulation (QSR) 21 CFR Part 820 for Medical Devices at the FDA Center for Devices Radiological Health (CDRH) at FDA Headquarters in Rockville, MD. Both FDA & the EU have worked well coordinating their regulatory efforts. Attached hereto as **Exhibit B** is a copy of ISO 9001: 2008

9. The creation of ISO 9001:1987 was followed by ISO 9001:1994. ISO 9001:2000 followed by ISO 9001:2008 were a departure from the first two ISO 9001 Quality Management Standards placing greater emphasis on the role of **Management Responsibility**. The greater emphasis on management responsibility also was underscored by FDA in its Quality System Regulation 21 CFR Part 820 published in the Federal Register. The QSR was first published in the Federal Register on October 7, 1996 and went into effect the following year.

10. ISO is an auditable fact and evidence based scheme **hereto attached as Exhibit C.**

11. The **ISO 9001: 2008 Quality Management System** focus on Top Management emphasizes that management understands the nature and responsibility of their business. In organizations responsible for public health and the safety of their products, management must make health and safety their primary responsibility. In addition, it tethers transparency and accountability; as each policy, procedure, protocol and document (form) are meticulously documented in an accurate and reproducible fashion. 1st, 2nd and 3rd party audits[1] ensure compliance to the mandates and laws; that essentially whatever standard, policy, procedure, protocol and document (form) an entity alleges that is being used during the course of its operation it must exactly adhere to that standard, policy, procedure, protocol and document (form) each and every time. Failure to do so would be considered a non-conformity and all non-conformities are to be documented and logged as such. The ultimate purpose of this system is to line balance and standardize all of the processes of the operation to reduce defects and delays through uniformity and compliance. More specifically, each document is dated, authored, signed, catalogued, numbered, controlled and appendicized amongst other attributes. All Documents and records are controlled by a designated individual and retained, according to the standard

---

[1] Audits- As defined in *ISO 19011:2011—Guidelines for auditing management systems,* an audit is a "systematic, independent and documented process for obtaining audit evidence [records, statements of fact or other information which are relevant and verifiable] and evaluating it objectively to determine the extent to which the audit criteria [set of policies, procedures or requirements] are fulfilled." Audits also are a tool or a means of notice of deficiencies or compliance to an auditee.

3

operating procedures of ISO, in accordance with compliance to the Federal Food Drug and Cosmetic Act herein interchangeably referred to as "**FFDCA, FDCA, or FD&C**" and FSMA the Food Safety and Modernization Act.

12.   *5  Management responsibility[2]*
*Top management **shall** provide evidence of its commitment to the development and implementation of the quality management system and continually improving its effectiveness by:*
*a) communicating to the organization the importance of meeting customer as well as statutory and regulatory requirements,*
*b) establishing the quality policy,*
*c) ensuring that quality objectives are established,*
*d) conducting management reviews,*
*e) ensuring the availability of resources.*

Section 5.1 of the ISO 9001:2008 standard requires a written, well defined quality policy that is communicated and understood within an organization.

Section 5.2 also sets out some of the requirements for quality policies. This requirement clearly stated top management must fulfill both requirements related to ISO clause 7.2.1 "Determination of requirements related to the product" and ISO clause 8.2.1 "customer satisfaction

### 5.2 Customer focus

*Top management **shall** ensure that customer requirements are determined and are met with the aim of enhancing customer satisfaction (see ISO clause 7.2.1 and 8.2.1).*

### 5.3 Quality policy

In the quality management system, a quality policy is a document developed by management to express the directive of the top management with respect to quality. Quality policy management is a strategic item.*[3]*

---

[2] ***Management responsibility*** is a Section 5 of ISO 9001:2008 & ISO 22000:2005

[3] The quality policy is a written commitment from top management to all stakeholders relative to the standard of care to be exercised with regards to compliance to industry and food safety legislation. The quality policy is not a self-imposed policy or standard of care, but a requisite to compliance to food safety legislation. Therefore, the quality policy, the entire quality management system and the food safety management system establish the prerequisites and requisites for compliance to food safety legislation. Another requisite of the system is that the system is validated, verified and continually improved. The system unequivocally, affirms that the written standards and maximums are adhered to as cited, as well as, documenting and logging any deviations from the written standards for continual improvement.

4

*Top management **shall** ensure that the quality policy*
*a) is appropriate  to the purpose of the organization,*
*b) includes a commitment to comply with requirements and continually improve the effectiveness of the quality management system,*
*c) provides a framework for establishing and reviewing quality objectives,*
*d) is communicated and understood within the organization.*
*e) is reviewed for continuing suitability.*
*>Following Quality Policy are clauses assigning management responsibility for*
***5.4 Planning***
***5.4.1 Quality objectives***
***5.4.2 Quality management system planning***
***5.5 Responsibility and authority***
***5.5.2 Management representative***
***5.5.3 Internal communication***
*>Finally Management responsibility concludes with*
***5.6 Management review***
***5.6.1 General***

*Top management **shall** review the organization's quality management system at planned intervals to ensure its continuing suitability, adequacy and effectiveness. This review **shall** include assessing opportunities for improvement and the need for changes to the quality management system,*

*Records from management reviews shall be maintained (see ISO clause 4.2.4)*

***5.6.2 Review input***

*The input to management review **shall** include information on*

*a.) results of audits,*

*b.) customer feedback,*

*c.) process performance and product conformity,*

*d.) status of preventive and corrective actions,*

*e.) follow-up actions from previous management reviews,*

*f.) changes that could affect the quality management system, and*

*g.) recommendations for improvement.*

5

*5.6.3 Review output*

*The output from the management review **shall** include any decisions and actions related to*

*a.) improvement of the effectiveness of the quality management system and its processes*

13. The new emphasis on the role and responsibility of Top Management also is emphasized in FDA's Medical Device **"Guide To Inspections of Quality Systems" better known as "Quality System Inspection Technique" (QSIT) published in August 1999.**

Attached hereto as **Exhibit D** is a copy of FDA's Code of Federal Regulation Title 21 CFR Part 820 Quality System Regulation and a copy of FDA's "Guide To Inspection of Quality Systems "Quality System Inspection Technique" (QSIT) published in August 1999.

**Management Controls Subsytem**
*Management Controls*
*Inspectional Objectives*

1. *Verify that a quality policy, management review and quality audit procedures, quality plan, and quality system procedures and instructions have been defined and documented.*
2. *Verify that a quality policy and objectives have been implemented.*
3. *Review the firm's established organizational structure to confirm that it includes provisions for responsibilities, authorities and necessary resources.*
4. *Confirm that a management representative has been appointed. Evaluate the purview of the management representative.*
5. *Verify that management reviews, including a review of the suitability and effectiveness of the quality system, are being conducted.*
6. *Verify that quality audits, including re-audits of deficient matters of the quality system are being conducted.*

*At the conclusion of the inspection…*

7. *Evaluate whether management with executive responsibility ensures that an adequate and effective quality system has been established and maintained.*

14. The other key inspection elements of a QSIT inspection are the critical subsystems. In addition to a Management Controls these subsystems are *Design Controls, Corrective and Preventive Actions (CAPA) and Production and Process Controls (P&PC).*

15. QSIT provides a guide for FDA auditors when they visit a Medical Device Manufacturer. Management is visited at the beginning and end of each FDA visit and is

considered to be the key to safe and effective device manufacturing. Any manufacturer with a grain of wisdom would use QSIT to conduct internal audits to spot problems and make corrections before being visited by FDA auditors.

16.  The food safety is dovetailed to the current drug and medical device standards and safety schemes, as it is all relative to some form of human consumption.

17.  The food safety standards outlined in ISO 22000:2005 **attached hereto as Exhibit E** reiterates and incorporates the ISO 9001:2008 standard and describes it as "indispensable to this document";[4] essentially ISO 22000:2005 is ISO 9001:2008 with the addition of prerequisites as a requisite for compliance. Ultimately, this is the means of compliance to the International and Domestic Food Safety Mandates of the Codex Alimentarius and the FDA.

18.  In both standards, Management Responsibility is bookend between the Management System and the Resource Management of the ISO Standards.  Specifically for the ISO 9001:2008 standard its equivalent is The Quality Management System and its counterpart in the ISO 22000:2005 standard is The Food Safety Management System. The latter standard ISO 22000:2005 incorporates additional prerequisites than those in the ISO 9001:2008 standard for compliance.   The Resource Management also requires additional prerequisites in the ISO 22000:2005 than in the ISO 9001:2008 standard;[5] essentially a tighter governance of compliance.

19.  For the purpose of this discussion we will focus on the ISO 22000:2005 standard § 4 & 6 at this time.

### 4 Food safety management system

#### 4.1 General requirements

The organization shall establish, document, implement and maintain an effective food safety management system and update it when necessary in accordance with the requirements of this International Standard.

The organization shall define the scope of the food safety management system. The scope shall specify the products or product categories, processes and production sites that are addressed by the food safety management system.

The organization shall

a)   ensure that food safety hazards that may be reasonably expected to occur in relation to products within the scope of the system are identified, evaluated and controlled in such a manner that the products of the organization do not, directly or indirectly, harm the consumer,

b)   communicate appropriate information throughout the food chain regarding safety issues related to its products,

---

[4] Exhibit E ISO 22000:2005 page 1 §2 Normative references

[5] Exhibit E ISO 22000:2005 page 22 Annex A §4 & 6

c)    communicate information concerning development, implementation and updating of the food safety management system throughout the organization, to the extent necessary to ensure the food safety required by this International Standard, and

d)    evaluate periodically, and update when necessary, the food safety management system to ensure that the system reflects the organization's activities and incorporates the most recent information on the food safety hazards subject to control.

Where an organization chooses to outsource any process that may affect end product conformity, the organization shall ensure control over such processes. Control of such outsourced processes shall be identified and documented within the food safety management system.

## 4.2 Documentation requirements

### 4.2.1 General

The food safety management system documentation shall include

a)    documented statements of a food safety policy and related objectives (see 5.2),

b)    documented procedures and records required by this International Standard, and

c)    documents needed by the organization to ensure the effective development, implementation and updating of the food safety management system.

### 4.2.2 Control of documents

Documents required by the food safety management system shall be controlled. Records are a special type of document and shall be controlled according to the requirements given in 4.2.3.

The controls shall ensure that all proposed changes are reviewed prior to implementation to determine their effects on food safety and their impact on the food safety management system.

A documented procedure shall be established to define the controls needed
a)         to approve documents for adequacy prior to issue,
b)         to review and update documents as necessary, and re-approve documents,
c)         to ensure that changes and the current revision status of documents are identified,
d)         to ensure that relevant versions of applicable documents are available at points of use,
e)         to ensure that documents remain legible and readily identifiable,
f)         to ensure that relevant documents of external origin are identified and their distribution controlled, and
g)         to prevent the unintended use of obsolete documents, and to ensure that they are suitably identified as such if they are retained for any purpose.

### 4.2.3 Control of records

Records shall be established and maintained to provide evidence of conformity to requirements and evidence of the effective operation of the food safety management system. Records shall remain legible, readily identifiable and retrievable. A documented procedure shall be established to define the controls needed for the identification, storage, protection, retrieval, retention time and disposition of records.

8

# 6 Resource Management

## 6.1 Provision of resources

The organization shall provide adequate resources for **the establishment, implementation, maintenance and updating of the food safety management system.**

## 6.2 Human resources

### 6.2.1 General

The food safety team and the other personnel carrying out activities having an impact on food safety shall be competent and shall have appropriate education, training, skills and experience.

Where the assistance of external experts is required for the development, implementation, operation or assessment of the food safety management system, records of agreement or contracts defining the responsibility and authority of external experts shall be available.

### 6.2.2 Competence, awareness and training

The organization shall

a)      identify the necessary competencies for personnel whose activities have an impact on food safety,

b)      provide training or take other action to ensure personnel have the necessary competencies,

c)      ensure that personnel responsible for monitoring, corrections and corrective actions of the food safety management system are trained,

d)      evaluate the implementation and the effectiveness of a), b) and c),

e)      ensure that the personnel are aware of the relevance and importance of their individual activities in contributing to food safety,

f)      ensure that the requirement for effective communication (see 5.6) is understood by all personnel whose activities have an impact on food safety, and

g)      maintain appropriate records of training and actions described in b) and c).

## 6.3 Infrastructure

The organization shall provide the resources for the establishment and maintenance of the infrastructure needed to implement the requirements of this International Standard.

## 6.4 Work environment

The organization shall provide the resources for the establishment, management and maintenance of the work environment needed to implement the requirements of this International Standard.

20**. The Food Safety Management system** begins the bookmarking of Management Responsibilities and is comprised of the General and Documentation Requirements.  For the purpose of this discussion we will focus § 4.1 ¶2 and 3, as well as, § 4.2 and its subsections.[6]

§ 4.1 ¶2 states that the organization "Shall define the scope of the food safety management system.  The scope shall specify the products or product categories, processes and production sites that are addressed by the food safety management system."

With regards to § 4.1 ¶2 the standard mandates that each and every aspect of the organizations operations, their products, processes and production sites be specified, this would include and not be limited to the organizational infrastructure, policies, procedures, governance, product specifications, supply chain management, facility specifications and management, as well as, human capital.  Essentially no stone left unturned.

§ 4.1 ¶3 states "where an organization chooses to outsource any process that my affect end product conformity, the organization shall ensure control over such processes. Control of such outsources processes shall be identified and documented within the food safety management system."

With regards to § 4.1 ¶3 the standard mandates that governance relationship are established  upon outsourcing any process that affects the end product conformity; this would include but not be limited to 3rd party vendors, managers, or subcontractors.   Such as the relationship between Defendant's Kenco and Mars.[7]

The Documentation requirements of § 4.2 and its subsections directly correlate to § 5 Management Responsibility specifically subsection 5.2; whereby top management is mandated to define, document and communicate its food safety policy that conforms to both statutory and regulatory requirements and mutually agreed food safety requirements of the customers.

In subsection 4.2.2 in short states that the food safety management system requires that documents be controlled and controlled according to the requirements of subsection 4.2.3.  It also mandates that:

"A documented procedure shall be established to define the controls needed" and

    a) to approve documents for adequacy prior to issue,

    b) to review and update documents as necessary, and re-approve documents,

---

[6] Exhibit E ISO 22000:2005 pages4-5

[7] Group Exhibit F  Defendants position statements to the IDHR and EEOC

c) to ensure that changes and the current revision status of documents are identified,

d) to ensure that relevant versions of applicable documents are available at points of use,

e) to ensure that documents remain legible and readily identifiable,

f) to ensure that relevant documents of external origin are identified and their distribution controlled, and

g) to prevent the unintended use of obsolete documents, and to ensure that they are suitably identified as such if they are retained for any purpose.

For the purpose of this discussion we will focus on § 4.2.2 ¶ 2 and subsections a, c, and d of ¶ 3. ¶ 2 mandates that the controls ensure that all proposed changes are reviewed prior to implementation to determine the effect or impact on the food's safety or the management system. The subsections of ¶ 3, specifically a, c, and d highlight some of the prerequisites of documented procedure: approval, identification and relevancy are three (3) of the seven (7) key drivers to the implementation of a properly approved document to be used by an organization.

Consequently, based upon these prerequisites prior approval is required before implementation, identification of any changes and the version status is required, and assuredness that the relevant versions of applicable documents are available at the point of use, as well as, the other prerequisites outlined. In short, documents are to be risk ranked and assessed, vetted, validated and approved by management prior to use.

Defendant Kenco specifically understands these requirements, just as Defendant Mars does, as Kenco's QMS Documentation Policy CP.BP. 4.2.1001,[8] as well as, Defendant's Control of Documents Policy ISO.BP. 4.2.3.001[9] and Defendant's Policy on Control of Records ISO.QE.4.2.4.001[10] all are modeled after the ISO 9001 and ISO 22000 standards **attached hereto as Exhibits G, H and I respectively.** Defendants' policies are inextricably linked to the mandates of 21 CFR, FSMA, Bioterrorism Act of 2002 and other International and Domestic mandates.

## Records Management Is The Foundation Of Compliance

Information is one of the most vital, strategic assets any organization possesses. Statutory and regulatory requirements make managing information both a business priority and a legal obligation that demand the attention of all stakeholders cross-

---

[8] Exhibit G Policy-CP.BP. 4.2.1001 directly models the ISO Documentation Requirements/Standard of § 4.2.1 of ISO 9001:2008 and ISO 22000:2005

[9] Exhibit H Policy-ISO.BP. 4.2.3.001 is modeled after § 4.2.3 of the ISO 9001:2008 and ISO 22:2005

[10] Exhibit I Policy- ISO.QE.4.2.4.001 is modeled after § 4.2.4 of the ISO 9001:2008 and § 4.2.3 of the ISO 22000:2005

functionally from executives and corporate boards of directors to an entry level employee who participates in any scope of the management system.

Records management principles and international standards[11] play a crucial role in helping organizations meet their stakeholder and compliance goals through increased competition and more visible, comprehensive compliance.

The FDA requires a record management system for compliance[12].  Defendants had policies to fulfill this mandate.  Specifically, Defendant Kenco's policy ISO.QE.4.2.4.001on the control of records has a stated record retention time of seven (7) years[13].  Mars also demonstrated its record management compliance party through its ISO 22000 and FSSC 22000 3[rd][14] party certification.

## 21.  The bookend to Management Responsibilities is Resource Management

Human Capital is a key performing index in any business; Directors, employees and leaders that make up an organization's **human capital** are critical to the success of the business.  **Human capital** is typically managed by an organization's **human capital** management (HCM) department, commonly referred to as the **human resources** department.  This area is well developed in terms of infrastructure as it relates to employer/employee expectations, job requirements, company and regulatory compliance, coupled with a management scheme to govern performance.

Defendant demonstrated this through its Control of Documents policy ISO.BP. 4.2.3.001 **Exhibit H** that comprehensively and in great detail outlines what its infrastructure of ISO Procedures, Control Procedures Best Practices and Policies are, as well as, outlining job descriptions, work instructions, standard work, standard operating procedures, and training matrix.

---

[11] The international Standards for Records management is ISO 15489:2001 and it is defined as the field of management responsible for efficient and systematic control of the creation, receipt, maintenance, use and disposition of records, including the process for capturing and maintain evidence of and information about business activities and transactions in the form of records.

[12] 21 CFR Chapter I: Subchapter B Part 117 Subpart F and Part 121 Subpart D; Subchapter A Part 1 Subpart J.  Also records relevant to audits and reviews are subject to section 802 of the Sarbanes-Oxley Act of 2002.  For the purpose of this discussion this would include internal and external audits by 1st, 2nd and 3rd party auditors, as well as, reviews, such as the Management Review referenced in the Management Responsibility section of ISO 9001 and ISO 22000.  The act also has provisions for those tampering with records and documents including emails.

[13]  Exhibit  I § 3.6.2 subsection f ¶ 7

[14] FSSC 22000 -The FSSC 22000 Food Safety System Certification provides a framework for effectively managing your organization's food safety responsibilities. FSSC 22000 is fully recognized by the Global Food Safety Initiative (GFSI) and is based on existing ISO Standards.

## 6.1     Provision of resources

"The organization shall provide adequate resources for **the establishment, implementation, maintenance and updating of the food safety management system."[15]**

Based upon the size of the facility, the number of employees, and it being a 24 hour/7 day a week operation it is reasonable that an onsite Human Resource Department was necessitated.   Upon information and belief, such a department was created at the inception and or upon the opening of the Mars Manteno facility[16] in 1999; the HR Department expanded in 2002.  It is reasonable to assert that this expansion was probably facilitated by growth.

## 6.2     Human Resources

### 6.2.1   General

"The food safety team and the other personnel carrying out activities having an impact on food safety shall be competent and shall have appropriate education, training, skills and experience."[17]

Based upon the aforementioned statement it is a clear mandate that for each activity/operation carried out the personnel are to be educationally, experientially and professionally competent and rigored.

It also goes on to say in § 6.2.1:

"Where the assistance of external experts is required for the development, implementation, operation or assessment of the food safety management system, records of agreement or contracts defining the responsibility and authority of external experts shall be available."[18]

---

[15] Exhibit E- ISO 22000:2005

[16] The Mars Manteno facility, since its inception, has been a dedicated warehouse to Mars, Inc.  Upon information and belief the Mars Manteno warehoused finished goods that included but were not limited to candy, rice, and other snack foods.  In addition, the warehouse housed raw materials for further processing, as well as, housing a co-pack operation that packaged finished goods for Mars, Inc.  The warehouse at inception was a partnership between Defendant Mars, Inc. and 4T's management that was owned by Terri Tyson.  4T's overall organizational structure of the company that began in 1999 was passed on when Defendant Kenco took over management in April of 2013.  There was no business interruption; the exception to this structure was the addition of a Quality and Industrial Engineer, as well as, the dotted lines to Defendant Kenco Corporate, its VP of Operations and Senior Manager of Employee Relations.  Most importantly, it is not reasonable to assert that Defendant Mars and their former manager, employed Plaintiff and her counterpart for 15 and 13 years respectively and they were not performing the duties of the jobs they were hired to perform.  The codified standards under ISO 22000 mandating Resource Management § 6 had been in effect since 2005.

[17] Exhibit E- ISO 22000:2005

[18] Ibid

13

Essentially any external support is to be documented and the documentation is to be available and follow the criteria previously outlined, as well as, other statutory and regulatory guidelines and mandates.

### 6.2.2    Competence, awareness and training

The organization shall

a)    identify the necessary competencies for personnel whose activities have an impact on food safety,

b)    provide training or take other action to ensure personnel have the necessary competencies,

c)    ensure that personnel responsible for monitoring, corrections and corrective actions of the food safety management system are trained,

d)    evaluate the implementation and the effectiveness of a), b) and c),

e)    ensure that the personnel are aware of the relevance and importance of their individual activities in contributing to food safety,

f)    ensure that the requirement for effective communication (see 5.6) is understood by all personnel whose activities have an impact on food safety, and

g)    maintain appropriate records of training and actions described in b) and c).

By mandate the organization, including any outsourcing of its operation, is required to identify the competencies for personnel whose activities have an impact on food safety.[19]   Competencies are usually defined as the knowledge, skills, behaviors, personal attributes and other characteristics that are associated with or predictive of superior job performance.  Competencies are used to build competency models.

A competency model is built:

## Building Your Competency Model

The steps to building a Competency Model include:

Step 1: Understand the Competency Library.

Step 2: Develop position description/s for your targeted classification/s.

Step 3: Identify the competencies that the superior performers in the classification possess.

Step 4: Validate the competencies identified in Step 3.

---

[19] Every employee of the organization has an impact on food safety, as every function along the supply chain individually or collectively attributes to the success or failure of food safety whether it is international or global. The FDA has codified this in 21 CFR Chapter I Subchapter B Part 117 Subpart G and is further corroborated in 21 CFR Chapter I Subchapter B part 121, as well as, other mandates that require that each employee be subject to background checks, and that all persons on the site be identified and that vendors, visitors, subcontractors and the like be accompanied at all times.  The ISO standards are applicable to every organization of any size in the food supply chain.

Step 5: Reconcile the validation results with those obtained in Step 3.
Step 6: Review and finalize the results of Step 5 with the executive leadership team.[20]

For the purpose of this discussion we will focus in on Step 2, 4 and 6.

Step 2 is the development of position descriptions for the targeted classifications of personnel whose activities impact food safety and coincide with the mandates of 21 CFR Chapter I Subchapter B Part 117 Subpart G, 21 CFR Chapter I Subchapter B part 121 and other codified standards.

Step 4 and 6 are validation[21] and vetting steps that encompass the chain of command and or hierarchy relative to the position(s) at hand.

Defendant has a policy relative to job descriptions and that policy is ISO.BP.4.2.3.001 entitled Control of Records that indicates that Defendant was mandated to have job descriptions according to § 4.3.6 on page 4 and it also goes on in great detail to telling say where the job descriptions are to be appendicized  in § 4.5.

### 6.3 Infrastructure

The organization shall provide the resources for the establishment and maintenance of the infrastructure needed to implement the requirements of this International Standard.

### 6.4 Work environment

The organization shall provide the resources for the establishment, management and maintenance of the work environment needed to implement the requirements of this International Standard.[22]

Be it known that Plaintiff had been in her current role and position since 1999 performing similar and or same job duties, tasks, or functions.   We can concur that Defendant Mars and its former management company had made the necessary provisions to create, implement and maintain a Human Resource Department that was expanded in 2002 to add Leonard Szplett,[23] as well as, we can also concur that they also complied to the

---

[20] Gap-Closing Strategies – Tool 1-CPS HR Consulting

[21] Validation is a requisite to ISO 9001 and 22000 and it is outlined in § 8 of both standards; its internal standards are required to be audited and continually improved.

[22] Exhibit E ISO 22000

[23] Exhibit J Defendants position statement in 2014CF0475_ states that Leonard Szplett was the Office/HR Manager to whom Plaintiff reported to page 12 ¶ 1 line 2.

15

**FFDCA** and its ISO schemes[24].  In addition, Defendants are responsible for the work environment that support compliance with the mandated standards of ISO and 21 CFR Chapter I Subchapter M.

Consequently, Defendants Mars and Kenco were responsible for the work environment.

**Personnel Problems**

Personnel problems of any kind would be considered as a non-conformity and control of non-conformities are addressed in § 5, 7 and 8 of the ISO standards 9001 and 22000.

Personnel problems first should appear in Corrective and Preventive Actions and are to be identified as nonconformities to be resolved in an orderly meaningful manner. Employee concerns should be addressed and resolved following an internal audit[25] and if problems persist they should appear in *5.6 Management Review*.

Getting angry with workers and imposing adverse employment decisions because they identify problems is neither a competent or useful response. It also punishes workers who deserve adequate training and consideration given to their input and concerns. This is a violation of the Food Safety Modernization Act whistleblower provision that was legislated to protect employees from this very thing.

In reviewing Defendants verified and position statements Defendant indicated that is has had over 10 persons file more than 20 some odd charges of various forms of discriminations with Illinois Human Rights Department, herein referred to as the "IDHR" and the Equal Employment Opportunity Commission herein referred to as the "EEOC". This would indeed constitute a non-conformity, as these individuals would have had to base their complaints and or allegations based upon either a real or perceived breach of company or public policy.  The sheer volume of the number of complaints filed in a year's time rises to a level of a pattern and practice of deliberate and intentional systemic discrimination.

More specifically, the very idea and concept of standardization is the driver to the eradication of deviations of any kind.  Continual improvement piggybacks the concept of standardization, as it seeks to continual improve upon any deviation until that deviation does not exist any longer.

---

[24] Defendant Mars and former manager 4T's conducted Management reviews hereto attached as Exhibit K

[25] Internal audits are requisites to compliance according to ISO. Records of audits are to be kept in accordance to the codified standards.

16

<u>Likewise to discriminate on its face</u>

> means to distinguish, single out, or make a distinction. ...in the context of civil rights law, unlawful <u>discrimination</u> refers to unfair or unequal treatment of an individual (or group) based on certain characteristics, including:
>
> - Age
> - Disability
> - Ethnicity
> - Gender
> - Marital status
> - National origin
> - Race,
> - Religion, and
> - Sexual orientation.[26]

Therefore, if every scope is standardize, as required by law, and application of the standards be even and uniform; then in theory there should be no deviation/discrimination. Deviations/discrimination arises when deviations occur from the standards.

22. Allowing personnel issues devolve into employee concerns to complaints about discrimination and employee apprehension that complaints will be resolved by "killing the messenger"[27] instead of trying to address food and safety in a facility preparing food for public consumption is both pathetic and a violation of public policy. I like Richard Branson's Quote, *"Clients do not come first, employees come first. If you take care of your employees, they will take care of your clients."*

23. I have reviewed Defendant evidence sent to the "IDHR" and the "EEOC".

Defendants' statements and evidence are inconsistent with the mandates of the codified standards, as well as, inherently and intrinsically conflicting.

For example, Defendant Kenco stated and or inferred that Mars had nothing to do with the employment relationships at the Mars Manteno Facility.

This is simply not true and is against all established facts in the codified standards that govern food safety. To have made such a statement is an egregious material misrepresentation of the facts. In fact Mars, Inc. had everything to do with the employment relationships and governance of the Mars Manteno Facility.

Another example is Defendant represented that Plaintiff was only a "clerk" with no authority who was unable to receipt reports of discrimination...

---

[26] http://civilrights.findlaw.com/civil-rights-overview/what-is-discrimination.html

[27] What Not to Do with Employee Complaints-Rebecca R. Hastings, SPHR

17

Again this is simply not true, as Defendant had a signed job description **hereto attached as Exhibit L** for Plaintiff that meets the codified standards of ISO and other industry standards that state Plaintiff was the HR Administrator.

Contrary to Defendants position, Plaintiff had been in that position since 1999 performing those and other duties and continued to perform those and other duties after the management transition in 2013 to Defendant Kenco.   Employees are generally classified by their job duties and tasks not titles and Plaintiff's signed job description affirms that she was an HR subject matter expert and responsible for employee relations.

This job description was signed off on by Leonard Szplett who Defendant stated was the Office/HR Manager in its position statement of November 2013 to the IDHR and EEOC styled as 2014CF0475 see **attached Exhibit J**.[28]   In addition, a number of Defendants other policies make reference to the Site HR Administrator.  This would include but is not limited to CP.HR.1002, CP.HR. 6.2.1.009 and CP-BIC-802 to cite a few.

Most notably the job description indicates that Plaintiff provided administrative and project management support to the Office Manager/Budgeteer and Corporate HR.  It also states that Plaintiff was a subject matter expert in HR amongst other areas; that Plaintiff was responsible for ensuring timely employee relations[29] programs, HRIS, as well as, training and educating employees on company policies, regulations, procedures and employee self-help software.  Moreover, nowhere does it suggest in Plaintiff's signed job description that Plaintiff had to submit any work or work product for approval prior to execution.

Moreover it is unfathomable to assert that Plaintiff was unable to receive reports of employee concern, as Plaintiff was a part of the Human Resource staff of two (2) persons at the Mars Manteno Facility since 1999[30]; well before Defendant Kenco entered the picture.  **Workers** are entitled to a safe and healthy workplace and protection from discrimination. ...

---

[28] Contrarily in later position statements regarding Plaintiff and Plaintiff's counterpart to the "IDHR and EEOC" Defendant contradicts themselves by denying that Szplett was the HR Manager. This contradiction creates a genuine issue of material fact.

[29] Industry suggests that Employee relations is a discipline within human resources primarily responsible for strengthening the employer-employee relationship. The types of duties employee relations specialists handle range from conducting employee opinion surveys to identifying and resolving workplace issues.- An Example of Employee Relations by Ruth Mayhew | Chron.com-http://smallbusiness.chron.com/example-employee-relations-11065.html

[30] Prior to Defendant Kenco's transition as a "Super" manger, who provided back office support that ranged from payrolling to other areas, Plaintiff and Plaintiff's counterpart provided those services that covered employment law, recruiting , hiring, employee relations, performance management, compliance, and accounting that included at times an operational budget in excess of 20 Million dollars, payroll and other areas.

Furthermore, Kelvin Walsh former General Manger of the Mars Manteno facility, as well as, the current HR Manager also believed that Plaintiff was the HR Administrator **hereto attached as Group Exhibit M.**

In addition, the WARN ACT notification by 4T's in 2013 also affirmed that Plaintiff and others that they would be essentially be performing the same job functions, as well as, Defendants job equivalencies and Defendant's HR directory of HR Administrators located on Defendant's website **hereto attached as Group Exhibit N**.

Another example is Defendant Kenco's outside counsel, Karen Smith of Miller & Martin of Chattanooga who ask to speak with and spoke with Plaintiff,[31] **hereto attached as Exhibit O** regarding a charge of discrimination.

Smith of Miller & Martin made statements to the "IDHR" and "EEOC" to the affect that Madison had instructed Plaintiff not to do anything about what she had told Plaintiff. This statement was hearsay, as it was self-serving and unreliable.   Furthermore, Defendant's counsel during the relevant investigation at the "IDHR or EEOC" nor anytime thereafter tried to legitimize or authenticate this statement from Plaintiff.  Matter of fact Plaintiff was left off of Defendant's list of persons with knowledge about the matter before the regulatory agencies, **hereto attached as Exhibit P.** [32]

Any reasonable person would have tried to authenticate, corroborate and or validate the statements, unless there was some other self-serving motive.  The intentional misstatement to a tribunal is egregious, pathetic, and unlawful.  An action of this nature could easily and reasonably be construed as perjurious, as well as, either an impediment and or an obstruction to justice or both.

Moreover, it is an attorney's responsible to comply to the rules of professional conduct and civil procedures; especially with regards to the submission of pleadings, motions and the like to a tribunal.

In addition, Plaintiff's personnel file was reviewed and it seemed to lack or make reference to issues highlighted in Plaintiff's pleadings, such as but not limited to correspondence from the Internal Revenue Service, as well as, Plaintiff's signed job description and the signature page of Plaintiff's offer letter[33] amongst other things.  Also in the personnel file was an Opportunity for Improvement form that referenced a policy that was not relevant to the time in which the alleged incident occurred.  Specifically, the

---

[31] Karen Smith of Miller and Martin email to Plaintiff referencing Kelvin Walsh and asking to speak with Plaintiff regarding a charge of discrimination that had been filed by a former employee.

[32] Defendants had listed persons with no firsthand knowledge, such a Tammi Fowler who was located in Chattanooga, TN **hereto attached as Exhibit Q.**

[33] From reviewing other litigants files and or complainants files had signed offer letters that were countersigned by agents of Defendant.  Due to the mandates that are codified, it can be asserted that Defendant had an established duty of care to the employees it managed.

policy was not effective until after the date of the alleged infraction. Wherefore, since there was no policy relative to this issue prior to the incident, Plaintiff cannot be held accountable for any infraction. Moreover, Defendant does not have a policy relative to employees having to vacate the premise immediately after they have completed their shift, as well as, the policy that was in place relative to disciplinary points, that can be accrued for a number of reasons, mandates that a threshold of four (4) points be met prior to being issued a verbal warning on Defendant's progressive disciplinary policy for non-exempt employees-The Opportunity For Improvement herein referred to as "OFI". Considering this alleged incident was Plaintiff's first and there were no other incidents; Plaintiff could not have met Respondent's threshold to warrant this write up.

Applying a policy/statue that does not exist at the relevant time seems premediated, contrived, harassive and retaliatory in nature and is a form of bullying. Also it seems that Defendant did not follow its own Document Retention Personnel Files Policy-BP-HR-4.2.4.002 that ties into the record keeping requirements of the state and federal law, as well as, the ISO standards of FD&C and FSMA.

On a positive note Plaintiff had positive Performance Reviews from her counterpart Leonard Szplett; thereby evidencing Plaintiff's performance to the standards set in Plaintiff's job description.

Also Plaintiff's file contained a document dated on or about November 21, 2014 given to Plaintiff by Lori Varvel[34] that informed Plaintiff that Plaintiff's duties were being pared down **hereto attached as Exhibit R**, as well as, taking away some of Plaintiff's fringe benefits. For example, Plaintiff was no longer able to punch out at Plaintiff's desk[35], employees could no longer report employee concerns to Plaintiff and Plaintiff could no longer work from home

Another example is Plaintiff and Plaintiff's HR Department were ostracized out of other employment matters that occurred at the Mars Manteno facility that were reported[36] to either Plaintiff or Szplett. Defendant in response to several other complaints filed by

---

[34] Lori Varvel had just begun work at the Mars Manteno Facility on November 14, 2014; three (3) days prior to Plaintiff essentially being demoted. Varvel immediately came from Sears. Sears warehouse and distribution is not federally regulated; therefore based upon her work history it is safe to say that Varvel had no professional experience in a FDA regulated facility based upon her work history listed on LinkedIn.

[35] Upon information and belief other office workers were still allowed to punch out at their desk; Defendant did not have a policy related to where persons could punch in or out of.

[36] Upon information and belief Plaintiff was instructed to report any employee concerns to Tammi Fowler in Chattanooga, TN **hereto attached as Group Exhibit S** and that Plaintiff was not to do anything regarding any employee issues or concerns. Lori Varvel reiterated this directive, **hereto attached as Exhibit U** when she became the alleged HR Manager. *A side note, Defendants evidence Exhibit L in 2015CA1804 and 2015CA2495 submitted to the "IDHR" and "EEOC" has Varvel listed as a HR Generalist upon termination in February of 2015, as opposed to Varvel's alleged title and position of HR Manager. Varvel and Plaintiff had the same level of education and Plaintiff had more professional experience. Neither was Varvel SHRM certified as required on Defendant's job posting.

other litigants who were at the Mars Manteno facility failed to list Plaintiff and Plaintiff's counterpart Leonard Szplett as having first hand or relevant knowledge, despite litigants reporting the matters to either Plaintiff or Szplett **hereto attached as Group Exhibit T.** The ostracism seems to be intentional and a deliberate form of retaliation that is abusive, harassive, and harmful. These actions had a material adverse impact on the terms and conditions of Plaintiff and Plaintiff's counterpart Szplett's employment. One material adverse impact was it affected them from being able to perform their jobs and left them working under duress at the Mars Manteno Facility as the HR Department.

These actions had a domino effect, as it adversely affected the other employees at the Mars Manteno Facility, as Plaintiff and Plaintiff's counterpart and department were working under duress and unable to function properly or lawfully. Ultimately, it seems as though Plaintiff and her counterpart were unable to fulfill their employment obligations because of Defendants actions; a clear unwanted change in the terms and conditions of both their employment.

This is a willful and intentional breach of Defendants' established duty[37] of care and Defendants' fiduciary obligations to its employees. It is a gross negligence and reckless disregard to violate one's own policies and simultaneously be intentionally negligent per se with regards to public policy.[38]

The misconduct of Defendants and its agents is so egregious and outlandish that it gives rise to intentionally inflicting emotional and economic distress upon Plaintiff and others affected by Defendants contrived schemes, gross negligence, misleading and perjurious statements, and Defendants reckless and blatant disregard of the law.

More specifically, the system and the mandates were created to flush out, identify and remediate non-conformities, not harbor, foster and fester an animus, hostile, volatile, unsafe and unproductive work environments, such as the work environment at the Mars Manteno Facility. This work environment is/was in direct violation of the codified standards. [39]

---

[37] Defendants Mars and Kenco has an established a duty of care through their employer and employee relationship to the employees of the Mars Manteno facility, as well as, through the codified standards of 21 CFR under the FFDCA.

[38] "The FDA has instituted Judicial Enforcement of criminal prosecution for falsifying records, lying to FDA, knowingly putting customers at risk, or in other appropriate cases or instances. "~ FDA Operational Strategy for Implementing the FDA Food Safety and Modernization Act May 2014.

[39] Exhibit E § 6.4 Work Environment-"The organization shall provide the resources for the establishment, management and maintenance of the work environment needed to implement the requirements of this International Standard.

Another example is Defendant proffered into evidence at the "IDHR' and "EEOC" policies, posting, and correspondence from other sites that Defendant Kenco Managed **hereto attached as Exhibit V.** As outlined in Defendants Control of Documents Policy ISO.BP. 4.2.3.001 § 4.3 each site has their own set of policies and they are appendicized in Appendix A according to § 4.5 of Defendants Control of Documents Policy ISO.BP. 4.2.3.001.

Therefore, the proffering or submission of any other policy other than those relegated to the specific site could easily and reasonably be construed as collusive, conspired, willful and intentional to the impeding and obstruction of justice. Notably, each site controls their own policies, procedures, protocols and forms that are overseen by a designated person who is mandated under the codified standards to do so. Essentially, Defendant would have had to have intentionally contacted other sites to obtain these policies, procedures, protocols and forms from the Quality Coordinator/Quality Engineer.

Another example is Defendant's VP of Legal, Jay Elliott. Jay Elliott was hired according to Defendant's Exempt hiring Policy CP-HR-1002 **hereto attached as Exhibit W**, which requires Elliott's hiring, as a VP, to be signed off by the President of the Group and the Chief Financial Officer[40].

According to the "IDHR' and the "EEOC" Jay Elliott along with Lori Varvel participated in Plaintiff's Fact Finding Conference for those agencies; Elliott and Varvel were hired in November of 2014 **hereto attached as Group Exhibit X.**

Elliott stated in an email to the "IDHR" and "EEOC" **dated October 12, 2015 hereto attached as Exhibit Y** that Lori Varvel had been after Mr. Henry's termination and he was not sure what value she could offer. Likewise based upon **Group Exhibit X and Exhibit Y** both Elliott and Varvel were hired in the same month and extrapolating the same sentiment what value did either of them have with regards to incidents that occurred before they got hired, as well as, incidents that occurred outside of Elliott's geographical location, as Elliott was not located at the Mars Manteno facility. Elliott also referenced in another email **dated March 4, 2015 hereto attached as Exhibit Z** that Defendant had lost its contract with Mars and that he no longer had access to employees.

Based upon Elliott's statements it begs the following questions: If you did not have access to employees, how was an investigation waged in the allegations made against Defendant Kenco and how were the verified and position statements not false, misleading, impeding, obstructive and perjured. It also begs the question about statements made during the Fact Finding Conference that Elliott or Varvel made relative to incidents that occurred before their employment began. It also begs the ultimate question of did Elliott violate the professional rules of conduct and the civil rules of procedure or what types of irreparable harms did Elliott and Varvel cause Plaintiff and

---

[40] This type of due diligence indicates that the Executive Level Officers of the company were aware and in agreement that Elliott would be onboarded in his position as VP of Legal.

others because of their actions or better yet what type of irreparable harms have been inflicted upon society and the judicial machinery.

Plaintiff has not yet received responses to Plaintiff's Request for Production of Documents and Interrogatories.[41]

24.   I did not see evidence of product or production nonconformities and product or production corrective and preventive action stipulated for product or production nonconformities. In a operation of this size it isn't possible nonconformities did not exist. I also didn't see checklists for stipulated internal audits[42] and the recommended steps to address nonconformities as well as a timeline for closing out nonconformities.

I also did not see evidence of any investigations relative to safety and hazard violations that employees notified defendant of.  This would include but not be limited to: the spread of human fecal[43] matter throughout the warehouse, pest infestation(s)[44], sanitation

---

[41] Plaintiff reserves the right to have the responses reviewed and if necessary also reserves the right to amend or supplement this report.  However, I have had the opportunity to read other litigants responses received from Defendant to their Interrogatories and Request for Production.  Defendant consistently maintains that the discovery requests are vague and ambiguous.  The requests are not vague and ambiguous, but are very specific to the operation and compliance of Defendants to the mandated codes and legislation of food safety.  In general I find their responses to be cryptic, non-responsive, evasive and dismissive. Basically, a "we should not have to be bothered with these details attitude." It is the type of response I would pursue as a 3rd party auditor to see what might be hidden and why is it being hidden? When I train employees on how to conduct 3rd Party Audits and Internal Audits, it is the type of response I suggest they pursue to see if anyone is hiding something and why. This is particularly important when health and safety issues are a critical concern and the consequences could create public health risks as well as risks to the health of employees exposed to unsanitary and hazardous working conditions.  Moreover, they are required and mandated to keep records and keep them for a specified amount of time according to 21 CFR Chapter I: Subchapter B Part 117 Subpart F and Part 121 Subpart D; Subchapter A Part 1 Subpart J.  In short, the standards mandate that the organization have a qualified person to oversee the quality/food safety management system; that the records must follow the documentation guidelines and processes, be kept in a specific location that is overseen by the qualified person of record; that the records be indexed, catalogued, and traceable.  Records that are requested by regulatory agencies are mandated to be produced within 24 hours of the request according to § 423 of the FSMA; typical industry standards also require that a mock traceability (recall) audit be performed within 2-4 hours.  Consequently, no enterprise governed by FDA should allege that obtaining records is burdensome and or unattainable; the organization is audited internally and externally for compliance, as it is a requisite mandate to be able to produce records.

[42] Defendant has an Internal Audit Policy ISO.QE.8.2.2.001 and is molded after § 8 of the ISO 9001 and 22000 standards

[43]  The spread of human fecal matter is an imminent hazard to the public health, as human fecal matter is a source of the spread of Bacterial, Viral or Pathogenic disease; such as but not limited to: dysentery, E. Coli, Hepatitis, and other blood borne diseases.  Failure to remediate the spread of disease is an intentional adulteration of food and is a violation of 21 U.S. Code § 342, as well as, in violation of 21 CFR Chapter I: Subchapter A General Part 2 Subpart A, Subchapter B Part 121 Subpart A & E, Subchapter A part 1 Subpart O, Subchapter B Part 117 Subpart A & B amongst a number of other regulations and laws.  The Codex Alimentarius also have guidelines on the application of General Principles of Food

document falsification[45], fire drill, ammonia alarm (spill/ventilation), leaking dock doors and other instances.

I also did not see evidence of logs or investigations for incidents[46] reported by Plaintiff or employees to defendant such as but not limited to: complainant being asked to not fully implement the standards for compliance, billing for services not rendered, overbilling, discriminant treatment, unlawful termination and other instances.

25. ISO (the International Organization for Standardization) is a worldwide federation of national standards bodies (ISO member bodies). The work of preparing International Standards is normally carried out through ISO technical committees. For the purpose of this discussion ISO 22000 was prepared by Technical Committee ISO/TC 34, Food products. The standards are reviewed every three (3) years for relevancy and compliance.

Attached hereto as **Exhibit BB** is a copy of an article, "*Understanding the "Other" Clauses of ISO 22000" By F. Stier and John G. Surak, PH.D." published in Process Control, June/July 2013*. *Dr. Surak and* I both spoke on the *ISO 9000 Standards* at a Conference sponsored by Clemson University in July 1993. I have great respect for his knowledge on ISO 22000.

The aim of this International Standard is to harmonize[47] on a global level the requirements for food safety management for businesses within the food chain. It is particularly intended for application by organizations that seek a more focused, coherent and integrated food safety management system than is normally required by law. It requires an organization to meet any applicable food safety related statutory and regulatory requirements through its food safety management system.

---

Hygiene to the Control of Foodborne Parasites. CAC/GL 88-2016. This would have been an issue identified using HACCP.

[44] Pest spread disease and adulterate food. For example, according to the CDC Worldwide, rats and mice spread over 35 diseases. These diseases can be spread to humans directly, through handling of rodents, through contact with rodent feces, urine, or saliva, or through rodent bites. Diseases carried by rodents can also be spread to humans indirectly, through ticks, mites or fleas that have fed on an infected rodent. These diseases include: *Hantavirus Pulmonary Syndrome, Leptospirosis, Rat-bite Fever, Salmonellosis, Plague, Colorado Tick Fever* **and** *Cutaneous Leishmaniasis.* In addition, Bats harbor more viruses than rodents and are capable of spreading disease over a wider geographic area owing to their ability to fly and their migration and roosting patterns.

[45] Refer to footnote 38

[46] Defendant has Policies on Incident Reporting Procedures CP.RM.6.2.101 and CP-BIC-802; CP-BIC-802 is **hereto attached as Exhibit AA**

[47] The standard seeks to harmonize quality systems on a global level across the supply chain. The actions demonstrated by Defendant are far from harmonizing. The actions are counterproductive and treasons to the health, safety and well-being of all persons. Intentionally creating a negative work environment, spawn out of employee concerns and issues, that were/are contrary to the codified standards in § 6.4 is pathetic and unlawful.

**ISO 22000 is composed of several other building blocks including**:

1. Hazard Analysis and Critical Control Points (HACCP)[48] as defined in the Codex Food Hygiene document;

2. Prerequisite programs that define the basic conditions to maintain an hygienic environment;

3. The components that are needed to have an effective management system;

4. The final building block is based on ISO 9001:2000 and ISO 9001:2008 "Quality management systems – Requirements."

The ISO 22000 was issued in 2005 and the scheme is relegated for food safety. This is a scientific evidence and risk based auditable scheme and approach to food safety. This food safety matrix is derived from the international standards developed by the Codex Alimentarius Commission that is governed by The WHO (The World Health Organization) and FAO (Food and Agriculture Organization of the United Nations). The Codex Alimentarius is the international standard for food safety and the benchmark for food safety standards. [49] There are a number of other governmental agencies in the United States that regulate food safety; they include but are not limited to: FSIS-Food Safety Inspection Services and the CDC-Center for Disease Control.

The FDA models its food safety standards in accordance with the Codex Alimentarius. In addition to that the FDA has long adopted the ISO-International Organization of Standardization as their scheme for standardization and compliance. For example, the FDA modeled the quality management system, 21 CFR 820, after the ISO scheme with regards to human devices as mentioned earlier in paragraph 11.

---

[48] **HACCP** -Hazzard Analysis of Critical Control Points, is defined according to the FDA, as a management system in which **food safety** is addressed through the analysis and control of biological, chemical, and physical hazards from raw material production, procurement and handling, to manufacturing, distribution and consumption of the finished product. HACCP and the HACCP plan correlate to § 7.6 of the ISO standard and it encompasses seven (7) principles. Essentially the designated quality person along with the HACCP team is to proactively identify potential hazards from a biological, chemical and physical stance that may affect a product during any phase across the supply chain; risk assess, rank and manage the hazard by implementing controls, corrective or preventative measures that are documented according to perquisites and requisites of the ISO standards. It is the team leader's responsibility to ensure that this plan is followed to avoid potential hazards (non-conformities) internally or externally; such as but not limited to the spread of fecal matter, pest infestation, adulteration of the product. Failure, for anyone, especially for the team leader, to knowingly fail to initiate, follow or enforce the plan/standards is criminally enforceable under the FFDCA. Plaintiff was a member of this team. This subsystem is one of the prerequisites that bring compliance to the FSMA and possess its own independent functions.

[49] 21 CFR Chapter I Subchapter B Part 130 Subpart A

Seamlessly, the FDA continued to administer the same standardization scheme to the governance of food for human and animal consumption.    The term *used for human consumption*[50] means either:

(i) Ingested orally or

(ii) Applied by any means such that it enters the human body.

(4) The term *intended for use for human consumption* means any of the following:

(i) Designed by the manufacturer for human consumption;

(ii) Marketed for human consumption; or

(iii) Distributed, exported, or imported, with the intent that it be used for human consumption.

The **Food Safety Modernization Act** (**FSMA**) was signed into law by President Barack Obama on January 4, 2011, which was the nation's first major overhaul of our food safety practices since 1938. The FSMA has given the Food and Drug Administration (FDA) new authorities to regulate the way foods are grown, harvested and processed; essentially farm to fork governing every aspect of the food supply chain extrapolating interchangeably from the owner, operator, or agent in charge of such facility.

The FDA mandated in 21 CFR Chapter I Subchapter M that the appropriate International Standards of Organization be used for compliance of all certifying bodies relative to Any Organization in the Food Chain"    With respect to this discussion we will be focused on the "Quality Management Systems" requirements of FSSC 22000 (Food Safety Certification System 22000).  FSSC 22000 is ISO 22000 plus ISO 22002-1:2009

The certifying bodies under 21 CFR Chapter I Subchapter M ensure that all organizations along the food supply chain are compliant to the federal mandates and meet the Global Food Safety Initiatives benchmarks.

The quality management system requires that a comprehensive written documented plan be implemented; this should include but not be limited to: quality plan, corporate and any relevant site policies and organizational charts, independent quality unit QA Manager/Sanitarian, responsibilities/authorities, documented signed and up-to-date SOP (Standard Operating Procedures)/WI (Work Instructions), Job descriptions, Human Resources, designated food safety responsibilities, as well as, a documented facility self-inspection/audit procedure, supplier program, incoming and outgoing trailer/material inspection program. In addition to a written and documented

---

[50] The definition of Human Consumption with respect to food is the same definition relative to drugs.

sanitation/cleaning program, preventative maintenance, comprehensive product recall, training program and the facility amongst other requirements.

The quality management system follows a cataloguing scheme where each policy, procedure, protocol and form is controlled and has a document number (relative to the issuing department), title, date, effective date, revision information, author and approval information amongst other identifying markers.    These documents are correlated to one another, as well as, being comprehensively indexed in an appendix.

Each policy, procedure, protocol and associated form are vetted and verified for accuracy before approval and implementation.  Each policy, procedure, protocol and form always has an associated chain of command to govern them through its life cycle that ensures accuracy and compliance, as well as, to prevent them from being self-serving.

According to the standard updates to the policies, procedures, protocols and forms are made based upon a qualifying event, such as but not limited to: changes in materials, methods, procedures, regulations and the like.  Updates typically occur on a routinely scheduled basis, unless some special circumstance prevails.

With regards to the quality management system there are to be no deviations within the system.    Deviations from the documented Standard Operating procedures, protocols or policies would be deemed as a non-conformity.  All non-conformities are documented in accordance to the standards of Continual Improvement; Continual Improvement (CI) is facilitated with the help of other tools such as Lean[51] and Six Sigma[52] or Lean Six Sigma[53], an analysis of this non-conformity or defect is

---

[51] Henry Ford defined the lean concept in one sentence: "We will not put into our establishment anything that is useless."

Lean manufacturing is a system of techniques and activities for running a manufacturing or service operation. The techniques and activities differ according to the application at hand but they have the same underlying principle: the elimination of all non-value-adding activities and waste from the business.

Lean enterprise extends this concept through the entire value stream or supply chain: The leanest factory cannot achieve its full potential if it has to work with non-lean suppliers and subcontractors.

Excerpted from William A. Levinson and Raymond A. Rerick, *Lean Enterprise: A Synergistic Approach to Minimizing Waste,* ASQ Quality Press, 2002, pages xiii-xiv, 38.

[52] Six Sigma is a method that provides organizations tools to improve the capability of their business processes. This increase in performance and decrease in process variation lead to defect reduction and improvement in profits, employee morale, and quality of products or services. Six Sigma quality is a term generally used to indicate a process is well controlled (within process limits ±3s from the center line in a control chart, and requirements/tolerance limits ±6s from the center line).

**Philosophy—** The philosophical perspective views all work as processes that can be defined, measured, analyzed, improved and controlled. Processes require inputs (x) and produce outputs (y). If you control the inputs, you will control the outputs. This is generally expressed as y = f(x).

performed. This is called a root cause analysis. The root cause analysis is a precursor to the preventative and corrective actions taken to ensure that this non-conformity or defect does not occur again. Intentional deviations from procedures, protocols or policies typically require an exception before this deviation can occur. According to Defendant's QMS Documentation Policy (CP.BP. 4.2.1001) **Exhibit G** the exception request is accompanied with a written business case outlining the reasons and or rationale for the requested deviation. This written request is reviewed by another party who could be the author of the policy, procedure or protocol or a manager of such for written approval. All non-conformities whether foreseeable or unforeseeable are all documented in their respective logs.

Consequently, the standardization of any system under the International Organization of Standardization offers transparency, traceability, accountability, uniformity, and equality. The essence of this scheme is that you must exactly do what you say you are doing. Therefore, the deviation from any policy, procedure, protocol and or form in any way goes against the very essence of standardization.

The implementation of this system must be management driven and requires cross-functional buy-in to be successful as indicated in on page 5 Section 5 of **Exhibit E**- ISO 22000.

The FDA goes on to say in its Operational Strategy for Implementing the FDA Food Safety Modernization Act in the article Protecting Public Health by Strategic Implementation of Prevention-Oriented Food Safety Standards dated May14, 2014:

---

**Set of tools—** The Six Sigma expert uses qualitative and quantitative techniques to drive process improvement. A few such tools include statistical process control (SPC), control charts, failure mode and effects analysis, and process mapping. Six Sigma professionals do not totally agree as to exactly which tools constitute the set.

**Methodology—** This view of Six Sigma recognizes the underlying and rigorous approach known as DMAIC (define, measure, analyze, improve and control). DMAIC defines the steps a Six Sigma practitioner is expected to follow, starting with identifying the problem and ending with the implementation of long-adopted and recognized.

**Metrics —** In simple terms, Six Sigma quality performance means 3.4 defects per million opportunities (accounting for a 1.5-sigma shift in the mean).- *ASQ-American Society of Quality*

[53] Lean Six Sigma is a fact-based, data-driven philosophy of improvement that values defect prevention over defect detection. It drives customer satisfaction and bottom-line results by reducing variation, waste, and cycle time, while promoting the use of work standardization and flow, thereby creating a competitive advantage. It applies anywhere variation and waste exist, and every employee should be involved. *ASQ-American Society of Quality*

Congress enacted FSMA in response to dramatic changes over the last 25 years in the global food system and in our understanding of foodborne illness and its consequences, including the realization that preventable foodborne illness is both a significant public health problem and a threat to the economic well-being of the food system. These food system changes and the new FSMA mandates require transformative change in how FDA does its work.

The central external force driving change is the dramatic expansion in the global scale and complexity of the food system. Hundreds of thousands of growers and processors worldwide are producing food for the U.S. market, using increasingly diverse and complicated processes, managing complex and extended supply chains, and making millions of decisions every day that affect food safety. The burgeoning scale and complexity of the food system make it impossible for FDA on its own, employing our historic approaches, to provide the elevated assurances of food safety envisioned by FSMA and needed to maintain a high level of consumer confidence in the safety of the food supply.

Accompanying this change is the now widely shared understanding that the foundation for reducing the risk of preventable foodborne illness in today's global food system—and providing consumers the assurances of food safety they seek—is action by the food industry. Specifically, food safety depends primarily on the food industry, with top-level management commitment and working in a continuous improvement mode, to: (1) implement science- and risk-based preventive measures at all appropriate points across the farm-to-table spectrum, and (2) manage their operations and supply chains in a manner that provides documented assurances that appropriate preventive measures are being implemented as a matter of routine practice every day. <u>FSMA is grounded in this understanding of how food safety can be protected in today's global food system.</u>

While FSMA reinforces industry's primary role and responsibility for food safety, it also builds on and strengthens FDA's oversight role in providing technical expertise, setting and fostering compliance with food safety standards, and responding to and learning from problems when they do occur. In fact, more so than ever before, FDA is called upon by FSMA to play a central leadership and operational role in the future global food safety system. Meeting this challenge—and successfully implementing FSMA's new prevention-oriented, systems approach to food safety—necessitates a new strategy for how FDA performs its food safety role and meets its new responsibilities.

For the purpose of this discussion here are the following facts:

    a.   FDA governs food and drugs for Human and Animal Consumption.

        i.   Governs those who manufacturer, pack or hold food for human and animal consumption

    b.   FDA governs the supply chain from farm to fork.

    c.   FDA requires record keeping.[54]

    d.   FDA requires the sanitary manufacturing, handling, storage, transportation and distribution of food.

    e.   FDA requires a Hazard Analysis and Risk Based Preventive Controls.[55]

    f.   FDA requires a Supply Chain Program.[56]

    g.   FDA ensures responsible stewardship of the environment.[57]

    h.   FDA has requisites for FDA regulated buildings and facilities.[58]

    i.   FDA has requisites for Current Good Manufacturing Practice in Manufacturing, Packing and Holding Human Food.[59]

    j.   FDA has a requisite for Production and Process Controls.[60]

    k.   FDA has a requisite for Emergency Plans.[61]

    l.   Compliance to FDA mandates is through an International Organization Standard; specifically ISO 22000 and the prerequisites of ISO 22002-1:2009.

    m.   Mars, Inc. is a food manufacturer and subject to the mandates of the FDA.

    n.   As a manufacturer Mars, Inc. is certified to the ISO & FSSC 22000 scheme.

    o.   Mars Manteno facility is required to have a Food Defense Plan.[62]

    p.   Mars, Inc. is certified by Lloyd's Register Quality Assurance.

---

[54] 21 CFR Chapter I: Subchapter B Part 117 Subpart F and Part 121 Subpart D; Subchapter A Part 1 Subpart J

[55] 21 CFR Chapter I Subchapter B Part 117 Subpart C

[56] 21 CFR Chapter I Subchapter B Part 117 Subpart G

[57] 21 CFR Chapter I Subchapter A Part 25 Subpart A

[58] 21 CFR Chapter I Subchapter B Part 110 Subpart B

[59] 21 CFR Chapter I Subchapter B Part 110 Subpart A

[60] 21 CFR Chapter I Subchapter B Part 110 Subpart E

[61] An emergency plan is a contingency plan in the event of a business impairment. This is equivalent to a Business Continuity Plan (BCP).

[62] 21 CFR Chapter I Subchapter B Part 121 Subpart C

q.  Mars, Inc. is mandated to provisions of 21 CFR relative to Food for Human Consumption.

r.  Any facilities of Mars, Inc. managed by Mars, Inc. or its agents of or product managed by agents of Mars, Inc. are subject to the applicable provisions of 21 CFR.

s.  Mars, Inc. Quality & Food Safety Standards for Transportation and Storage of Mars NA Semi-Finished Wrapped and Wrapped Goods Manual outlines compliance to 21 CFR.

t.  Mars, Inc. manager Kenco Logistics Services Quality Management System is based on International Organization of Standards 9001:2008 standards; they are AIB certified.

As mentioned earlier, ISO 22000 integrates the principles of the Hazard Analysis and Critical Control Point (HACCP) system and applicable steps developed by the Codex Alimentarius Commission. Essentially ISO 22000 combines the HACCP plan with prerequisite programmes (PRPs); for audit compliance to the standard is a mandatory requirement. Hazard analysis is a proactive tool and key to an effective food safety management system, as it identifies and undergirds an effective strategy to be utilized in ensuring hazard control through the synergy of PRP(s), operational PRP(s) and the HACCP plan.  This analysis identifies all hazards that could reasonably be expected to occur in the food chain that may include but may not be limited to: hazards associated with the process and facilities used, other internal or external factors, as well as, the measures to be used in controlling a particular hazard, in addition, to the person, entity or organization responsible for controlling the hazard.  Moreover, the ISO 22000 and PRP(s) are to work in tandem to support public health and safety from a food perspective on a global level.

For example, according to section 7 Planning and realization of safe products of the ISO 22000 Standard beginning on page 9 of **Exhibit E** and more specifically subsection 2.3 on page 10 indicates that:

"When selecting and/or establishing PRP(s), the organization shall consider and utilize appropriate information [e.g. statutory and regulatory requirements, customer requirements, recognized guidelines, Codex Alimentarius Commission (Codex) principles and codes of practices, national, international or sector standards]."

Sanitation is one of the listed prerequisites of ISO 22000, a requisite (SSOP) under the Food Drug and Cosmetic Act and a requisite of 9 CFR part 416.   A written sanitation/cleaning program is required for compliance and is inextricably tied into the Hazard Analysis and Risk Based Preventive Controls (HACCP) and other ISO 22000 building blocks.  Failure to adhere to this maximum violates a number of additional public policies, such as but not limited to 21 U.S.C. § 342, as well as, Defendant Mars' compliance to its own policies relative to quality/sanitation and  mandated under FSMA, FFDCA , and other applicable statues. Pest control, cross-contamination

31

prevention, food safety and the facility amongst others are also listed prerequisites of ISO 22000 the compliance mechanism to 21 CFR along with also being prerequisites of Defendant Mars quality management system outlined in its *QUALITY & FOOD SAFETY STANDARDS FOR TRANSPORT & STORAGE OF MARS NA SEMI-FINISHED WRAPPED AND FINISHED GOODS.* Food safety and security are also requisites of FSMA and the 2002 Bioterrorism Act.

Specifically, with respect to retraction of Plaintiff's duties, the document failed to meet the guidelines of the Defendants own Performance Management ("OFI") or Defendants QMS Documentation Policy CP.BP. 4.2.1001 and Control of Documents ISO.BP. 4.23.001, **Exhibits G & H**[63] and according to ISO standards, as well as, it was not listed in Defendant's appendices. Moreover, there should have been an accompanying Performance Review or Opportunity for Improvement to legitimize this decision if it was competency based; there is no evidence of such incompetency provided by Defendant.

Deviations (non-conformities) from any company policy, procedure, or protocol, including this one, are to be documented and logged, as well as, subject to an exception review if warranted as cited in Defendant's QMS Documentation Policy CP.BP. 4.2.1001. Therefore, in my opinion because there is no evidence of an exception and no evidence of a Performance issue(s), the retraction of Plaintiff's duties, responsibilities and fringe benefits was contrived, harassive and retaliatory that was being couched as a legitimate non-pretexted reason for an adverse employment decision. Specifically, in my opinion this decision was a contrived and intentional deviation from Defendant's normal practices and can be construed as a retaliatory pretext to complainant's adverse employment actions and decisions. Moreover, in a standardized environment one cannot legitimately support a known non-conformity, as it is contrary to the organizational schemes and methods.

Furthermore, Lori Varvel had just become employed[64] at the Mars Manteno facility within a few days prior to issuing this adverse employment decision. Reasonably and intelligently, there is no way that a person can come to a new workplace, get up to speed, get trained, learn a regulated system, make an assessment, and evaluate an employee's performance, against all of the rules and regulations of Defendants, come to a conclusion, make such a drastic employment decision, draft a letter and change the terms and conditions of Plaintiff's employment.

Also in my opinion the Defendants actions during Plaintiff's employment and postemployment have caused Plaintiff and others continued irreparable harms; for example, Defendant intentionally and willfully submitting misleading and false statements (both orally and in writing) to the various tribunals regarding Plaintiff, Plaintiff's employment, or other employees of the Mars Manteno facility.

---

[63] All of Defendants corporate Policies are listed on Appendix F, hereto attached as **Exhibit CC**.

[64] According to Defendants position statement and evidence in Leonard Szplett's matter, Defendant demonstrated that Varvel was paid more than Plaintiff and Szplett.

Assuredly, these actions were adverse on the outcomes of Plaintiff and others who brought complaints[65] brought before the various tribunals.[66]   Not only were these actions adverse, they were intentional, deliberate and an obstructive impediment to the administration of justice.

This type of behavior is revolting and treasonous to the judicial system and the constitutional rights of all American citizens and is just plain pathetic, when the outcomes of such behavior can cause public safety and health crisis.  Especially when you have an outlined plan of action in place that moves to eradicate deviations.

Essentially, Defendant Kenco in tandem along with Defendant Mars had policies, procedures, and protocols relative to documentation, control of documents, index of documents, as well as, the other ISO 9001:2008 and ISO 22000 Standard of requisites and prerequisites for the lawful operation of the Mars Manteno Facility.  Therefore, the adherence of the policies, procedures and protocols as presented during a documented relative time is inextricably linked to the compliance of the Federal Mandates of 21 CFR, FSMA, the 2002 Bioterrorism Act, the Codex Alimentarius and other Federal and International prevailing laws.

According to Mars, Inc. website Defendant Mars, Inc. is in compliance with FSSC and ISO 22000 according to the Lloyd's Register Quality Assurance statement hereto attached as **Exhibit EE.**   Lloyd's Register Quality Assurance is the certifying body outlined in 21 CFR Chapter I Subchapter A Part 1 General Enforcement Regulations Subpart M. Therefore, this same compliance scheme would be superimposed upon any of Defendant Mars agents, including Defendants Kenco, Walsh, Varvel, Manzello, Lillie, Fowler, Jabaley, Lopez and others; ultimately mandating them to be compliant by virtue of an agency relationship.[67]   Provisions for imposition and agency with regard to compliance are found in the FD&C.  Mars, Inc. also states on their website that they have a supplier code of conduct hereto attached as **Exhibit FF**, which also holds their agents accountable directly for compliance.

Based upon Mars' compliance to ISO and FSSC 22000 it can be said that Mars had regular, if not daily, governance and interaction with the facility managed by Defendant Kenco, as Defendant Kenco was not certified to the necessary standards to be compliant with 21 CFR, FD&C and FSMA.  Hereto attached as **Exhibit GG** is

---

[65] Hereto attached is Exhibit DD; whereby Plaintiff reported to the "IDHR" that Defendant had pressured Plaintiff and Szplett to go along with regarding the various matters before the tribunal. Page 2 § A ¶ 2- 3

[66] The "IDHR" is under a federal injunction (Cooper v. Salazar-196 F.3d 809 (7th Cir. 1999)) not to make credibility determinations.  However, it seems that the "IDHR" and its staff have failed to adhere to this injunction, as it acted as a trier of fact without the due process of law in making decisions that led to lack of substantial findings for Plaintiff and others.  Furthermore, the standard for a substantial finding at the "IDHR" is a scintilla of evidence.  I also believe that the "IDHR" errored and violated their own policies when it allowed Elliott to participate in its Fact Finding Conferences as both an employee and legal counsel of the company, as well as, making credibility determinations.

[67] 21 CFR Chapter I Subchapter A Part 1 Subpart H

Defendant Mars' **QUALITY & FOOD SAFETY STANDARDS FOR TRANSPORT & STORAGE OF MARS NA SEMI-FINISHED WRAPPED AND FINISHED GOODS** that outlines compliance standards.  In addition, as mentioned earlier the same governing management scheme outlined in ¶8 and ¶9 would have been applicable to the relationship between Defendant Mars and Defendant Kenco.

In keeping with compliance Mars, Inc. would have had to audit the Mars Manteno warehouse for compliance to the standards **hereto attached as Exhibit HH**.  Audit records reflect conformance and non-conformance to the standard; corrective actions are applied in the case of non-conformities; records are kept in a specific place and retained for a specified amount of time in keeping with the record keeping practices of the FD&C, FSMA and other applicable laws.

26. The materials considered for this study are referenced in **Exhibit II.**

27.  In 1906 Doubleday, Jabber & Company Published Upton Sinclair's "The Jungle" describing health and safety violations and unsanitary practices in the American meatpacking industry in Chicago in the early 20th Century.  The public concern and outcry led to reforms including the creation of "The Meat Inspection Act." 110 years later we are looking at the need to strengthen United States Food Safety Management Systems to improve health and safety conditions for employees in the food industry so they are able to provide food products that are safe for consumers and public consumption. This lawsuit speaks directly to meeting this critical need in our society today!

 I, James W. Kolka, declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2017

**James W. Kolka PhD, JD/Attorney-at-Law**
**International Legal Consultant**
2193 Spear Point Drive
North Metro Atlanta
Marietta GA 30062
tel. 404.200.7198
E. jameskolka@gmail.com

www.jameskolka.typepad.com
www.linkedin.com/pub/james-kolka/10/202/37a

# EXHIBIT LIST

Exhibit A        Current Bio and List of Publications

Exhibit B        ISO 9001:2008

Exhibit C        ISO Quality Management Principles

Exhibit D        FDA's Code of Federal Regulation Title 21 CFR Part 820 Quality System
                 Regulation and a copy of FDA's "Guide To Inspection of Quality Systems
                 "Quality System Inspection Technique" (QSIT) published in August 1999.

Exhibit E        ISO 22000 standard.

Exhibit G        Defendant's QMS Documentation Policy CP.BP. 4.2.1001

Exhibit H        Defendant's Control of Documents Policy ISO.BP. 4.2.3.001

Exhibit I        Defendant's Control of Documents Policy ISO.QE. 4.2.4.001

Exhibit J        IDHR 2014CF0475 File

Exhibit K        Management Review

Exhibit L        Plaintiff's signed Job Description

Exhibit M        Emails acknowledging Plaintiff as HR Administrator

Exhibit N        Group Exhibit of Defendant's affirming Plaintiff as HR Administrator

Exhibit O        Email from Miller & Martin to Plaintiff

Exhibit P        Defendant's list of persons with firsthand knowledge

Exhibit Q        LinkedIn-Tammi Fowler

Exhibit R        Demotion Letter from Varvel on November 21, 2014

Exhibit S        Group Exhibit of Plaintiff being ostracized from duties

Exhibit T        Group Exhibit issues reported to Plaintiff

Exhibit U        Email instructing Plaintiff not to respond to employee

Exhibit V        Defendant's evidence submitted to IDHR/EEOC regarding other sites

Exhibit W        Defendant's Exempt Hiring Policies CP-HR-1002

Exhibit X        Group Exhibit of Varvel and Elliott LinkedIn

Exhibit Y        Email from Elliott to IDHR (Brown) 10/12/15

Exhibit Z        Email from Elliott to IDHR (Juarez) 3/4/15

Exhibit AA       Defendant's Incident Reporting Policy CP-BIC-802

Exhibit BB        *"Understanding the "Other" Clauses of ISO 22000"*

Exhibit CC       Appendix F

Exhibit DD       IDHR report acknowledging Defendant's misconduct

Exhibit EE       Lloyd's Register Quality Assurance Statement

Exhibit FF       Mars Supplier Code of Conduct

Exhibit GG       Mars Warehouse Quality Manual

Exhibit JJ       Table of Consulted Documents in preparation of Report

# EXHIBIT A

# James W. Kolka PhD/JD Attorney-at-Law
## International Legal Consultant
## Curriculum Vitae

**Education**

- BS University of Wisconsin – Eau Claire, Major (Political Science) Minors (Chemistry/Economics)
- JD University of Wisconsin – Madison Law School, Admitted to State Bar of Wisconsin
- PhD University of Kansas Political Science and International Affairs

**Work Experience**

- University of Wisconsin – Green Bay Assistant Professor/Associate Professor Executive Asst. to the Vice Chancellor, Green Bay, WI 1969-1974

- University of Wisconsin System Administration, Madison, WI Professor/Senior Budget Planner/Senior Academic Planner, Developer & Director University of Wisconsin Adult Extended Degree Programs on Five Campuses 1974-1980

- Drake University, Des Moines, IA Professor/Vice President for Academic Affairs 1980-1983

- Kennesaw State University, Marietta, GA Professor/Vice President for Academic Affairs 1983-1987

- Visiting Professor of International Studies, Georgia Institute of Technology, Atlanta, GA 1987-1989

- Research Grants Development Administrator, Georgia Tech Research Institute, Atlanta, GA 1989-1991

- International Legal Consultant, President Kolka & Associates, Marietta, GA 1991-2013/Senior Consultant Excel Partnership, Sandy Hook, CT/London, UK 1994-2006/Senior Consultant SAI Global, Cleveland OH/Sidney, AU 2006/2009) for ISO 9001, ISO 13485, ISO 14001, FDA-s Quality System Regulation CE Marking for Machinery and CE Marking for Medical Devices Directives

- Attorney/Legal Expert for Law Firms involved in Law Suits in the US & UK involving ISO 9001, FDA's QSR & CE Marking for the Machinery Directive 2000-2013 Little Rock AK, Austin & Houston TX, Baltimore MA & Los Angeles CA, Detroit, MI, Chicago, IL, Portland, OR, London UK

**Training**

- Led team of faculty & students at the University of Kansas & University of Costa Rica & to develop written Spanish language materials (including training materials) to support Baccalaureate Degree Programs in Public Administration 1967-1968

- Developed curricula and interdisciplinary training materials for new Baccalaureate Degree programs, in collaboration with faculty colleagues at UW Green Bay 1969-1974

- Presented a Paper on Interdisciplinary Education to Seminar on Interdisciplinary Teaching and Research at Vigo Galicia & the Universidad Santiago Compostela sponsored by the Ministry of Education in Spain preparing for Higher Education in the year 2000.

- Supervised & wrote materials training faculty on five campuses in the University of Wisconsin System to assess prior learning, place degree programs in a competency based format and develop materials to complete a Baccalaureate Degree 1974-1980

- Governing Board Member on the American Council on Education, Commission on Education Credit and Credentials which oversees National Educational Training Programs 1978-1981

- Developed and delivered Public & On-site Training Programs on CE Marking for complying with the EU Machinery Directive and Related Directives (EMC, Low Voltage, Explosive Atmospheres ATEX, Pressure Vessels) including, EU Medical Devices Directives and related Quality Management Systems (ISO 9001, ISO 13485) 1991- 2011: Georgia Tech Atlanta GA, Houston, TX, San Francisco CA, Danbury CT, Orlando FL, Loyola Marymount University CA, Ventura CA, Newport Beach CA, Edison NJ, Minneapolis MN, University of Wisconsin Madison, WI New Orleans LA, Newport Beach CA, Boston MA, Waltham MA, Chicago Il, Seattle WA, Cincinnati OH, San Antonio TX, Mystic CT, Miami FL, Indianapolis IN 1991-2013

- Developed and delivered training courses for FDA's Quality System Regulation (QSR) for Excel Partnership & SAI Global in the US, UK & Australia

- Developed and delivered Staff Training Programs on CE Marking for the Machinery Directive, related Directives and the Medical Devices Directives for the California Manufacturing Technology Centers (CMTC) Los Angeles, Ontario, Ventura, Fresno

- Developed and delivered Public & On-site Training Programs on CE Marking for complying with the EU Machinery Directive and Related Directives, CE Marking for the Medical Devices Directive and Related Quality Management Systems for Excel Partnership, Inc. and SAI Global 1994-2014

- Developed and delivered Public & On-site Training Programs on ISO 9001, ISO 13485, ISO 14001, CE Marking Machinery & Related Directives (Low Voltage, EMC, Pressure Vessels, Explosive Atmospheres ATEX) and Product Liability Exposure 1991-2013, CE Marking Medical Devices
- Developed and delivered Public & On-site Training Programs on Preventive Law, Product Liability Audits, Product Safety Audits to reduce Product Liability Exposure 1991-2013

- Developed and delivered Public & On-site Training Programs on Product Liability Exposure and Loss Control for Medical Device Insurance Companies 1994-2013

  Developed and delivered Public and On-site Training Programs for Corporate Counsel, Defense Counsel and Trial Attorneys concerning Medical Device Manufacturers and Product Liability Exposure 1994-2017

3

James W. Kolka

## Selected Papers and Publications

James W. Kolka, *"CE Marking and Products Liability Avoidance",* in Managing for Products Liability
Avoidance, 3rd Edition*",* CCH Incorporated, Chicago, 2004

James W. Kolka, *"The ISO 9000 Quality management Standards",* in Managing for Products Liability
Avoidance, 3rd Edition, CCH Incorporated, Chicago, 2004

James W. Kolka, *Assessment and Training in the Medical Device Industry: What Does it Take to
It Take to Manufacture in a Regulated Sector?",* in The Informed Outlook, Vol. 9, No. 1
January 2004

James W. Kolka, *"Bringing in Eastern European Manufacturers and Distributors into The European Fold:
The CE Mark and EU Technical Standards",* Entry Strategies: Product Adaptation and Innovation
In the New Eastern European Markets, The European Center of the University System of
Georgia and The Georgia Tech Center for International Business, Education and research,
Atlanta, Georgia, November 2003

James W. Kolka, *"There are Benefits to Having Financial Processes in Your QMS: Applying ISO 9001/4
to Financial Operations",* in The Informed Outlook, Vol. 8, No. 6, June 2003

James W. Kolka and Timothy J. Budacki, *"It is Always The Documents",* MEDMARC Internet Newsletter,
June 2003

James W. Kolka, *"ISO 9001:2000 and Legal Liability",* in The ISO 9000 Handbook 4th Edition,
McGraw-Hill, Inc., New York, 2003

James W. Kolka, *"European Union and Conformity Assessment Requirements",* in The ISO 9000
Handbook 4th Edition, McGraw-Hill, Inc., New York, 2003

James W. Kolka, *CE Mark Training for the EU Medical Devices Directives,* FDA Center for Devices and
Radiological Health (CDRH) Division Directors, Rockville, Maryland, December 2002

James W. Kolka, *"Potential Risks Associated with Product Realization: NFFS Addresses Fitness
Memo for Use as Liability Exposure",* in The Informed Outlook, Vol. 7, No. 6, June 2002

James W. Kolka and Timothy J. Budacki, *"ISO 9001:2000 and the Legal Implications of Document
Control: The Importance of Maintaining Effective Documentation",* in The Informed Outlook, Vol. 7,
No. 4, April 2002

James W. Kolka, *"ISO 9001 and 9004: A Framework for Disaster Preparedness",* in Quality Progress,
Volume 35, Issue 2, February 2002

James W. Kolka, *"Liability & ISO 9001:2000:The Role a QMS Plays in Legal Liability, Part II",* TUV
Rheinland World News, November/ December 2001

1

James W. Kolka, "*Liability & ISO 9001:2000:The Role a QMS Plays in Legal Liability, Part I*", TUV Rheinland World News, September/October 2001

James W. Kolka, "*Meeting International Standards*", University of Georgia Small Business Development Center Export Georgia 2001, Atlanta, Georgia, September 2001

James W. Kolka, "*Turn Your QMS Into a Risk Management Platform–ISO 9001:2000/Risk Management: A Preventive Law Approach*" in The Informed Outlook, Vol. 6, No. 9, September 2001.

James W. Kolka, "*Harmonizing Technical Standards for CE marking and the European Union*", The EU: A Target of Investment: An Executive Workshop-European Union Center of the University System of Georgia, Atlanta, Georgia, June 2001

James W. Kolka, "*Litigation and ISO 9000*", 55th Annual Quality Congress (AQC), Charlotte, North Carolina, May 2001.

James W. Kolka, " *ISO 9001: 2000, A Liability Perspective on Its Impact: What Role Will a QMS Play in Legal Liability?*" in The Informed Outlook, Vol. 6, No. 3, March 2001.

James W. Kolka, "*ISO 9000-Litigation and Legal Liability: A 2001 Update*", ASQ's 8th Annual ISO 9000 Conference, Reno, Nevada, March 2001.

James W. Kolka, "*Addressing the Product Recall*", Institute for International Research Conference-Product Liability Management, Atlanta, Georgia, February 2001.

James W. Kolka, Participant, "*QMS-Guidelines for Process Improvements in Healthcare Organizations*", ISO International Technical Agreement Workshop for Drafting a New Healthcare Guideline for Use with ISO 9001:2000, Detroit, Michigan, January 2001.

James W. Kolka, "*ISO 9001 and Product Liability: Friend or Foe?*" MEDMARC Teleforum, Fairfax, Virginia, December, 2000.

James W. Kolka, "*Present and Future Litigation Involving ISO 9001- Based QMS: The Impact of QMS on Legal Liability*", in The Informed Outlook, Vol. 5, No. 9, September, 2000.

James W. Kolka, "*ISO 9000: 2000 Update*", and "*Legal Issues of ISO 9000 and ISO 14,000*", Biomedical Focus '00: 14th Annual Conference & Exposition, St. Paul, Minnesota, July, 2000.

James W. Kolka, "*The Impact of Legal Liability on ISO 9001-Production: Your QMS Can Prevent Liability in Production Processes*", The Informed Outlook, Vol. 5, No. 5, June, 2000.

James W. Kolka, "*Requirements/Standards for International Warnings and Labels*", Authoring Preventive Product Safety Documents: The Medmarc Series, Boston, Massachusetts, May, 2000.

James W. Kolka, "*FDA's Good Manufacturing Practices and Legal Liability*", in Medmarc: Contemporary Insights on Loss Prevention and Product Safety: The Cutting Edge Newspaper, Vol. 10, No. 1, April, 2000.

James W. Kolka, "*The Impact of Legal Liability on ISO 9001 Pre-Production and Product Safety: Are Design and Development Done to Prevent Liability?*" in The Informed Outlook, Vol. 5, No. 3, March, 2000.

James W. Kolka, "*ISO 9001 and Legal Liability*", ASQ 7th Annual ISO 9000 Conference, Dallas Texas, March, 2000.

James W. Kolka, "*FDA's Good Manufacturing Practices and Legal Liability: Quality System Regulation Impact on QMS's* " in The Informed Outlook Vol. 5, No. 1, January, 2000.

James W. Kolka, *"FDA/EU Approaches to Medical Device Packaging & Labeling,"* Center for Business Intelligence—Pharmaceutical & Medical Device Packaging: Regulatory, Design and Development Solutions for Pharmaceutical and Medical Device Companies, Washington, D.C., December, 1999.

James W. Kolka, *"The Impact of Legal Liability on ISO 9001—Post Production: How Will You Respond to Increased Legal Scrutiny?"* in The Informed Outlook, Vol. 4, No. 11, November, 1999.

James W. Kolka, *"Quality Management Professionals and Liability Exposures,"* in MEDMARC: Contemporary Insights on Loss Prevention and Product Safety: The Cutting Edge Newsletter, Vol. 11, No. 3, November, 1999.

James W. Kolka and Eric Fettman, Testing for the QSR CFR 820, Excel Interactive Training CD Rom for the Medical Device Industry, Excel Partnership, Inc., Sandy Hook, CT., 1999.

James W. Kolka, *"CE Marking: How To Meet The Machinery Directive,"* in Quality, Vol. 38, October, 1999.

James W. Kolka, *"Examining the Future of ISO 9001 and Legal Liability: Using Today's Headlines and Events,"* in The Informed Outlook, Vol. 4, No. 9, September, 1999.

James W. Kolka, *"ISO 9001 and Health Care: Easier, Faster and Better Than Other Accreditation Programs,"* in Quality Progress, Vol. 32., No. 8, August, 1999.

James W. Kolka, *"FDA and EU Medical Device Packaging, Shipping and Labeling,"* Georgia Biomedical Partnership Series, Atlanta, Georgia, August, 1999.

James W. Kolka, *"ISO 9000 and the Law,"* in Compliance Engineering (European and American Editions), Vol. XVI, No. 5, July/August, 1999.

James W. Kolka, *"ISO 14001 and Global Medical Device Manufacturing: Legal Issues Affecting Implementation and Registration,"* and *"Using ISO 14001 to Comply with OSHA/EPA Regulations,"* Biomedical Focus, 13th Annual Conference and Exposition, St. Paul, Minnesota, July, 1999.

James W. Kolka, *"Be Prepared for Legal Liabilities with you QMS—Legal Issues and ISO 9001: Past, Present and Future,"* in The Informed Outlook, Vol. 4, No. 7, June, 1999.

James W. Kolka, *"New EU Directive Has Trade Implications—Effective June 30: EU Packaging and Packaging Waste Directive—Part 2,"* in The Informed Outlook, Vol. 4, No. 6, June, 1999.

James W. Kolka, *"Medical Device Regulatory Issues, Risk Management and Liability Issues,"* Georgia Biomedical Partnership Series, Atlanta, Georgia, May, 1999.

James W. Kolka, *"New EU Directive Has Trade Implications—Effective June 30: EU Packaging and Packaging Waste Directive—Part 1,"* in The Informed Outlook, Vol. 4, No. 5, May, 1999.

Ron Belmont, Carrie Hartill and James W. Kolka, *"From FDA Quality System Regulation to CE Marking,"* Medical Device & Diagnostic Industry, Vol. 21, No. 5, May, 1999.

James W. Kolka, *"EU's New Packaging and Packaging Waste Requirements,"* Atlanta Packaging Forum, Atlanta, Georgia, March, 1999.

James W. Kolka, *"ISO 9001: A Structure for More Effective Operations—Diverse Healthcare Industry Increases Scrutiny of ISO 9001,"* in The Informed Outlook, Vol. 4, No. 2, February, 1999.

James W. Kolka, *"Healthcare Industry: Quality Management Principles Help Reduce Liability Risk—Liability Exposure in the Healthcare Industry,"* in The Informed Outlook, Vol. 4, No. 1, January 1999.

James W. Kolka, *"Using Quality Management Principles to Reduce Liability Exposure in Healthcare Practice,"* ISO 9000: Building the Framework for Quality Healthcare Management—Co Sponsored by the College of Business and Economics, University of Kentucky and the Healthcare Division of the American Society for Quality, Lexington, Kentucky, December, 1998.

James W. Kolka, *"Going Beyond ISO 9000: US and EU Medical Device Regulations,"* in The Informed Outlook, Vol. 3., No. 19, November, 1998.

James W. Kolka, *"Comparative Analysis of US & EU Approaches In-Depth,"* IBC's 2nd Annual Conference on Medical Labeling, Palm Beach Gardens, Florida, October, 1998.

James W. Kolka, "*In Vitro Diagnostic Medical Devices Directive: The EU Reaches A Common Position on the IVD-Part 2,"* in The Informed Outlook, Vol. 3, No. 18, October, 1998.

James W. Kolka, *"Going Beyond ISO 9000: The Impact of US and EU Medical Device Regulation on Product Liability Exposure,"*  What Wins and Loses Product Liability Lawsuits: The MEDMARC Series, Newport Beach, California, October, 1998.

James W. Kolka, *"The In Vitro Diagnostic Medical Devices Directive: The EU Reaches A Common Position On the IVD – Part 1,"* in The Informed Outlook, Vol. 3, No. 17, September, 1998.

James W. Kolka, *"ISO 9000 and Products Liability,"* in MEDMARC: Contemporary Insights on Loss Prevention and Product Safety: The Cutting Edge Newspaper, Vol. 8, Fall, 1998.

James W. Kolka, *"Using Quality Management Principles to Reduce Liability Exposure in Healthcare Practice,"* 10th Annual Conference: Quest for Quality and Productivity in Health Services—Co-sponsored by the Society for Health Systems of the Institute of Industrial Engineers and the Healthcare Division of the American Society for Quality, Memphis, Tennessee, September, 1998.

James W. Kolka, *"International Issues Regarding Packaging and Labeling: An Overview,"* DuPont Tyvek© Medical Packaging Technology Forum, Richmond, Virginia, September, 1998.

James W. Kolka, *"Clearing the Paper Trail: In A Lawsuit, Make Certain Your ISO Documentation Will Help Your Case, Not Hinder It,"* in Export Today, Vol. 14, No. 7, July, 1998.

Ron Belmont, Carrie Hartill and James W. Kolka, *"CE Mark Now Required Effective June 14: Understanding the New EU Medical Device Directives, CE Mark, FDA Quality System Regulation & the EU/US Mutual Recognition Agreement,"* in Biomedical Market Newsletter, Vol. 8, No. 6, June, 1998.

James W. Kolka, *"The Reality of QMS Expectations in Business: The Importance of Risk Analysis in Design Control,"* in The Informed Outlook, Vol. 3, No. 12, June, 1998.

Ron Belmont, Carrie Hartill and James W. Kolka, *"EU Medical Device Directives, FDA Quality System Regulation and the EU/US Mutual Recognition Agreement,"* Excel Partnership, Inc., June, 1998.

James W. Kolka, *"FDA Begins Enforcement of Design Control Section: With Medical Devices, Design is the Law…and More,"* in The In formed Outlook, Vol. 3, No. 11, June, 1998.

James W. Kolka, *"As FDA Requirements Take Full Effect, MRA Issues Remain,"* in The Informed Outlook, Vol. 3, No. 10, May, 1998.

James W. Kolka, *"International Issues Regarding Packaging and Labeling,"* and *"EU's Product Liability Directive and Japan's Product Liability Law As They Affect Medical Devices,"* Cambridge Communications Group, Inc. – Medical Packaging and Labeling: Strategies and Standards for the Global Marketplace, Phoenix, Arizona, April, 1998.

James W. Kolka, *"CE Marking For Machinery And Product Liability,"* in The Informed Outlook, Vol. 3, No. 7, April, 1998.

James W. Kolka, ISO 9000: A Legal Perspective, ASQ Quality Press, Milwaukee, Wisconsin and INFORM Press, Montclair, Virginia, 1998.

James W. Kolka, *"ISO 14000 and Its Impact Upon American Business: Emerging Legal Issues With EMS Implementation and Registration,"* in The Informed Outlook, Vol. 3, No. 6, March, 1998.

James W. Kolka, *"ISO 9000 and Legal Issues to be Considered,"* Part 2 of 2. The Informed Outlook, Vol. 3, No. 5, March, 1998.

James W. Kolka, *"CE Marking for Machinery and Product Liability: European Union and the United States,"* NPES—The Association for Suppliers of Printing and Publishing Technologies: Continuing CE Mark Education-1998, Orlando, Florida, February, 1998.

James W. Kolka, *"ISO 9000 and Legal Issues to be Considered,"* Part 1 of 2, The Informed Outlook, Vol. 3, No. 4, February, 1998.

James W. Kolka, *"ISO 14000 and Its Impact Upon American Business: Some Emerging Issues,"* ISO 14000 Environmental Management Systems Seminar—JETRO—Japan External Trade Organization and the Georgia Tech Center for Business, Education and Research, Atlanta, Georgia, February, 1998.

James W. Kolka, *"Using a Quality Management Structure to Reduce Liability Exposure,"* Excel Extra: The Newsletter of Excel Partnership, Inc., Vol. 14, Winter, 1998.

James W. Kolka, *"The EU-US MRA: A Closer Look,"* Part 4 of 4, in The Informed Outlook, Vol. 3, No. 3, February, 1998.

James W. Kolka, *"International Issues Regarding Packaging and Labeling,"* in The Validation Consultant, Vol., 5, No. 2, February, 1998.

James W. Kolka, *"The EU-US MRA: A Closer Look,"* Part 3 of 4, in The Informed Outlook, Vol. 3, No. 2, January, 1998.

James W. Kolka, *"The EU-US MRA: A Closer Look,"* Part 2 of 4, The Informed Outlook, Vol. 2, No. 24, December, 1997.

James W. Kolka, *"The EU-US MRA: A Closer Look,"* Part 1 of 4, The Informed Outlook, Vol. 2, No. 23, December, 1997.

James W. Kolka, *"Using ISO 9000 as an Effective Management System,"* Insurance Industry Conference, 1997: The Emerging Landscape of the Insurance Industry—Connecticut Society of Certified Public Accountants Continuing Education Series, East Windsor, Connecticut, November, 1997.

James W. Kolka, *"Legal Implications of EU Packaging and Labeling Requirements,"* and *"International Issues Regarding Packaging and Labeling,"* Medical Packaging & Labeling: Strategies and Standards for the

International Marketplace--International Business Communications Seminar, Philadelphia, Pennsylvania, October, 1997.

James W. Kolka, *"European Certification: Trend Setters for Global Safety Standards--European Union Approach to Product Standards,"* Global Certification & Quality Standards In The 21st Century--World Trade Club of Indiana, Indianapolis, Indiana, October, 1997.

James W. Kolka, *"New GMP's for the Medical Device Industry,"* and *"Design Control for the Medical Device Industry,"* Excel Partnership, Inc., UK Seminars, London, England, September, 1997.

James W. Kolka, *"What Can You Expect When FDA Visits During Transition? - Part 3"* in The Informed Outlook, Vol. 2, No. 15, August, 1997.

James W. Kolka, *"Developing ISO 14001 Environmental Management Systems: Multiple Liability Exposures Must Be Given Serious Attention,"* in Connecticut's Environment: Business, Technology & The Environment, Vol. 3, No. 8, August, 1997.

James W. Kolka, *"ISO 14000--Integrated Environmental Management,"* Biomedical Focus '97: 11th Annual Conference & Exposition, Minneapolis, Minnesota, July, 1997.

James W. Kolka, *"US and EU Sign Mutual Recognition Agreement,"* and *"What Can You Expect When FDA Visits During Transition? - Part 2,"* in The Informed Outlook, Vol. 2, No. 14, July, 1997.

James W. Kolka, *"What Can You Expect When FDA Visits During Transition? - Part 1,"* in The Informed Outlook, Vol. 1, No. 13, July, 1997.

James W. Kolka, *"New GMP's for the Medical Device Industry,"* and *"Design Control for the Medical Device Industry,"* Excel Partnership, Inc., UK Seminars, Manchester, England, June, 1997.

James W. Kolka, *"CE Marking and Technical Standards: The Integration of Product Safety and Process Quality,"* ASQC's 51st Annual Quality Congress--Quality: A Vision and a View--The Next 50 Years, Orlando, Florida, May, 1997.

James W. Kolka, New GMP's For The Medical Device Industry, Excel Training Workbook, Excel Partnership, Inc., Sandy Hook, Connecticut, 1997.

James W. Kolka, CE Marking for the European Union (EU) Machinery Directive, Excel Training Workbook, Excel Partnership, Inc., Sandy Hook, Connecticut, 1997.

James W. Kolka, *"Three Months and Counting: Are You Compliant with FDA's 'Quality System Regulation'?"* in The Informed Outlook, Vol. 2, No. 4, March, 1997.

James W. Kolka, CE Marking for the EU Medical Device Directive, Excel Training Workbook, Excel Partnership, Inc., Sandy Hook, Connecticut, 1997.

James W. Kolka, *The EU Machinery Directive: Approaching Two Years of Experience,"* in Compliance Engineering, Vol. XIV, No. 1, January - February, 1997.

James W. Kolka, *"With Medical Devices Directives, Is Three the Charm?"* in The Informed Outlook, Vol. 2, No. 3, February 1997.

James W. Kolka, *"Internationalization of Standards,"* The Japanese Standards System: Briefing Seminar for Executives - JETRO: Japan External Trade Organization and the Georgia Tech Center for International Business, Education and Research, Atlanta, Georgia, January, 1997.

James W. Kolka, *"For U.S. Business, CE Marking Is A Reality For Trade Benefits,"* in The Informed Outlook, Vol. 2, No. 1, January, 1997.

James W. Kolka, *"CE Marking in the U.S.: An Overview,"* The CE Mark: Your Key to Obtaining Unrestricted Trade Throughout the European Union: American Society for Quality Control Seminar, Washington, D. C., December, 1996.

James W. Kolka, *"CE Marking Medical Devices for Entry into the European Union,"* 1996 MEDTRADE Show, Atlanta, Georgia, November, 1996.

James W. Kolka, *"A Look at the Preamble to Quality System Regulation: Global Harmonization and FDA's Revised GMP's,"* in The Informed Outlook, Vol. 1, No. 10, November, 1996.

James W. Kolka, *"European Union and Conformity Assessment Requirements,"* in The ISO 9000 Handbook, third edition, Robert W. Peach, ed., Irwin Professional Publishing, Chicago, Illinois.

James W. Kolka, *"The EU's Medical Devices Directive--Part 4,"* in The Informed Outlook, Vol. 1, No. 11, October, 1996.

James W. Kolka, *"The EU's Medical Devices Directive--Part 3,"* in The Informed Outlook, Vol. 1, No. 10, October, 1996.

James W. Kolka, *"ISO 9000 Certification and Product Liability: Are They Compatible?"* Identifying and Controlling Adverse Events: When Good Things Happen to Bad Companies: MEDMARC Symposium, Waltham, Massachusetts, September, 1996.

James W. Kolka, *"An In-depth Look: The EU's Medical Devices Directive--Part 2,"* in The Informed Outlook, Vol. 1, No. 9, September, 1996.

James W. Kolka, *"Small Businesses Concerned About EU Directive Compliance: SME Position Paper on Standards, Certification and Regulation,"* in The Informed Outlook, Vol. 1, No. 8, September, 1996.

James W. Kolka, *"The EU's Medical Devices Directive--Part 1,"* in The Informed Outlook, Vol. 1, No. 7, August, 1996.

James W. Kolka, *"Section 770, " "ISO 9000 and Products Liability Avoidance,"* in Managing for Products Liability Avoidance, second edition, CCH Editorial Staff Publication, Chicago, Illinois, CCH Incorporated, 1996.

James W. Kolka and Gregory G. Scott, *"Section 720, " "CE Marking and Products Liability Avoidance,"* in Managing for Products Liability Avoidance, second edition, CCH Editorial Staff Publication, Chicago, Illinois, CCH Incorporated, 1996.

James W. Kolka, *"The EU's Active Implantable Medical Devices Directive,"* in Informed Outlook, Vol. 1, No. 5, July, 1996.

James W. Kolka, *"ISO 9000: The Outlook for the Medical Device Industry,"* in The Informed Outlook, Vol. 1, No. 3, June, 1996.

James W. Kolka, *"US TAG To TC 207 Report: Legal Issues Forum Discusses ISO 1400's Legal Implications,"* in The Informed Outlook, Vol. 1, No. 2, June, 1996.

James W. Kolka, *"EU Directive on Batteries and Accumulators Containing Certain Dangerous Substances 91/157/EEC As Adapted for Technical Progress 93/86/EEC;" "EU Directive on Hazardous Waste 91/689/EEC Annexed by Council 94/904/EC;" "Establish a List of Hazardous Wastes, Council Regulation (EEC) No. 339/93 of 8 February 1993 on Checks for Conformity with the Rules on Product Safety in the*

*Case of Products Imported From Third Countries;" "Council Directive on Introduction of Measures to Encourage Improvements in the Safety and Health of Workers at Work 89/391/EEC;" "Council Directive Concerning the Minimum Safety and Health Requirements for (Obligation of Employers) 89/655/EEC As Amended by 95/63/EC;* and *"Proposed EU Directive on Marine Equipment 95/C 218/06,"* <u>Center for International Standards and Quality (CISQ), Economic Development Institute, Georgia Institute of Technology,</u> Atlanta, Georgia, June, 1996.

James W. Kolka, *"Update: The Here and Now of European Device Requirements,"* <u>Risk Reduction and the Global Challenge: MEDMARC Product Liability Series,</u> Newport Beach, California, June, 1996.

James W. Kolka, *"Environmental Legislation and Regulation: Educational Module--ISO 14001 Training Course,"* <u>Det Norske Veritas Industry, Inc., Loss Control Management,</u> Atlanta, Georgia, June, 1996.

James W. Kolka, *"ISO 14000 and Trade-Related Issues: The Impact of EU Environmental and New Approach Safety Directives,"* <u>International Implementation of ISO 14000: Legal Issues Forum of U.S. Technical Advisory Group (TAG) for TC 207 (ISO 14000 Technical Committee),</u> Atlanta, Georgia, May, 1996.

James W. Kolka, *"EU Directive Concerning Equipment and Protective Systems Intended for Use in Potentially Explosive Atmospheres 94/9/EC;" "EU Directive on Satellite Earth Station Equipment 93/97/EEC Supplementing the EU Directive on Telecommunications Terminal Equipment (TTE) 91/263/EEC As Amended by 93/68/EEC;" "EU Directive Relating to Recreational Craft 94/24/EC;" "EU Directive on Non-Automatic Weighing Instruments 90/384/EEC As Amended by 93/68/EEC;" and "EU Directive Relating to Lifts 95/16/EC;"* <u>Center for International Standards and Quality (CISQ) Economic Development Institute, Georgia Institute of Technology,</u> Atlanta, Georgia, May, 1996.

James W. Kolka, *"Introduction to the Machinery Directive,"* <u>Georgia Tech & Georgia Power Technology Applications Workshop,</u> Atlanta, Georgia, April, 1996.

James W. Kolka, *"ISO 9000 Quality Assurance and Product Liability,"* <u>It's a Whole New Ballgame: Emerging Developments in Product Liability Law, American Law Firm Association, 1996 International Client Seminar,</u> Amelia Island, Florida, March, 1996.

James W. Kolka, *"EU Machinery Directive,"* <u>Qualified Specialists, Inc., Seminar,</u> Houston, Texas, March, 1996.

James W. Kolka, *"CE Marking;" "Policing the CE Mark;" "EU Electromagnetic Compatibility Directive 89/336/EEC As Amended By 92/31/EEC & 93/68/EEC;" "European Union Machinery Directive 89/392/EEC As Amended By 91/368/EEC, 93/44/EEC and 93/68/EEC;"* and *"European Union Low Voltage Directive 72/23/EEC As Amended By 93/68/EEC,"* <u>Center for International Standards and Quality (CISQ)--Economic Development Institute, Georgia Institute of Technology,</u> Atlanta, Georgia, March, 1996.

James W. Kolka, *"The Technical File;" "European Union Modular Approach to Certification and Testing;" "EU Directive On Construction Products 89/106/EEC As Amended By 93/68/EEC;" "EU Toy Safety Directive 88/378/EEC As Amended By 93/68/EEC,"* and *"EU Directive on Telecommunications Terminal Equipment 91/263/EEC As Amended By 93/68/EEC,"* <u>Center for International Standards and Quality (CISQ)--Economic Development Institute, Georgia Institute of Technology,</u> Atlanta, Georgia, March, 1996.

James W. Kolka, *"EU Active Implantable Medical Devices Directive 90/385/EEC As Amended By 93/42/EEC and 93/68/EEC;" "EU Medical Devices Directive 93/42/EEC;" "Proposed EU In Vitro Diagnostic Medical Devices Directive 95/C 172/02;" "EU Directive on Personal Protective Equipment 89/686/EEC As Amended By 93/68/EEC and 93/95/EEC;"* and *"EU Directive on Packaging and Packaging Waste 94/62/EC,"* <u>Center for International Standards and Quality (CISQ)--Economic Development Institute, Georgia Institute of Technology,</u> Atlanta, Georgia, March, 1996.

James W. Kolka, *"EU Product Liability Directive (Directive Concerning Liability for Defective Products 85/374/EEC);" "EU Directive on General Product Safety 92/59/EEC;" "EU Directive on Efficiency*

*Requirements For New Hot-Water Boilers Fired With Liquid or Gaseous Fuels 92/42/EEC As Amended By 93/68/EEC;"* *"EU Directive on Appliances Burning Gaseous Fuels 90/396/EEC As Amended By 93/68/EEC;"* *"EU Directive on Simple Pressure Vessels 87/404/EEC As Amended By 90/488/EEC and 93/68/EEC,"* Center for International Standards and Quality (CISQ)--Economic Development Institute, Georgia Institute of Technology, Atlanta, Georgia, March, 1996.

James W. Kolka, *"Gain CE Marking for Medical Devices to Enter European Markets,"* Technology Assessment & Reimbursement Planning for Devices and Diagnostics--Institute for International Research, Baltimore, Maryland, February, 1996.

James W. Kolka, *"EU Machinery Directive: Staff Training on European Standards and CE Marking,"* Cymer Laser Technologies, Inc., San Diego, California, February, 1996.

James W. Kolka, *"New ISO 14000 Management System Standards: Legal and Liability Issues,"* MEDMARC Contemporary Insights on Loss Prevention and Product Safety: The Cutting Edge Newsletter, Vol. 30, Winter-January, 1996.

James W. Kolka and Gary D. Christiansen, *"QM 710 Quality Management in Regulated and Non-Regulated Industries,"* Master's of Quality Management Program--College of Business Administration, Loyola University, New Orleans, Louisiana, January, 1996.

James W. Kolka, *"EU Machinery Directive: Staff Briefing on the Technical File and Liability Issues in the U.S. and EU,"* Cymer Laser Technologies, Inc., San Diego, California, 1995.

James W. Kolka, *"European Machinery Directive,"* Interactive Video Conference--Georgia Economic Development Institute, Atlanta, Georgia, December, 1995.

James W. Kolka, *"The EU In-Vitro Diagnostic Medical Devices Directive Finally Reaches Proposal Status: Part III,"* in The Complete European Trade Digest, Vol. IV, Issue 4- ME, November, 1995.

James W. Kolka, *"Legal and Liability Issues Facing the Areas of Safety, Quality and the Environment,"* DET NORSKE VERITAS Conference: Integrating Safety Quality & Environment, Houston, Texas, November, 1995.

James W. Kolka, *EU Machinery Directive: prEN Safety of Machinery--Risk Assessment and Product Liability: Part II,"* in The Complete European Trade Digest, Vol. IV., Issue 3-MA, October, 1995.

James W. Kolka, *"The EU In-Vitro Diagnostic Medical Devices Directive Finally Reaches Proposal Status: Part II,"* in The Complete European Trade Digest, Vol. IV., Issue 3-ME, October, 1995.

James W. Kolka, *"ISO DIS 14000 and Liability Exposure--A Symbiotic Relationship: Part I,"* in The Complete European Trade Digest, Vol. IV., Issue 3-AD, October, 1995.

James W. Kolka, *"ISO 9000 as a Defense in Product Liability Lawsuits,"* in ISO 9000 NEWS: The International Journal of the ISO 9000 FORUM--Geneva, Switzerland, Vol. 4, No. 5, September/October, 1995.

James W. Kolka, *"ISO Certification and Product Liability: Friend or Foe?"* MEDMARC Symposium: Identifying and Controlling Adverse Events: When Bad Things Happen to Good Companies, San Francisco, California, September, 1995.

James W. Kolka, *"The EU Product Safety Directive: Its Role in the European Union Single Internal Market,"* in The Complete European Trade Digest, Vol. IV., Issue 2-MA, September, 1995.

James W. Kolka, *"A Review of the Global Harmonization Document: Guidance on Quality Systems for the Design and Manufacture of Medical Devices--Part III"* and *"The EU in Vitro Diagnostic Medical Device Directive*

*Finally Reaches Proposal Status: Part I.,* in The Complete European Trade Digest, Vol. IV., Issue 2-ME, September, 1995.

James W. Kolka, *"ISO 9000 Quality Management Certification and Product Liability: Friend or Foe?"* and *"The EU Product Safety Directive: Its Role in the European Singe Internal Market,"* in The Complete European Trade Digest, Vol. IV., Issue 2-AD, September, 1995.

James W. Kolka, *"EU Machinery Directive Product Compliance Workshop,"* ABC Group Companies/Supreme Tooling Group, STAT-A-MATRIX, Toronto, Ontario, August, 1995.

James W. Kolka, *"EU Machinery Directive: pr EN1050 Safety of Machinery--Risk Assessment and Product Liability,"* in The Complete European Trade Digest, Vol. IV., Issue 1-MA, August, 1995.

James W. Kolka, *"U.S. Product Liability Implications of EU New Approach Safety Directives and Related EN Safety Standards: Part II,"* in The Complete European Trade Digest, Vol. IV., Issue 1-AD, August, 1995.

James W. Kolka, *"A Review of the Global Harmonization Document: Guidance on Quality Systems for the Design and Manufacture of Medical Devices--Part II,"* in The Complete European Trade Digest, Vol. IV., Issue 1-ME, August, 1995.

James W. Kolka, *"EU Machinery Directive Executive Briefing and Workshop,"* Wagstaff, Inc., Spokane, Washington, July, 1995.

James W. Kolka, *"EU Machinery Directive, Executive Briefing and Product Compliance Workshop,"* Schlumberger Technologies Automated Test Equipment Division, STAT-A-MATRIX, Columbus, Ohio, June, 1995.

James W. Kolka, *"EU Standards, New Approach Directives, Machinery Safety, Product Liability & Product Safety,"* Compliance with European Union Product Regulations--Obtaining the CE Mark, College of Engineering, University of Wisconsin-Madison, Madison, Wisconsin, June, 1995.

James W. Kolka, *"ISO 9000 and the Role of Standards, EU, U.S. and Japanese Compared,"* The Japanese Standards System, Briefing Seminar for Executives: Japan External Trade Organization, (JETRO), Atlanta, Georgia, June, 1995.

James W. Kolka, *"EU Medical Devices Directives and Their Implementation,"* ASQC's 49th Annual Quality Congress and Exposition: Solving Quality Issues for the Food & Drug Industries--Food, Drug & Cosmetics Division, Cincinnati, Ohio, May, 1995.

James W. Kolka, *"Product Liability, Product Safety and ISO 9000,"* Northwest ISO 9000 Conference: International Standards Initiative, Seattle, Washington, April, 1995.

James W. Kolka, *"EU Directives for Medical Devices,"* Qualified Specialists, Inc. Seminar, Houston, Texas, April, 1995.

James W. Kolka, *"U.S. Product Liability Implications of EU New Approach Safety Directives and Related EN Safety Standards: Part I"; "A Review of the Global Harmonization Document: Guidance on Quality Systems for the Design and Manufacture of Medical Devices: Part I"; and "The EU Directive on Packaging and Packaging Waste Receives Final Approval by the EU Parliament and EU Council,"* in The Complete European Trade Digest, Vol. III., No. 3, March, 1995.

James W. Kolka and Bruce McIntosh, The European Union Machinery Directive: Compliance Manual for Trade, Atlanta, Georgia, SIMCOM, Inc., 1995.

James W. Kolka, *"ISO 9000, TQM, Malcolm Baldrige Criteria, European Union New Approach Directives and Product Liability,"* USF&G Loss Control Seminar: Focus on Quality, Chicago, Illinois, March, 1995.

James W. Kolka, *"European Union Medical Device Directives,"* <u>STAT•A•MATRIX Institute Seminar</u>, Minneapolis, Minnesota, March, 1995.

James W. Kolka, *"EU Directives: Product Safety & Liability,"* <u>Georgia Tech & Georgia Power Technology Applications Center Workshop</u>, Atlanta, Georgia, February, 1995.

James W. Kolka, *"Guidelines on an EU Medical Devices Vigilance System: Part III;" "Presentation and Product Liability: Part V-Machinery;" and "EU Machinery Directive and the Technical File,"* in <u>The Complete European Trade Digest</u>, Vol. III., No. 2, February, 1995.

James W. Kolka, *"EU Standards, New Approach Directives, Machinery Safety, Product Liability & Product Safety,"* <u>Compliance with New European Union Product Regulations--Obtaining the CE Mark</u>, College of Engineering, University of Wisconsin-Madison, Madison, Wisconsin, February, 1995.

James W. Kolka, *"EU Directives for Medical Devices,"* and *"EU Machinery Directive,"* <u>Qualified Specialists, Inc. Seminars</u>, Houston, Texas, February, 1995.

James W. Kolka, *"Guidelines on an EU Medical Devices Vigilance System: Part III;" "Presentation & Product Liability: Part IV;" and "Questions & Answers: CE Marking,"* in <u>The Complete European Trade Digest</u>, Vol. III., No. 1, January, 1995.

James W. Kolka, *"European Union Update on the Latest Medical Device Quality Systems Requirements,"* <u>Shotwell & Carr, Inc. Medical Device Seminars: The Latest Developments in the USA and Europe</u>, Dallas, Texas, January, 1995.

James W. Kolka, *"Guidelines on an EU Medical Devices Vigilance System: Part I,"* and *"Presentation and Product Liability: Part III-Machinery,"* in <u>The Complete European Trade Digest</u>, Vol. II, No. 12, December, 1994.

James W. Kolka, *"European Community Medical Devices,"* <u>STAT•A•MATRIX Institute Seminar</u>, Edison, New Jersey, November, 1994.

James W. Kolka, *"Machinery Safety Directive,"* and *"Directives for Medical Devices,"* <u>Qualified Specialists, Inc. Seminars</u>, Houston, Texas, November, 1994.

James W. Kolka, *"European Harmonization--Status of Medical Devices,"* and *"Other EC Standards for Medical Devices,"* <u>ASQC Biomedical Division--ISO 9000, CE Mark and the New Medical Device GMP</u>, Dallas, Texas, November, 1994.

James W. Kolka, *"Risk Assessment of Medical Devices: A New Draft Standard: Part II,"* and *"Presentation and Product Liability: Part II--Machinery,"* in <u>The Complete European Trade Digest</u>, Vol. II., No. 11, November, 1994.

James W. Kolka, *"Sorting Out Component Part Manufacturing Liability,"* <u>MEDMARC Symposium: Strategies 1994: Reducing Product Liability and Regulatory Risks</u>, Newport Beach, California, October, 1994.

James W. Kolka, *"EU Product Liability and Product Safety Directives."* in <u>Preventive Law Reporter</u>, Vol. 13, No. 3, October, 1994.

James W. Kolka, *"ISO 9000 and Medical Device Regulation in the European Union,"* in <u>Food, Drug, Cosmetic and Medical Device Law Digest</u>, Vol. 11, No. 3, October, 1994.

James W. Kolka, *"Presentation and Product Liability: Part I--Non Regulated Products & Machinery,"* and *"Risk Assessment of Medical Devices: A New Draft Standard: Part I,"* in <u>The Complete European Trade Digest</u>, Vol. II., No. 10, October, 1994.

James W. Kolka, *"Materials, Component Parts and the EU Product Liability Directive: Part II,"* in The European Report on Industry, Quality and Standards, Vol. II, No. 9, September, 1994.

James W. Kolka, *"European Community Medical Devices Directives,"* STAT•A•MATRIX Institute Seminar, Minneapolis, Minnesota, August, 1994.

James W. Kolka, *"Materials, Component Parts and the EU Product Liability Directive: Part I,"* and *"New Answers to the European Union Non-medical New Approach Directives and their Direct Impact on the Medical Device Industry,"* in The European Marketing Guide: Economic, Environmental, Legal and Social Strategies, Vol. II., No. 8, August, 1994.

James W. Kolka, *"What Is Our Liability As A Consultant,"* and *The CE Mark, EU Product Liability, Product Safety, Machinery Safety and Medical Devices Directives,"* STAT•A•MATRIX Consultant Training Session, Edison, New Jersey, July, 1994.

James W. Kolka, *"Post Sale Obligations, Post Sale Surveillance, Product Monitoring and the EU Product Liability Directive: Part II,"* in The European Marketing Guide: Economic, Environmental & Social Strategies, Vol. II, No. 7, July, 1994.

James W. Kolka, *"The prEN 724 Guidance Document and the General Medical Devices Directive: Part IV,"* in the European Report on Industry Quality and Standards, Vol. II, No. 7, July, 1994.

James W. Kolka, *"EU Standards, New Approach Directives, Product Liability and Product Safety,"* Compliance with New European Community (EC) Product Regulations--Obtaining the CE Mark, College of Engineering, University of Wisconsin-Madison, Madison, Wisconsin, June, 1994.

James W. Kolka, *"Post Sale Surveillance, Product Monitoring and the EU Product Liability Directive: Part I,""* and *"The Transition from EU Member State Regulations to the New EU Packaging and Packaging Waste Directive,"* in The European Marketing Guide: Economic, Environmental & Social Strategies, Vol. II., No. 6, June, 1994.

James W. Kolka, *"The prEN Guidance Document and the General Medical Devices Directive: Part III.,"* in The European Report on Industry, Quality and Standards, Vol. II., No. 6, June, 1994.

James W. Kolka, *"EU Directives, Product Safety and Liability,"* Center for International Standards and Quality--Seminar, Georgia Institute of Technology, Atlanta, Georgia, May, 1994.

James W. Kolka, *"European Community Medical Devices Directives,"* STAT•A•MATRIX Institute Seminar, Edison, New Jersey, Mary, 1994.

James W. Kolka, *"The prEN 724 Guidance Document and the General Medical Devices Directive: Part II,"* in The European Report on Industry, Quality and Standards, Vol. II., No. 5, May, 1994.

James W. Kolka, *"Making a Working Commitment to Loss Prevention: The Global Approach,"* What Wins and Loses Product Liability Lawsuits--The MEDMARC Series, Boston, Massachusetts, April, 1994.

James W. Kolka, *"Warnings and Instructions and the EU Product Liability Directive: Part I,"* in the European Marketing Guide: Economic, Environmental, Legal and Social Strategies, Vol. II., No. 3, April, 1994.

James W. Kolka, *"The prEN 724 Guidance Document and the General Medical Devices Document: Part I,"* in The European Report on Industry, Quality and Standards, Vol. II., No. 4, April, 1994..

James W. Kolka, *"Product Design, Product Software and Product Liability,"* and *"EU Reaches A Common Position on Packaging and Packaging Waste Directive,"* in The European Marketing Guide: Economic, Environmental & Social Strategies, Vol. II., No. 3, March, 1994.

James W. Kolka, *"EN 46000 and the EU Medical Devices,"* in The European Report on Industry, Quality and Standards, Vol. II., No. 3, March, 1994.

James W. Kolka, *"ISO 9000 and The Global Trade Environment,"* ISO 9000 Conference, International Business Magazine and KPMG Peat Marwick, Montvale, New Jersey, March, 1994.

James W. Kolka, *"The Impact of Liability & Safety in the Application of ISO 9000,"* PITCON 94, The Pittsburgh Conference, McCormick Place, Chicago, Illinois, March, 1994.

James W. Kolka, *"Product Design and Product Liability--You Can't Have One Without the Other,"* and *"German Environmental Legislation--The Leader of the Pack,"* in The European Marketing Guide: Economic, Environmental, Legal & Social Strategies, Vol. II., No. 2, February, 1994.

James W. Kolka, *"Global Harmonization of Medical Devices,"* in The European Report on Industry, Quality and Standards, Vol. II., No. 2, February, 1994.

James W. Kolka, Chapter 15, *"European Community Conformity Assessment,"* in The ISO 9000 Handbook, 2nd edition, Robert Peach, ed., Fairfax, Virginia, CEEM Information Services, 1994.

James W. Kolka and Gregory G. Scott, Chapter 12, *"The Legal Limitations of ISO 9000 Registration and EC Product Liability and Product Safety,"* in The ISO 9000 Handbook, 2nd edition, Robert Peach, ed., Fairfax, Virginia, CEEM Information Services, 1994.

James W. Kolka, *"EC Modular Approach to Conformity Assessment,"* and *"EC General Medical Devices Directive"* in The EC Report on Industry, Quality and Standards, Vol. II., No. 1, January, 1994.

James W. Kolka, *"Product Liability Directive, Records Management and Documentation or Put Your Data Where Your Mouth Is,"* in The EC Marketing Guide: Economic, Environmental, Legal and Social Strategies, Vol. II., No. 1, January, 1994.

James W. Kolka, *"EC Directives, Product Liability & Product Safety,"* Compliance with New European Community (EC) Product Regulation--Obtaining the CE Mark, College of Engineering, University of Wisconsin-Madison, Madison, Wisconsin, January, 1994.

James W. Kolka, *"U.S. Takes Its Quality Cue from Across the Atlantic,"* in The American Metal Market, December, 1993.

James W. Kolka, *"European Community Plans Implementation of Three Medical Devices Directives"* in InfoEXCHANGE--A Newsletter of the Medical Manufacturers Information Council, Vol. 1., No. 3, November, 1993.

James W. Kolka, *"Product Liability & How to Stay Out of Trouble,"* *"Conformity Assessment: What It Is and What Are the Trade Implications for U.S. Exports,"* and "The Executive Technical Advisory Board Case Study," in The EC Marketing Guide: Economic, Environmental, Legal & Social Strategies, November, 1993.

James W. Kolka, *"ISO 9000 & EC Medical Devices"* in The EC Report on Industry, Quality and Standards, November, 1993.

James W. Kolka, *"Impact of ISO 9000 on Safety and Liability Issues,"* 1st Annual International Conference on ISO 9000, Lake Buena Vista, Florida, November, 1993.

James W. Kolka, *"EC Product Services, Safety & Standards,"* Chinese Enterprise Managers & Leaders Training Program for the SHENZHEN SPECIAL ECONOMIC ZONE--China/U.S. Professional Exchange Program, Georgia Institute of Technology, Atlanta, Georgia, October, 1993.

James W. Kolka, *"Product Liability in the EC,"* Medical Device Regulation: Europe & North America--International Business Communications, New Orleans, Louisiana, October, 1993.

James W. Kolka, *"EC Product Liability & Safety and the EC Medical Devices Directives--Preparing for Export"* and *"A Global Approach to Liability & Safety: Some new Common Denominators for a Liability Management Strategy--A Comprehensive Workshop,"* Global Medical Device Regulation--Institute for International Research, Chicago, Illinois, September, 1993.

James W. Kolka, *"EC Product Liability and Environmental Concerns,"* Global Telecommunications Certification--BHS International, Minneapolis, Minnesota, September, 1993.

James W. Kolka, *"Environmental Liability, Product Liability & Product Safety in the EC,"* and *"UK British Standard BS 7750 Environmental Management Systems,"* EC Green Laws Conference--BHS International, Manhattan Beach, California, September, 1993.

James W. Kolka, *"The Need for Preventive Law: Product Liability, EC Directives & ISO 9000,"* ISO 9000 Standards for Quality Management/Center for International Standards and Quality, Georgia Institute of Technology, Atlanta, Georgia, August, 1993.

James W. Kolka, *"EC Directives, Product Liability & Product Safety,"* Center for International Standards & Quality, Staff Training Seminar (videotaped), Georgia Institute of Technology, Atlanta, Georgia, July 1993.

James W. Kolka, *"Product Liability and Legal Issues with ISO 9000,"* The ISO 9000 Standards: Opening the Door to World Markets, College of Commerce and Industry, Clemson University, Charlotte, North Carolina, July, 1993.

James W. Kolka, *"EC Directives & Standards,"* Stat-A-Matrix Consultant Training Session, Edison, New Jersey, July, 1993.

James W. Kolka, *"EC Directives, Product Liability  & Product Safety,"* Internationalization of U.S. Product Liability Practices/EC Directives, College of Engineering, University of Wisconsin-Madison, Madison, Wisconsin, June, 1993.

James W. Kolka, *"Europeans Agree on Requirements for Medical Devices,"* in Quality Systems Update, Vol. III., No. 6, June, 1993.

James W. Kolka, *"What is ISO 9000 and Why Should You Care?--Global Environmental Management Systems,"* in Environmental Spectrum: Georgia Tech Research Institute, Vol. 9, No. 1, June, 1993.

James W. Kolka, "The Effect of ISO 9000 Standards on Product Liability," ISO 9000 Standards for Quality Management/Center for International Standards and Quality (Video Conference), Georgia Institute of Technology, Atlanta, Georgia, April, 1993.

James W. Kolka, *"U.S. Government Lags in Spurring Domestic ISO 9000 Growth: EC Registration Explodes,"* in Quality Systems Update, Vol. III., No. 4, April, 1993.

James W. Kolka, *"EC Product Liability and Safety Directives Seminar, "* Center for Energy and Environmental Management, Alexandria, Virginia, April, 1993.

James W. Kolka, *"U.S. Exports and European Standards,"* in The Industrial Advisor: Georgia Institute of Technology, Atlanta, Georgia, April, 1993.

James W. Kolka, *"EC Environmental Legislation Moves Toward Integration,"* in <u>Quality Systems Update</u>, Vol. III., No. 3, March, 1993.

James W. Kolka, *"What is Conformity Assessment?"* and *"CASE Addresses U.S., EC Standards Differences"* in <u>Conformity Assessment Update</u>, Vol. I., No. 1, February, 1993.

James W. Kolka, *"European Directives and the Automotive Industry,"* <u>ISO 9000 in the Automotive Industry: SAE International</u>, Dearborn, Michigan, January, 1993.

James W. Kolka, David Link, and Gregory G. Scott, <u>EC Medical Devices Directives: Certification, Quality Assurance, and Liability</u>, Fairfax, Virginia, CEEM Information Services, 1992.

James W. Kolka, Chapter 8, *"The European Community: Directives, Standards and Product Certification"* in <u>ISO 9000 Handbook</u>, Robert Peach, ed., Fairfax, Virginia, CEEM Information Services, 1992.

James W. Kolka and Gregory G. Scott, *"Chapter 10, "The Legal Limitations of ISO 9000 Registration and EC Product Liability and Product Safety,"* in <u>ISO 9000 Handbook</u>, Robert Peach, ed., Fairfax, Virginia, CEEM Information Services, 1992.

James W. Kolka, "*EC Product Liability & Safety Laws*," <u>World Trade Club Atlanta, Atlanta District Export Council & Southern Center for International Studies Seminar on ISO 9000</u>, Atlanta, Georgia, November, 1992.

James W. Kolka, "*ISO 9000 and Product Liability: EC and U.S.*," <u>The ISO 9000 Standards for Quality Management: International Registration of Quality Systems/Center for International Standards and Quality</u>, Georgia Institute of Technology, Atlanta, Georgia, October, 1992.

James W. Kolka, "*Maastricht Treaty Troubles: What It Means for U.S. Business and Worldwide Standardization*," in <u>Quality Systems Update</u>, Vol. II., No. 9, October, 1992.

James W. Kolka and Gregory G. Scott, <u>EC Product Liability and Product Safety Directives</u>, Fairfax, Virginia, CEEM Information Services, 1992.

James W. Kolka, *"Product Liability in the World Marketplace,"* <u>17th Annual Meeting, National Electrical Manufacturers Association, Diagnostic Imaging and Therapy Systems Division</u>, Tucson, Arizona, September, 1992.

James W. Kolka and Gregory G. Scott, *"Product Safety Directive Finalized,"* in <u>Quality Systems Update</u>, Vol. II., No. 9, September, 1992.

James W. Kolka, *"ISO 9000/Product Liability Interface--Here and Abroad,"* <u>Kaiser Aluminum & Chemical Corporation, ISO 9000/Product Liability Workshop</u>, Dallas, Texas, September, 1992.

James W. Kolka, *"Denmark's Reticence to Approve Maastricht Treaty Does Not Affect Technical Standards Integration,"* in <u>Quality Systems Update</u>, Vol. II., No. 8, August, 1992.

James W. Kolka and R.T. Weightman, *"Introduction to ISO 9000 and EC '92 Directives and Certification,"* <u>SAE International</u>, Warrendale, Pennsylvania, August 1992.

James W. Kolka, *"Product Certification & Product Liability in Europe 1992,"* <u>American Petroleum Institute, Annual Quality Symposium</u>, Tulsa, Oklahoma, June 1992.

# EXHIBIT B

I.S. EN ISO 9001:2008

# INTERNATIONAL STANDARD

# ISO 9001

Fourth edition
2008-11-15

## Quality management systems — Requirements

*Systèmes de management de la qualité — Exigences*



Reference number
ISO 9001:2008(E)

© ISO 2008

Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

---

**PDF disclaimer**

This PDF file may contain embedded typefaces. In accordance with Adobe's licensing policy, this file may be printed or viewed but shall not be edited unless the typefaces which are embedded are licensed to and installed on the computer performing the editing. In downloading this file, parties accept therein the responsibility of not infringing Adobe's licensing policy. The ISO Central Secretariat accepts no liability in this area.

Adobe is a trademark of Adobe Systems Incorporated.

Details of the software products used to create this PDF file can be found in the General Info relative to the file; the PDF-creation parameters were optimized for printing. Every care has been taken to ensure that the file is suitable for use by ISO member bodies. In the unlikely event that a problem relating to it is found, please inform the Central Secretariat at the address given below.

---

 **COPYRIGHT PROTECTED DOCUMENT**

© ISO 2008

All rights reserved. Unless otherwise specified, no part of this publication may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and microfilm, without permission in writing from either ISO at the address below or ISO's member body in the country of the requester.

ISO copyright office
Case postale 56 • CH-1211 Geneva 20
Tel. + 41 22 749 01 11
Fax + 41 22 749 09 47
E-mail copyright@iso.org
Web www.iso.org

Published in Switzerland

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

© ISO 2008 – All rights reserved

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

## Contents

Page

| | | |
|---|---|---|
| 1 | Scope | 1 |
| 1.1 | General | 1 |
| 1.2 | Application | 1 |
| 2 | Normative references | 1 |
| 3 | Terms and definitions | 1 |
| 4 | Quality management system | 2 |
| 4.1 | General requirements | 2 |
| 4.2 | Documentation requirements | 2 |
| 5 | Management responsibility | 3 |
| 5.1 | Management commitment | 3 |
| 5.2 | Customer focus | 4 |
| 5.3 | Quality policy | 4 |
| 5.4 | Planning | 4 |
| 5.5 | Responsibility, authority and communication | 4 |
| 5.6 | Management review | 5 |
| 6 | Resource management | 6 |
| 6.1 | Provision of resources | 6 |
| 6.2 | Human resources | 6 |
| 6.3 | Infrastructure | 6 |
| 6.4 | Work environment | 6 |
| 7 | Product realization | 7 |
| 7.1 | Planning of product realization | 7 |
| 7.2 | Customer-related processes | 7 |
| 7.3 | Design and development | 8 |
| 7.4 | Purchasing | 9 |
| 7.5 | Production and service provision | 10 |
| 7.6 | Control of monitoring and measuring equipment | 11 |
| 8 | Measurement, analysis and improvement | 12 |
| 8.1 | General | 12 |
| 8.2 | Monitoring and measurement | 12 |
| 8.3 | Control of nonconforming product | 13 |
| 8.4 | Analysis of data | 13 |
| 8.5 | Improvement | 14 |
| Annex A (informative) Correspondence between ISO 9001:2008 and ISO 14001:2004 | | 15 |
| Annex B (informative) Changes between ISO 9001:2000 and ISO 9001:2008 | | 20 |
| Bibliography | | 26 |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

iii

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

## Foreword

ISO (the International Organization for Standardization) is a worldwide federation of national standards bodies (ISO member bodies). The work of preparing International Standards is normally carried out through ISO technical committees. Each member body interested in a subject for which a technical committee has been established has the right to be represented on that committee. International organizations, governmental and non-governmental, in liaison with ISO, also take part in the work. ISO collaborates closely with the International Electrotechnical Commission (IEC) on all matters of electrotechnical standardization.

International Standards are drafted in accordance with the rules given in the ISO/IEC Directives, Part 2.

The main task of technical committees is to prepare International Standards. Draft International Standards adopted by the technical committees are circulated to the member bodies for voting. Publication as an International Standard requires approval by at least 75 % of the member bodies casting a vote.

Attention is drawn to the possibility that some of the elements of this document may be the subject of patent rights. ISO shall not be held responsible for identifying any or all such patent rights.

ISO 9001 was prepared by Technical Committee ISO/TC 176, *Quality management and quality assurance*, Subcommittee SC 2, *Quality systems*.

This fourth edition cancels and replaces the third edition (ISO 9001:2000), which has been amended to clarify points in the text and to enhance compatibility with ISO 14001:2004.

Details of the changes between the third edition and this fourth edition are given in Annex B.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

## Introduction

### 0.1 General

The adoption of a quality management system should be a strategic decision of an organization. The design and implementation of an organization's quality management system is influenced by

a) its organizational environment, changes in that environment, and the risks associated with that environment,

b) its varying needs,

c) its particular objectives,

d) the products it provides,

e) the processes it employs,

f) its size and organizational structure.

It is not the intent of this International Standard to imply uniformity in the structure of quality management systems or uniformity of documentation.

The quality management system requirements specified in this International Standard are complementary to requirements for products. Information marked "NOTE" is for guidance in understanding or clarifying the associated requirement.

This International Standard can be used by internal and external parties, including certification bodies, to assess the organization's ability to meet customer, statutory and regulatory requirements applicable to the product, and the organization's own requirements.

The quality management principles stated in ISO 9000 and ISO 9004 have been taken into consideration during the development of this International Standard.

### 0.2 Process approach

This International Standard promotes the adoption of a process approach when developing, implementing and improving the effectiveness of a quality management system, to enhance customer satisfaction by meeting customer requirements.

For an organization to function effectively, it has to determine and manage numerous linked activities. An activity or set of activities using resources, and managed in order to enable the transformation of inputs into outputs, can be considered as a process. Often the output from one process directly forms the input to the next.

The application of a system of processes within an organization, together with the identification and interactions of these processes, and their management to produce the desired outcome, can be referred to as the "process approach".

An advantage of the process approach is the ongoing control that it provides over the linkage between the individual processes within the system of processes, as well as over their combination and interaction.

When used within a quality management system, such an approach emphasizes the importance of

a) understanding and meeting requirements,

b) the need to consider processes in terms of added value,

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

ISO 9001:2008(E)                          I.S. EN ISO 9001:2008

c)  obtaining results of process performance and effectiveness, and

d)  continual improvement of processes based on objective measurement.

The model of a process-based quality management system shown in Figure 1 illustrates the process linkages presented in Clauses 4 to 8. This illustration shows that customers play a significant role in defining requirements as inputs. Monitoring of customer satisfaction requires the evaluation of information relating to customer perception as to whether the organization has met the customer requirements. The model shown in Figure 1 covers all the requirements of this International Standard, but does not show processes at a detailed level.

NOTE   In addition, the methodology known as "Plan-Do-Check-Act" (PDCA) can be applied to all processes. PDCA can be briefly described as follows.

Plan: establish the objectives and processes necessary to deliver results in accordance with customer requirements and the organization's policies.

Do: implement the processes.

Check: monitor and measure processes and product against policies, objectives and requirements for the product and report the results.

Act: take actions to continually improve process performance.



Figure 1 — Model of a process-based quality management system

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

### 0.3 Relationship with ISO 9004

ISO 9001 and ISO 9004 are quality management system standards which have been designed to complement each other, but can also be used independently.

ISO 9001 specifies requirements for a quality management system that can be used for internal application by organizations, or for certification, or for contractual purposes. It focuses on the effectiveness of the quality management system in meeting customer requirements.

At the time of publication of this International Standard, ISO 9004 is under revision. The revised edition of ISO 9004 will provide guidance to management for achieving sustained success for any organization in a complex, demanding, and ever changing, environment. ISO 9004 provides a wider focus on quality management than ISO 9001; it addresses the needs and expectations of all interested parties and their satisfaction, by the systematic and continual improvement of the organization's performance. However, it is not intended for certification, regulatory or contractual use.

### 0.4 Compatibility with other management systems

During the development of this International Standard, due consideration was given to the provisions of ISO 14001:2004 to enhance the compatibility of the two standards for the benefit of the user community. Annex A shows the correspondence between ISO 9001:2008 and ISO 14001:2004.

This International Standard does not include requirements specific to other management systems, such as those particular to environmental management, occupational health and safety management, financial management or risk management. However, this International Standard enables an organization to align or integrate its own quality management system with related management system requirements. It is possible for an organization to adapt its existing management system(s) in order to establish a quality management system that complies with the requirements of this International Standard.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

vii

I.S. EN ISO 9001:2008

*This page is intentionally left BLANK.*

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**INTERNATIONAL STANDARD**                                                    **ISO 9001:2008(E)**

# Quality management systems — Requirements

## 1  Scope

### 1.1  General

This International Standard specifies requirements for a quality management system where an organization

a) needs to demonstrate its ability to consistently provide product that meets customer and applicable statutory and regulatory requirements, and

b) aims to enhance customer satisfaction through the effective application of the system, including processes for continual improvement of the system and the assurance of conformity to customer and applicable statutory and regulatory requirements.

NOTE 1  In this International Standard, the term "product" only applies to

a)  product intended for, or required by, a customer,

b)  any intended output resulting from the product realization processes.

NOTE 2  Statutory and regulatory requirements can be expressed as legal requirements.

### 1.2  Application

All requirements of this International Standard are generic and are intended to be applicable to all organizations, regardless of type, size and product provided.

Where any requirement(s) of this International Standard cannot be applied due to the nature of an organization and its product, this can be considered for exclusion.

Where exclusions are made, claims of conformity to this International Standard are not acceptable unless these exclusions are limited to requirements within Clause 7, and such exclusions do not affect the organization's ability, or responsibility, to provide product that meets customer and applicable statutory and regulatory requirements.

## 2  Normative references

The following referenced documents are indispensable for the application of this document. For dated references, only the edition cited applies. For undated references, the latest edition of the referenced document (including any amendments) applies.

ISO 9000:2005, *Quality management systems — Fundamentals and vocabulary*

## 3  Terms and definitions

For the purposes of this document, the terms and definitions given in ISO 9000 apply.

Throughout the text of this International Standard, wherever the term "product" occurs, it can also mean "service".

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

**1**

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

# 4 Quality management system

## 4.1 General requirements

The organization shall establish, document, implement and maintain a quality management system and continually improve its effectiveness in accordance with the requirements of this International Standard.

The organization shall

a) determine the processes needed for the quality management system and their application throughout the organization (see 1.2),

b) determine the sequence and interaction of these processes,

c) determine criteria and methods needed to ensure that both the operation and control of these processes are effective,

d) ensure the availability of resources and information necessary to support the operation and monitoring of these processes,

e) monitor, measure where applicable, and analyse these processes, and

f) implement actions necessary to achieve planned results and continual improvement of these processes.

These processes shall be managed by the organization in accordance with the requirements of this International Standard.

Where an organization chooses to outsource any process that affects product conformity to requirements, the organization shall ensure control over such processes. The type and extent of control to be applied to these outsourced processes shall be defined within the quality management system.

NOTE 1  Processes needed for the quality management system referred to above include processes for management activities, provision of resources, product realization, measurement, analysis and improvement.

NOTE 2  An "outsourced process" is a process that the organization needs for its quality management system and which the organization chooses to have performed by an external party.

NOTE 3  Ensuring control over outsourced processes does not absolve the organization of the responsibility of conformity to all customer, statutory and regulatory requirements. The type and extent of control to be applied to the outsourced process can be influenced by factors such as

a) the potential impact of the outsourced process on the organization's capability to provide product that conforms to requirements,

b) the degree to which the control for the process is shared,

c) the capability of achieving the necessary control through the application of 7.4.

## 4.2 Documentation requirements

### 4.2.1 General

The quality management system documentation shall include

a) documented statements of a quality policy and quality objectives,

b) a quality manual,

c) documented procedures and records required by this International Standard, and

d) documents, including records, determined by the organization to be necessary to ensure the effective planning, operation and control of its processes.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

NOTE 1  Where the term "documented procedure" appears within this International Standard, this means that the procedure is established, documented, implemented and maintained. A single document may address the requirements for one or more procedures. A requirement for a documented procedure may be covered by more than one document.

NOTE 2  The extent of the quality management system documentation can differ from one organization to another due to

a) the size of organization and type of activities,

b) the complexity of processes and their interactions, and

c) the competence of personnel.

NOTE 3  The documentation can be in any form or type of medium.

#### 4.2.2  Quality manual

The organization shall establish and maintain a quality manual that includes

a) the scope of the quality management system, including details of and justification for any exclusions (see 1.2),

b) the documented procedures established for the quality management system, or reference to them, and

c) a description of the interaction between the processes of the quality management system.

#### 4.2.3  Control of documents

Documents required by the quality management system shall be controlled. Records are a special type of document and shall be controlled according to the requirements given in 4.2.4.

A documented procedure shall be established to define the controls needed

a) to approve documents for adequacy prior to issue,

b) to review and update as necessary and re-approve documents,

c) to ensure that changes and the current revision status of documents are identified,

d) to ensure that relevant versions of applicable documents are available at points of use,

e) to ensure that documents remain legible and readily identifiable,

f) to ensure that documents of external origin determined by the organization to be necessary for the planning and operation of the quality management system are identified and their distribution controlled, and

g) to prevent the unintended use of obsolete documents, and to apply suitable identification to them if they are retained for any purpose.

#### 4.2.4  Control of records

Records established to provide evidence of conformity to requirements and of the effective operation of the quality management system shall be controlled.

The organization shall establish a documented procedure to define the controls needed for the identification, storage, protection, retrieval, retention and disposition of records.

Records shall remain legible, readily identifiable and retrievable.

## 5  Management responsibility

### 5.1  Management commitment

Top management shall provide evidence of its commitment to the development and implementation of the quality management system and continually improving its effectiveness by

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

3

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

a) communicating to the organization the importance of meeting customer as well as statutory and regulatory requirements,

b) establishing the quality policy,

c) ensuring that quality objectives are established.

d) conducting management reviews, and

e) ensuring the availability of resources.

## 5.2  Customer focus

Top management shall ensure that customer requirements are determined and are met with the aim of enhancing customer satisfaction (see 7.2.1 and 8.2.1).

## 5.3  Quality policy

Top management shall ensure that the quality policy

a) is appropriate to the purpose of the organization,

b) includes a commitment to comply with requirements and continually improve the effectiveness of the quality management system,

c) provides a framework for establishing and reviewing quality objectives,

d) is communicated and understood within the organization, and

e) is reviewed for continuing suitability.

## 5.4  Planning

### 5.4.1  Quality objectives

Top management shall ensure that quality objectives, including those needed to meet requirements for product [see 7.1 a)], are established at relevant functions and levels within the organization. The quality objectives shall be measurable and consistent with the quality policy.

### 5.4.2  Quality management system planning

Top management shall ensure that

a) the planning of the quality management system is carried out in order to meet the requirements given in 4.1, as well as the quality objectives, and

b) the integrity of the quality management system is maintained when changes to the quality management system are planned and implemented.

## 5.5  Responsibility, authority and communication

### 5.5.1  Responsibility and authority

Top management shall ensure that responsibilities and authorities are defined and communicated within the organization.

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08
© ISO 2008 – All rights reserved

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

#### 5.5.2  Management representative

Top management shall appoint a member of the organization's management who, irrespective of other responsibilities, shall have responsibility and authority that includes

a) ensuring that processes needed for the quality management system are established, implemented and maintained,

b) reporting to top management on the performance of the quality management system and any need for improvement, and

c) ensuring the promotion of awareness of customer requirements throughout the organization.

NOTE   The responsibility of a management representative can include liaison with external parties on matters relating to the quality management system.

#### 5.5.3  Internal communication

Top management shall ensure that appropriate communication processes are established within the organization and that communication takes place regarding the effectiveness of the quality management system.

### 5.6  Management review

#### 5.6.1  General

Top management shall review the organization's quality management system, at planned intervals, to ensure its continuing suitability, adequacy and effectiveness. This review shall include assessing opportunities for improvement and the need for changes to the quality management system, including the quality policy and quality objectives.

Records from management reviews shall be maintained (see 4.2.4).

#### 5.6.2  Review input

The input to management review shall include information on

a) results of audits,

b) customer feedback,

c) process performance and product conformity,

d) status of preventive and corrective actions,

e) follow-up actions from previous management reviews,

f) changes that could affect the quality management system, and

g) recommendations for improvement.

#### 5.6.3  Review output

The output from the management review shall include any decisions and actions related to

a) improvement of the effectiveness of the quality management system and its processes,

b) improvement of product related to customer requirements, and

c) resource needs.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

# 6 Resource management

## 6.1 Provision of resources

The organization shall determine and provide the resources needed

a) to implement and maintain the quality management system and continually improve its effectiveness, and

b) to enhance customer satisfaction by meeting customer requirements.

## 6.2 Human resources

### 6.2.1 General

Personnel performing work affecting conformity to product requirements shall be competent on the basis of appropriate education, training, skills and experience.

NOTE    Conformity to product requirements can be affected directly or indirectly by personnel performing any task within the quality management system.

### 6.2.2 Competence, training and awareness

The organization shall

a) determine the necessary competence for personnel performing work affecting conformity to product requirements,

b) where applicable, provide training or take other actions to achieve the necessary competence,

c) evaluate the effectiveness of the actions taken,

d) ensure that its personnel are aware of the relevance and importance of their activities and how they contribute to the achievement of the quality objectives, and

e) maintain appropriate records of education, training, skills and experience (see 4.2.4).

## 6.3 Infrastructure

The organization shall determine, provide and maintain the infrastructure needed to achieve conformity to product requirements. Infrastructure includes, as applicable,

a) buildings, workspace and associated utilities,

b) process equipment (both hardware and software), and

c) supporting services (such as transport, communication or information systems).

## 6.4 Work environment

The organization shall determine and manage the work environment needed to achieve conformity to product requirements.

NOTE    The term "work environment" relates to those conditions under which work is performed including physical, environmental and other factors (such as noise, temperature, humidity, lighting or weather).

6

© ISO 2008 - All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

# 7 Product realization

## 7.1 Planning of product realization

The organization shall plan and develop the processes needed for product realization. Planning of product realization shall be consistent with the requirements of the other processes of the quality management system (see 4.1).

In planning product realization, the organization shall determine the following, as appropriate:

a) quality objectives and requirements for the product;

b) the need to establish processes and documents, and to provide resources specific to the product;

c) required verification, validation, monitoring, measurement, inspection and test activities specific to the product and the criteria for product acceptance;

d) records needed to provide evidence that the realization processes and resulting product meet requirements (see 4.2.4).

The output of this planning shall be in a form suitable for the organization's method of operations.

NOTE 1  A document specifying the processes of the quality management system (including the product realization processes) and the resources to be applied to a specific product, project or contract can be referred to as a quality plan.

NOTE 2  The organization may also apply the requirements given in 7.3 to the development of product realization processes.

## 7.2 Customer-related processes

### 7.2.1 Determination of requirements related to the product

The organization shall determine

a) requirements specified by the customer, including the requirements for delivery and post-delivery activities,

b) requirements not stated by the customer but necessary for specified or intended use, where known,

c) statutory and regulatory requirements applicable to the product, and

d) any additional requirements considered necessary by the organization.

NOTE  Post-delivery activities include, for example, actions under warranty provisions, contractual obligations such as maintenance services, and supplementary services such as recycling or final disposal.

### 7.2.2 Review of requirements related to the product

The organization shall review the requirements related to the product. This review shall be conducted prior to the organization's commitment to supply a product to the customer (e.g. submission of tenders, acceptance of contracts or orders, acceptance of changes to contracts or orders) and shall ensure that

a) product requirements are defined,

b) contract or order requirements differing from those previously expressed are resolved, and

c) the organization has the ability to meet the defined requirements.

Records of the results of the review and actions arising from the review shall be maintained (see 4.2.4).

Where the customer provides no documented statement of requirement, the customer requirements shall be confirmed by the organization before acceptance.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

Where product requirements are changed, the organization shall ensure that relevant documents are amended and that relevant personnel are made aware of the changed requirements.

NOTE   In some situations, such as internet sales, a formal review is impractical for each order. Instead the review can cover relevant product information such as catalogues or advertising material.

### 7.2.3  Customer communication

The organization shall determine and implement effective arrangements for communicating with customers in relation to

a)  product information,

b)  enquiries, contracts or order handling, including amendments, and

c)  customer feedback, including customer complaints.

## 7.3  Design and development

### 7.3.1  Design and development planning

The organization shall plan and control the design and development of product.

During the design and development planning, the organization shall determine

a)  the design and development stages,

b)  the review, verification and validation that are appropriate to each design and development stage, and

c)  the responsibilities and authorities for design and development.

The organization shall manage the interfaces between different groups involved in design and development to ensure effective communication and clear assignment of responsibility.

Planning output shall be updated, as appropriate, as the design and development progresses.

NOTE   Design and development review, verification and validation have distinct purposes. They can be conducted and recorded separately or in any combination, as suitable for the product and the organization.

### 7.3.2  Design and development inputs

Inputs relating to product requirements shall be determined and records maintained (see 4.2.4). These inputs shall include

a)  functional and performance requirements,

b)  applicable statutory and regulatory requirements,

c)  where applicable, information derived from previous similar designs, and

d)  other requirements essential for design and development.

The inputs shall be reviewed for adequacy. Requirements shall be complete, unambiguous and not in conflict with each other.

### 7.3.3  Design and development outputs

The outputs of design and development shall be in a form suitable for verification against the design and development input and shall be approved prior to release.

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08
© ISO 2008 – All rights reserved

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

Design and development outputs shall

a) meet the input requirements for design and development,

b) provide appropriate information for purchasing, production and service provision,

c) contain or reference product acceptance criteria, and

d) specify the characteristics of the product that are essential for its safe and proper use.

NOTE  Information for production and service provision can include details for the preservation of product.

### 7.3.4  Design and development review

At suitable stages, systematic reviews of design and development shall be performed in accordance with planned arrangements (see 7.3.1)

a) to evaluate the ability of the results of design and development to meet requirements, and

b) to identify any problems and propose necessary actions.

Participants in such reviews shall include representatives of functions concerned with the design and development stage(s) being reviewed. Records of the results of the reviews and any necessary actions shall be maintained (see 4.2.4).

### 7.3.5  Design and development verification

Verification shall be performed in accordance with planned arrangements (see 7.3.1) to ensure that the design and development outputs have met the design and development input requirements. Records of the results of the verification and any necessary actions shall be maintained (see 4.2.4).

### 7.3.6  Design and development validation

Design and development validation shall be performed in accordance with planned arrangements (see 7.3.1) to ensure that the resulting product is capable of meeting the requirements for the specified application or intended use, where known. Wherever practicable, validation shall be completed prior to the delivery or implementation of the product. Records of the results of validation and any necessary actions shall be maintained (see 4.2.4).

### 7.3.7  Control of design and development changes

Design and development changes shall be identified and records maintained. The changes shall be reviewed, verified and validated, as appropriate, and approved before implementation. The review of design and development changes shall include evaluation of the effect of the changes on constituent parts and product already delivered. Records of the results of the review of changes and any necessary actions shall be maintained (see 4.2.4).

## 7.4  Purchasing

### 7.4.1  Purchasing process

The organization shall ensure that purchased product conforms to specified purchase requirements. The type and extent of control applied to the supplier and the purchased product shall be dependent upon the effect of the purchased product on subsequent product realization or the final product.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

The organization shall evaluate and select suppliers based on their ability to supply product in accordance with the organization's requirements. Criteria for selection, evaluation and re-evaluation shall be established. Records of the results of evaluations and any necessary actions arising from the evaluation shall be maintained (see 4.2.4).

### 7.4.2 Purchasing information

Purchasing information shall describe the product to be purchased, including, where appropriate,

a) requirements for approval of product, procedures, processes and equipment,

b) requirements for qualification of personnel, and

c) quality management system requirements.

The organization shall ensure the adequacy of specified purchase requirements prior to their communication to the supplier.

### 7.4.3 Verification of purchased product

The organization shall establish and implement the inspection or other activities necessary for ensuring that purchased product meets specified purchase requirements.

Where the organization or its customer intends to perform verification at the supplier's premises, the organization shall state the intended verification arrangements and method of product release in the purchasing information.

## 7.5 Production and service provision

### 7.5.1 Control of production and service provision

The organization shall plan and carry out production and service provision under controlled conditions. Controlled conditions shall include, as applicable,

a) the availability of information that describes the characteristics of the product,

b) the availability of work instructions, as necessary,

c) the use of suitable equipment,

d) the availability and use of monitoring and measuring equipment,

e) the implementation of monitoring and measurement, and

f) the implementation of product release, delivery and post-delivery activities.

### 7.5.2 Validation of processes for production and service provision

The organization shall validate any processes for production and service provision where the resulting output cannot be verified by subsequent monitoring or measurement and, as a consequence, deficiencies become apparent only after the product is in use or the service has been delivered.

Validation shall demonstrate the ability of these processes to achieve planned results.

The organization shall establish arrangements for these processes including, as applicable,

a) defined criteria for review and approval of the processes,

b) approval of equipment and qualification of personnel,

c) use of specific methods and procedures,

**10**

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

d)  requirements for records (see 4.2.4), and

e)  revalidation.

### 7.5.3  Identification and traceability

Where appropriate, the organization shall identify the product by suitable means throughout product realization.

The organization shall identify the product status with respect to monitoring and measurement requirements throughout product realization.

Where traceability is a requirement, the organization shall control the unique identification of the product and maintain records (see 4.2.4).

NOTE  In some industry sectors, configuration management is a means by which identification and traceability are maintained.

### 7.5.4  Customer property

The organization shall exercise care with customer property while it is under the organization's control or being used by the organization. The organization shall identify, verify, protect and safeguard customer property provided for use or incorporation into the product. If any customer property is lost, damaged or otherwise found to be unsuitable for use, the organization shall report this to the customer and maintain records (see 4.2.4).

NOTE  Customer property can include intellectual property and personal data.

### 7.5.5  Preservation of product

The organization shall preserve the product during internal processing and delivery to the intended destination in order to maintain conformity to requirements. As applicable, preservation shall include identification, handling, packaging, storage and protection. Preservation shall also apply to the constituent parts of a product.

## 7.6  Control of monitoring and measuring equipment

The organization shall determine the monitoring and measurement to be undertaken and the monitoring and measuring equipment needed to provide evidence of conformity of product to determined requirements.

The organization shall establish processes to ensure that monitoring and measurement can be carried out and are carried out in a manner that is consistent with the monitoring and measurement requirements.

Where necessary to ensure valid results, measuring equipment shall

a)  be calibrated or verified, or both, at specified intervals, or prior to use, against measurement standards traceable to international or national measurement standards; where no such standards exist, the basis used for calibration or verification shall be recorded (see 4.2.4);

b)  be adjusted or re-adjusted as necessary;

c)  have identification in order to determine its calibration status;

d)  be safeguarded from adjustments that would invalidate the measurement result;

e)  be protected from damage and deterioration during handling, maintenance and storage.

In addition, the organization shall assess and record the validity of the previous measuring results when the equipment is found not to conform to requirements. The organization shall take appropriate action on the equipment and any product affected.

Records of the results of calibration and verification shall be maintained (see 4.2.4).

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

When used in the monitoring and measurement of specified requirements, the ability of computer software to satisfy the intended application shall be confirmed. This shall be undertaken prior to initial use and reconfirmed as necessary.

NOTE  Confirmation of the ability of computer software to satisfy the intended application would typically include its verification and configuration management to maintain its suitability for use.

# 8  Measurement, analysis and improvement

## 8.1  General

The organization shall plan and implement the monitoring, measurement, analysis and improvement processes needed

a)  to demonstrate conformity to product requirements,

b)  to ensure conformity of the quality management system, and

c)  to continually improve the effectiveness of the quality management system.

This shall include determination of applicable methods, including statistical techniques, and the extent of their use.

## 8.2  Monitoring and measurement

### 8.2.1  Customer satisfaction

As one of the measurements of the performance of the quality management system, the organization shall monitor information relating to customer perception as to whether the organization has met customer requirements. The methods for obtaining and using this information shall be determined.

NOTE  Monitoring customer perception can include obtaining input from sources such as customer satisfaction surveys, customer data on delivered product quality, user opinion surveys, lost business analysis, compliments, warranty claims and dealer reports.

### 8.2.2  Internal audit

The organization shall conduct internal audits at planned intervals to determine whether the quality management system

a)  conforms to the planned arrangements (see 7.1), to the requirements of this International Standard and to the quality management system requirements established by the organization, and

b)  is effectively implemented and maintained.

An audit programme shall be planned, taking into consideration the status and importance of the processes and areas to be audited, as well as the results of previous audits. The audit criteria, scope, frequency and methods shall be defined. The selection of auditors and conduct of audits shall ensure objectivity and impartiality of the audit process. Auditors shall not audit their own work.

A documented procedure shall be established to define the responsibilities and requirements for planning and conducting audits, establishing records and reporting results.

Records of the audits and their results shall be maintained (see 4.2.4).

The management responsible for the area being audited shall ensure that any necessary corrections and corrective actions are taken without undue delay to eliminate detected nonconformities and their causes.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

Follow-up activities shall include the verification of the actions taken and the reporting of verification results (see 8.5.2).

NOTE  See ISO 19011 for guidance.

### 8.2.3 Monitoring and measurement of processes

The organization shall apply suitable methods for monitoring and, where applicable, measurement of the quality management system processes. These methods shall demonstrate the ability of the processes to achieve planned results. When planned results are not achieved, correction and corrective action shall be taken, as appropriate.

NOTE  When determining suitable methods, it is advisable that the organization consider the type and extent of monitoring or measurement appropriate to each of its processes in relation to their impact on the conformity to product requirements and on the effectiveness of the quality management system.

### 8.2.4 Monitoring and measurement of product

The organization shall monitor and measure the characteristics of the product to verify that product requirements have been met. This shall be carried out at appropriate stages of the product realization process in accordance with the planned arrangements (see 7.1). Evidence of conformity with the acceptance criteria shall be maintained.

Records shall indicate the person(s) authorizing release of product for delivery to the customer (see 4.2.4).

The release of product and delivery of service to the customer shall not proceed until the planned arrangements (see 7.1) have been satisfactorily completed, unless otherwise approved by a relevant authority and, where applicable, by the customer.

### 8.3  Control of nonconforming product

The organization shall ensure that product which does not conform to product requirements is identified and controlled to prevent its unintended use or delivery. A documented procedure shall be established to define the controls and related responsibilities and authorities for dealing with nonconforming product.

Where applicable, the organization shall deal with nonconforming product by one or more of the following ways:

a) by taking action to eliminate the detected nonconformity;

b) by authorizing its use, release or acceptance under concession by a relevant authority and, where applicable, by the customer;

c) by taking action to preclude its original intended use or application;

d) by taking action appropriate to the effects, or potential effects, of the nonconformity when nonconforming product is detected after delivery or use has started.

When nonconforming product is corrected it shall be subject to re-verification to demonstrate conformity to the requirements.

Records of the nature of nonconformities and any subsequent actions taken, including concessions obtained, shall be maintained (see 4.2.4).

### 8.4  Analysis of data

The organization shall determine, collect and analyse appropriate data to demonstrate the suitability and effectiveness of the quality management system and to evaluate where continual improvement of the effectiveness of the quality management system can be made. This shall include data generated as a result of monitoring and measurement and from other relevant sources.

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

The analysis of data shall provide information relating to

a) customer satisfaction (see 8.2.1),

b) conformity to product requirements (see 8.2.4),

c) characteristics and trends of processes and products, including opportunities for preventive action (see 8.2.3 and 8.2.4), and

d) suppliers (see 7.4).

## 8.5 Improvement

### 8.5.1 Continual improvement

The organization shall continually improve the effectiveness of the quality management system through the use of the quality policy, quality objectives, audit results, analysis of data, corrective and preventive actions and management review.

### 8.5.2 Corrective action

The organization shall take action to eliminate the causes of nonconformities in order to prevent recurrence. Corrective actions shall be appropriate to the effects of the nonconformities encountered.

A documented procedure shall be established to define requirements for

a) reviewing nonconformities (including customer complaints),

b) determining the causes of nonconformities,

c) evaluating the need for action to ensure that nonconformities do not recur,

d) determining and implementing action needed,

e) records of the results of action taken (see 4.2.4), and

f) reviewing the effectiveness of the corrective action taken.

### 8.5.3 Preventive action

The organization shall determine action to eliminate the causes of potential nonconformities in order to prevent their occurrence. Preventive actions shall be appropriate to the effects of the potential problems.

A documented procedure shall be established to define requirements for

a) determining potential nonconformities and their causes,

b) evaluating the need for action to prevent occurrence of nonconformities,

c) determining and implementing action needed,

d) records of results of action taken (see 4.2.4), and

e) reviewing the effectiveness of the preventive action taken.

14

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

## Annex A
(informative)

## Correspondence between ISO 9001:2008 and ISO 14001:2004

Table A.1 — Correspondence between ISO 9001:2008 and ISO 14001:2004

| ISO 9001:2008 | | | ISO 14001:2004 |
|---|---|---|---|
| Introduction (title only) | | | Introduction |
| General | 0.1 | | |
| Process approach | 0.2 | | |
| Relationship with ISO 9004 | 0.3 | | |
| Compatibility with other management systems | 0.4 | | |
| Scope (title only) | 1 | 1 | Scope |
| General | 1.1 | | |
| Application | 1.2 | | |
| Normative references | 2 | 2 | Normative references |
| Terms and definitions | 3 | 3 | Terms and definitions |
| Quality management system (title only) | 4 | 4 | Environmental management system requirements (title only) |
| General requirements | 4.1 | 4.1 | General requirements |
| Documentation requirements (title only) | 4.2 | | |
| General | 4.2.1 | 4.4.4 | Documentation |
| Quality manual | 4.2.2 | | |
| Control of documents | 4.2.3 | 4.4.5 | Control of documents |
| Control of records | 4.2.4 | 4.5.4 | Control of records |
| Management responsibility (title only) | 5 | | |
| Management commitment | 5.1 | 4.2 | Environmental policy |
| | | 4.4.1 | Resources, roles, responsibility and authority |
| Customer focus | 5.2 | 4.3.1 | Environmental aspects |
| | | 4.3.2 | Legal and other requirements |
| | | 4.6 | Management review |
| Quality policy | 5.3 | 4.2 | Environmental policy |
| Planning (title only) | 5.4 | 4.3 | Planning (title only) |
| Quality objectives | 5.4.1 | 4.3.3 | Objectives, targets and programme(s) |
| Quality management system planning | 5.4.2 | 4.3.3 | Objectives, targets and programme(s) |
| Responsibility, authority and communication (title only) | 5.5 | | |
| Responsibility and authority | 5.5.1 | 4.1 | General requirements |
| | | 4.4.1 | Resources, roles, responsibility and authority |
| Management representative | 5.5.2 | 4.4.1 | Resources, roles, responsibility and authority |
| Internal communication | 5.5.3 | 4.4.3 | Communication |
| Management review (title only) | 5.6 | 4.6 | Management review |
| General | 5.6.1 | 4.6 | Management review |
| Review input | 5.6.2 | 4.6 | Management review |
| Review output | 5.6.3 | 4.6 | Management review |

© ISO 2008 – All rights reserved

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

ISO 9001:2008(E)

I.S. EN ISO 9001:2008

Table A.1 — Correspondence between ISO 9001:2008 and ISO 14001:2004 (continued)

| ISO 9001:2008 | | ISO 14001:2004 | |
|---|---|---|---|
| Resource management (title only) | 6 | | |
| Provision of resources | 6.1 | 4.4.1 | Resources, roles, responsibility and authority |
| Human resources (title only) | 6.2 | | |
| General | 6.2.1 | 4.4.2 | Competence, training and awareness |
| Competence, training and awareness | 6.2.2 | 4.4.2 | Competence, training and awareness |
| Infrastructure | 6.3 | 4.4.1 | Resources, roles, responsibility and authority |
| Work environment | 6.4 | | |
| Product realization (title only) | 7 | 4.4 | Implementation and operation (title only) |
| Planning of product realization | 7.1 | 4.4.6 | Operational control |
| Customer-related processes (title only) | 7.2 | | |
| Determination of requirements related to the product | 7.2.1 | 4.3.1 | Environmental aspects |
| | | 4.3.2 | Legal and other requirements |
| | | 4.4.6 | Operational control |
| Review of requirements related to the product | 7.2.2 | 4.3.1 | Environmental aspects |
| | | 4.4.6 | Operational control |
| Customer communication | 7.2.3 | 4.4.3 | Communication |
| Design and development (title only) | 7.3 | | |
| Design and development planning | 7.3.1 | 4.4.6 | Operational control |
| Design and development inputs | 7.3.2 | 4.4.6 | Operational control |
| Design and development outputs | 7.3.3 | 4.4.6 | Operational control |
| Design and development review | 7.3.4 | 4.4.6 | Operational control |
| Design and development verification | 7.3.5 | 4.4.6 | Operational control |
| Design and development validation | 7.3.6 | 4.4.6 | Operational control |
| Control of design and development changes | 7.3.7 | 4.4.6 | Operational control |
| Purchasing (title only) | 7.4 | | |
| Purchasing process | 7.4.1 | 4.4.6 | Operational control |
| Purchasing information | 7.4.2 | 4.4.6 | Operational control |
| Verification of purchased product | 7.4.3 | 4.4.6 | Operational control |
| Production and service provision (title only) | 7.5 | | |
| Control of production and service provision | 7.5.1 | 4.4.6 | Operational control |
| Validation of processes for production and service provision | 7.5.2 | 4.4.6 | Operational control |
| Identification and traceability | 7.5.3 | | |
| Customer property | 7.5.4 | | |
| Preservation of product | 7.5.5 | 4.4.6 | Operational control |
| Control of monitoring and measuring equipment | 7.6 | 4.5.1 | Monitoring and measurement |
| Measurement, analysis and improvement (title only) | 8 | 4.5 | Checking (title only) |
| General | 8.1 | 4.5.1 | Monitoring and measurement |
| Monitoring and measurement (title only) | 8.2 | | |
| Customer satisfaction | 8.2.1 | | |
| Internal audit | 8.2.2 | 4.5.5 | Internal audit |
| Monitoring and measurement of processes | 8.2.3 | 4.5.1 | Monitoring and measurement |
| | | 4.5.2 | Evaluation of compliance |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

Table A.1 — Correspondence between ISO 9001:2008 and ISO 14001:2004 (*continued*)

| ISO 9001:2008 | | | ISO 14001:2004 |
|---|---|---|---|
| Monitoring and measurement of product | 8.2.4 | 4.5.1 | Monitoring and measurement |
| | | 4.5.2 | Evaluation of compliance |
| Control of nonconforming product | 8.3 | 4.4.7 | Emergency preparedness and response |
| | | 4.5.3 | Nonconformity, corrective action and preventive action |
| Analysis of data | 8.4 | 4.5.1 | Monitoring and measurement |
| Improvement (title only) | 8.5 | | |
| Continual improvement | 8.5.1 | 4.2 | Environmental policy |
| | | 4.3.3 | Objectives, targets and programme(s) |
| | | 4.6 | Management review |
| Corrective action | 8.5.2 | 4.5.3 | Nonconformity, corrective action and preventive action |
| Preventive action | 8.5.3 | 4.5.3 | Nonconformity, corrective action and preventive action |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Table A.2 — Correspondence between ISO 14001:2004 and ISO 9001:2008

| ISO 14001:2004 | | | ISO 9001:2008 |
|---|---|---|---|
| Introduction | | | Introduction (title only) |
| | | 0.1 | General |
| | | 0.2 | Process approach |
| | | 0.3 | Relationship with ISO 9004 |
| | | 0.4 | Compatibility with other management systems |
| Scope | 1 | 1 | Scope (title only) |
| | | 1.1 | General |
| | | 1.2 | Application |
| Normative references | 2 | 2 | Normative references |
| Terms and definitions | 3 | 3 | Terms and definitions |
| Environmental management system requirements (title only) | 4 | 4 | Quality management system (title only) |
| General requirements | 4.1 | 4.1 | General requirements |
| | | 5.5 | Responsibility, authority and communication (title only) |
| | | 5.5.1 | Responsibility and authority |
| Environmental policy | 4.2 | 5.1 | Management commitment |
| | | 5.3 | Quality policy |
| | | 8.5.1 | Continual improvement |
| Planning (title only) | 4.3 | 5.4 | Planning (title only) |
| Environmental aspects | 4.3.1 | 5.2 | Customer focus |
| | | 7.2.1 | Determination of requirements related to the product |
| | | 7.2.2 | Review of requirements related to the product |
| Legal and other requirements | 4.3.2 | 5.2 | Customer focus |
| | | 7.2.1 | Determination of requirements related to the product |
| Objectives, targets and programme(s) | 4.3.3 | 5.4.1 | Quality objectives |
| | | 5.4.2 | Quality management system planning |
| | | 8.5.1 | Continual improvement |
| Implementation and operation (title only) | 4.4 | 7 | Product realization (title only) |
| Resources, roles, responsibility and authority | 4.4.1 | 5.1 | Management commitment |
| | | 5.5.1 | Responsibility and authority |
| | | 5.5.2 | Management representative |
| | | 6.1 | Provision of resources |
| | | 6.3 | Infrastructure |
| Competence, training and awareness | 4.4.2 | 6.2.1 | (Human resources) General |
| | | 6.2.2 | Competence, training and awareness |
| Communication | 4.4.3 | 5.5.3 | Internal communication |
| | | 7.2.3 | Customer communication |
| Documentation | 4.4.4 | 4.2.1 | (Documentation requirements) General |
| Control of documents | 4.4.5 | 4.2.3 | Control of documents |

© ISO 2008 — All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

Table A.2 — Correspondence between ISO 14001:2004 and ISO 9001:2008 (*continued*)

| ISO 14001:2004 | | | ISO 9001:2008 |
|---|---|---|---|
| Operational control | 4.4.6 | 7.1 | Planning of product realization |
| | | 7.2 | Customer-related processes (title only) |
| | | 7.2.1 | Determination of requirements related to the product |
| | | 7.2.2 | Review of requirements related to the product |
| | | 7.3.1 | Design and development planning |
| | | 7.3.2 | Design and development inputs |
| | | 7.3.3 | Design and development outputs |
| | | 7.3.4 | Design and development review |
| | | 7.3.5 | Design and development verification |
| | | 7.3.6 | Design and development validation |
| | | 7.3.7 | Control of design and development changes |
| | | 7.4.1 | Purchasing process |
| | | 7.4.2 | Purchasing information |
| | | 7.4.3 | Verification of purchased product |
| | | 7.5 | Production and service provision (title only) |
| | | 7.5.1 | Control of production and service provision |
| | | 7.5.2 | Validation of processes for production and service provision |
| | | 7.5.5 | Preservation of product |
| Emergency preparedness and response | 4.4.7 | 8.3 | Control of nonconforming product |
| Checking (title only) | 4.5 | 8 | Measurement, analysis and improvement (title only) |
| Monitoring and measurement | 4.5.1 | 7.6 | Control of monitoring and measuring equipment |
| | | 8.1 | (Measurement, analysis and improvement) General |
| | | 8.2.3 | Monitoring and measurement of processes |
| | | 8.2.4 | Monitoring and measurement of product |
| | | 8.4 | Analysis of data |
| Evaluation of compliance | 4.5.2 | 8.2.3 | Monitoring and measurement of processes |
| | | 8.2.4 | Monitoring and measurement of product |
| Nonconformity, corrective action and preventive action | 4.5.3 | 8.3 | Control of nonconforming product |
| | | 8.4 | Analysis of data |
| | | 8.5.2 | Corrective action |
| | | 8.5.3 | Preventive action |
| Control of records | 4.5.4 | 4.2.4 | Control of records |
| Internal audit | 4.5.5 | 8.2.2 | Internal audit |
| Management review | 4.6 | 5.1 | Management commitment |
| | | 5.6 | Management review (title only) |
| | | 5.6.1 | General |
| | | 5.6.2 | Review input |
| | | 5.6.3 | Review output |
| | | 8.5.1 | Continual improvement |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

## Annex B
(informative)

## Changes between ISO 9001:2000 and ISO 9001:2008

Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| Foreword | Para 2 | D + A | International Standards are drafted in accordance with the rules given in the ISO/IEC Directives, ~~Part 3~~ Part 2. |
| Foreword | Para 3, Sentence 1 | A | The main task of technical committees is to prepare International Standards. |
| Foreword | Para 4, Sentence 1 | D + A | Attention is drawn to the possibility that some of the elements of this ~~International Standard~~ document may be the subject of patent rights. |
| Foreword | Para 5 | D | ~~International Standard~~ ISO 9001 was prepared by Technical Committee ISO/TC 176, *Quality management and quality assurance*, Subcommittee SC 2, *Quality systems*. |
| Foreword | Para 6 | D | ~~This third edition of ISO 9001 cancels and replaces the second edition (ISO 9001:1994) together with ISO 9002:1994 and ISO 9003:1994. It constitutes a technical revision of these documents. Those organizations which have used ISO 9002:1994 and ISO 9003:1994 in the past may use this International Standard by excluding certain requirements in accordance with 1.2.~~ |
| | | A | This fourth edition cancels and replaces the third edition (ISO 9001:2000), which has been amended to clarify points in the text and to enhance compatibility with ISO 14001:2004. |
| Foreword | Para 7 | D | ~~The title of ISO 9001 has been revised in this edition and no longer includes the term "Quality assurance". This reflects the fact that the quality management system requirements specified in this edition of ISO 9001, in addition to quality assurance of product, also aim to enhance customer satisfaction.~~ |
| Foreword | Para 8 | D | ~~Annexes A and B of this International Standard are for information only.~~ |
| Foreword | New para 7 | A | Details of the changes between the third edition and this fourth edition are given in Annex B. |
| 0.1 | Para 1, Sentence 2 | D | ~~The design and implementation of an organization's quality management system is influenced by varying needs, particular objectives, the products provided, the processes employed and the size and structure of the organization.~~ |
| | | A | The design and implementation of an organization's quality management system is influenced by<br>a) its organizational environment, change in that environment, and the risks associated with that environment;<br>b) its varying needs;<br>c) its particular objectives;<br>d) the products it provides;<br>e) the processes it employs;<br>f) its size and organizational structure. |
| | Sentence 3 | New a new para | It is not the intent of this International Standard to imply uniformity in the structure of quality management systems or uniformity of documentation. |
| 0.1 | Para 4 | A | This International Standard can be used by internal and external parties, including certification bodies, to assess the organization's ability to meet customer, statutory and regulatory requirements applicable to the product, and the organization's own requirements. |
| 0.2 | Para 2 | D + A | For an organization to function effectively, it has to identify determine and manage numerous linked activities. An activity or set of activities using resources, and managed in order to enable the transformation of inputs into outputs, can be considered as a process. |

20

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008 (continued)

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| 0.2 | Para 3 | A | The application of a system of processes within an organization, together with the identification and interactions of these processes, and their management to produce the desired outcome, can be referred to as the "process approach". |
| 0.3 | Para 1 | D + A | ~~The present editions of ISO 9001 and ISO 9004 have been developed as a consistent pair of are~~ quality management system standards which have been designed to complement each other, but can also be used independently. ~~Although the two International Standards have different scopes, they have similar structures in order to assist their application as a consistent pair.~~ |
| 0.3 | Para 3 | D + A | ISO 9004 ~~gives a guidance on a wider range of objectives of a quality management system than does ISO 9001, particularly for the continual improvement of an organization's overall performance including in a complex, demanding, and over-changing, environment. ISO 9004 provides a wider focus on quality management than ISO 9001; it addresses the needs and expectations of all interested parties and their satisfaction, by the systematic and continual improvement of the organization's performance. However, it is not intended for certification, regulatory or contractual uses.~~ |
| | | | At the time of publication of this International Standard, ISO 9004 is under revision. The revised edition of ISO 9004 will provide guidance to management for achieving sustained success for any organization in a complex, demanding, and over-changing, environment. ISO 9004 provides a wider focus on quality management than ISO 9001; it addresses the needs and expectations of all interested parties and their satisfaction, by the systematic and continual improvement of the organization's performance. However, it is not intended for certification, regulatory or contractual use. |
| 0.4 | Para 1 | D + A | ~~This International Standard has been aligned with ISO 14001:1996 in order to enhance the compatibility of the two standards for the benefit of the user community.~~ |
| | | | During the development of this International Standard, due consideration was given to the provisions of ISO 14001:2004 to enhance the compatibility of the two standards for the benefit of the user community. Annex A shows the correspondence between ISO 9001:2008 and ISO 14001:2004. |
| 1.1 | Bullet a) | A | a)  needs to demonstrate its ability to consistently provide product that meets customer and applicable statutory and regulatory requirements, and |
| | Bullet b) | A | b)  aims to enhance customer satisfaction through the effective application of the system, including processes for continual improvement of the system and the assurance of conformity to customer and applicable statutory and regulatory requirements. |
| | Note | D | ~~NOTE In this International Standard, the term "product" applies only to the product intended for, or required by, a customer.~~ |
| | | A | NOTE 1   In this International Standard, the term "product" only applies to |
| | | | a)  a product intended for, or required by, a customer, |
| | | | b)  any intended output resulting from the product realization processes. |
| | New Note 2 | A | NOTE 2   Statutory and regulatory requirements can be expressed as legal requirements. |
| 1.2 | Para 3 | A | Where exclusions are made, claims of conformity to this International Standard are not acceptable unless these exclusions are limited to requirements within Clause 7, and such exclusions do not affect the organization's ability, or responsibility, to provide product that meets customer and applicable statutory and regulatory requirements. |
| 2 | Para 1 | D + A | ~~The following normative document contains provisions which, through reference in this text, constitute provisions of this International Standard. For dated references, subsequent amendments to, or revisions of, any of these publications do not apply. However, parties to agreements based on this International Standard are encouraged to investigate the possibility of applying the most recent edition of the normative document indicated below. For undated references, the latest edition of the normative document referred to applies. Members of ISO and IEC maintain registers of currently valid International Standards.~~ |
| | | A | The following referenced documents are indispensable for the application of this document. For dated references, only the edition cited applies. For undated references, the latest edition of the referenced document (including any amendments) applies. |
| | | D + A | ISO 9000:~~2000~~2005, Quality management systems — Fundamentals and vocabulary |

© ISO 2006 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008 (*continued*)

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| 3 | Para 1 | D + A | For the purposes of this document International Standard, the terms and definitions given in ISO 9000 apply. |
| 3 | Paras 2, 3 | D | The following terms, used in this edition of ISO 9001 to describe the supply chain, have been changed to reflect the vocabulary currently used: supplier → organization → customer The term "organization" replaces the term "supplier" used in ISO 9001:1994, and refers to the unit to which this International Standard applies. Also, the term "supplier" now replaces the term "subcontractor". |
| 4.1 | Bullet a) | D + A | a)  identify determine the processes needed for the quality management system and their application throughout the organization (see 1.2), |
| 4.1 | Bullet e) | A | e)  monitor, measure where applicable, and analyse these processes, and |
| 4.1 | Para 4 | D + A | Where an organization chooses to outsource any process that affects product conformity with to requirements, the organization shall ensure control over such processes. The type and extent of control to be applied to these outsourced processes shall be defined within the quality management system. |
| 4.1 | Note 1 | D + A | NOTE 1 Processes needed for the quality management system referred to above should include processes for management activities, provision of resources, product realization, and measurement, analysis and improvement. |
| 4.1 | New Notes 2 & 3 | A | NOTE 2 An "outsourced process" is a process that the organization needs for its quality management system and which the organization chooses to have performed by an external party.

NOTE 3 Ensuring control over outsourced processes does not absolve the organization of the responsibility of conformity to all customer, statutory and regulatory requirements. The type and extent of control to be applied to the outsourced process can be influenced by factors such as a)  the potential impact of the outsourced process on the organization's capability to provide product that conforms to requirements, b)  the degree to which the control for the process is shared, c)  the capability of achieving the necessary control through the application of 7.4. |
| 4.2.1 | Bullet c) | A | c)  documented procedures and records required by this International Standard, and |
| 4.2.1 | Bullet d) | A + D | d)  documents, including records, needed determined by the organization to be necessary to ensure the effective planning, operation and control of its processes. and |
| 4.2.1 | Bullet e) | D | e)  records required by this International Standard (see 4.2.4). |
| 4.2.1 | Note 1 | A | NOTE 1 Where the term "documented procedure" appears within this International Standard, this means that the procedure is established, documented, implemented and maintained. A single document may address the requirements for one or more procedures. A requirement for a documented procedure may be covered by more than one document. |
| 4.2.3 | Bullet f) | A | f)  to ensure that documents of external origin determined by the organization to be necessary for the planning and operation of the quality management system are identified and their distribution controlled, and |
| 4.2.4 | Para 1 | D + A | Records shall be established and maintained to provide evidence of conformity to requirements and of the effective operation of the quality management system shall be controlled. Records shall remain legible, readily identifiable and retrievable. The organization shall establish a documented procedure shall be established to define the controls needed for the identification, storage, protection, retrieval, retention time and disposition of records. Records shall remain legible, readily identifiable and retrievable. |
| 5.5.2 | Para 1 | A | Top management shall appoint a member of the organization's management who, irrespective of other responsibilities, shall have responsibility and authority that includes |
| 6.2.1 | Para 1 | A + D | Personnel performing work affecting conformity to product quality requirements shall be competent on the basis of appropriate education, training, skills and experience. |
| | New Note | A | NOTE Conformity to product requirements can be affected directly or indirectly by personnel performing any task within the quality management system. |

Copyrighted material licensed to SAI Global Inc. for licensee's use only. A0059728?
Single user license only, copying prohibited. 01 Dec 08
© ISO 2008 – All rights reserved

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008 *(continued)*

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| 6.2.2 | Clause title | A + D | Competence, training and awareness and training |
| 6.2.2 | Bullets a) & b) | A + D | a) determine the necessary competence for personnel performing work affecting conformity to product quality requirements, <br> b) where applicable, provide training or take other actions to satisfy these needs achieve the necessary competence, |
| 6.3 | Bullet c) | A | c) supporting services (such as transport, communication or information systems). |
| 6.4 | New Note | A | NOTE The term "work environment" relates to those conditions under which work is performed including physical, environmental and other factors (such as noise, temperature, humidity, lighting or weather). |
| 7.1 | Bullet b) | A + D | b) the need to establish processes and documents, and to provide resources specific to the product; |
| 7.1 | Bullet c) | A | c) required verification, validation, monitoring, measurement, inspection and test activities specific to the product and the criteria for product acceptance; |
| 7.2.1 | Bullet c) | D + A | c) statutory and regulatory requirements related applicable to the product, and |
| | Bullet d), | D + A | d) any additional requirements determined considered necessary by the organization. |
| | New Note | A | NOTE Post-delivery activities include, for example, actions under warranty provisions, contractual obligations such as maintenance services, and supplementary services such as recycling or final disposal. |
| 7.3.1 | New Note | A | NOTE Design and development review, verification and validation have distinct purposes. They can be conducted and recorded separately or in any combination, as suitable for the product and the organization. |
| 7.3.2 | Para 2 | D + A | These The inputs shall be reviewed for adequacy. Requirements shall be complete, unambiguous and not in conflict with each other. |
| 7.3.3 | Para 1 | D + A | The outputs of design and development shall be provided in a form that enables in a form suitable for verification against the design and development input and shall be approved prior to release. |
| 7.3.3 | Bullet b) | D | b) provide appropriate information for purchasing, production and for service provision, |
| 7.3.3 | New Note | A | NOTE Information for production and service provision can include details for the preservation of product. |
| 7.3.7 | Paras 1 & 2 | No text change. Paras now merged | Design and development changes shall be identified and records maintained. The changes shall be reviewed, verified and validated, as appropriate, and approved before implementation. The review of design and development changes shall include evaluation of the effect of the changes on constituent parts and product already delivered. Records of the results of the review of changes and any necessary actions shall be maintained (see 4.2.4). |
| 7.5.1 | Bullet d) | D + A | d) the availability and use of monitoring and measuring devices equipment, |
| 7.5.1 | Bullet f) | A | f) the implementation of product release, delivery and post-delivery activities. |
| 7.5.2 | Para 1 | D + A | The organization shall validate any processes for production and service provision where the resulting output cannot be verified by subsequent monitoring or measurement This includes any processes where and, as a consequence, deficiencies become apparent only after the product is in use or the service has been delivered. |
| 7.5.3 | Para 2 | A | The organization shall identify the product status with respect to monitoring and measurement requirements throughout product realization. |
| 7.5.3 | Para 3 | D + A | Where traceability is a requirement, the organization shall control and record the unique identification of the product and maintain records (see 4.2.4). |
| 7.5.4 | Para 1, Sentence 3 | D + A | If any customer property is lost, damaged or otherwise found to be unsuitable for use, this shall be reported to the customer and records maintained the organization shall report this to the customer and maintain records (see 4.2.4). |
| | Note | A | NOTE Customer property can include intellectual property and personal data. |

© ISO 2008 – All rights reserved <br> Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287 <br> Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008 (*continued*)

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| 7.5.5 | Para 1 | D + A | The organization shall preserve the ~~conformity of~~ product during internal processing and delivery to the intended destination in order to maintain conformity to requirements. ~~This~~ As applicable, preservation shall include identification, handling, packaging, storage and protection. Preservation shall also apply to the constituent parts of a product. |
| 7.6 | Title | D + A | Control of monitoring and measuring ~~devices~~ equipment |
| 7.6 | Para 1 | D + A | The organization shall determine the monitoring and measurement to be undertaken and the monitoring and measuring ~~devices~~ equipment needed to provide evidence of conformity of product to determined requirements ~~(see 7.2.1)~~. |
| 7.6 | Bullet a) | A | a) be calibrated or verified, or both, at specified intervals, or prior to use, against measurement standards traceable to international or national measurement standards; where no such standards exist, the basis used for calibration or verification shall be recorded (see 4.2.4); |
| 7.6 | Bullet c) | D + A | ~~c) be identified to enable the calibration status to be determined;~~ c) have identification in order to determine its calibration status; |
| 7.6 | Para 4, Sentence 3 | Now new para 5, without change. | Records of the results of calibration and verification shall be maintained (see 4.2.4). |
| 7.6 | Note | D + A | ~~NOTE See ISO 10012-1 and ISO 10012-2 for guidance~~ NOTE Confirmation of the ability of computer software to satisfy the intended application would typically include its verification and configuration management to maintain its suitability for use. |
| 8.1 | Bullet a) | D + A | a) to demonstrate conformity ~~of the product~~ to product requirements, |
| 8.2.1 | New Note | A | NOTE Monitoring customer perception can include obtaining input from sources such as customer satisfaction surveys, customer data on delivered product quality, user opinion surveys, lost business analysis, compliments, warranty claims and dealer reports. |
| 8.2.2 | Para 2 Sentence 3 | A | The selection of auditors and conduct of audits shall ensure objectivity and impartiality of the audit process. |
| 8.2.2 | New Para 3 | A | A documented procedure shall be established to define the responsibilities and requirements for planning and conducting audits, establishing records and reporting results. |
| 8.2.2 | Para 3 | Now para 4 D + A | The responsibilities and requirements for planning and conducting audits, and for reporting results and maintaining records (see 4.2.4) ~~shall be defined in a documented procedure.~~ Records of the audits and their results shall be maintained (see 4.2.4). |
| 8.2.2 | Para 4 Sentence 1 | Now para 5 A | The management responsible for the area being audited shall ensure that any necessary corrections and corrective actions are taken without undue delay to eliminate detected nonconformities and their causes. |
| 8.2.2 | Note | D + A | NOTE See ~~ISO 10011-1, ISO 10011-1 and ISO 10011-3.~~ See ISO 19011 for guidance. |
| 8.2.3 | Para 1 Sentence 3 | D | When planned results are not achieved, correction and corrective action shall be taken, as appropriate, ~~to ensure conformity of the product.~~ |
| 8.2.3 | New Note | A | NOTE When determining suitable methods, it is advisable that the organization consider the type and extent of monitoring or measurement appropriate to each of its processes in relation to their impact on the conformity to product requirements and on the effectiveness of the quality management system. |
| 8.2.4 | Para 1 | A | The organization shall monitor and measure the characteristics of the product to verify that product requirements have been met. This shall be carried out at appropriate stages of the product realization process in accordance with the planned arrangements (see 7.1). Evidence of conformity with the acceptance criteria shall be maintained. |
| | Para 2 | D + A | ~~Evidence of conformity with the acceptance criteria shall be maintained.~~ Records shall indicate the person(s) authorizing release of product for delivery to the customer (see 4.2.4). |
| | Para 3 | D + A | ~~Product release and service delivery~~ The release of product and delivery of service to the customer shall not proceed until the planned arrangements (see 7.1) have been satisfactorily completed, unless otherwise approved by a relevant authority and, where applicable, by the customer. |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

ISO 9001:2008(E)

Table B.1 — Changes between ISO 9001:2000 and ISO 9001:2008 (*continued*)

| ISO 9001:2000 Clause No. | Paragraph/ Figure/ Table/ Note | Addition (A) or Deletion (D) | Amended text |
|---|---|---|---|
| 8.3 | Para 1, Sentence 2 | D + A | The controls and related responsibilities and authorities for dealing with nonconforming product shall be defined in a documented procedure. |
| | | | A documented procedure shall be established to define the controls and related responsibilities and authorities for dealing with nonconforming product. |
| 8.3 | Para 2 | A | Where applicable, the organization shall deal with nonconforming product by one or more of the following ways: |
| 8.3 | New bullet d) | A | d) by taking action appropriate to the effects, or potential effects, of the nonconformity when nonconforming product is detected after delivery or use has started. |
| | Para 3 | Moved to be Para 4 | Records of the nature of nonconformities and any subsequent actions taken, including concessions obtained, shall be maintained (see 4.2.4) |
| | Para 4 | Moved to be Para 3 | When nonconforming product is corrected it shall be subject to re-verification to demonstrate conformity to the requirements. Records of the nature of nonconformities and any subsequent actions taken, including concessions obtained, shall be maintained (see 4.2.4). |
| | Para 5 | Now new bullet d) | When nonconforming product is detected after delivery or use has started, the organization shall take action appropriate to the effects, or potential effects, of the nonconformity. |
| 8.4 | Bullet b) | D + A | b) conformity to product requirements (see 7.2.1) (see 8.2.4), |
| | Bullet c) | A | c) characteristics and trends of processes and products, including opportunities for preventive action (see 8.2.3 and 8.2.4), and |
| | Bullet d) | A | d) suppliers (see 7.4). |
| 8.5.2 | Para 1 | D + A | The organization shall take action to eliminate the cause causes of nonconformities in order to prevent recurrence. |
| 8.5.2 | Bullet f) | A | f) reviewing the effectiveness of the corrective action taken. |
| 8.5.3 | Bullet e) | A | e) reviewing the effectiveness of the preventive action taken. |
| Annex A | All | D + A | Updated to reflect ISO 9001:2008 versus ISO 14001:2004 |
| Annex B | All | D + A | Updated to reflect ISO 9001:2008 versus ISO 9001:2000 |
| Bibliography | New and amended references | D + A | Updated to reflect new standards (including ISO 9004, currently under revision), new editions of standards, or withdrawn standards. |

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc. for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

# Bibliography

[1]   ISO 9004:—[1], *Managing for the sustained success of an organization — A quality management approach*

[2]   ISO 10001:2007, *Quality management — Customer satisfaction — Guidelines for codes of conduct for organizations*

[3]   ISO 10002:2004, *Quality management — Customer satisfaction — Guidelines for complaints handling in organizations*

[4]   ISO 10003:2007, *Quality management — Customer satisfaction — Guidelines for dispute resolution external to organizations*

[5]   ISO 10005:2005, *Quality management systems — Guidelines for quality plans*

[6]   ISO 10006:2003, *Quality management systems — Guidelines for quality management in projects*

[7]   ISO 10007:2003, *Quality management systems — Guidelines for configuration management*

[8]   ISO 10012:2003, *Measurement management systems — Requirements for measurement processes and measuring equipment*

[9]   ISO/TR 10013:2001, *Guidelines for quality management system documentation*

[10]  ISO 10014:2006, *Quality management — Guidelines for realizing financial and economic benefits*

[11]  ISO 10015:1999, *Quality management — Guidelines for training*

[12]  ISO/TR 10017:2003, *Guidance on statistical techniques for ISO 9001:2000*

[13]  ISO 10019:2005, *Guidelines for the selection of quality management system consultants and use of their services*

[14]  ISO 14001:2004, *Environmental management systems — Requirements with guidance for use*

[15]  ISO 19011:2002, *Guidelines for quality and/or environmental management systems auditing*

[16]  IEC 60300-1:2003, *Dependability management — Part 1: Dependability management systems*

[17]  IEC 61160:2006, *Design review*

[18]  ISO/IEC 90003:2004, *Software engineering — Guidelines for the application of ISO 9001:2000 to computer software*

[19]  *Quality management principles* [2], ISO, 2001

[20]  *ISO 9000 — Selection and use* [2], ISO, 2008

[21]  *ISO 9001 for Small Businesses — What to do; Advice from ISO/TC 176* [3], ISO, 2002

---

1)  To be published. (Revision of ISO 9004:2000)

2)  Available from website: http://www.iso.org.

3)  To be updated and aligned with ISO 9001:2008.

26

© ISO 2008 – All rights reserved
Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

I.S. EN ISO 9001:2008

**ISO 9001:2008(E)**

[22]  *ISO Management Systems* [4]

[23]  Reference web sites:

http://www.iso.org

http://www.tc176.org

http://www.iso.org/tc176/sc2

http://www.iso.org/tc176/ISO9001AuditingPracticesGroup

---

4)  A bimonthly publication which provides comprehensive coverage of international developments relating to ISO's
management system standards, including news of their implementation by diverse organizations around the world.
Available from ISO Central Secretariat (sales@iso.org).

ISO 9001:2008(E)

I.S. EN ISO 9001:2008

ICS  03.120.10

Price based on 27 pages

© ISO 2008 – All rights reserved

Copyrighted material licensed to SAI Global Inc, for licensee's use only. A00597287
Single user license only, copying prohibited. 01 Dec 08

**EXHIBIT C**



# quality

Quality management
**principles**



This document introduces seven quality management principles (QMPs). ISO 9000, ISO 9001 and related ISO quality management standards are based on these seven QMPs.



One of the definitions of a "principle" is that it is a basic belief, theory or rule that has a major influence on the way in which something is done. "Quality management principles" are a set of fundamental beliefs, norms, rules and values that are accepted as true and can be used as a basis for quality management.

The QMPs can be used as a foundation to guide an organization's performance improvement. They were developed and updated by international experts of ISO/TC 176, which is responsible for developing and maintaining ISO's quality management standards.

This document provides for each QMP:
- **Statement**: Description of the principle
- **Rationale**: Explanation of why the principle is important for the organization
- **Key benefits**: Examples of benefits associated with the principle
- **Actions you can take**: Examples of typical actions to improve the organization's performance when applying the principle

The seven quality management principles are:

QMP 1 – Customer focus

QMP 2 – Leadership

QMP 3 – Engagement of people

QMP 4 – Process approach

QMP 5 – Improvement

QMP 6 – Evidence-based decision making

QMP 7 – Relationship management

These principles are not listed in priority order. The relative importance of each principle will vary from organization to organization and can be expected to change over time.

# 1

## QMP

## **Customer** focus

### Statement

The primary focus of quality management is to meet customer requirements and to strive to exceed customer expectations.

### Rationale

Sustained success is achieved when an organization attracts and retains the confidence of customers and other interested parties. Every aspect of customer interaction provides an opportunity to create more value for the customer. Understanding current and future needs of customers and other interested parties contributes to sustained success of the organization.

### Key benefits

- Increased customer value
- Increased customer satisfaction
- Improved customer loyalty
- Enhanced repeat business
- Enhanced reputation of the organization
- Expanded customer base
- Increased revenue and market share



**Actions you can take**

- Recognize direct and indirect customers as those who receive value from the organization.
- Understand customers' current and future needs and expectations.
- Link the organization's objectives to customer needs and expectations.
- Communicate customer needs and expectations throughout the organization.
- Plan, design, develop, produce, deliver and support goods and services to meet customer needs and expectations.
- Measure and monitor customer satisfaction and take appropriate actions.
- Determine and take actions on interested parties' needs and expectations that can affect customer satisfaction.
- Actively manage relationships with customers to achieve sustained success.



**2** 

QMP
· · · · · · · · · · · · · · · · · · · ·
# Leadership

## Statement

Leaders at all levels establish unity of purpose and direction and create conditions in which people are engaged in achieving the organization's quality objectives.

## Rationale

Creation of unity of purpose and direction and engagement of people enable an organization to align its strategies, policies, processes and resources to achieve its objectives.

## Key benefits

- Increased effectiveness and efficiency in meeting the organization's quality objectives
- Better coordination of the organization's processes
- Improved communication between levels and functions of the organization
- Development and improvement of the capability of the organization and its people to deliver desired results



**Actions you can take**

- Communicate the organization's mission, vision, strategy, policies and processes throughout the organization.
- Create and sustain shared values, fairness and ethical models for behaviour at all levels of the organization.
- Establish a culture of trust and integrity.
- Encourage an organization-wide commitment to quality.
- Ensure that leaders at all levels are positive examples to people in the organization.
- Provide people with the required resources, training and authority to act with accountability.
- Inspire, encourage and recognize people's contribution.



# 3

## QMP

# **Engagement** of people

### Statement

Competent, empowered and engaged people at all levels throughout the organization are essential to enhance its capability to create and deliver value.

### Rationale

To manage an organization effectively and efficiently, it is important to involve all people at all levels and to respect them as individuals. Recognition, empowerment and enhancement of competence facilitate the engagement of people in achieving the organization's quality objectives.

## Key benefits

- Improved understanding
  of the organization's quality objectives
  by people in the organization
  and increased motivation to achieve them
- Enhanced involvement of people
  in improvement activities
- Enhanced personal development,
  initiatives and creativity
- Enhanced people satisfaction
- Enhanced trust and collaboration
  throughout the organization
- Increased attention to shared values
  and culture throughout the organization

## Actions you can take

- Communicate with people to promote
  understanding of the importance
  of their individual contribution.
- Promote collaboration throughout
  the organization.
- Facilitate open discussion and sharing
  of knowledge and experience.
- Empower people to determine constraints
  to performance and to take initiatives
  without fear.
- Recognize and acknowledge people's
  contribution, learning and improvement.
- Enable self-evaluation of performance
  against personal objectives.
- Conduct surveys to assess people's
  satisfaction, communicate the results,
  and take appropriate actions.





# 4 QMP
## **Process** approach

### Statement

Consistent and predictable results are achieved more effectively and efficiently when activities are understood and managed as interrelated processes that function as a coherent system.

### Rationale

The quality management system consists of interrelated processes. Understanding how results are produced by this system enables an organization to optimize the system and its performance.

### Key benefits

- Enhanced ability to focus effort on key processes and opportunities for improvement
- Consistent and predictable outcomes through a system of aligned processes
- Optimized performance through effective process management, efficient use of resources, and reduced cross-functional barriers
- Enabling the organization to provide confidence to interested parties as to its consistency, effectiveness and efficiency

**Actions you can take**

- Define objectives of the system and processes necessary to achieve them.
- Establish authority, responsibility and accountability for managing processes.
- Understand the organization's capabilities and determine resource constraints prior to action.
- Determine process interdependencies and analyse the effect of modifications to individual processes on the system as a whole.
- Manage processes and their interrelations as a system to achieve the organization's quality objectives effectively and efficiently.
- Ensure the necessary information is available to operate and improve the processes and to monitor, analyse and evaluate the performance of the overall system.
- Manage risks that can affect outputs of the processes and overall outcomes of the quality management system.





# 5

## QMP
## Improvement

### Statement

Successful organizations have an ongoing focus on improvement.

### Rationale

Improvement is essential for an organization to maintain current levels of performance, to react to changes in its internal and external conditions and to create new opportunities.

## Key benefits

- Improved process performance, organizational capabilities and customer satisfaction
- Enhanced focus on root-cause investigation and determination, followed by prevention and corrective actions
- Enhanced ability to anticipate and react to internal and external risks and opportunities
- Enhanced consideration of both incremental and breakthrough improvement
- Improved use of learning for improvement
- Enhanced drive for innovation

## Actions you can take

- Promote establishment of improvement objectives at all levels of the organization.
- Educate and train people at all levels on how to apply basic tools and methodologies to achieve improvement objectives.
- Ensure people are competent to successfully promote and complete improvement projects.
- Develop and deploy processes to implement improvement projects throughout the organization.
- Track, review and audit the planning, implementation, completion and results of improvement projects.
- Integrate improvement considerations into the development of new or modified goods, services and processes.
- Recognize and acknowledge improvement.



# 6 QMP
# Evidence-based decision making

## Statement

Decisions based on the analysis and evaluation of data and information are more likely to produce desired results.

## Rationale

Decision making can be a complex process, and it always involves some uncertainty. It often involves multiple types and sources of inputs, as well as their interpretation, which can be subjective. It is important to understand cause-and-effect relationships and potential unintended consequences. Facts, evidence and data analysis lead to greater objectivity and confidence in decision making.

## Key benefits

- Improved decision-making processes
- Improved assessment of process performance and ability to achieve objectives
- Improved operational effectiveness and efficiency
- Increased ability to review, challenge and change opinions and decisions
- Increased ability to demonstrate the effectiveness of past decisions

**Actions you can take**

- Determine, measure and monitor key indicators to demonstrate the organization's performance.
- Make all data needed available to the relevant people.
- Ensure that data and information are sufficiently accurate, reliable and secure.
- Analyse and evaluate data and information using suitable methods.
- Ensure people are competent to analyse and evaluate data as needed.
- Make decisions and take actions based on evidence, balanced with experience and intuition.



# 7 QMP

## Relationship management

### Statement

For sustained success, an organization manages its relationships with interested parties, such as suppliers.

### Rationale

Interested parties influence the performance of an organization. Sustained success is more likely to be achieved when the organization manages relationships with all of its interested parties to optimize their impact on its performance. Relationship management with its supplier and partner networks is of particular importance.





### Key benefits

- Enhanced performance of the organization and its interested parties through responding to the opportunities and constraints related to each interested party
- Common understanding of goals and values among interested parties
- Increased capability to create value for interested parties by sharing resources and competence and managing quality-related risks
- A well-managed supply chain that provides a stable flow of goods and services

### Actions you can take

- Determine relevant interested parties (such as suppliers, partners, customers, investors, employees, and society as a whole) and their relationship with the organization.
- Determine and prioritize interested party relationships that need to be managed.
- Establish relationships that balance short-term gains with long-term considerations.
- Pool and share information, expertise and resources with relevant interested parties.
- Measure performance and provide performance feedback to interested parties, as appropriate, to enhance improvement initiatives.
- Establish collaborative development and improvement activities with suppliers, partners and other interested parties.
- Encourage and recognize improvements and achievements by suppliers and partners.

## The next step

This document provides a general perspective on the quality management principles underlying ISO's quality management standards. It gives an overview of these principles and shows how, collectively, they can form a basis for performance improvement and organizational excellence.

There are many different ways of applying these quality management principles. The nature of the organization and the specific challenges it faces will determine how to implement them. Many organizations will find it beneficial to set up a quality management system based on these principles.

Further information on ISO 9000, ISO 9001 and related ISO quality management standards is available from ISO's national member bodies or from the **www.iso.org**







**International Organization for Standardization**

ISO Central Secretariat
Chemin de Blandonnet 8
Case Postale 401
CH – 1214 Vernier, Geneva
Switzerland

# iso.org

© ISO, 2015
All rights reserved
ISBN 978-92-67-10650-2

**EXHIBIT D**

FOOD AND DRUG
ADMINISTRATION

# GUIDE TO INSPECTIONS OF QUALITY SYSTEMS



**August 1999**



2



**Guide to Inspections of**

**Quality Systems**

This document was developed by the Quality System Inspections Reengineering Team Members

<u>Office of Regulatory Affairs</u>

Rob Ruff
Georgia Layloff
Denise Dion
Norm Wong

<u>Center for Devices and Radiological Health</u>

Tim Wells – Team Leader
Chris Nelson
Cory Tylka

<u>Advisors</u>

Chet Reynolds
Kim Trautman
Allen Wynn

Designed and Produced by Malaka C. Desroches

## **Foreword**

**This document provides guidance to the FDA field staff on a new inspectional process that may be used to assess a medical device manufacturer's compliance with the Quality System Regulation and related regulations. The new inspectional  process is known as the "Quality System Inspection Technique" or "QSIT". Field investigators may conduct an efficient and effective comprehensive inspection using this guidance material which will help them focus on key elements of a firm's quality system.**

Note:  This manual is reference material for investigators and other FDA personnel.  The document does not bind FDA and does not confer any rights, privileges, benefits or immunities for or on any person(s).

# *Table of Contents*

*Performing Subsystem Inspections. . . . . . . . . . . . . 7*

*Pre-announced Inspections. . . . . . . . . . . . . . . . . . ..13*

*Getting Started. . . . . . . . . . . . . . . . . . . . . . . . . . . .15*

*Management Controls. . . . . . . . . . . . . . . . . . . . . .17*
| | |
|---|---|
| Inspectional Objectives | 18 |
| Decision Flow Chart | 19 |
| Narrative | 20 |

*Design Controls. . . . . . . . . . . . . . . . . . . . . . . . . . .31*
| | |
|---|---|
| Inspectional Objectives | 32 |
| Decision Flow Chart | 33 |
| Narrative | 34 |

*Corrective and Preventive Actions (CAPA). . . . . . . .47*
| | |
|---|---|
| Inspectional Objectives | 48 |
| Decision Flow Chart | 49 |
| Narrative | 50 |
| Medical Device Reporting | 61 |
|    Inspectional Objectives | 62 |
|    Decision Flow Chart | 63 |
|    Narrative | 64 |
| Corrections & Removals | 67 |
|    Inspectional Objectives | 68 |
|    Decision Flow Chart | 69 |
|    Narrative | 70 |
| Medical Device Tracking | 73 |
|    Inspectional Objectives | 74 |
|    Decision Flow Chart | 75 |
|    Narrative | 76 |

*Production and Process Controls (P&PC). . . . . . . . 79*
| | |
|---|---|
| Inspectional Objectives | 80 |
| Decision Flow Chart | 81 |
| Narrative | 82 |
| Sterilization Process Controls | 91 |
|    Inspectional Objectives | 92 |
|    Decision Flow Chart | 93 |
|    Narrative | 94 |

*Sampling Plans. . . . . . . . . . . . . . . . . . . . . . . . . . 103*
| | |
|---|---|
| Instructions | 104 |
| Tables (Backpage) | 107 |

**This reference is intended to be used in conjunction with the:**

❒ Compliance Program Guidance Manual for Inspection of Medical Device Manufacturers (CP 7382.845).

❒ Investigations Operations Manual (IOM).

❒ Code of Federal Regulations, Title 21 (21 CFR) Part 820 Quality System Regulation; Part 803 Medical Device Reporting; Part 806 Medical Device Corrections and Removals; Part 821 Medical Device Tracking.

❒ Compliance Policy Guides (CPG) for devices (Sub Chapter 300).

❒ Guideline on General Principles of Process Validation, FDA, May 1987.

**Other references include:**

❒ The Federal Food, Drug, and Cosmetic Act; The Safe Medical Devices Act (SMDA) of 1990 and the Medical Device Amendments of 1992.

❒ Medical Device Quality Systems Manual:  A Small Entity Compliance Guide.

❒ The FDA Worldwide Quality System Requirements Guidebook for Medical Devices.

❒ Other device specific guidance documents prepared by CDRH for the medical device industry.

❒ FDA Recognized Standards.

These additional guidances are posted to the CDRH Internet World Wide Web Home Page at http://www.fda.gov/cdrh. See IOM Chapter 10, References, for additional information.



**Performing Subsystem**

**Inspections**

The Guide to Inspections of Quality Systems provides instructions for conducting medical device quality system/ GMP inspections. It is to be used in conjunction with the compliance program entitled Inspections of Medical Device Manufacturers (7382.845). The guide was prepared by the Food and Drug Administration (FDA) Office of Regulatory Affairs (ORA), and the Center for Devices and Radiological Health (CDRH). It provides guidance for inspecting medical device manufacturers against the Quality System Regulation (21 CFR Part 820) and related regulations.

This process for performing subsystem inspections is based on a "top-down" approach to inspecting. The subsystem approach is designed to provide you with the key objectives that can help determine a firm's state of compliance. The process was designed to account for the time constraints placed on field investigators when performing device quality system inspections. If you can focus your effort on key elements of a firm's quality system, you can efficiently and effectively evaluate that quality system.

7

When you begin an inspection by looking at one or more instances of quality problems, such as nonconforming device reports, and work your way back through the firm's quality system, you are doing a "bottom-up" inspection. This method has been helpful in zeroing in on specific problems, and evaluating the firm's actions relating to those problems.  However, with the "top-down" approach, we are looking at the firm's "systems" for addressing quality before we actually look at specific quality problems.  In the "top-down" approach, we "touch bottom" in each of the subsystems by sampling records, rather than working our way from records review backwards towards procedures.

The "top-down" approach begins each subsystem review with an evaluation of whether the firm has addressed the basic requirements in that subsystem by defining and documenting appropriate procedures.  This is followed by an analysis of whether the firm has implemented the requirements of that subsystem.

The illustration provided inside the front cover of this book shows the seven subsystems, along with related satellite programs.  Based on discussions between the device industry and the agency,  we have chosen four major subsystems that are the basic foundation of a firm's quality system.  Those four major subsystems are Management Control; Corrective and Preventive Actions (CAPA) (with satellites Medical Device Reporting, Corrections and Removals, and Medical Device Tracking);  Design Controls; and Production and Process Controls (P&PC) (with satellite Sterilization Process Controls).  We have provided a

8

suggested technique for inspecting each of these four subsystems.   In addition, following the chapter of the related subsystem we have provided suggested techniques for inspecting the satellite programs.

The satellite programs were included in the QSIT Inspection due to their correlation in the inspection process with the related subsystem.  For instance, the CAPA subsystem is the logical "jumping-off" point to begin inspecting for Medical Device Reporting, Corrections and Removals, and Medical Device Tracking programs which relate to a firm's postmarket activities.  In the case of the CAPA subsystem, if you are covering the satellite programs in your inspection, approximately half a day should be added to your subsystem inspection timeframe.

Rather than check every aspect of the firm's quality system, the subsystem approach focuses you on those elements that are most important in meeting the requirements of the quality system regulation and which are key quality indicators.  Between 6-15 inspectional objectives are provided for the review of each subsystem.  The review includes both a (broad) review of whether the firm has procedures in place, and appears to meet the requirements, and a closer (detailed) review of some records to verify that the requirements have been implemented in actual production, design and daily quality assurance situations.

One similarity between "top-down" and "bottom-up" inspectional approaches is record review.  Both approaches involve review of raw data, or individual records.  In the "top-down" approach, however, we are asking you to use

9

a sampling approach to the record review. With the "top-down" approach, you will sample records in many of the subsystems to verify whether or not the firm is in compliance. In other words, you are doing the raw data review as you did in the past, but in a more controlled manner. We have provided sampling tables to assist you in determining how many records you need to review, and what confidence you can have in the potential prevalence of the observed conditions.

One new feature in the "top-down" inspection technique is the use of _inspectional objectives_ and _flow diagrams_ to guide you during the inspection. We have provided inspectional objectives and flow diagrams that are useful in inspecting the four major subsystems. The flow diagrams provide a quick overview of how the inspection of each subsystem should occur.

In addition to the inspectional objectives and flow diagrams, we have provided a _narrative_ description describing how to perform the inspection of each subsystem. The narrative description includes a discussion on how to achieve each inspectional objective and reflects the questions contained within the flow diagrams. You are not bound to follow each and every sentence in the narrative. Rather, you should inspect the subsystem with the narrative guidance in mind.

The Quality System Regulation (21 CFR 820.3(k)) defines "Establish" as "define, document (in writing or electronically), and implement". The Quality System Inspection Technique uses the "establish" approach in conduct-

10

ing the inspection. For each subsystem, you will first determine if the firm has defined and documented the requirements (CAPA, Design, etc.) by looking at procedures and policies, and then you will bore down into records, using the sampling tables, where appropriate, looking at raw data to determine if the firm is meeting their own procedures and policies, and if their program for executing the requirement is adequate.

The duration of inspection is related to the depth of the inspection. Keep in mind that the subsystem approach provides you with the key inspectional objectives that can help determine a firm's state of compliance. At the same time, the guidance was designed to accomplish a complete review of all four subsystems in approximately one week. While the length of your inspections will vary, using key inspectional objectives will help assure that you look at the most important elements of the firm's quality system during the inspection.

Most device firms are inspected more than once. By probing different subsystems, different devices or different processes each time, FDA will eventually have covered most of the firm's quality system. You are not expected to cover everything in the firm and in the narrative each time. You are expected to evaluate the firm's quality system, but also to do it in an efficient and focused manner. Thus, you should limit the depth of coverage when necessary to meet the time frame suggested. As a general rule of thumb, one day should be sufficient to cover each subsystem when using the "top-down" approach described within this document. In practice, you may find that the inspection of a certain

11

subsystem may take half a day, while another may take one and a half days. This situation would still reflect an overall one day per subsystem time frame.

By directing your attention to the major areas in a firm's quality system, you should be better able to determine if the firm's quality system is in control. Using the subsystem approach, you may find less opportunity to cite minor deviations from the quality system regulation than in the past. However, you will be citing more serious (systemic) deviations from the regulation.

12



# PREANNOUNCED INSPECTIONS

The ORA Medical Device Industry Initiatives program encompasses preannounced medical device inspections, FDA 483 Annotation and Postinspectional Notification.

The instructions for _Preannouncement_ (including the criteria to be used in determining when preannouncement is appropriate), _FDA 483 Annotation_ and _Post-inspection Notification_ were provided in an April 3, 1996, Federal Register Notice (Volume 61, Number 65). Refer to the Investigations Operations Manual (IOM) for further information.

When contacting the firm for the preannounced QSIT Inspection, the investigator should ask for a copy of the firm's Quality Policy and high level Quality System Procedures (including Management Review Procedures), Quality Manual, Quality Plan or equivalent documents to preview prior to the inspection.  _The firm is not required to supply these documents._  The investigator should tell the firm that the preview of these procedural documents would facilitate the inspection.  The documents would be returned at the time of the inspection.  If you find deficiencies in these documents, you should request copies of the original documents after you initiate the inspection.

13

14

# GETTING STARTED



It is essential that the firm establishes and maintains a quality system that is appropriate for the specific medical device being manufactured and meets the requirements of the Quality System Regulation. The Management Representative has the responsibility to ensure that the requirements of the Quality System Regulation have been effectively established and maintained. Prior to your review of any subsystem, interview the Management Representative (or designee). The objective of this interview is to obtain an overall view of the subsystem as well as a feel for management's knowledge and understanding of the subsystem. An important linkage for this activity is Management Controls (820.20 Management Responsibility).

15

16





# Management Controls

### Inspectional Objectives

1. Verify that a quality policy, management review and quality audit procedures, quality plan, and quality system procedures and instructions have been defined and documented.

2. Verify that a quality policy and objectives have been implemented.

3. Review the firm's established organizational structure to confirm that it includes provisions for responsibilities, authorities and necessary resources.

4. Confirm that a management representative has been appointed. Evaluate the purview of the management representative.

5. Verify that management reviews, including a review of the suitability and effectiveness of the quality system, are being conducted.

6. Verify that quality audits, including re-audits of deficient matters, of the quality system are being conducted.

At the conclusion of the inspection....

7. Evaluate whether management with executive responsibility ensures that an adequate and effective quality system has been established and maintained.

18





# MANAGEMENT CONTROLS DECISION FLOW CHART

19



# Management Controls

## Narrative



**Purpose/Importance**

The purpose of the management control subsystem is to provide adequate resources for device design, manufacturing, quality assurance, distribution, installation, and servicing activities; assure the quality system is functioning properly; monitor the quality system; and make necessary adjustments. A quality system that has been implemented effectively and is monitored to identify and address problems is more likely to produce devices that function as intended.

A primary purpose of the inspection is to determine whether management with executive responsibility ensures that an adequate and effective quality system has been established (defined, documented and implemented) at the firm. Because of this, each inspection should begin and end with an evaluation of this subsystem.

**1. Verify that a quality policy, management review and quality audit procedures, quality plan, and quality system procedures and instructions have been defined and documented.**

Prior to the start of the inspection, preferably at the time you make the preannouncement of the inspection (if pre-announced), you should ask the firm to send you their overall (or top level) quality system policies, objectives, and procedures. This should include their management review procedures, quality policy, and quality plan. If not received prior to the start of the inspection, you will need to review these documents at the start of your inspection.

## Quality Policy and Objectives

The firm must have a written quality policy. The definition of quality policy is provided in the Quality System Regulation. It means the overall intentions and directions of an organization with respect to quality. The firm is responsible for establishing a clear quality policy with achievable objectives then translating the objectives into actual methods and procedures. Management with executive responsibility (i.e. has the authority to establish and make changes to the company quality policy) must assure the policy and objectives are understood and implemented at all levels of their organization. The policy does not need to be extensive. Personnel are not required to be able to recite the policy but they should be familiar with it and know where to obtain it.

## Management Review and Quality Audit Procedures

Management reviews and quality audits are a foundation of a good quality system. Assure that the manufacturer has written procedures for conducting management reviews and quality audits and there are defined intervals for when they should occur. The firm's quality audits should examine the quality system activities to demonstrate that the procedures are appropriate to achieve quality system objectives, and the procedures have been implemented. A successful implementation of the firm's procedures should result in the firm achieving its quality policy and associated objectives. Whether the quality policy and objectives are "good" may become evident as the other subsystems are reviewed during the inspection.

21



## Quality Plans

The firm must have a written quality plan that defines the quality practices, resources and activities relevant to the devices that are being designed and manufactured at that facility. The manufacturer needs to have written procedures that describe how they intend to meet their quality requirements.

For firms that manufacture devices as well as other products, there must be a quality plan that is specifically relevant to devices. Much of what is required to be part of the plan may be found in the firm's quality system documentation, such as, the Quality Manual, Device Master Record(s), production procedures, etc. Therefore, the plan itself may be a roadmap of the firm's quality system. The plan in this case would need to include reference to applicable quality system documents and how those documents apply to the device(s) that is the subject of the plan.

Quality plans may be specific to one device or be generic to all devices manufactured at the firm. Quality plans can also be specific to processes or overall systems.

## Quality System Procedures and Instructions

All manufacturers of medical devices are required to establish and implement a quality system tailored to the device manufactured. Each manufacturer must prepare and implement all activities, including, but not necessarily limited to the applicable requirements of the Quality System Regulation, that are necessary to assure the finished device, the design process, the manufacturing process, and all related activities conform to approved specifications.

The term "quality system" as specified in the Quality System Regulation encompasses all activities previously referred to as "quality assurance" which were necessary to

assure the finished device meets its predetermined design specifications. This includes assuring manufacturing processes are controlled and adequate for their intended use, documentation is controlled and maintained, equipment is calibrated, inspected, tested, etc. Some manufacturers may use the terms "quality control" or "GMP Control" or "quality assurance" instead of quality system. It doesn't matter what term is used as long as the quality system concept is understood and implemented.

Written quality system procedures and instructions are required. Any FDA 483 observation regarding Quality System procedures must be specific and point out the controls that are missing or believed inadequate.

 **2.    Verify that a quality policy and objectives have been implemented.**

One way to determine whether personnel are familiar with the quality policy is to ask employees directly. This should not be done when the employee is engaged in the actual performance of his/her duties, but could be done when he/she is at break or when he/she has finished a task and before he/she begins his/her next task.

You can also look to see how management has made the policy available. For example: Is it in their Quality Manual or another part of their written procedures? Is it posted at points throughout the building? It doesn't matter how they made the policy known, only that personnel know that there is a policy and where they can read the policy for themselves.

A review of employee training records to show they have been trained in the firm's quality policy and objectives can also be done. In particular, this should be done for those employees involved in key operations.

23

  **3. Review the firm's established organizational structure to confirm that it includes provisions for responsibilities, authorities and necessary resources.**

The firm's organizational structure must be adequate to ensure devices are designed and manufactured in accordance with the Quality System Regulation. The organizational structure should ensure the technical, administrative, and human factors functions affecting the quality of a device are controlled. These functions may involve hardware, software, processed materials or services. All such control should be towards the reduction, elimination, or ideally, the prevention of quality nonconformities.

To determine what the firm's organizational structure is, start by asking the authority and responsibility questions that are the start of every FDA inspection.  Review the firm's organizational charts.

The firm's procedures should describe the functional areas or people responsible for performing certain tasks governed by their quality system. They should also include provisions for resources and designating a management representative.

Determine whether personnel involved in managing, performing or assessing work affecting quality have the necessary independence and authority to perform those tasks. Organizational freedom or independence does not necessarily require a stand-alone group. However, the responsibility, authority and independence should be sufficient to attain the firm's stated quality objectives.

Adequate resources must be available for the quality system to assure the firm's stated quality objectives can be achieved. Resources include money, supplies, personnel, etc.  One approach to confirm that adequate resources are available is to ask the management representative how resources are obtained and allocated.

 **4. Confirm that a management representative has been appointed. Evaluate the purview of the management representative.**

The firm must appoint a management representative who is responsible for ensuring the quality system is effectively established and maintained, and who will report on its performance to management with executive responsibility for review. _The appointment must be documented._

To determine whether there is in fact a documented management representative, review the firm's organizational chart(s) or their Quality Manual.

Determine whether the appointed management representative actually has the purported responsibility and authority granted to him/her by the firm's procedures or organizational structure. Ways of reaching this determination include: Whether he/she has sign-off authority for changes to documents, processes, or product designs; whether the people conducting quality audits report or provide him/her with their results; and noting how he/she interacts with corrective and preventive actions, relative design control issues, complaints, MDRs, in-process or finished product failures, etc. In other words, his /her responsibility and authority should be apparent through the review of the other subsystems.

Verify that the management representative is reporting back to the management with executive responsibility on the performance of the quality system. These reports should either be the subject of the management reviews or at least provide the framework for those reviews.



**NOTE:** The agency's policy relative to the review of quality audit results is stated in CPG 7151.02 (CPG Manual subchapter 130.300). This policy prohibits FDA access to a firm's audit results. Under the Quality System Regulation, this prohibition extends to reviews of supplier audit reports and management reviews. However, the procedures and documents that show conformance with 21 CFR 820.50, Purchasing Controls, and 21 CFR 820.20(3)(c), Management Reviews, and 21 CFR 920.22 Quality Audit, are subject to FDA inspection.

25

 

**5.  Verify that management reviews, including a review of the suitability and effectiveness of the quality system, are being conducted.**

Management reviews must measure the firm's quality system against the Quality System Regulation and the firm's own stated quality objectives as defined in their quality policy. Management reviews must be documented. There must be written procedures for conducting management reviews. These procedures can be inspected and the firm must certify in writing, if requested, that the firm has complied with this Quality System Regulation requirement.

Review the firm's management review schedule to confirm management reviews are being conducted with sufficient frequency. Management reviews should be frequent enough to keep them informed of ongoing quality issues and problems. During your review of the CAPA subsystem, if you find that there are quality issues that do not seem to be known to executive-level management, then the reviews may not be occurring with sufficient frequency.

The dates and results of management reviews must be documented to show dates conducted and whether management with executive responsibility attended the reviews. It is not permissible as explained above for an FDA Investigator to review the firm's actual management review documentation. However, the firm should be able to show you how the reviews are to be documented. Management review procedures or instructions should include a requirement that the results of the reviews be documented and dated.

 **6.** **Verify that quality audits, including re-audits of deficient matters, of the quality system are being conducted.**

Review the firm's quality audit schedules to assure quality audits are being conducted with sufficient frequency. It is recommended that the time between quality audits not exceed a 12-month period. More frequent audits may be recommended if the firm has a serious Quality System Regulation problem.

Quality audits should consist of a formal, planned check of all elements in the quality system. They are **NOT** product audits. Quality audits must be conducted using adequate detailed written procedures by appropriately trained individuals. If conducted properly, a quality audit can detect system defects and, through isolation of unsatisfactory trends and correction of factors that cause defective products, prevent the production of unsafe or nonconforming devices. *Without an effective quality audit function the quality system is incomplete and there is no assurance the manufacturer is consistently in a state-of-control.*

Evidence of inadequate auditing may exist without gaining access to the written quality audit reports. This evidence may be obtained by relating the audit program to deficiencies observed in other subsystems. If significant quality system problems have existed both before and after the firm's last self-audit, then you should critically review the written audit procedures. The audit procedures should cover each quality system, and should be specific enough to enable the person conducting the audit to perform an adequate audit. The auditors must be adequately trained. If it is necessary and possible to interview an auditor, ask how the audits are performed; what documents are examined; how long audits take; etc.

27



Audits should be conducted by individuals not having direct responsibility for matters being audited. One person and other very small firms must generally establish independence, even if it means hiring outside auditors, because the failure to have an independent auditor could result in an ineffective audit. _If there are significant FDA 483 observations, and independent audits are being performed, but deficiencies are apparently not being identified by the auditor, then an FDA 483 should contain an observation indicating a lack of adequate audits._

Determine whether corrective action by upper management is being taken. Auditors may be asked if they observed any of the ongoing Quality System Regulation deficiencies during their prior audits (ongoing Quality System Regulation deficiencies may also be identified by reviewing prior FDA 483's). If the answer is yes, check the written audit schedule, if available, to determine if a follow up audit is scheduled for the deficient areas. Check the written audit procedure for instructions for review of audits by upper management . For example, do the procedures require quality audit results to be included in the management reviews? Verify that the procedures contain provisions for the re-audit of deficient areas if necessary. A failure to implement follow-up corrective actions, including re-audits of deficient matters may be listed as a Quality System Regulation deficiency on the FDA 483.



**NOTE:** Re-audits of deficient matters are not always required, but where one is indicated, it must be conducted.  The reaudit report should verify the recommended corrective action(s) was implemented and effective.

 **7. Evaluate whether management with executive responsibility ensures that an adequate and effective quality system has been established and maintained.**

At this point in QSIT, you stop your review of the management system. You continue your inspection by evaluating the other subsystems. While you evaluate the other subsystems, keep thinking about what you are finding and whether it indicates that management is appropriately carrying out responsibilities for providing adequate resources and overseeing the quality system to detect problems and address them.

From your review of the other subsystems, you have a better idea on whether the management representative has the appropriate authority and responsibility, whether the organizational structure is adequate, whether the quality audits and management reviews are sufficient, whether the quality policy has really been implemented, and whether the training being provided is sufficient.

You need to take the time after reviewing the other subsystems, to evaluate the inspectional findings of the management and other subsystems. You need to determine whether the management representative and management with executive responsibility are ensuring the adequacy and effectiveness of the quality system and whether that system has been fully implemented at this firm.

If you found major nonconformances (as defined in the Compliance Program, Part V) in your review of the management or other subsystems that indicate management with executive responsibility is not ensuring the establishment and maintenance of an adequate quality system, you may cite this deficiency on your FDA 483. This cite should not

29

 be used routinely, but should be used in those situations where major portions of a quality system have not been established and maintained or whenever there is a total lack of a quality system.

When you have made that determination and have completed your FDA 483, or decided no FDA 483 is needed, you may proceed to your final discussion with Management, or the official closeout meeting with the firm.

30



# Design Controls

## Inspectional Objectives

1. Select a single design project.

**Note: If the project selected involves a device that contains software, consider reviewing the software's validation while proceeding through the assessment of the firm's design control system.**

2. For the design project selected, verify that design control procedures that address the requirements of Section 820.30 of the regulation have been defined and documented.
3. Review the design plan for the selected project to understand the layout of the design and development activities including assigned responsibilities and interfaces.

**Note: Evaluate the firm's conduct of risk analysis while proceeding through the assessment of the firm's Design Control system.**

4. Confirm that design inputs were established.
5. Verify that the design outputs that are essential for the proper functioning of the device were identified.
6. Confirm that acceptance criteria were established prior to the performance of verification and validation activities.
7. Determine if design verification confirmed that design outputs met the design input requirements.
8. Confirm that design validation data show that the approved design met the predetermined user needs and intended uses.
9. Confirm that the completed design validation did not leave any unresolved discrepancies.
10. If the device contains software, confirm that the software was validated.
11. Confirm that risk analysis was performed.
12. Determine if design validation was accomplished using initial production devices or their equivalents.
13. Confirm that changes were controlled including validation or where appropriate verification.
14. Determine if design reviews were conducted.
15. Determine if the design was correctly transferred.

32



Select a single design project
(1)

For the design project selected, have design control procedures that address the requirements of the regulation been defined and documented?

820.30(a), 820.30(c)-(j)    (2)

Review the design plan for the selected project, and initiate assessment of the firm's conduct of risk analysis.

820.30(b)    (3)

Were design inputs established?

820.30(c)    (4)

Were design outputs that are essential to the proper functioning of the device identified?

820.30(d)    (5)

Were acceptance criteria established prior to performance of verification and validation activities?

820.30(f), 820.30(g)    (6)

Did verification confirm that outputs met inputs?

820.30(f)    (7)

Did the design validation data show that the approved design met the predetermined user needs and intended uses?

820.30(g)    (8)

Are there unresolved discrepancies left from the design validation?

820.30(g)    (9)

If the device contains software, was the software for the device validated?

820.30(g)    (10)

Was risk analysis performed?

820.30(g)    (11)

Was design validation accomplished using initial production devices or their equivalents?

820.30(g)    (12)

Were design changes controlled including validated or where appropriate verified?

820.30(i), 820.70(b)    (13)

Were design reviews conducted?

820.30(e)    (14)

Was the design correctly transferred?

820.30(h)    (15)

Evaluate subsystem for adequacy based on findings.

Continue Inspection of Other Subsystems

# DESIGN CONTROLS DECISION FLOW CHART

33

# Design Controls

## Narrative



**Purpose/Importance**

The purpose of the design control subsystem is to control the design process to assure that devices meet user needs, intended uses, and specified requirements. Attention to design and development planning, identifying design inputs, developing design outputs, verifying that design outputs meet design inputs, validating the design, controlling design changes, reviewing design results, transferring the design to production, and compiling a design history file help assure that resulting designs will meet user needs, intended uses and requirements.

 1. **Select a single design project.**

**Note: If the project selected involves a device that contains software, consider reviewing the software's validation while proceeding through the assessment of the firm's design control system.**

The design control requirements of Section 820.30 of the regulation apply to the design of Class II and III medical devices, and a select group of Class I devices. The regulation is very flexible in the area of design controls. The type of design control system and the precise details of implementation are left for each firm to decide based on the complexity and risks associated with their devices.

If design control requirements are applicable to the operations of the firm, *select a design project.* Unless the inspection assignment directs the inspection of a particular design project, select a project that provides the best challenge to the firm's design control system. This project will be used to evaluate the process, the methods, and the procedures that the firm has established to implement the requirements for design controls.

*Do not inspect a device under design control requirements to determine whether the design was appropriate or safe and effective. This is precluded under Section 520(f)(1)(A) of the Act. However, if based on information obtained during an evaluation of the firm's design controls, it appears that the device is unsafe or ineffective, then report those findings in the EIR.*

The requirement for software validation is included in Section 820.30(g) Design Validation. However, if the project selected involves a device that contains software, consider reviewing the software's validation while proceeding through the assessment of the firm's design control system.

If the firm has not completed a design project, has no ongoing or planned design projects, and has not made a design change, proceed to the narrative discussion under Objective 2 and limit your review of design controls to those instructions.

 **2. For the design project selected, verify that design control procedures that address the requirements of Section 820.30 of the regulation have been defined and documented.**

Firms, including small firms and those who design simple devices, who are subject to Section 820.30 of the regulation, are required to define, and document, either in writing or electronically, procedures which address the requirements of the regulation. These procedures serve to set the structure for the firm's design control system.

However, if the firm has not completed any design projects, has no ongoing or planned design projects, and has not made a design change, it is only required to maintain a defined and documented design change procedure.

Review the firm's design control procedures and verify that they address the specific requirements of the regulation. As examples, determine if the design input procedures include a mechanism for addressing incomplete, ambiguous, or conflicting requirements; the design output procedures ensure that those design outputs that are essential for the proper functioning of the device are identified; and the design review procedure ensures that each design review includes an individual(s) who does not have direct responsibility for the design stage being reviewed.

In order to determine if the firm's design control procedures have been implemented, use the selected design project to exercise the firm's procedures and accomplish the following objectives.

36

 **3. Review the design plan for the selected project to understand the layout of the design and development activities including assigned responsibilities and interfaces.**

**Note: Evaluate the firm's conduct of risk analysis while proceeding through the assessment of the firm's Design Control system.**

The firm's development of concepts and the conduct of feasibility studies are not subject to the design control requirements of the regulation. However, once the firm decides that a design will be developed, a design plan must be established. A firm will determine when it will begin to apply design controls. However, design controls must be applied no later than the time the firm approves its first set of inputs.

Utilize the firm's design plan as a road map for the selected design project. Plans include major design tasks, project milestones, or key decision points. It is not necessary for plans to show starting or completion dates for activities covered by the plan. Plans may vary depending on the complexity of the project and the degree of risk associated with the device. Plans may take the form of a simple flow chart for less complex projects or may be expressed as Program Evaluation and Review Technique (PERT) or Gantt charts for larger projects. However, plans must define responsibility for implementation of the design and development activities and identify and describe interfaces with different groups or activities.

While the requirement for the conduct of risk analysis appears in Section 820.30(g) Design Validation, a firm should not wait until they are performing design validation to begin risk analysis. Risk analysis should be addressed in the design plan and risk should be considered throughout the design process. Risk analysis must be completed in design validation.



When conducting risk analysis, firms are expected to identify possible hazards associated with the design in both normal and fault conditions. The risks associated with those hazards, including those resulting from user error, should then be calculated in both normal and fault conditions. If any risk is deemed unacceptable, it should be reduced to acceptable levels by the appropriate means, for example by redesign or warnings. An important part of risk analysis is ensuring that changes made to eliminate or minimize hazards do not introduce new hazards.

Common tools used by firms to conduct risk analyses include Fault Tree Analysis (FTA), and Failure Modes and Effects Analysis (FMEA).

 **4.  Confirm that design inputs were established.**

Inputs are the requirements of a device. They must be documented. Review the sources used to develop inputs. Determine that relevant aspects were covered. Examples of relevant aspects include: intended use, performance characteristics, risk, biocompatibility, compatibility with the environment of intended use including electromagnetic compatibility, human factors, voluntary standards, and sterility.

 **5.  Verify that the design outputs that are essential for the proper functioning of the device were identified.**

Design outputs are the work products or deliverables of a design stage. Examples include, diagrams, drawings, specifications and procedures. The outputs from one stage may become inputs to the next stage. The total finished design output consists of the device, its packaging and labeling, and the device master record. Important linkages to consider are Sections 820.80 Receiving, in-process, and finished device acceptance, 820.120 Device labeling, and 820.130 Device packaging.

38

Design projects can produce a large volume of records. Not all of the records generated during the project are design outputs and as such do not need to be retained in the design history file. Only approved outputs need to be retained.



Outputs must be comprehensive enough to characterize the device design to allow for verification and validation. Also, design outputs which are essential for the proper functioning of the device must be identified. Typically a risk analysis tool such as FTA or FMEA is used to determine essential outputs. For the selected project, verify that essential outputs have been identified. In addition, review the firm's process for determining how the essential outputs were identified and determine if it was done in accordance with their design output procedures. Important linkages to consider are Sections 820.50 Purchasing controls, and 820.100 Corrective and preventive action.

 **6. Confirm that acceptance criteria were established prior to the performance of verification and validation activities.**

Verification and validation activities should be predictive rather then empiric. Acceptance criteria must be stated up front. Review the documentation associated with a sample of verification activities and a sample of validation activities as determined using the Sampling Tables. If possible, select activities that are associated with outputs identified as essential to the proper functioning of the device. Confirm that acceptance criteria were established prior to performance of the verification or validation activity.

 **7.  Determine if design verification confirmed that design outputs met the design input requirements.**

Design verification activities are performed to provide objective evidence that design output meets the design input requirements. Verification activities include tests, inspections, analyses, measurements, or demonstrations. Activities should be explicit and thorough in their execution. It is the firm's responsibility to select and apply appropriate verification techniques. Complex designs can require more and different types of verification activities than simple designs. Any approach selected by the firm, as long as it establishes conformance of the output to the input, is an acceptable means of verifying the design with respect to that requirement.

Review the documentation of the verification activities associated with a sample of inputs and outputs as determined using the Sampling Tables. If possible, select activities that are associated with outputs identified as essential to the proper functioning of the device.  Confirm that design outputs met design input requirements.

 **8.  Confirm that design validation data show that the approved design met the predetermined user needs and intended uses.**

Design validation is performed to provide objective evidence that device specifications (outputs) conform with user needs and intended use(s). Design validation must be completed before commercial distribution of the device.

Design validation involves the performance of clinical evaluations and includes testing under actual or simulated use conditions. Clinical evaluations can include clinical investigations or clinical trials, but they may only involve other activities. These may include evaluations in clinical or non-

40

clinical settings, provision of historical evidence that similar designs are clinically safe, or a review of scientific literature. Validation activities must address the needs of all relevant parties (i.e. patient, health care worker, etc.) and be performed for each intended use. Validation activities should address the design outputs of labeling and packaging. These outputs may have human factor implications, and may adversely affect the device and its use.

If possible, review the evaluations (clinical or other activities) performed to assist in validating the device design.

 **9.  Confirm that the completed design validation did not leave any unresolved discrepancies.**

Design validation may detect discrepancies between the device specifications (outputs) and the needs of the user or intended use(s) of the device. All discrepancies must be addressed and resolved by the firm. This can be accomplished through a change in design output or a change in user need or intended use.

 **10. If the device contains software, confirm that the software was validated.**

As previously noted, design validation includes the requirement for software validation. If the selected device is software controlled its software must be validated.

 **11. Confirm that risk analysis was performed.**

As previously noted, risk analysis must be completed in design validation.

41



**12. Determine if design validation was accomplished using initial production devices or their equivalents.**



Initial production units, lots, or batches, or their equivalents are to be used in design validation. Confirm that such production devices or their equivalents were used by reviewing the design validation documentation. If production devices were not used, the firm must demonstrate equivalency to production devices. When the so called "equivalent" devices are used in design validation the manufacturer must document in detail how the device was manufactured, and how the manufacturing is similar and possibly different from initial production. Where there are differences, the manufacturer must justify why design validation results are valid for production units, lots or batches. The regulation is flexible and it does allow for the use of equivalent devices, but the burden is on the manufacturer to document that the units were indeed equivalent.

Process validation may be conducted concurrently with design validation. Production devices used in design validation may have been manufactured in a production run during process validation.

**13. Confirm that changes were controlled including validation or where appropriate verification.**

Change control is not a new requirement. The 1978 GMP regulation Section 820.100(a)(2) required approval of changes made to specifications after final design transfer (post-production changes). The Quality System regulation clarified and relocated the requirement into Section 820.30(i). It expanded the requirement to include changes made during the design process (pre-production changes).

The documentation and control of design changes begin when the initial design inputs are approved and continues

42

for the life of the product. Examples of the application of change control include: changes made to approved inputs or outputs such as to correct design deficiencies identified in the verification and validation activities; labeling changes; changes which enhance the device's capabilities or the capabilities of the process; and changes resulting from customer complaints.

Product development is inherently an evolutionary process. While change is a healthy and necessary part of product development, quality can be ensured only if change is controlled and documented in the development process, as well as in the production process.

The degree of design change control is dependent on the significance of the change and the risk presented by the device. Manufacturers may use their routine post-production change control procedure for pre-production design changes. However, most post-production change control procedures may be too restrictive and stifle the development process. Firms may use a separate and less stringent change control procedure for pre-production design changes.

Post-production design changes require the firm to loop back into the design controls of Section 820.30 of the regulation. This does not mean that post-production changes have to go back to the R&D Department for processing. This track is dependent on what the firm specifies in their change procedure. It is acceptable for the manufacturing department to process the entire design change and to implement the controls of Section 820.30.

The design change control section is linked to and is redundant with Section 820.70(b) Production and process changes of the regulation.



All design changes must be verified. Design changes must also be validated unless the performance of only verification can be justified and documented by the firm. Where a design change cannot be verified by subsequent inspection and test, it must be validated. For example, a change in the intended use of the device will require validation. However, if a firm was making a design change in the material used in the device, then verification through analysis may only be required. The burden is on the firm to justify and document why verification only is appropriate in lieu of validation.

Review a pre-production and a post-production design change.

**14. Determine if design reviews were conducted.**

Formal design reviews are planned and typically conducted at the end of each design stage or phase, or after completion of project milestones. The number of reviews is dependent on the complexity of the design. A single review may be appropriate at the conclusion of the design project for a simple design or a minor change to an existing product. Multiple reviews are typically conducted for projects involving subsystems or complex designs.

Design reviews should provide feedback to designers on existing or emerging problems, assess the progress of the design, and confirm the design is ready to move to the next phase of development. Reviews should focus on the ability to produce the design and whether the design meets the input requirements.

The design review process should account for risk analysis and change control where relevant.

44

Full convened meetings with an agenda, minutes, etc. need not take place for all design reviews. Meetings may not be necessary for reviews involving simple designs or minor changes. In these cases desk reviews and sign-offs by the various organizational components including an individual not having direct responsibility for the design stage being reviewed may be appropriate. However, such reviews must still be documented and covered by defined and documented procedures.

Review the records of one design review and confirm that the review included an individual without direct responsibility for the design stage being reviewed.  Also, confirm that outstanding action items are being resolved or have been resolved.

 **15.  Determine if the design was correctly transferred.**

The transfer process must be a part of the design plan. It is not uncommon for the design to be transferred in phases. Production specifications typically consist of written documents such as assembly drawings, inspection and test specifications, and manufacturing instructions. However, they can also consist of electronic records, training materials such as video tapes or pictures, and manufacturing jigs and molds.

Review how the design was transferred into production specifications. Review the device master record. Sample the significant elements of the device master record using the Sampling Tables and compare these with the approved design outputs. These elements may be chosen based on the firm's previously identified essential requirements and risk analysis.

45



# Corrective and Preventive Actions (CAPA)

## Inspectional Objectives

1. Verify that CAPA system procedure(s) that address the requirements of the quality system regulation have been defined and documented.

2. Determine if appropriate sources of product and quality problems have been identified. Confirm that data from these sources are analyzed to identify existing product and quality problems that may require corrective action.

3. Determine if sources of product and quality information that may show unfavorable trends have been identified. Confirm that data from these sources are analyzed to identify potential product and quality problems that may require preventive action.

4. Challenge the quality data information system. Verify that the data received by the CAPA system are complete, accurate and timely.

5. Verify that appropriate statistical methods are employed (where necessary) to detect recurring quality problems. Determine if results of analyses are compared across different data sources to identify and develop the extent of product and quality problems.

6. Determine if failure investigation procedures are followed. Determine if the degree to which a quality problem or nonconforming product is investigated is commensurate with the significance and risk of the nonconformity. Determine if failure investigations are conducted to determine root cause (where possible). Verify that there is control for preventing distribution of nonconforming product.

7. Determine if appropriate actions have been taken for significant product and quality problems identified from data sources.

8. Determine if corrective and preventive actions were effective and verified or validated prior to implementation. Confirm that corrective and preventive actions do not adversely affect the finished device.

9. Verify that corrective and preventive actions for product and quality problems were implemented and documented.

10. Determine if information regarding nonconforming product and quality problems and corrective and preventive actions has been properly disseminated, including dissemination for management review.



Have CAPA system procedures that address the requirements of the QS regulation been defined and documented?

820.100(a)                                    (1)

Existing Problems - Corrective Actions

Were quality data sources identified?  Have data from these sources been analyzed to identify existing product and quality problems that require corrective action?

820.100(a)(1)                                 (2)

Potential Problems - Preventive Actions

Were sources of product and quality information that may show unfavorable trends identified by the firm?  Have data from these sources been analyzed to identify potential product and quality problems that may require preventive action?

820.100(a)(1)                                 (3)

Are the data received by the CAPA system complete, accurate and timely?

820.100(a)(1)                                 (4)

a.   Are appropriate statistical analysis methods used?
b.   Are results of analyses compared across different data sources to identify and develop the extent of product and quality problems?

820.100(a)(1), 820.250                        (5)

Investigating Cause

a.   Are failure investigation procedures followed?
b.   Is the failure investigation commensurate with the significance and risk of the nonconformity?
c.   Are failure analyses conducted to the root cause, where possible?
d.   Is there control to prevent the distribution of nonconforming product?

820.100(a)(2), 820.90(b)                      (6)

Has appropriate corrective action been taken for significant product and quality problems identified from data sources?

820.100(a)(3)                                 (7)

Were corrective and preventive actions:

a.   effective?
b.   verified or validated prior to implementation?

Do corrective and preventive actions adversely affect the finished device?

820.100(a)(4)                                 (8)

Were corrective and preventive actions for product and quality problems implemented and documented?

820.100(a)(5), 820.100(b)                     (9)

Has information regarding nonconforming product, quality problems and corrective and preventive actions been properly disseminated?

Is information disseminated for management review?

820.100(a)(6), 820.100(a)(7)                 (10)

Evaluate subsystem for adequacy based on findings.

Continue Inspection of Other Subsystems.

# CORRECTIVE
# AND
# PREVENTIVE ACTIONS
# (CAPA)
# DECISION FLOW CHART

49

# Corrective and Preventive Actions (CAPA)

Narrative



### Purpose/Importance

The purpose of the corrective and preventive action subsystem is to collect information, analyze information, identify and investigate product and quality problems, and take appropriate and effective corrective and/or preventive action to prevent their recurrence. Verifying or validating corrective and preventive actions, communicating corrective and preventive action activities to responsible people, providing relevant information for management review, and documenting these activities are essential in dealing effectively with product and quality problems, preventing their recurrence, and preventing or minimizing device failures.

One of the most important quality system elements is the corrective and preventive action subsystem.

1. **Verify that CAPA system procedure(s) that address the requirements of the quality system regulation have been defined and documented.**

Review the firm's corrective and preventive action procedure. If necessary, have management provide definitions and interpretation of words or terms such as "nonconforming product", "quality audit", "correction", "prevention", "timely", and others. It is important to gain a working knowledge of the firm's corrective and preventive action procedure before beginning the evaluation of this subsystem.



**NOTE:** Corrective action taken to address an existing product or quality problem should include action to:

- Correct the existing product nonconformity or quality problems and;
- Prevent the recurrence of the problem.

50

The CAPA procedure should include procedures for how the firm will meet the requirements for all elements of the CAPA subsystem. All procedures should have been implemented.

Once you have gained a knowledge of the firm's corrective and preventive action procedure, begin with determining if the firm has a system for the identification and input of quality data into the CAPA subsystem. Such data includes information regarding product and quality problems (and potential problems) that may require corrective and/or preventive action.

 **2. Determine if appropriate sources of product and quality problems have been identified. Confirm that data from these sources are analyzed to identify existing product and quality problems that may require corrective action.**

The firm should have methods and procedures to input product or quality problems into the CAPA subsystem. Product and quality problems should be analyzed to identify product and quality problems that may require corrective action.

The firm should routinely analyze quality data regarding product and quality problems. This analysis should include data and information from all acceptance activities, complaints, service, and returned product records. Determine

 **NOTE:** In accordance with Agency policy (CPG 7151.02), do not request records regarding the results of internal quality audits, management reviews, third party audits (including ISO audits), or supplier audits. However, you will be reviewing raw data that is used by the firm when conducting their quality audits, management reviews, etc. Trending information and results of analyses are generally part of evaluations under the corrective and preventive action requirements. This information is utilized in internal audits and management reviews. Information or data utilized in internal audits and management reviews are considered raw data and should be available for routine review.

51

if the firm is capturing and analyzing data from acceptance activities relating to component, in-process and finished device testing. Information obtained subsequent to distribution, which includes complaints, service activities and returned products, as well as information relating to concessions (quality and nonconforming products), quality records, and other sources of quality data should also be captured and analyzed. Examples of other sources of quality data include quality audits, installation reports, lawsuits, etc.

 **3. Determine if sources of product and quality information that may show unfavorable trends have been identified. Confirm that data from these sources are analyzed to identify potential product and quality problems that may require preventive action.**

Determine if the firm is identifying product and quality problems that may require a preventive action. This can be accomplished by reviewing historical records such as trending data, corrective actions, acceptance activities (component history records, process control records, finished device testing, etc.) and other quality system records for unfavorable trends. Review if preventive actions have been taken regarding unfavorable trends recognized from the analysis of product and quality information. Product and quality improvements and use of appropriate statistical process control techniques are evidence of compliance with the preventive action requirement.

Determine if the firm is capturing and analyzing data regarding in-conformance product. Examples include capturing and analyzing component test results to detect shifts in test results that may indicate changes in vendor processes, component design or acceptance procedures. Identification of these indicators may necessitate a vendor investigation as a preventive action. Monitoring in-process

52

and finished device test results may reveal additional indicators of potential quality problems. For devices where stability is an issue, test results of reserve samples are continually monitored. These monitoring activities may trigger process changes, additional training activities and other changes required to maintain the process within its tolerances and limits.

Determine if the firm is using statistical control techniques for process controls where statistical techniques are applicable. An example would be "Statistical Process Control" (SPC). SPC is utilized to monitor a process and initiate process correction when a process is drifting toward a specification limit. Typically, SPC activities are encountered with large volume production processes such as plastic molding and extrusion. Any continuing product improvements (in the absence of identified product problems such as non-conforming product) are also positive indicators of preventive actions.  Important linkages for this activity include 820.70 Production and Process Controls and 820.250 Statistical Techniques.



**4. Challenge the quality data information system. Verify that the data received by the CAPA system are complete, accurate and timely.**

Select one or two quality data sources. Using the sampling tables, review records from the chosen data sources to determine if the data were entered into the CAPA system. In addition, determine whether the data are complete, accurate and entered into the CAPA system in a timely manner.

 Important linkages for this activity include 820.80 Acceptance Activities, 820.90 Nonconforming Product, 820.170 Installation, 820.198 Complaint Files and 820.200 Servicing.

 **5. Verify that appropriate statistical methods are employed (where necessary) to detect recurring quality problems. Determine if results of analyses are compared across different data sources to identify and develop the extent of product and quality problems.**



The analysis of product and quality problems should include appropriate statistical and non-statistical techniques. Statistical techniques include Pareto analysis, spreadsheets, and pie charts. Non-statistical techniques include quality review boards, quality review committees and other methods.

The analysis of product and quality problems should also include the comparison of problems and trends across different data sources to establish a global, and not an isolated view, of a problem. For example, problems noted in service records should be compared with similar problem trends noted in complaints and acceptance activity information.

The full extent of a problem must be captured before the probability of occurrence, risk analysis and the proper course of corrective or preventive action can be determined.

 **6. Determine if failure investigation procedures are followed. Determine if the degree to which a quality problem or nonconforming product is investigated is commensurate with the significance and risk of the nonconformity. Determine if failure investigations are conducted to determine root cause (where possible). Verify that there is control for preventing distribution of nonconforming product.**

Review the firm's CAPA procedures for conducting failure investigations. Determine if the procedures include provi-

54

sions for identifying the failure modes, determining the significance of the failure modes (using tools such as risk analysis), the rationale for determining if a failure analysis should be conducted as part of the investigation, and the depth of the failure analysis.

Discuss with the firm their rationale for determining if a corrective or preventive action is necessary for an identified trend regarding product or quality problems.   The decision process may be linked to the results of a risk analysis and essential device outputs.

Using the sampling tables, select failure investigation records regarding more than one failure mode (if possible) and determine if the firm is following their failure investigation procedures.

Confirm that all of the failure modes from your selected sample of failure investigations have been captured within data summaries such as reports, pie charts, spreadsheets, Pareto charts, etc.

Determine whether the depth of the investigation (where possible) is sufficient (root cause) to determine the corrective action necessary to correct the problem.   Select one significant failure investigation that resulted in a corrective action and determine if the root cause had been identified so that verification or validation of the corrective action could be accomplished.

Using the sampling tables, review a number of incomplete failure investigations for potential unresolved product nonconformances and potential distribution of nonconforming product. Unresolved problems that could be of significant risk to the patient or user may require product recall if the problem cannot be resolved.

55



Using the sampling tables, review records regarding nonconforming product where the firm concluded corrective or preventive action was not necessary. As noted above, verify that the firm is not continuing to distribute nonconforming product.   This may be an important deficiency based on the class of, and the risk associated with, the product.  Important linkages for these activities include 820.20 Management Responsibility, 820.25 Training, 820.30 Design Controls, 820.90 Nonconforming Product and possibly 820.250 Statistical Techniques.



Using the sampling tables, review nonconforming product and quality concessions.  Review controls for preventing distribution of nonconforming products.  Product and quality concessions should be reviewed to verify that the concessions have been made appropriate to product risk, within the requirements of the quality system and not solely to fulfill marketing needs.  Important linkages regarding these activities include 820.20 Management Responsibility and 820.90 Nonconforming Product.

**7. Determine if appropriate actions have been taken for significant product and quality problems identified from data sources.**

Where appropriate, this may include recall actions, changes in acceptance activities for components, in-process and finished devices, etc.

Using the sampling tables, select and review significant corrective actions and determine if the change or changes could have extended beyond the action taken.  A significant action would be a product or process change to correct a reliability problem or to bring the product into conformance with product specifications.  Discuss with the firm their rationale for not extending the action to include additional actions such as changes in component supplier, train-

56

ing, changes to acceptance activities, field action or other applicable actions. Investigators should discuss and evaluate these issues but be careful not to say anything that could be construed as requesting a product recall.

 **8. Determine if corrective and preventive actions were effective and verified or validated prior to implementation. Confirm that corrective and preventive actions do not adversely affect the finished device.**

Using the selected sample of significant corrective and preventive actions, determine the effectiveness of these corrective or preventive actions. This can be accomplished by reviewing product and quality problem trend results. Determine if there are any similar product or quality problems after the implementation of the corrective or preventive actions. Determine if the firm has verified or validated the corrective or preventive actions to ensure that such actions are effective and do not adversely affect the finished device.

Corrective actions must be verified and (if applicable) validated. Corrective actions must include the application of design controls if appropriate.

 Good engineering principles should include: establishing a verification or validation protocol; verification of product output against documented product requirements and specifications; ensuring test instruments are maintained and calibrated; and that test results are maintained, available and readable. Important linkages regarding this CAPA element include 820.30 Design Control and 820.70(b) Production and Process Control.

**9. Verify that corrective and preventive actions for product and quality problems were implemented and documented.**

Using the sampling tables, select and review records of the most recent corrective or preventive actions (this sample may consist of or include records from the previously selected sample of significant corrective actions). To determine if corrective and preventive actions for product and quality problems and changes have been documented and implemented it may be necessary to view actual processes, equipment, facilities or documentation.



**10. Determine if information regarding nonconforming product and quality problems and corrective and preventive actions has been properly disseminated, including dissemination for management review.**

Determine that the relevant information regarding quality problems, as well as corrective and preventive actions, has been submitted for management review. This can be accomplished by determining which records in a recent CAPA event were submitted for management review. Review the raw data submitted for management review and not the actual results of a management review.

Review the CAPA (and other procedures if necessary) and confirm that there is a mechanism to disseminate relevant CAPA information to those individuals directly responsible for assuring product quality and the prevention of quality problems.

Review information related to product and quality problems that has been disseminated to those individuals directly responsible for assuring product quality and the prevention of quality problems. Using the sample of records from Objective 9 above, confirm that information related to product

58

and quality problems is disseminated to individuals directly responsible for assuring product quality and the prevention of quality problems.

 An important linkage to this CAPA element is 820.20 Management Responsibility.



**Corrective and Preventive Actions (CAPA)**

**Medical Device Reporting**

# Medical Device Reporting

## Inspectional Objectives

1. Verify that the firm has MDR procedures that address the requirements in 21 CFR Part 803.17.

2. Verify that the firm has established and maintains MDR event files that comply with 21 CFR Part 803.18.

3. Confirm that the appropriate MDR information is being identified, reviewed, reported, documented and filed.

4. Confirm that the firm follows their procedures and they are effective in identifying MDR reportable deaths, serious injuries and malfunctions.

62

Have written MDR procedures that address
the requirements of 21 CFR Part 803.17 been
developed and maintained?

803.17                                    (1)

▼

Were MDR event files that comply with 21
CFR Part 803.18 established and maintained?

803.18                                    (2)

▼

Was appropriate MDR information being
identified, reviewed, reported, documented
and filed?

803.10, 803.15, 803.20, 803.21, 803.50, 803.52
803.53, 803.55, 803.56, 803.57, 803.58    (3)

▼

Were the firm's procedures effective in
identifying MDR reportable deaths, serious
injuries and malfunctions?

                                          (4)

▼

Continue Inspection of
Medical Device Corrections and Removals.

## MEDICAL DEVICE REPORTING
## DECISION FLOW CHART

63

# Medical Device Reporting

## Narrative



**Purpose/Importance**

The Medical Device Reporting (MDR) Regulation requires medical device manufacturers, device user facilities and importers to establish a system that ensures the prompt identification, timely investigation, reporting, documentation, and filing of device-related death, serious injury, and malfunction information.

The events described in Medical Device Reports (MDR's) may require the FDA to initiate corrective actions to protect the public health. Therefore, compliance with Medical Device Reporting must be verified to ensure that CDRH's Surveillance Program receives both timely and accurate information.

 **1. Verify that the firm has MDR procedures that address the requirements in 21 CFR Part 803.17.**

Review and confirm that the firm's **_written_** MDR procedures address:

A. **_Internal systems_** that provide for the timely and effective identification, communication, and evaluation of events that may be subject to medical device reporting.

64

B. ***A standard review process/procedure*** for determining when an event meets the criteria for MDR reporting and ensuring the timely transmission of complete device reports to FDA.

C. ***Documentation and recordkeeping*** regarding: information evaluated to determine if an event is reportable; all MDR reports and other information submitted to the FDA; and systems that ensure access to information that facilitates timely follow-up and inspection by FDA.

 **2. Verify that the firm has established and maintains MDR event files that comply with 21 CFR Part 803.18**

Using the sampling tables, select a number of MDR event files. Review and verify that the MDR event files (hard copy or electronic) are prominently identified and easy to access. MDR files may be maintained as part of the 820.198 complaint file ***IF*** the two aforementioned criteria are met.

Confirm that the MDR event files contain: information from any source that describes a device-related death, serious injury or malfunction; the firm's evaluation of this information including decisions to submit or not to submit an MDR report; and copies or references to supporting documentation (e.g., failure analysis, lab reports, etc.).

Decisions not to submit an MDR report for a device-related death, serious injury or malfunction must be documented in the MDR file.

When applicable, the files will also contain copies of MDR death, serious injury, malfunction and five-day reports submitted on FDA form 3500A, Supplemental Reports (3500A), Baseline Reports (3417) and MDR-related correspondence.

☑ **3. Confirm that the appropriate MDR information is being identified, reviewed, reported, documented and filed.**

Using the sampling tables, select a number of MDR reports that were submitted to the FDA.

Compare the firm's written procedures to the way it identified, processed, evaluated, reported and filed the reports. Note any discrepancies between the firm's practice/written procedures and any failure to follow or obtain information required by the regulation and form 3500A (e.g., timely reporting, complete investigation, consistency, etc.)



☑ **4. Confirm that the firm follows their procedures and they are effective in identifying MDR reportable deaths, serious injuries and malfunctions.**

Using the sampling tables, select a number of unreported complaints and records from one additional source of quality data (service reports, repair reports, returned goods files, etc.).

Review these records and confirm that they do not contain information relating to MDR reportable events (device-related deaths, serious injuries or malfunctions).

If unreported events are identified, determine the firm's rationale for not submitting MDR reports. If the firm has failed to identify these events, or does not provide an adequate rationale for not submitting an MDR report (an adequate rationale may be that the firm's investigation determined that it was in fact another manufacturer's device involved in the event), then this may be a significant MDR related observation.

66



**Corrective and Preventive Actions (CAPA)**

**Reports of Corrections and Removals**

# Reports of
# Corrections and Removals

## Inspectional Objectives

1.  Determine if corrections or removals of a device were initiated by the manufacturer.

2.  Confirm that the firm's management has implemented the reporting requirements of 21 CFR Part 806.

3.  Verify that the firm has established and continues to maintain a file for all non-reportable corrections and removals per 21 CFR Part 806.20.  Also verify that the firm is complying with the other file-related requirements of 21 CFR Part 806.

68



**REPORTS OF CORRECTIONS AND REMOVALS DECISION FLOW CHART**

# Reports of
# Corrections and Removals

## Purpose/Importance

The Corrections and Removals (CAR) Regulation requires medical device manufacturers and importers to promptly notify FDA of any correction or removal initiated to reduce a risk to health. This early notification improves FDA's ability to quickly evaluate risks and, when appropriate, initiate corrective actions to protect the public health.



## Narrative

☑ **1. Determine if corrections or removals of a device were initiated by the manufacturer.**

If the firm has not initiated any corrections or removals, no inspection under Reports of Corrections and Removals is necessary, proceed to the inspection of Medical Device Tracking. However, state in the EIR that Reports of Corrections and Removals were considered for inspection.

If the firm has initiated any corrections or removals, proceed to Objective 2.

70

 **2.** **Confirm that the firm's management has implemented the reporting requirements of 21 CFR Part 806.**

Using the sampling tables, select a number of files relating to corrections or removals that have been reported to the FDA.

Review the files and verify that the firm: (1) is submitting written correction and removal reports to the appropriate FDA District Office within 10 days of initiating the actions; and (2) has provided all the information required in the written report per 806.10.

Using the sampling tables, select a number of corrective action files in general (e.g., CAPA files). Review the files. If you identify any apparent Class I or Class II recalls that have not been reported to the appropriate FDA District Office, discuss the discrepancy with the firm. It may be necessary to list unresolved discrepancies on your FDA 483. All observations must be consistent with current FDA policies and procedures.

 **3.** **Verify that the firm has established and continues to maintain a file for all non-reportable corrections and removals per 21 CFR Part 806.20. Also verify that the firm is complying with the other file-related requirements of 21 CFR Part 806.**

Using the sampling tables, select a number of files relating to non-reportable corrections or removals (806.20 files).

 **NOTE:** Part 806 does not require firms to establish and maintain files for corrections and removals reported to the FDA. However, documentation of corrective actions is required by the Quality System Regulation (21 CFR 820.100, Corrective and Preventive Action and 21 CFR 820.198, Complaint Files).

71

Review the 806.20 files and verify that the records contain all the information required in 806.20. This review must include confirmation that the files <u>are retained</u> for the appropriate period of time (2 years beyond the expected life of the device).

Confirm that these files also do not contain evidence of unreported (apparent) Class I or Class II recalls. Determine whether the files contain evidence of unreported (apparent) Class III voluntary recalls under 21 CFR Part 7. Also, verify that the firm is complying with the other file-related requirements of 21 CFR Part 806.

Confirm any claims for exemption from 806 as a result of a submission under either the MDR regulation or Radiological Health requirements. If you need assistance, contact the District Recall Coordinator.

If the device has been sold to another firm, verify that the 806.20 files have been transferred to the new manufacturer or importer.

If compliance with the above requirements cannot be confirmed, discuss the discrepancy with the firm. It may be necessary to list unresolved discrepancies on your FDA 483. All observations must be consistent with current FDA policies and procedures.

 **NOTE:** If the device has been sold to a firm that is not in your District, forward an assignment request to the appropriate District Office requesting confirmation that the 806.20 files have been transferred to the new manufacturer or importer.



# Medical Device
# Tracking

## Inspectional Objectives

1. Determine if the firm manufactures or imports a tracked device.

2. Verify that the firm has established a written standard operating procedure (SOP) for tracking that complies with the requirements in 21 CFR Part 821.25(c).

3. Verify that the firm's quality assurance program includes audits of its tracking system within the appropriate time-frames specified in 21 CFR Part 821.25(c)(3).



## MEDICAL DEVICE TRACKING DECISION FLOW CHART

# Medical Device Tracking

Narrative

**Purpose/Importance**

The purpose of the Medical Device Tracking Regulation is to ensure that manufacturers and importers of certain medical devices can expeditiously locate and remove these devices from the market and/or notify patients of significant device problems.

☑ **1. Determine if the firm manufactures or imports a tracked device.**

Ask the Management Representative (or designee) whether the firm manufactures or imports any device subject to the Medical Device Tracking Regulation (21 CFR Part 821). If the firm **does not** manufacture or import a device subject to the tracking regulation, you can terminate your tracking inspection.

If the firm **does** manufacture or import a device subject to the tracking regulation, verify via discussions with the Management Representative (or designee) or the review of es-

76

tablished procedures, that the firm is aware of its tracking obligations.

Verify that the firm is aware of its obligation to: (1) notify FDA if it goes out of business and provide copies of its tracking records to its FDA District Office; (2) transfer tracking records to a firm purchasing its tracked device(s); and (3) continue tracking a device the firm stops manufacturing or importing if the firm remains in business.

If the firm's tracked device was purchased from another firm, confirm (where applicable) that the firm has obtained and maintains the prior manufacturer's tracking records or equivalent information.

 **2. Verify that the firm has established a written standard operating procedure (SOP) for tracking that complies with the requirements in 21 CFR Part 821.25(c).**

Review the firm's written tracking SOP(s) and confirm (if possible) that they address the firm's capability to: (1) identify the location and other required data, for tracked devices *undistributed to a patient within three working days* after a request by FDA, and  (2)  identify the location and other required data for tracked devices *distributed to a patient*, *within 10 working days* after receipt of a request from FDA.

If applicable, select one or two files containing tracking information requested by the FDA and confirm that the appropriate information required by 821.25(a)(1) – 821.25(a)(3) was provided within the appropriate time-frame(s).

Confirm that the written tracking SOP(s) address the remaining 821.25(a), 821.25(b), and 821.25(c) requirements for the collection, maintenance and auditing of tracking data.

 **3. Verify that the firm's quality assurance program includes audits of its tracking system within the appropriate time-frames specified in 21 CFR Part 821.25(c)(3).**

Confirm that the audit procedure addresses both the functioning of the tracking system and the accuracy and completeness of the data within the system.

Confirm that the firm has conducted audits of its tracking system at the appropriate time intervals (no less than every six months for the first three years of tracking and annually thereafter).

 **NOTE:** The agency's policy relative to the review of quality audit results is stated in CPG 7151.02 (CPG Manual Sub Chapter 130.300). This policy prohibits FDA access to a firm's quality audit results. However, the audit procedures and documents that demonstrate that the audits have been conducted at the appropriate time intervals are subject to FDA inspection.



# Production and Process Controls

## Inspectional Objectives

1. Select a process for review based on:

   a. CAPA indicators of process problems;
   b. Use of the process for manufacturing higher risk devices;
   c. Degree of risk of the process to cause device failures;
   d. The firm's lack of familiarity and experience with the process;
   e. Use of the process in manufacturing multiple devices;
   f. Variety in process technologies and Profile classes;
   g. Processes not covered during previous inspections;
   h. Any other appropriate criterion as dictated by the assignment

**Note: If the process chosen is sterilization, evaluate the process according to the "Sterilization Process Controls" chapter of this handbook.**

2. Review the specific procedure(s) for the manufacturing process selected and the methods for controlling and monitoring the process. Verify that the process is controlled and monitored.

**Note: Control and monitoring procedures may include in-process and or finished device acceptance activities as well as environmental and contamination control measures.**

3. If review of the Device History Records (including process control and monitoring records, etc.) reveals that the process is outside the firm's tolerance for operating parameters and/or rejects or that product nonconformances exist:

   a. Determine whether any nonconformances were handled appropriately;
   b. Review the equipment adjustment, calibration and maintenance; and
   c. Evaluate the validation study in full to determine whether the process has been adequately validated.

4. If the results of the process reviewed cannot be fully verified, confirm that the process was validated by reviewing the validation study.

5. If the process is software controlled, confirm that the software was validated.

6. Verify that personnel have been appropriately qualified to implement validated processes or appropriately trained to implement processes which yield results that can be fully verified.

80



Select a process for review.
(1a)

Was sterilization the process selected?
(1b)

Yes → Evaluate the sterilization process according to the "Sterilization Process Controls" chapter of this handbook.

No

Is the process controlled and monitored?
820.50, 820.70(a),(c),(e),(f),(g),(h), 820.72, 820.75(b), 820.80
(2)

Is the process operating within specified limits? Establish using DHRs or other appropriate records
820.70(a),(c),(e),(h), 820.75(b)
(3a)

No → 
1. Were nonconformances handled appropriately?
   820.90, 820.100
2. Has equipment been adjusted, calibrated, and maintained?
   820.70(g)(3), 820.72(a), 820.70(g)(1)
3. Has the process been adequately validated?
   820.75
(3b)

Yes

If the results of the selected process can not be fully verified, was the process validated?
820.75(a),(c)
(4)

If the process is software controlled, is the software validated?
820.70(i)
(5)

**PRODUCTION AND PROCESS CONTROLS (P&PC) DECISION FLOW CHART**

Are personnel appropriately qualified or trained to implement processes?
820.20(b)(2), 820.25, 820.70, 820.70(d), 820.75(b)(1)
(6)

Evaluate subsystem for adequacy based on findings.

**Return to Management Controls Objective #7**

81

# Production and Process Controls

Narrative

**Purpose/Importance**

The purpose of the production and process control subsystem is to manufacture products that meet specifications. Developing processes that are adequate to produce devices that meet specifications, validating (or fully verifying the results of) those processes, and monitoring and controlling the processes are all steps that help assure the result will be devices that meet specifications.



1. Select a process for review based on:

   a. CAPA indicators of process problems;
   b. Use of the process for manufacturing higher risk devices;
   c. Degree of risk of the process to cause device failures;
   d. The firm's lack of familiarity and experience with the process;
   e. Use of the process in manufacturing multiple devices;
   f. Variety in process technologies and profile classes;
   g. Processes not covered during previous inspections;
   h. Any other appropriate criterion as dictated by the assignment

**Note: If the process chosen is Sterilization, evaluate the process according to the "Sterilization Process Controls" chapter of this handbook.**

In order to meet the Production and Process Control requirements of the Quality System Regulation, the firm must understand when deviations from device specifications could occur as a result of the manufacturing process or environment.



Discuss with the Management Representative (or designee) the firm's system for determining whether deviations from device specifications could occur as a result of the manufacturing process or environment. The firm may accomplish this requirement via Product and Process Risk Analyses. Important linkages for these activities include 820.20 Management Responsibility and 820.30 Design Controls.



Select for evaluation a manufacturing process where deviations from device specifications could occur as a result of the process or its environment. The selection of the manufacturing process for evaluation should be based upon one or more of the criteria listed above. Important linkages to consider at this point include 820.30 (g) Design Validation (risk analysis) and 820.100 Corrective and Preventive Action.

**2. Review the specific procedure(s) for the manufacturing process selected and the methods for controlling and monitoring the process. Verify that the process is controlled and monitored.**

**Note: Control and monitoring procedures may include in-process and or finished device acceptance activities as well as environmental and contamination control measures.**

83

All processes that may cause a deviation to a device's specification and all validated processes must be monitored and controlled in accordance with established procedures. Just because a process is validated, does not mean verification activities utilized to monitor and control the process are unnecessary. Examples of some verification activities associated with validated processes include review of process parameters, dimensional inspections, package performance tests, sterility and EO residual testing.

For the process chosen, confirm that the established Process (and where applicable Environmental and Contamination) Control, Monitoring and Product Acceptance Procedures maintained by the shop floor are the most current approved revision contained within the Device Master Record (DMR). Most firms maintain a "Master List" of the most currently approved documents. This list can be verified against the DMR and brought to the shop floor to compare with the currently available documents.

Verify that the building is of suitable design and contains sufficient space to perform necessary operations.

Verify that the control and monitoring activities demonstrate that the process is currently operating in accordance with the DMR. This should be done on the shop floor by reviewing work instructions, product acceptance criteria and results, control charts, etc.

While on the shop floor, make note of one significant piece of process equipment and one significant piece of inspection, measuring or test equipment (preferably from a finished device acceptance activity). Prior to concluding the

 **NOTE:** Control and monitoring procedures may include in-process and/or finished device acceptance activities as well as environmental and contamination control measures.

84

inspection, confirm that applicable maintenance activities (preventive maintenance, cleaning, adjustment etc.) are performed as scheduled for the chosen piece of processing equipment.  Also confirm that the piece of inspection, measuring or test equipment was controlled and calibrated.

Once you've reviewed the process control and monitoring activities on the shop floor, use the sampling tables and select for review a number of Device History Records (DHR's including monitoring and control records, etc.) from recent production runs.  If the process is run over more than one shift, your review should include DHR's from all shifts.  Verify that the product was manufactured in accordance with the Device Master Record.

This verification must include a review of the purchasing controls and receiving acceptance activities regarding at least one component or raw material (preferably determined essential for the proper functioning of the device).

In addition, this verification must include a review of in-process and final finished device acceptance activities and results as well as environmental and contamination control records (if applicable).  Verify that sampling plans for process and environmental control and monitoring activities are based upon a valid statistical rationale.

If your review of the device history records reveals no anomalies proceed to Objective 4.

If evidence that the process or environment are not controlled and monitored (no control and monitoring activities, not operating within most currently approved parameters or reject limits, etc.) is observed, this may be a major production and process control deficiency.  Important linkages  to consider at this point include Documents, Records & Change Controls, (820.40 Document Controls, 820.180

85

Records, 820.181 Device Master Record, 820.184 Device History Record,), Facilities and Equipment Controls (820.72 Inspection, Measuring, and Test Equipment), Material Controls (820.50 Purchasing Controls, 820.60 Identification, 820.65 Traceability, 820.80 Receiving, In-process, and Finished device acceptance, 820.86 Acceptance Status, 820.130 Packaging, 820.140 Handling, 820.150 Storage, 820.160 Distribution) and 820.250 Statistical Techniques.

 **3. If review of the Device History Records (including process control and monitoring records, etc.) reveals that the process is outside the firm's tolerance for operating parameters and/or rejects or that product nonconformances exist:**

    **a. Determine whether any nonconformances were handled appropriately;**

    **b. Review the equipment adjustment, calibration and maintenance; and**

    **c. Evaluate the validation study in full to determine whether the process has been adequately validated.**

 If process or product nonconformance(s) are identified based upon these activities, determine whether the nonconformance(s) were recognized by the firm, handled appropriately and fed into its CAPA system. Review (if appropriate) the firm's nonconforming product control, review and disposition activities and any CAPA's indicated. If the firm's Quality System failed to recognize the process or

---

**NOTE:**

1. If the firm engages in a number of manufacturing processes, Investigators should avoid repeatedly selecting the same process every time the firm is inspected.

2. If Device Labeling is the process chosen, include in your inspection coverage of the requirements of "820.120 Device Labeling".

product nonconformance(s) or take appropriate CAPA, this may be a major CAPA deficiency.

Review the firm's equipment adjustment, maintenance and calibration records for the process and (if appropriate) comprehensively evaluate the Validation Study as described in the "Note" contained within the narrative discussion of Objective 4. These activities may provide further insight into the cause of the nonconformance. If the firm has recognized and implemented appropriate CAPA's regarding the observed nonconformance(s), then the quality system was  effective. Proceed to Objective 5. Important linkages to consider at this point include Corrective and Preventive Action, Material Controls (820.90 Nonconforming product), and Facilities and Equipment Controls (820.72 Control of inspection, measuring and test equipment).

 **4.    If the results of the process reviewed cannot be fully verified, confirm that the process was validated by reviewing the validation study.**

If the results of the process _can_ be fully verified, proceed to Objective 5.

If the chosen process requires process validation, review the established Process Validation Procedure(s). The regulation does not require a general Process Validation Procedure. Therefore, separate procedures may be established for each individual Process Validation Study. Remember, the definition of "Product" contained within the regulation includes components, in-process devices and finished devices. Verify via a review of the Process Validation Study Summary (if available) and Approval, that objective evidence has demonstrated that the process will consistently generate a product or result meeting its predetermined specifications. With respect to process validation, an ex-

ample of a "result" is a Sterility Assurance Level (SAL).  If a Validation Study Summary and Approval is not available, a review of objective evidence within the validation study will be necessary.



**NOTE:**  If there are indications (via review of DHR's, the Process Validation Study Summary and Approval, the assignment, CAPA system, etc.) of unresolved, potential problems with a validated process, in addition to a review of process monitoring and control activities, a comprehensive validation study review should be conducted.  This review should include determining whether:  1. The instruments used to generate the objective evidence were properly calibrated and maintained prior to the validation study; 2. Predetermined product specifications were established; 3. Test sample sampling plans were based upon a statistically valid rationale;  4. Objective evidence demonstrates predetermined product specifications were met consistently; 5. Process tolerance limits were challenged; 6. Process equipment was properly installed, adjusted and maintained; 7. Process monitoring instruments are properly calibrated and maintained; 8. Changes to the validated process were appropriately challenged; and, 9. Process operators are appropriately qualified.

If the objective evidence demonstrates that the process is not capable of consistently producing a product or result meeting its predetermined specifications, this is a major process validation deficiency.  Important linkages to consider at this point include Management Responsibility (including 820.25 Personnel), Design Controls (820.30(h) Design Transfer), Corrective and Preventive Action, and Facilities and Equipment Controls (820.72 Inspection, Measuring and Test Equipment) and 820.250 Statistical Techniques.

88

 **5.    If the process is software controlled, confirm that the software was validated.**

If the process chosen is _NOT_ controlled with software, proceed to Objective 6.

If the process chosen is automated with software, review the software requirements document, software validation protocol, software validation activities, software change controls and software validation results to confirm that the software will meet user needs and its intended use. If multiple software driven systems are used in the process, challenge one based upon significance. An important linkage to consider at this point is Material Controls (820.50 Purchasing Controls). For example, for software developed elsewhere, confirm that appropriate software and quality requirements were established and provided to the vendor and that purchasing data (and validation results) support that the requirements were met.



 **6.    Verify that personnel have been appropriately qualified to implement validated processes or appropriately trained to implement processes which yield results that can be fully verified.**

Using the sampling tables, select a number of training and qualification records for process operators and employees conducting Q.C. activities related to the chosen process. Where a process is operated over more than one shift, training records from all shifts should be included within your review. Confirm that the employees are aware of the device defects that may occur as a result of improper performance of their assigned responsibilities. Confirm that employees conducting Q.C. inspections and tests are aware of the defects and errors that may be encountered while performing their assigned responsibilities. An important linkage to consider at this point is Management Responsibility (820.25 Personnel).

89



**Production and Process Controls Subsystem**

**Sterilization Process Controls**

## Sterilization Process Controls

<u>Inspectional Objectives</u>

1.  Confirm that the sterilization process was validated by reviewing the validation study.

2.  Review the specific procedure(s) for the sterilization process selected and the methods for controlling and monitoring the process.  Verify that the process is controlled and monitored.

3.  If review of the Device History Records (including process control and monitoring records, acceptance activity records, etc.) reveals that the sterilization process is outside the firm's tolerance for operating or performance parameters:

    a.  Determine whether the nonconformances were handled appropriately; and
    b.  Review the equipment adjustment, calibration and maintenance

4.  If the sterilization process is software controlled, confirm that the software was validated.

5.  Verify that personnel have been appropriately qualified and trained to implement the sterilization process.

92



**STERILIZATION PROCESS CONTROLS DECISION FLOW CHART**

# Sterilization Process Controls

### Narrative

**Purpose/Importance**

The purpose of the production and process control subsystem (including sterilization process controls) is to manufacture products that meet specifications. Developing processes that are adequate to produce devices that meet specifications, validating (or fully verifying the results of) those processes, and monitoring and controlling the processes are all steps that help assure the result will be devices that meet specifications. For sterilization processes, the primary device specification is the desired Sterility Assurance Level (SAL). Other specifications may include sterilant residues and endotoxin levels.

If you are inspecting a contract sterilizer, Inspectional Objectives 2 through 5, described below, are applicable and must be performed. Inspectional Objective 1 regarding validation is applicable only in so far as the contract sterilizer has assumed any responsibility for validation of the process, as indicated in the written agreement between the device manufacturer and the contract sterilizer.

 **1. Confirm that the sterilization process was validated by reviewing the validation study.**

Validation studies (according to established procedures) are required for sterilization processes.

94

The review of the sterilization process validation study may be limited to a review of the Validation Study Summary (if available) and Approval if the complete validation study was assessed during the previous inspection and there have been no significant changes in the process, product or package that may impact sterilization effectiveness.

When conducting a complete sterilization process validation study assessment, the items included in the narrative note under Objective 4 of the Production and Process Controls chapter of this Handbook apply.  A complete sterilization process validation study assessment must include a review of the established validation procedures and verification (via a review of objective evidence) that: 1. Based upon the bioburden of the product, the defined sterilization process parameters will consistently be effective in obtaining a predetermined Sterility Assurance Level (SAL); and 2. The defined process parameters will not adversely affect product and package performance.

Objective evidence that the sterilization process parameters will consistently be effective in obtaining a predetermined Sterility Assurance Level (SAL) includes records documenting: 1. The determination of product bioburden; 2. The establishment of process parameters and tolerances; 3. The definition of acceptance criteria for a successful validation study; 4. The process challenge studies (e.g. half cycle runs for Ethylene Oxide, verification dose experiments for radia-



**NOTE:**  Many firms sterilize their products according to the guidance provided within consensus standards (e.g. AAMI/ANSI/ISO standards).  These standards are specific to various types of sterilization processes.  FDA recognizes many of these standards.  This means FDA finds them acceptable.  A list of recognized sterilization standards appears at FDA's Center for Devices and Radiological Health (CDRH's) web site located at:

**www.fda.gov/cdrh/modact/recstand.html**

Firms may elect to comply with these standards.  However, compliance to the standards is voluntary.  When a firm claims to comply with one of the recognized standards, the requirements of the standard must be met.  If a firm does not claim to comply with a recognized standard, it must provide a scientific rationale supporting the method used for validating and processing its sterilization loads.

tion, or media fills for aseptic processing); and 5. The results of process control and monitoring and acceptance activities (control charts, Biological Indicators, Dosimeters, etc.) used to demonstrate that predetermined acceptance criteria had been met.

Objective evidence that process parameters will not adversely affect product and package performance include records documenting performance testing of the product and packaging following the sterilization process or multiple sterilization processes (if applicable).

Determine whether periodic assessments (e.g. revalidations, sterility dose audits, etc.) of the adequacy of the sterilization process are conducted. Review the records of one periodic assessment of the adequacy of the sterilization process.

 **NOTE:** Many device manufacturers use contract sterilizers for sterilization of their devices. These manufacturers retain the responsibility for the sterility of the finished devices even though sterilization processing is not performed at their own facilities. Therefore, your inspection of a manufacturer that uses the services of a contract sterilizer must verify that the manufacturer has assumed that responsibility. Inspectional Objectives 1 through 3 are applicable in this situation because the manufacturer must be able to provide to you the documentation regarding sterilization validation and processing of its devices regardless of the location of these activities. Although the manufacturer may not have detailed records regarding Objectives 4 and 5 for the contractor's software and personnel, he must have assured the adequacy of these activities by the contractor, through activities such as an audit of the contractor, visits to the contractor, or review of documentation from the contractor. Objective 5 regarding qualifications of the manufacturer's own Q.C. personnel should be covered during your inspection of the manufacturer.

96

**2. Review the specific procedure(s) for the sterilization process selected and the methods for controlling and monitoring the process. Verify that the process is controlled and monitored.**

The sterilization process must be validated. However, this does not mean that verification activities utilized to monitor and control the process are unnecessary.

If performed at this location, confirm that the sterilization process, associated environmental and contamination controls, and monitoring and acceptance procedures maintained by the shop floor are the most current approved revision contained within the Device Master Record (DMR). Most firms maintain a "Master List" of the currently approved documents. This list can be verified against the DMR and brought to the shop floor to compare with the currently available documents.

Verify that the building is of suitable design and contains sufficient space to perform necessary operations.

Verify that the control and monitoring activities demonstrate that the process is currently operating in accordance with the DMR. Sterilization parameters which may need to be monitored and controlled include: time, temperature, pressure, load configuration, and humidity. Several of these parameters may require monitoring and control prior to, during and after sterilization processing (e.g. preconditioning, conditioning and aeration in Ethylene Oxide processing). Verification activities used to monitor and control the sterilization process may include: bioburden testing, Biological Indicator (BI) testing, Chemical Indicator (CI) testing, process control record review, sterilant residue testing, and endotoxin testing.

97

Additionally, packaging integrity verification activities must be reviewed for every inspection during which sterilization is covered.  This review of the control and monitoring activities should be done on the shop floor by reviewing work instructions, product acceptance procedures, control charts, etc.

While on the shop floor, make note of one piece of significant sterilization process equipment and one significant piece of inspection, measuring or test equipment (preferably from a finished device acceptance activity).  Prior to concluding the inspection, confirm that the applicable maintenance activities (preventive maintenance, cleaning and adjustment, etc.) are performed as scheduled for the chosen piece of sterilization process equipment.  Also, confirm that the piece of inspection, measuring, and test equipment was controlled and calibrated.

After you have reviewed the process control and monitoring activities on the shop floor, use the sampling tables and select for review a number of Device History Records (DHRs, including monitoring and control records, acceptance testing records, etc.) from recent production runs.  If the process is run over more than one shift, your review should include DHRs from all shifts.  Verify that the product was sterilized in accordance with the DMR.  Your review of the selected records should include all applicable verification activities (see above) including records of process parameter monitoring, and in-process and final device acceptance activities and results.

Your evaluation must also include a review of the firm's purchasing controls and receiving acceptance activities regarding at least one component, material or service.  Examples include: the sterilant, sterilization indicators, and services provided by contract sterilizers or contract laboratories.  In addition, review environmental and contamina-

98

tion control records (e.g. bioburden sampling, testing and results). Verify that the sampling plans for process and environmental control and monitoring activities are based upon a valid statistical rationale.

If your review of the Device History Records reveals no anomalies, proceed to Objective 4.



If evidence that the process or environment are not controlled and monitored (no control and monitoring activities, not operating within most currently approved parameters, etc.) is observed, this may be a major production and process control deficiency. Important linkages to consider at this point include: Documents, Records and Change Controls (820.180 Records, 820.181 Device Master Record, 820.184 Device History Record, 820.40 Document Controls); Facilities and Equipment Controls (820.72 Inspection, Measuring, and test Equipment); Material Controls (820.50 Purchasing Controls, 820.80 Receiving, In-process, and finished device acceptance, 820.140 Handling, 820.150 Storage, and 820.160 Distribution, and 820.250 Statistical Techniques, 820.60 Identification, 820.65 Traceability, 820.86 Acceptance Status); 820.130 Packaging; and 820.250 Statistical Techniques.

3. **If review of the Device History Records (including process control and monitoring records, acceptance activity records, etc.) reveals that the sterilization process is outside the firm's tolerance for operating or performance parameters:**

    a. **Determine whether the nonconformances were handled appropriately; and**
    b. **Review the equipment adjustment, calibration and maintenance**

If process or product nonconformance(s) are identified

based upon these activities, determine whether the nonconformance(s) were recognized by the firm, handled appropriately and fed into its CAPA system.

Review (if appropriate) the firm's nonconforming product control, review and disposition activities and any CAPA's indicated. If the CAPA included a retest, review the firm's rationale for invalidating the original test results. If the CAPA included resterilization, confirm that the effects of the resterilization process on the product and package are understood. For example, did a validation study provide objective evidence that resterilization was acceptable?

If the firm's Quality System failed to recognize the process or product nonconformance(s) or take appropriate CAPA, this may be a major CAPA deficiency.  Review the firm's equipment adjustment, maintenance and calibration records for the process. These activities may provide further insight into the cause of the nonconformances.

Examples of nonconformances and sterilization process failures the investigator may encounter include: Test Failures (e.g. Positive Biological Indicators, high EO residues, high bioburdens, out of specification endotoxin results); Parametric Failures (process failures such as unspecified dwell times, low pressure, low EO gas weights, loss of humidity, etc.); and Packaging Failures.  Packaging Failures may be an indication of a sterilization process parameter problem (vacuum) or a packaging process problem (validation, sealer set up, etc.).

 Important linkages to consider at this point include Corrective and Preventive Actions, Material Controls (820.90 Nonconforming product), and Facilities and Equipment Controls (820.72 Control of inspection, measuring, and test equipment).

100

 **4.   If the sterilization process is software controlled, confirm that the software was validated.**

If the sterilization process chosen is *NOT* controlled with software, proceed to Objective 5.

 If the sterilization process is automated with software, review the software requirements document, software validation protocol, software validation activities, software change controls and software validation results to confirm that the software will meet user needs and its intended use. If multiple software driven systems are used in the sterilization process, challenge one based upon significance. An important linkage to consider at this point is Material Controls (820.50 Purchasing Controls).  For example, for software developed elsewhere, confirm that appropriate software and quality requirements were established and provided to the vendor and that purchasing data (and validation results) support that the requirements were met.

 **5.   Verify that personnel have been appropriately qualified and trained to implement the sterilization process.**

Using the sampling tables, select a number of training and qualification records for process operators and employees conducting Q.C. activities related to the sterilization process.  Where a process is operated over more than one shift, training records from all shifts should be included within your review.  Confirm that all employees are aware of the device defects that may occur as a result of improper performance of their assigned responsibilities.  Confirm that employees conducting Q.C. inspections and tests are aware of the defects and errors that may be encountered while

 performing their assigned responsibilities. An important linkage to consider at this point is Management Responsibility (820.25 Personnel).

 **NOTE:** Information that must be reported with the Establishment Inspection Report (EIR) includes: 1. The identification of all sterilization processes used by the firm (e.g. Ethylene Oxide, Gamma irradiation, etc.); 2. The identification of the sterilization process covered; 3. The identification of any standard that the firm claims to follow for the process covered (if applicable); 4. The location of the sterilization sites; 5. The division of responsibilities for sterilization services (e.g. contract testing labs, sterilizer, finished device manufacturer, packaging, labeling etc.); 6. The SAL ; and, 7. whether or not parametric release is utilized.



**Sampling Plans: Instructions & Tables**

# Sampling Plan Instructions

**Note: Factors to consider when selecting a sampling table and sampling size may include the risk of the device being inspected or the records being sampled, and the amount of time you have allocated to this portion of the inspection.**

1. Select the table based upon how sure you want to be about what is observed.  For example, if you are reviewing Device History Records of a life supporting device, you may choose to use Table 2 (99% Confidence).  You may choose to use Table 1 (95% Confidence) for the review of Device History Records regarding a device with lower risk.

2. Select a sample size.  If the population of records to be sampled is small (approximately thirty or less), you may choose to review all of the records.

3. Review the sample of records selected.  You can terminate your review of the entire sample if you observe objectionable conditions beyond the number stated in the column header[1].  However, if you do not review all of the records in the sample, you may not report additional information that could be useful in further understanding the potential prevalence of the objectionable condition observed, or you may not recognize whether other objectionable conditions exist.

104

4. When objectionable conditions are observed based upon samples chosen using these tables, report in the Establishment Inspection Report: (a) the total number of records included in the population from which the sample was chosen; (b) the table used to select your sample; (c) the row used to select your sample; and, (d) the sample size selected[2].

---

[1] If you choose to terminate your review prior to completing the review of the entire sample, in addition to the information contained in instruction 4, report in the Establishment Inspection Report how many records were reviewed prior to your termination of the review.

[2] The information requested in instruction 4 must be reported whenever an Official Action Indicated (OAI) endorsement is considered. Reporting this information may not be necessary when Voluntary Action or No Action is indicated. However, caution is advised when using this reporting discretion because Voluntary Action Indicated endorsements are sometimes elevated to Official Action Indicated.

 **NOTE:**

A. There are no "acceptable" violations of the Quality System Regulation. All Quality System Regulation violations encountered must be handled appropriately according to current FDA policies and procedures. When using the "1 out of:" and "2 out of:" columns, it does not mean no more than that number of Quality System Regulation violations per the appropriate sample size is acceptable. It will only give you an initial understanding of how prevalent the problem may be.

B. When at all possible, all samples should be chosen at random.

105



# Table 1
## Binomial Staged Sampling Plans
### Binomial Confidence Levels

| Confidence Limit .95< | | 0 out of: | 1 out of: | 2 out of: |
|---|---|---|---|---|
| A | .30 ucl* | 11 | 17 | 22 |
| B | .25 ucl | 13 | 20 | 27 |
| C | .20 ucl | 17 | 26 | 34 |
| D | .15 ucl | 23 | 35 | 46 |
| E | .10 ucl | 35 | 52 | 72 |
| F | .05 ucl | 72 | 115 | 157 |

# Table 2
## Binomial Staged Sampling Plans
### Binomial Confidence Levels

| Confidence Limit .99< | | 0 out of: | 1 out of: | 2 out of: |
|---|---|---|---|---|
| A | .30 ucl* | 15 | 22 | 27 |
| B | .25 ucl | 19 | 27 | 34 |
| C | .20 ucl | 24 | 34 | 43 |
| D | .15 ucl | 35 | 47 | 59 |
| E | .10 ucl | 51 | 73 | 90 |
| F | .05 ucl | 107 | 161 | 190 |

*ucl = Upper Confidence Level

CRC Handbook of Probability and Statistics:  Second Edition

Binomial Sampling may be used when trying to make a decision about an endpoint that only has two potential outcomes (e.g., The device history record is compliant or the device history record is noncompliant).

107



**EXHIBIT E**

# INTERNATIONAL STANDARD

# ISO 22000

First edition
2005-09-01

## Food safety management systems — Requirements for any organization in the food chain

*Systèmes de management de la sécurité des denrées alimentaires — Exigences pour tout organisme appartenant à la chaîne alimentaire*



Licensed to John Hoffman (jthoffmanlaw@gmail.com)
ISO Store Order: OP-222 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

Reference number
ISO 22000:2005(E)

© ISO 2005

**ISO 22000:2005(E)**

---

**PDF disclaimer**

This PDF file may contain embedded typefaces. In accordance with Adobe's licensing policy, this file may be printed or viewed but shall not be edited unless the typefaces which are embedded are licensed to and installed on the computer performing the editing. In downloading this file, parties accept therein the responsibility of not infringing Adobe's licensing policy. The ISO Central Secretariat accepts no liability in this area.

Adobe is a trademark of Adobe Systems Incorporated.

Details of the software products used to create this PDF file can be found in the General Info relative to the file; the PDF-creation parameters were optimized for printing. Every care has been taken to ensure that the file is suitable for use by ISO member bodies. In the unlikely event that a problem relating to it is found, please inform the Central Secretariat at the address given below.

---

© ISO 2005

All rights reserved. Unless otherwise specified, no part of this publication may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and microfilm, without permission in writing from either ISO at the address below or ISO's member body in the country of the requester.

ISO copyright office
Case postale 56 • CH-1211 Geneva 20
Tel.  + 41 22 749 01 11
Fax  + 41 22 749 09 47
E-mail  copyright@iso.org
Web  www.iso.org

Published in Switzerland

Licensed to jordan hoffman (jthoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

ii

**ISO 22000:2005(E)**

## Contents

Page

1   Scope ................................................................................................................ 1

2   Normative references ...................................................................................... 1

3   Terms and definitions ..................................................................................... 2

4   Food safety management system ................................................................... 4

4.1   General requirements ................................................................................. 4

4.2   Documentation requirements ..................................................................... 5

5   Management responsibility ............................................................................ 5

5.1   Management commitment ........................................................................... 5

5.2   Food safety policy ...................................................................................... 6

5.3   Food safety management system planning ............................................... 6

5.4   Responsibility and authority ..................................................................... 6

5.5   Food safety team leader ............................................................................. 6

5.6   Communication ........................................................................................... 7

5.7   Emergency preparedness and response ................................................... 8

5.8   Management review ..................................................................................... 8

6   Resource management .................................................................................... 8

6.1   Provision of resources ............................................................................... 8

6.2   Human resources ........................................................................................ 9

6.3   Infrastructure .............................................................................................. 9

6.4   Work environment ...................................................................................... 9

7   Planning and realization of safe products .................................................... 9

7.1   General ........................................................................................................ 9

7.2   Prerequisite programmes (PRPs) ............................................................. 10

7.3   Preliminary steps to enable hazard analysis ........................................... 11

7.4   Hazard analysis ........................................................................................ 13

7.5   Establishing the operational prerequisite programmes (PRPs) ............. 14

7.6   Establishing the HACCP plan ................................................................... 14

7.7   Updating of preliminary information and documents specifying the PRPs
and the HACCP plan .................................................................................... 15

7.8   Verification planning ................................................................................. 16

7.9   Traceability system ................................................................................... 16

7.10   Control of nonconformity ....................................................................... 16

8   Validation, verification and improvement of the food safety management system ..................... 18

8.1   General ...................................................................................................... 18

8.2   Validation of control measure combinations .......................................... 19

8.3   Control of monitoring and measuring ..................................................... 19

8.4   Food safety management system verification ......................................... 19

8.5   Improvement ............................................................................................. 20

Licensed to jordan hoffman (jthoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

© ISO 2005 – All rights reserved
iii

ISO 22000:2005(E)

**Annex A** (informative)  **Cross references between ISO 22000:2005 and ISO 9001:2000** ........................ 22

**Annex B** (informative)  **Cross references between HACCP and ISO 22000:2005** .................................... 27

**Annex C** (informative)  **Codex references providing examples of control measures, including prerequisite programmes and guidance for their selection and use** ..................................................... 28

**Bibliography** ........................................................................................................................................... 32

Licensed to jordan hoffman (jthoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited
© ISO 2005 – All rights reserved

Quick Notes Page 5

**ISO 22000:2005(E)**

## Foreword

ISO (the International Organization for Standardization) is a worldwide federation of national standards bodies (ISO member bodies). The work of preparing International Standards is normally carried out through ISO technical committees. Each member body interested in a subject for which a technical committee has been established has the right to be represented on that committee. International organizations, governmental and non-governmental, in liaison with ISO, also take part in the work. ISO collaborates closely with the International Electrotechnical Commission (IEC) on all matters of electrotechnical standardization.

International Standards are drafted in accordance with the rules given in the ISO/IEC Directives, Part 2.

The main task of technical committees is to prepare International Standards. Draft International Standards adopted by the technical committees are circulated to the member bodies for voting. Publication as an International Standard requires approval by at least 75 % of the member bodies casting a vote.

Attention is drawn to the possibility that some of the elements of this document may be the subject of patent rights. ISO shall not be held responsible for identifying any or all such patent rights.

ISO 22000 was prepared by Technical Committee ISO/TC 34, *Food products*.

Licensed to jordan hoffman (jthoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

© ISO 2005 – All rights reserved

v

ISO 22000:2005(E)

## Introduction

Food safety is related to the presence of food-borne hazards in food at the point of consumption (intake by the consumer). As the introduction of food safety hazards can occur at any stage of the food chain, adequate control throughout the food chain is essential. Thus, food safety is ensured through the combined efforts of all the parties participating in the food chain.

Organizations within the food chain range from feed producers and primary producers through food manufacturers, transport and storage operators and subcontractors to retail and food service outlets (together with inter-related organizations such as producers of equipment, packaging material, cleaning agents, additives and ingredients). Service providers are also included.

This International Standard specifies the requirements for a food safety management system that combines the following generally recognized key elements to ensure food safety along the food chain, up to the point of final consumption:

— interactive communication;

— system management;

— prerequisite programmes;

— HACCP principles.

Communication along the food chain is essential to ensure that all relevant food safety hazards are identified and adequately controlled at each step within the food chain. This implies communication between organizations both upstream and downstream in the food chain. Communication with customers and suppliers about identified hazards and control measures will assist in clarifying customer and supplier requirements (e.g. with regard to the feasibility and need for these requirements and their impact on the end product).

Recognition of the organization's role and position within the food chain is essential to ensure effective interactive communication throughout the chain in order to deliver safe food products to the final consumer. An example of the communication channels among interested parties of the food chain is shown in Figure 1.

The most effective food safety systems are established, operated and updated within the framework of a structured management system and incorporated into the overall management activities of the organization. This provides maximum benefit for the organization and interested parties. This International Standard has been aligned with ISO 9001 in order to enhance the compatibility of the two standards. Cross-references between this International Standard and ISO 9001 are provided in Annex A.

This International Standard can be applied independently of other management system standards. Its implementation can be aligned or integrated with existing related management system requirements, while organizations may utilize existing management system(s) to establish a food safety management system that complies with the requirements of this International Standard.

This International Standard integrates the principles of the Hazard Analysis and Critical Control Point (HACCP) system and application steps developed by the Codex Alimentarius Commission. By means of auditable requirements, it combines the HACCP plan with prerequisite programmes (PRPs). Hazard analysis is the key to an effective food safety management system, since conducting a hazard analysis assists in organizing the knowledge required to establish an effective combination of control measures. This International Standard requires that all hazards that may be reasonably expected to occur in the food chain, including hazards that may be associated with the type of process and facilities used, are identified and assessed. Thus it provides the means to determine and document why certain identified hazards need to be controlled by a particular organization and why others need not.

During hazard analysis, the organization determines the strategy to be used to ensure hazard control by combining the PRP(s), operational PRP(s) and the HACCP plan.

Licensed to jordan hoffman (jjhoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

 © ISO 2005 – All rights reserved

ISO 22000:2005(E)



NOTE   The figure does not show the type of interactive communications along and across the food chain that by-pass immediate suppliers and customers.

**Figure 1 — Example of communication within the food chain**

Cross-references between the Codex Alimentarius Commission HACCP principles and application steps (see Reference [11]) and this International Standard are provided in Annex B.

To facilitate the application of this International Standard, it has been developed as an auditable standard. However, individual organizations are free to choose the necessary methods and approaches to fulfil the requirements of this International Standard. To assist individual organizations with the implementation of this International Standard, guidance on its use is provided in ISO/TS 22004.

This International Standard is intended to address aspects of food safety concerns only. The same approach as provided by this International Standard can be used to organize and respond to other food specific aspects (e.g. ethical issues and consumer awareness).

This International Standard allows an organization (such as a small and/or less developed organization) to implement an externally developed combination of control measures.

The aim of this International Standard is to harmonize on a global level the requirements for food safety management for businesses within the food chain. It is particularly intended for application by organizations that seek a more focused, coherent and integrated food safety management system than is normally required by law. It requires an organization to meet any applicable food safety related statutory and regulatory requirements through its food safety management system.

Licensed to jordan hoffman (jlhoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

© ISO 2005 – All rights reserved                                                                        vii

Licensed to jordan hoffman (jlhoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

**INTERNATIONAL STANDARD**                                                      **ISO 22000:2005(E)**

# Food safety management systems — Requirements for any organization in the food chain

## 1  Scope

This International Standard specifies requirements for a food safety management system where an organization in the food chain needs to demonstrate its ability to control food safety hazards in order to ensure that food is safe at the time of human consumption.

It is applicable to all organizations, regardless of size, which are involved in any aspect of the food chain and want to implement systems that consistently provide safe products. The means of meeting any requirements of this International Standard can be accomplished through the use of internal and/or external resources.

This International Standard specifies requirements to enable an organization

a)  to plan, implement, operate, maintain and update a food safety management system aimed at providing products that, according to their intended use, are safe for the consumer,

b)  to demonstrate compliance with applicable statutory and regulatory food safety requirements,

c)  to evaluate and assess customer requirements and demonstrate conformity with those mutually agreed customer requirements that relate to food safety, in order to enhance customer satisfaction,

d)  to effectively communicate food safety issues to their suppliers, customers and relevant interested parties in the food chain,

e)  to ensure that the organization conforms to its stated food safety policy,

f)  to demonstrate such conformity to relevant interested parties, and

g)  to seek certification or registration of its food safety management system by an external organization, or make a self-assessment or self-declaration of conformity to this International Standard.

All requirements of this International Standard are generic and are intended to be applicable to all organizations in the food chain regardless of size and complexity. This includes organizations directly or indirectly involved in one or more steps of the food chain. Organizations that are directly involved include, but are not limited to, feed producers, harvesters, farmers, producers of ingredients, food manufacturers, retailers, food services, catering services, organizations providing cleaning and sanitation services, transportation, storage and distribution services. Other organizations that are indirectly involved include, but are not limited to, suppliers of equipment, cleaning and sanitizing agents, packaging material, and other food contact materials.

This International Standard allows an organization, such as a small and/or less developed organization (e.g. a small farm, a small packer-distributor, a small retail or food service outlet), to implement an externally developed combination of control measures.

NOTE   Guidance on the application of this International Standard is given in ISO/TS 22004.

## 2  Normative references

The following referenced documents are indispensable for the application of this document. For dated references, only the edition cited applies. For undated references, the latest edition of the referenced document (including any amendments) applies.

ISO 9000:2000, *Quality management systems — Fundamentals and vocabulary*

Licensed to jordan hoffman (jthoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

© ISO 2005 – All rights reserved
                                                                                    1

ISO 22000:2005(E)

## 3  Terms and definitions

For the purposes of this document, the terms and definitions given in ISO 9000 and the following apply.

For the convenience of the users of this International Standard, some of the definitions in ISO 9000 are quoted with added notes that are applicable only to this special application.

NOTE   Terms are not defined where they retain their normal dictionary definition. Where bold type is used in a definition, this indicates a cross-reference to another term defined in this clause, and the number reference for the term is given in parentheses.

**3.1**
**food safety**
concept that food will not cause harm to the consumer when it is prepared and/or eaten according to its intended use

NOTE 1   Adapted from Reference [11].

NOTE 2   Food safety is related to the occurrence of **food safety hazards** (3.3) and does not include other human health aspects related to, for example, malnutrition.

**3.2**
**food chain**
sequence of the stages and operations involved in the production, processing, distribution, storage and handling of a food and its ingredients, from primary production to consumption

NOTE 1   This includes the production of feed for food-producing animals and for animals intended for food production.

NOTE 2   The food chain also includes the production of materials intended to come into contact with food or raw materials.

**3.3**
**food safety hazard**
biological, chemical or physical agent in food, or condition of food, with the potential to cause an adverse health effect

NOTE 1   Adapted from Reference [11].

NOTE 2   The term "hazard" is not to be confused with the term "risk" which, in the context of food safety, means a function of the probability of an adverse health effect (e.g. becoming diseased) and the severity of that effect (death, hospitalization, absence from work, etc.) when exposed to a specified hazard. Risk is defined in ISO/IEC Guide 51 as the combination of the probability of occurrence of harm and the severity of that harm.

NOTE 3   Food safety hazards include allergens.

NOTE 4   In the context of feed and feed ingredients, relevant food safety hazards are those that may be present in and/or on feed and feed ingredients and that may subsequently be transferred to food through animal consumption of feed and may thus have the potential to cause an adverse human health effect. In the context of operations other than those directly handling feed and food (e.g. producers of packaging materials, cleaning agents, etc.), relevant food safety hazards are those hazards that can be directly or indirectly transferred to food because of the intended use of the provided products and/or services and thus can have the potential to cause an adverse human health effect.

**3.4**
**food safety policy**
overall intentions and direction of an organization related to **food safety** (3.1) as formally expressed by top management

**3.5**
**end product**
product that will undergo no further processing or transformation by the organization

NOTE   A product that undergoes further processing or transformation by another organization is an end product in the context of the first organization and a raw material or an ingredient in the context of the second organization.

Licensed to jordan hoffman (jlhoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited
© ISO 2005 – All rights reserved

**2**

ISO 22000:2005(E)

**3.6**
**flow diagram**
schematic and systematic presentation of the sequence and interactions of steps

**3.7**
**control measure**
⟨food safety⟩ action or activity that can be used to prevent or eliminate a **food safety hazard** (3.3) or reduce it to an acceptable level

NOTE   Adapted from Reference [11].

**3.8**
**PRP**
**prerequisite programme**
⟨food safety⟩ basic conditions and activities that are necessary to maintain a hygienic environment throughout the **food chain** (3.2) suitable for the production, handling and provision of safe **end products** (3.5) and safe food for human consumption

NOTE   The PRPs needed depend on the segment of the food chain in which the organization operates and the type of organization (see Annex C). Examples of equivalent terms are: Good Agricultural Practice (GAP), Good Veterinarian Practice (GVP), Good Manufacturing Practice (GMP), Good Hygienic Practice (GHP), Good Production Practice (GPP), Good Distribution Practice (GDP) and Good Trading Practice (GTP).

**3.9**
**operational PRP**
**operational prerequisite programme**
**PRP** (3.8) identified by the hazard analysis as essential in order to control the likelihood of introducing **food safety hazards** (3.3) to and/or the contamination or proliferation of food safety hazards in the product(s) or in the processing environment

**3.10**
**CCP**
**critical control point**
⟨food safety⟩ step at which control can be applied and is essential to prevent or eliminate a **food safety hazard** (3.3) or reduce it to an acceptable level

NOTE   Adapted from Reference [11].

**3.11**
**critical limit**
criterion which separates acceptability from unacceptability

NOTE 1   Adapted from Reference [11].

NOTE 2   Critical limits are established to determine whether a **CCP** (3.10) remains in control. If a critical limit is exceeded or violated, the products affected are deemed to be potentially unsafe.

**3.12**
**monitoring**
conducting a planned sequence of observations or measurements to assess whether **control measures** (3.7) are operating as intended

**3.13**
**correction**
action to eliminate a detected nonconformity

[ISO 9000:2000, definition 3.6.6]

NOTE 1   For the purposes of this International Standard, a correction relates to the handling of potentially unsafe products, and can therefore be made in conjunction with a **corrective action** (3.14).

Licensed to jordan hoffman (jthoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

© ISO 2005 – All rights reserved

3

**ISO 22000:2005(E)**

NOTE 2  A correction may be, for example, reprocessing, further processing, and/or elimination of the adverse consequences of the nonconformity (such as disposal for other use or specific labelling).

**3.14**
**corrective action**
action to eliminate the cause of a detected nonconformity or other undesirable situation

NOTE 1  There can be more than one cause for a nonconformity.

[ISO 9000:2000, definition 3.6.5]

NOTE 2  Corrective action includes cause analysis and is taken to prevent recurrence.

**3.15**
**validation**
⟨food safety⟩ obtaining evidence that the **control measures** (3.7) managed by the HACCP plan and by the **operational PRPs** (3.9) are capable of being effective

NOTE  This definition is based on Reference [11] and is more suitable for the field of **food safety** (3.1) than the definition given in ISO 9000.

**3.16**
**verification**
confirmation, through the provision of objective evidence, that specified requirements have been fulfilled

[ISO 9000:2000, definition 3.8.4]

**3.17**
**updating**
immediate and/or planned activity to ensure application of the most recent information

## 4  Food safety management system

### 4.1  General requirements

The organization shall establish, document, implement and maintain an effective food safety management system and update it when necessary in accordance with the requirements of this International Standard.

The organization shall define the scope of the food safety management system. The scope shall specify the products or product categories, processes and production sites that are addressed by the food safety management system.

The organization shall

a) ensure that food safety hazards that may be reasonably expected to occur in relation to products within the scope of the system are identified, evaluated and controlled in such a manner that the products of the organization do not, directly or indirectly, harm the consumer,

b) communicate appropriate information throughout the food chain regarding safety issues related to its products,

c) communicate information concerning development, implementation and updating of the food safety management system throughout the organization, to the extent necessary to ensure the food safety required by this International Standard, and

d) evaluate periodically, and update when necessary, the food safety management system to ensure that the system reflects the organization's activities and incorporates the most recent information on the food safety hazards subject to control.

Licensed to jordan hoffman (jthoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

**4**

© ISO 2005 – All rights reserved

ISO 22000:2005(E)

Where an organization chooses to outsource any process that may affect end product conformity, the organization shall ensure control over such processes. Control of such outsourced processes shall be identified and documented within the food safety management system.

## 4.2 Documentation requirements

### 4.2.1 General

The food safety management system documentation shall include

a) documented statements of a food safety policy and related objectives (see 5.2),

b) documented procedures and records required by this International Standard, and

c) documents needed by the organization to ensure the effective development, implementation and updating of the food safety management system.

### 4.2.2 Control of documents

Documents required by the food safety management system shall be controlled. Records are a special type of document and shall be controlled according to the requirements given in 4.2.3.

The controls shall ensure that all proposed changes are reviewed prior to implementation to determine their effects on food safety and their impact on the food safety management system.

A documented procedure shall be established to define the controls needed

a) to approve documents for adequacy prior to issue,

b) to review and update documents as necessary, and re-approve documents,

c) to ensure that changes and the current revision status of documents are identified,

d) to ensure that relevant versions of applicable documents are available at points of use,

e) to ensure that documents remain legible and readily identifiable,

f) to ensure that relevant documents of external origin are identified and their distribution controlled, and

g) to prevent the unintended use of obsolete documents, and to ensure that they are suitably identified as such if they are retained for any purpose.

### 4.2.3 Control of records

Records shall be established and maintained to provide evidence of conformity to requirements and evidence of the effective operation of the food safety management system. Records shall remain legible, readily identifiable and retrievable. A documented procedure shall be established to define the controls needed for the identification, storage, protection, retrieval, retention time and disposition of records.

## 5 Management responsibility

### 5.1 Management commitment

Top management shall provide evidence of its commitment to the development and implementation of the food safety management system and to continually improving its effectiveness by

a) showing food safety is supported by the business objectives of the organization,

b) communicating to the organization the importance of meeting the requirements of this International Standard, any statutory and regulatory requirements, as well as customer requirements relating to food safety,

Licensed to jordan hoffman (jthoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

© ISO 2005 – All rights reserved                                                                                              **5**

**ISO 22000:2005(E)**

c)  establishing the food safety policy,

d)  conducting management reviews, and

e)  ensuring the availability of resources.

## 5.2  Food safety policy

Top management shall define, document and communicate its food safety policy.

Top management shall ensure that the food safety policy

a)  is appropriate to the role of the organization in the food chain,

b)  conforms with both statutory and regulatory requirements and with mutually agreed food safety requirements of customers,

c)  is communicated, implemented and maintained at all levels of the organization,

d)  is reviewed for continued suitability (see 5.8),

e)  adequately addresses communication (see 5.6), and

f)  is supported by measurable objectives.

## 5.3  Food safety management system planning

Top management shall ensure that

a)  planning of the food safety management system is carried out to meet requirements given in 4.1 as well as the objectives of the organization that support food safety, and

b)  the integrity of the food safety management system is maintained when changes to the food safety management system are planned and implemented.

## 5.4  Responsibility and authority

Top management shall ensure that responsibilities and authorities are defined and communicated within the organization to ensure the effective operation and maintenance of the food safety management system.

All personnel shall have responsibility to report problems with the food safety management system to identified person(s). Designated personnel shall have defined responsibility and authority to initiate and record actions.

## 5.5  Food safety team leader

Top management shall appoint a food safety team leader who, irrespective of other responsibilities, shall have the responsibility and authority

a)  to manage a food safety team (see 7.3.2) and organize its work,

b)  to ensure relevant training and education of the food safety team members (see 6.2.1),

c)  to ensure that the food safety management system is established, implemented, maintained and updated, and

d)  to report to the organization's top management on the effectiveness and suitability of the food safety management system.

NOTE   The responsibility of the food safety team leader may include liaison with external parties on matters relating to the food safety management system.

Licensed to jordan hoffman (jfhoffmanlaw@gmail.com).
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

**6**

© ISO 2005 – All rights reserved

ISO 22000:2005(E)

## 5.6 Communication

### 5.6.1 External communication

To ensure that sufficient information on issues concerning food safety is available throughout the food chain, the organization shall establish, implement and maintain effective arrangements for communicating with

a) suppliers and contractors,

b) customers or consumers, in particular in relation to product information (including instructions regarding intended use, specific storage requirements and, as appropriate, shelf life), enquiries, contracts or order-handling including amendments, and customer feedback including customer complaints,

c) statutory and regulatory authorities, and

d) other organizations that have an impact on, or will be affected by, the effectiveness or updating of the food safety management system.

Such communication shall provide information on food safety aspects of the organization's products that may be relevant to other organizations in the food chain. This applies especially to known food safety hazards that need to be controlled by other organizations in the food chain. Records of communications shall be maintained.

Food safety requirements from statutory and regulatory authorities and customers shall be available.

Designated personnel shall have defined responsibility and authority to communicate externally any information concerning food safety. Information obtained through external communication shall be included as input to system updating (see 8.5.2) and management review (see 5.8.2).

### 5.6.2 Internal communication

The organization shall establish, implement and maintain effective arrangements for communicating with personnel on issues having an impact on food safety.

In order to maintain the effectiveness of the food safety management system, the organization shall ensure that the food safety team is informed in a timely manner of changes, including but not limited to the following:

a) products or new products;

b) raw materials, ingredients and services;

c) production systems and equipment;

d) production premises, location of equipment, surrounding environment;

e) cleaning and sanitation programmes;

f) packaging, storage and distribution systems;

g) personnel qualification levels and/or allocation of responsibilities and authorizations;

h) statutory and regulatory requirements;

i) knowledge regarding food safety hazards and control measures;

j) customer, sector and other requirements that the organization observes;

k) relevant enquiries from external interested parties;

l) complaints indicating food safety hazards associated with the product;

m) other conditions that have an impact on food safety.

The food safety team shall ensure that this information is included in the updating of the food safety management system (see 8.5.2). Top management shall ensure that relevant information is included as input to the management review (see 5.8.2).

Licensed to jordan hoffman (jlhoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

© ISO 2005 – All rights reserved

ISO 22000:2005(E)

### 5.7 Emergency preparedness and response

Top management shall establish, implement and maintain procedures to manage potential emergency situations and accidents that can impact food safety and which are relevant to the role of the organization in the food chain.

### 5.8 Management review

#### 5.8.1 General

Top management shall review the organization's food safety management system at planned intervals to ensure its continuing suitability, adequacy and effectiveness. This review shall include assessing opportunities for improvement and the need for change to the food safety management system, including the food safety policy. Records of management reviews shall be maintained (see 4.2.3).

#### 5.8.2 Review input

The input to management review shall include, but is not limited to, information on

a) follow-up actions from previous management reviews,

b) analysis of results of verification activities (see 8.4.3),

c) changing circumstances that can affect food safety (see 5.6.2),

d) emergency situations, accidents (see 5.7) and withdrawals (see 7.10.4),

e) reviewing results of system-updating activities (see 8.5.2),

f) review of communication activities, including customer feed-back (see 5.6.1), and

g) external audits or inspections.

NOTE   The term "withdrawal" includes recall.

The data shall be presented in a manner that enables top management to relate the information to stated objectives of the food safety management system.

#### 5.8.3 Review output

The output from the management review shall include decisions and actions related to

a) assurance of food safety (see 4.1),

b) improvement of the effectiveness of the food safety management system (see 8.5),

c) resource needs (see 6.1), and

d) revisions of the organization's food safety policy and related objectives (see 5.2).

## 6 Resource management

### 6.1 Provision of resources

The organization shall provide adequate resources for the establishment, implementation, maintenance and updating of the food safety management system.

Licensed to jordan hoffman (jthoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

8                                                                                              © ISO 2005 – All rights reserved

ISO 22000:2005(E)

## 6.2  Human resources

### 6.2.1  General

The food safety team and the other personnel carrying out activities having an impact on food safety shall be competent and shall have appropriate education, training, skills and experience.

Where the assistance of external experts is required for the development, implementation, operation or assessment of the food safety management system, records of agreement or contracts defining the responsibility and authority of external experts shall be available.

### 6.2.2  Competence, awareness and training

The organization shall

a)  identify the necessary competencies for personnel whose activities have an impact on food safety,

b)  provide training or take other action to ensure personnel have the necessary competencies,

c)  ensure that personnel responsible for monitoring, corrections and corrective actions of the food safety management system are trained,

d)  evaluate the implementation and the effectiveness of a), b) and c),

e)  ensure that the personnel are aware of the relevance and importance of their individual activities in contributing to food safety,

f)  ensure that the requirement for effective communication (see 5.6) is understood by all personnel whose activities have an impact on food safety, and

g)  maintain appropriate records of training and actions described in b) and c).

## 6.3  Infrastructure

The organization shall provide the resources for the establishment and maintenance of the infrastructure needed to implement the requirements of this International Standard.

## 6.4  Work environment

The organization shall provide the resources for the establishment, management and maintenance of the work environment needed to implement the requirements of this International Standard.

# 7  Planning and realization of safe products

## 7.1  General

The organization shall plan and develop the processes needed for the realization of safe products.

The organization shall implement, operate and ensure the effectiveness of the planned activities and any changes to those activities. This includes PRP(s) as well as operational PRP(s) and/or the HACCP plan.

Licensed to jordan hoffman (jlhoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

© ISO 2005 – All rights reserved
9

**ISO 22000:2005(E)**

## 7.2   Prerequisite programmes (PRPs)

**7.2.1**   The organization shall establish, implement and maintain PRP(s) to assist in controlling

a)   the likelihood of introducing food safety hazards to the product through the work environment,

b)   biological, chemical and physical contamination of the product(s), including cross contamination between products, and

c)   food safety hazard levels in the product and product processing environment.

**7.2.2**   The PRP(s) shall

a)   be appropriate to the organizational needs with regard to food safety,

b)   be appropriate to the size and type of the operation and the nature of the products being manufactured and/or handled,

c)   be implemented across the entire production system, either as programmes applicable in general or as programmes applicable to a particular product or operational line, and

d)   be approved by the food safety team.

The organization shall identify statutory and regulatory requirements related to the above.

**7.2.3**   When selecting and/or establishing PRP(s), the organization shall consider and utilize appropriate information [e.g. statutory and regulatory requirements, customer requirements, recognized guidelines, Codex Alimentarius Commission (Codex) principles and codes of practices, national, international or sector standards].

NOTE    Annex C gives a list of relevant Codex publications.

The organization shall consider the following when establishing these programmes:

a)   construction and lay-out of buildings and associated utilities;

b)   lay-out of premises, including workspace and employee facilities;

c)   supplies of air, water, energy and other utilities;

d)   supporting services, including waste and sewage disposal;

e)   the suitability of equipment and its accessibility for cleaning, maintenance and preventative maintenance;

f)   management of purchased materials (e.g. raw materials, ingredients, chemicals and packaging), supplies (e.g. water, air, steam and ice), disposals (e.g. waste and sewage) and handling of products (e.g. storage and transportation);

g)   measures for the prevention of cross contamination;

h)   cleaning and sanitizing;

i)   pest control;

j)   personnel hygiene;

k)   other aspects as appropriate.

Verification of PRP(s) shall be planned (see 7.8) and PRP(s) shall be modified as necessary (see 7.7). Records of verifications and modifications shall be maintained.

Documents should specify how activities included in the PRP(s) are managed.

Licensed to jordan hoffman (jthoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited

**10**                                                                     © ISO 2005 – All rights reserved

ISO 22000:2005(E)

### 7.3   Preliminary steps to enable hazard analysis

#### 7.3.1   General

All relevant information needed to conduct the hazard analysis shall be collected, maintained, updated and documented. Records shall be maintained.

#### 7.3.2   Food safety team

A food safety team shall be appointed.

The food safety team shall have a combination of multi-disciplinary knowledge and experience in developing and implementing the food safety management system. This includes, but need not be limited to, the organization's products, processes, equipment and food safety hazards within the scope of the food safety management system.

Records shall be maintained that demonstrate that the food safety team has the required knowledge and experience (see 6.2.2).

#### 7.3.3   Product characteristics

##### 7.3.3.1   Raw materials, ingredients and product-contact materials

All raw materials, ingredients and product-contact materials shall be described in documents to the extent needed to conduct the hazard analysis (see 7.4), including the following, as appropriate:

a)  biological, chemical and physical characteristics;

b)  composition of formulated ingredients, including additives and processing aids;

c)  origin;

d)  method of production;

e)  packaging and delivery methods;

f)  storage conditions and shelf life;

g)  preparation and/or handling before use or processing;

h)  food safety-related acceptance criteria or specifications of purchased materials and ingredients appropriate to their intended uses.

The organization shall identify statutory and regulatory food safety requirements related to the above.

The descriptions shall be kept up-to-date including, when required, in accordance with 7.7.

##### 7.3.3.2   Characteristics of end products

The characteristics of end products shall be described in documents to the extent needed to conduct the hazard analysis (see 7.4), including information on the following, as appropriate:

a)  product name or similar identification;

b)  composition;

c)  biological, chemical and physical characteristics relevant for food safety;

d)  intended shelf life and storage conditions;

e)  packaging;

Licensed to jordan hoffman (jthoffmanlaw@gmail.com)
ISO Store Order: OP-207622 / Downloaded: 2017-04-07
Single user licence only, copying and networking prohibited.

© ISO 2005 – All rights reserved     **11**