E-FILED
Monday, 11 September, 2017  04:45:05 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A
# EXPERT REPORT PART 10

# VISION AND MISSION

Mars, Incorporated is a company of global scope with six business segments including Chocolate, Petcare, Wrigley Gum and Confections, Food, Drinks and Symbioscience.

Our business philosophy, which is deeply rooted in the Mars Five Principles, requires that we work only with suppliers who have the ability to consistently meet our standards and specifications and are committed to values of conduct that are compatible with our own. This commitment to unmatched quality is the foundation of our "Mutuality" Principle where "A mutual benefit is a shared benefit; a shared benefit will endure".

## Based on appropriate legal standards

This Mars Supplier Code of Conduct (Code) sets forth the Mars guidelines and expectations with respect to key areas of responsible sourcing,  and ensures  that Mars upholds the Principle  of Mutuality and provides consistent excellence for our consumers and stakeholders. Content in this Code is informed by the International Bill of Human Rights and the principles concerning fundamental rights set out in the International Labour Organization's (ILO) Declaration on Fundamental Principles and Rights at Work.

This Code and our responsible sourcing program more broadly applies to all of our direct and indirect suppliers in all categories. Direct suppliers are those that contribute directly to the production of finished goods, primarily raw materials and packaging. This includes the suppliers of agricultural goods, farmers and sub-contractors. Indirect suppliers are those that provide goods and services outside of those used in the production of finished goods. This includes the services and items purchased to construct and run our factories, the transport and warehousing of our products and the marketing services we use to promote our brands and products.

It is recognized that the circumstances in which our suppliers operate may change and because of this we review the Code every two years to ensure that its content and implementation remain appropriate and effective.

## Expectations for suppliers

Supplier confirms that it complies with the legal requirements and standards of its industry, and maintains accurate books and records demonstrating compliance with such legal requirements and standards, to the extent permitted by law.

Our suppliers are expected to align with the following standards and are encouraged to exceed the requirements set forth in this Code. We recognize that our suppliers operate in different legal and cultural environments, and we are willing to evaluate alternative approaches if suppliers have found better solutions than those identified in this Code, subject in all cases to compliance with applicable legal requirements. This Code acts as a benchmark, and we will only ask for changes in areas where the supplier standard in place and the requirements in our Code are significantly different. If the Code establishes a higher standard than is required by applicable law, Mars expects its suppliers to align with the principles contained in the Code. Where compliance with the  Code could lead to a conflict with or a violation of applicable laws or regulations, the supplier shall promptly notify Mars of the situation and explain how it intends to operate in a responsible manner.

This Code should be read alongside the responsible sourcing content at www.mars.com. Mars is also developing position statements on key raw material commodities that may be presented alongside this document as a further requirement for suppliers in high risk categories.



# CHILD LABOR

## Requirements

Supplier does not employ individuals below the age of 16, except if allowed by local law and such exception is consistent with ILO guidelines. Supplier maintains documentation of each individual's date of birth or has legitimate means of confirming each individual's age.

## Guidelines

- Supplier complies with the laws and regulations related to minimum working age. No employee of any age, including apprentices or vocational students, may be employed in breach of local regulations governing the minimum age for work or the compulsory age for schooling, consistent with ILO Minimum Age Convention No. 138.

- Supplier ensures that workers under 18 are not allowed to:

  - Work in hazardous conditions or those that require handling hazardous materials in an unsafe manner

  - Work for more than 8 hours per day

  - Work primarily at night

  - Work in a manner that unreasonably interferes with vocational education

- Where independent documents are not available, Supplier employs other legitimate and reliable means for determining employees' ages.



# VOLUNTARY EMPLOYMENT / FORCED LABOR

## Requirements

Supplier employs all employees on a voluntary basis and does not use any prison, slave, bonded, forced or indentured labor, or engage in any other forms of compulsory labor, or any other forms of slavery or human trafficking.

## Guidelines

- Definitions of (a) slavery and (b) human trafficking shall be consistent with the (a) Supplementary Convention on the Abolition of Slavery, the Slave Trade, and Institutions and Practices Similar to Slavery (1957) and (b) Palermo Protocol to Prevent, Suppress and Punish Trafficking in Persons, Especially Women and Children (2000).

- Supplier does not require employees to deposit original identification documents, travel documents or any other personal legal documents upon commencing employment with Supplier.

- Supplier ensures that throughout the hiring process and employment period, no deposits (monetary or otherwise) are collected from employees, including temporary, seasonal and migrant labor and employees provided by agencies, recruiters or brokers. Employment through private employment agencies shall comply with ILO Private Employment Agencies Convention No. 181. In cases where a fee was collected in violation of this guideline, the supplier shall promptly pay, as appropriate, all such fees either directly to labor contractors/ agencies or other providers of labor, or promptly reimburse the effected worker.[1]

- Supplier does not force employees to work overtime.

- Supplier will not delay or withhold the payment of workers' salaries for more than one month on a regular basis.

- Supplier does not confine or subject employees to restrictions on freedom of movement.

- Supplier does not use or source raw materials or products associated with forced labor or human trafficking.

- Supplier will use only legitimate and reputable recruitment agencies, which are properly licensed to operate under applicable laws.

1. If fees are charged to workers by a third party recruitment agency, these must be to cover the cost of secondary expenses only, such as travel expenses. Supplier should ensure that such fees are reasonable and should not provide workers with a loan or wage advance to cover the cost of fees paid by any worker to a recruitment agency.



# MIGRANT LABOR[2]

## Requirements

Supplier recognizes the unique legal, social, and cultural situations that migrant workers face and will ensure that such workers are treated with dignity, respect and in accordance with the same standards as apply to other workers.

## Guidelines

- Supplier provides working conditions (wages, hours of work, etc.) to migrant workers which are lawful and comparable to those of other workers performing substantially the same tasks. Supplier will verify the legal status of all migrant workers and ensure that only those with a valid work permit issued by the appropriate governmental authority are employed.

- Supplier will not hold official identity documents, including passports, work permits, and birth certificates, even upon the request of the migrant worker.

- Supplier will pay all fees related to services provided by third party labor contractors or labor agencies.

2. The term "migrant workers" includes both foreign and internal migrants, i.e., those who are engaged in work in a country in which they are not a national and those who migrate within their country of nationality in pursuit of permanent, temporary or seasonal work.



# ABUSE, HARASSMENT, DISCIPLINARY ACTION

## Requirements

Supplier does not engage in physical, mental, verbal, sexual or any other abuse, inhumane or degrading treatment, corporal punishment or any form of harassment. Supplier treats all employees with respect and dignity and complies with local legislation on disciplinary practices.

## Guidelines

- Supplier maintains formal written disciplinary procedure and these procedures must be clearly communicated to all employees and prospective employees. All disciplinary measures must be recorded and the employee(s) affected by disciplinary action must acknowledge the action in writing.

- Supplier will not establish monetary fines and/or take deductions from wages for disciplinary reasons.

- Supplier will establish written and/or verbal procedures for handling grievances from workers concerning workplace conditions and treatment.

- Supplier conducts security procedures in a gender-appropriate and non-intrusive manner, if applicable.



# FAIR AND EQUAL TREATMENT / DISCRIMINATION

## Requirements

Supplier's terms and conditions of employment, including hiring, training, working conditions, compensation, benefits, promotions, discipline, termination or retirement, are based on the individual's qualifications, performance, skills, and experience.

## Guidelines

- Supplier maintains workplaces that are free from discrimination on the basis of race, color, age, sex, gender or gender identity, caste, political opinion, national origin, religion, marital status, sexual orientation, disability or genetic information, maternity, membership, affiliation or other status of the individual unrelated to the ability to perform the job.

- Supplier does not conduct medical tests on employees that can be used to discriminate (e.g. pregnancy testing). The results of any tests that are required by local legislation shall not be used in a discriminatory way.

 # COMPENSATION AND BENEFITS

## Requirements

Supplier fairly compensates all employees by providing wages and benefits in accordance with all applicable laws.

## Guidelines

- Supplier ensures that wages paid for all hours worked meet at least the legal minimum wage or the local industry minimum standards for compensation, whichever is higher.

- Supplier pays employees on time, in accordance with legal requirements; in all circumstances, wages must be paid on at least a monthly basis.

- Supplier ensures that, where workers' pay is contingent on the volume produced (piece rate, quotas, etc.), workers always earn at least the equivalent of the applicable minimum wage for each 8-hour day and are not compelled to work more than 8 hours per day in order to earn the minimum wage. Where there is no legally mandated minimum wage, suppliers ensure that workers earn at least the average wage in the particular industry or geographic area.

- Supplier meets all legal requirements for the payment of overtime and incentive rates. Supplier pays overtime at a premium rate / at a rate at least equal to the normal rate of compensation.

- Supplier provides all legally mandated benefits, such as public holidays, paid vacation/annual leave, sick days and maternity/paternity/family leave.

- Suppliers, where reasonably possible, must provide all workers (permanent, temporary, seasonal, domestic and migrant) with a written contract in the appropriate language that includes a description of job duties, benefits, disciplinary procedures, and notice periods. Where the provision of a written contract is not reasonably possible or practical, suppliers shall provide workers with a verbal description of the terms of their employment.[3]

- Supplier provides each employee with an itemized wage statement upon wage payment. The statement includes, at a minimum, amount of pay, pay period, rate of pay, regular and overtime hours worked, deductions and benefits, if applicable.

---

3. Supplier can satisfy this requirement by prominently posting key workers' rights and entitlements / terms of employment in the workplace in clear, understandable language and in the language(s) spoken by workers.



# WORKING HOURS

### Requirements

Supplier complies with all applicable laws regarding regular working hours, rest periods and overtime hours.

### Guidelines

- Suppliers must provide workers with at least 24 consecutive hours of rest during every 7 day period.[4]

- Supplier does not require a work week over 60 hours, including overtime, unless operational circumstances require a temporary increase in working hours. Supplier consults with employees about the temporary increase in working hours and provides compensatory time off for these additional hours or overtime compensation at a premium rate.

- Supplier does not force employees to work overtime, and employees will not be punished, penalized, or dismissed for refusing to work overtime.



# FREEDOM OF ASSOCIATION / COLLECTIVE BARGAINING

### Requirements

Supplier respects the right of employees to form and join trade unions and bargain collectively in a lawful and peaceful manner, subject to and in accordance with applicable law.

### Guidelines

- Supplier complies with all applicable laws that pertain to freedom of association and collective bargaining.

- Supplier does not discriminate on the basis of affiliation or non-affiliation.

- Supplier does not allow interference by management in the organization of workers. Supplier does not subject its employees to harassment, intimidation, or retaliation in their efforts to freely associate or bargain collectively.

- Supplier provides confidential and anonymous means for employees to raise grievances and records this process.

i.   If exception is made to this provision, it must be in compliance with applicable laws and only for exceptional circumstances, such as work that is continuous in nature or in the event of accident or emergency. In such a case,  workers much be furnished with compensatory time off as soon as circumstances reasonably permit. Under normal  circumstances, Suppliers must avoid situations where workers are made to work for long periods of time without receiving  weekly rest days.



# HEALTH AND SAFETY

## Requirements

Supplier complies with all applicable laws pertaining to health and safety in the workplace.

## Guidelines

- Supplier provides a safe, clean, healthy, and productive work environment, including the provision of clean drinking water to all workers and an adequate number of washing and toilet facilities for both males and females.

- Supplier or third party agency that provides worker dormitories shall provide workers with adequate lighting, temperature, ventilation, toilet facilities, shower or bathing facilities and access to clean drinking water. Dormitories shall be clean and safe and provide emergency exits, reasonable personal space, and reasonable entry and exit privileges.

- Supplier shall provide workers written health and safety information and warnings, in the primary language(s) of its workers. Supplier shall post, in the primary language(s) of its workers, Material Safety Data Sheets that describe toxic or hazardous substances used in the workplace and properly manage the handling of all dangerous substances and machinery.

- Supplier shall provide all appropriate personal protection equipment.

- Supplier adequately trains employees on applicable local workplace safety practices, including emergency evacuation procedures. Supplier provides systems and training designed to help prevent accidents and injuries.

- Supplier maintains records of health and safety training and accidents and injuries at the workplace.

- Supplier shall establish and maintain appropriate first aid equipment at the facility and make it available to workers at all times. The location of the equipment shall be prominently marked and communicated to workers.

- Supplier provides adequate access to medical facilities, fire exits and fire-fighting and safety equipment.



# ENVIRONMENT

## Requirements

Supplier complies with all applicable environmental laws and regulations. Supplier continuously strives to improve environmental performance.

## Guidelines

- Supplier documents and maintains records of compliance with local and national environmental laws and regulations, including environmental permits and reporting requirements.

- Supplier properly handles and stores hazardous materials and waste, has a plan for dealing with discharges of hazardous wastes, and disposes of them in a safe and legal manner.

- Supplier ensures that relevant staff have been adequately informed about the company's significant environmental impacts and trained on the company's environmental management system.

- Supplier minimizes and monitors its impact on the environment where possible through a reduction in greenhouse gas emissions, energy efficiency initiatives, reduction and recycling of natural resources, including water and paper / packaging materials.

#  ETHICAL BUSINESS PRACTICES

## Requirements

Supplier conducts its business in accordance with the highest standards of ethical behavior and in accordance with all applicable laws and regulations.

## Guidelines

- Supplier complies with all applicable legal requirements, whether local or foreign, that apply to foreign operations, including the U.S. Foreign Corrupt Practices Act and the UK Bribery Act. The Foreign Corrupt Practices Act generally makes it unlawful to give anything of value to government officials, foreign political parties, party officials, or candidates for public office for the purposes of obtaining or retaining business or gaining an improper advantage.

- Supplier shall have written policies prohibiting bribery, kickbacks, corruption and similar prohibited business practices.

- Supplier must train its employees, consultants, subcontractors and vendors on the company's rules and procedures related to ethical business practices.

- Supplier does not offer or accept bribes, kickbacks or other means of obtaining undue or improper advantage.

- Supplier does not give to any employee from Mars a gift or donate on behalf of, or for the benefit of any employee from Mars, unless approved by both the relevant business segment and the regional general counsel. Any meals provided by Supplier to an employee from Mars are reasonable and appropriate in value and are provided only in the course of Supplier's business with Mars.

- Supplier will disclose to Mars any situation that may appear to be a conflict of interest, and disclose to Mars if any employee or family member from Mars may have an interest of any kind in Supplier's business or any kind of economic ties with Supplier.

- Supplier does not engage in collusive bidding, price fixing, price discrimination, or other unfair trade practices in violation of fair competition laws or antitrust laws that govern the jurisdictions in which it conducts business.

- Supplier respects the intellectual property rights of others. Supplier takes appropriate steps to safeguard and maintain confidential and proprietary information or trade secrets of Mars and uses such information only for the purposes authorized for use by Mars.

# COMPLIANCE

## Requirements

Supplier complies with the legal requirements and standards of its industry under all applicable laws, and maintains accurate books and records demonstrating compliance with such laws and these standards, to the extent permitted by law.

# OTHER RESPONSIBILITIES

## SUB-CONTRACTING

Supplier does not use subcontractors or assign to any other party its contractual obligations to Mars, without prior written approval by Mars or its subsidiaries. Prior written acceptance of this Code by the approved subcontractor or assignee is required before production begins.

## COMMUNICATION OF THIS CODE

Suppliers must inform workers about the expectations contained in this Code. This might include prominently posting the Code in the workplace in an area accessible to workers, conducting group or individual meetings to review and explain the Code, distributing explanatory pamphlets to workers, or communicating through on-line channels.

## ASSIGNMENT OF RESPONSIBILITY

Supplier assigns a senior officer to continuously monitor compliance by Supplier with this Code. Supplier shall immediately advise Mars of any relevant issues that are inconsistent with this Code. Supplier informs Mars of any violations of this Code including, if Supplier so chooses, of violations reported via a confidential whistleblowing hotline. Such programs shall protect worker whistleblower confidentiality and prohibit retaliation.

Suppliers are responsible for prompt reporting of actual or suspected violations of law, this Code and any contractual relationship with Mars. This includes violations by any employee or agent acting on behalf of either the supplier or Mars. You may report a violation via e-mail using the following address: Marsresponsiblesourcing@effem.com

## COMPLIANCE MONITORING

To measure Supplier's compliance with this Code, Mars reserves the right to conduct announced and unannounced on-site independent third-party audits of Supplier's facilities, Supplier-provided housing, operations, books, and records and conduct confidential worker interviews in connection with such audits.

Upon receipt of any unsatisfactory audit results and Supplier's failure to implement recommended corrective actions, Mars, in its sole discretion, reserves the right to suspend any purchases from Supplier until corrective actions are implemented, or to terminate its relationship with Supplier.

Suppliers are responsible for educating and monitoring their vendors, subcontractors and independent contractors.

## TRANSPARENCY

Supplier adopts a transparent approach to working with Mars, including the disclosure of relevant policies and procedures. If requested, supplier discloses the geographical location of facilities producing raw materials for Mars, as well as the origin of raw materials within the suppliers own direct supply chain. Supplier will take responsibility to implement the requirements of this Code and associated due diligence processes with those in its own direct supply chain.

We recognize that many of the issues facing manufacturers like Mars arise in the lower tiers of extended supply chains where many more suppliers are involved. It is therefore essential that our direct suppliers recognize the role they must play in promoting responsible sourcing practices with their own suppliers, including ensuring the Code's principles are flowed down to, and adhered by, lower tier suppliers and compliance monitoring takes place at all levels in the supply chain.

# REFERENCES

Mars consulted the following references:  Eco-Management and Audit Scheme

www.quality.co.uk/emas.htm

Electronic Industry Code of Conduct

www.eicc.info/eicc_code.shtml

Ethical Trading Initiative

www.ethicaltrade.org

ILO Code of Practice in Safety and Health

www.ilo.org/public/english/protection/safework/cops/english/download/e000013.pdf

ILO International Labor Standards

www.ilo.org/public/english/standards/norm/whatare/fundam/index.htm

ISO 14001

www.iso.org

National Fire Protection Association

www.nfpa.org/categoryList.asp?categoryID=143&URL=About%20NFPA

OECD Guidelines for Multinational Enterprises

www.oecd.org

OHSAS 18001

www.bsi-global.com/index.xalter

SA 8000

www.cepaa.org

SAI

www.sa-intl.org

The Mars Five Principles

www.mars.com/global/about-mars/the-five-principles-of-mars.aspx

United Nations Convention Against Corruption

www.unodc.org/unodc/en/corruption/index.html?ref=menuside

United Nations Global Compact

www.unglobalcompact.org

Universal Declaration of Human Rights

www.un.org/Overview/rights.html

UN Norms on the Responsibilities of Transnational Corporations and Other Business Enterprises with Regard to Human Rights

www.ohchr.org

This Code is aligned upon, upheld and put into action by our Segment Leaders as indicated by the signatures included with this document.

Pascal Baltussen
VP Commercial, Mars Global Chocolate

Steven Brunner
VP Global Procurement and CPO, Wrigley

Patrick Mitchell
CPO, Commercial @ Mars Transversal Team

Andrew Parton
VP Commercial, Mars Global Petcare

Brice Russell
Global CPO
Mars Inc.

Juliana Saretta
Global VP Supply and Commercial, Mars Drinks

Denis Winkler
Global VP Commercial & Supply Chain,
Mars Food

The undersigned acknowledges their understanding of, and their compliance with, all applicable laws and the above Mars Supplier Code of Conduct (Code). Suppliers are expected to take necessary corrective actions to promptly remediate any noncompliance. Mars reserves the right to terminate its business relationship with any Supplier who is unwilling to comply with this Code.

# Statement of Responsibility

After filling in the gaps, please remove the words in parentheses.

-------------------------------------------------------- (name of company), a company

legally constituted in (name of country) --------------------------------------,

with registration / license number ,  -------------------------------------------

hereby declares that it:

(a) understands and accepts the content of the  Code, included with this Statement of Responsibility;

(b) will share, with Mars and its own network of suppliers, those efforts, difficulties and achievements in implementing this  Code ;

_____ (day of week), _____ (date), _____ (year).

---------------------------------------------------------------------------------------------

(Name and position, if applicable) [Officer of the Company]

Please also identify (check which applies) whether...

O  Your company is a member of Sedex and will link its Sedex information to the Mars account

O  Your company had an external responsible sourcing audit for the relevant industry sector and location / locations completed in the last two years and will share this with Mars

**EXHIBIT GG**



MARS NA DISTRIBUTION QUALITY 2013



# QUALITY & FOOD SAFETY STANDARDS FOR TRANSPORT & STORAGE OF MARS NA SEMI-FINISHED WRAPPED AND FINISHED GOODS

## July 2013



MARS NA DISTRIBUTION QUALITY 2013



| | | |
|---|---|---|
| **QUALITY & FOOD SAFETY STANDARDS FOR TRANSPORT & STORAGE OF MARS NA SEMI-FINISHED WRAPPED AND FINISHED GOODS** | | |

| Section | Table of Contents | | Page |
|---|---|---|---|
| 1 | Introduction | 0.0 Presentation Page | 1 |
| | | 1.0 Content Page | 2 |
| | | 1.1 Introduction | 3 |
| | | 1.2 Responsibilities | 4 |
| 2 | Quality Standards | 2.1 Storage Building | 5 |
| | | 2.2 Storage Operations | 8 |
| | | 2.3 Storage Combined | 11 |
| | | 2.4 Storage Temperature and Humidity | 14 |
| | | 2.5 Storage Snackfood Maturation | 15 |
| | | 2.6 Storage Pallet and Palletization | 15 |
| | | 2.7 Pick Pallet Storage | 17 |
| | | 2.8 Transport Standards | 18 |
| | | 2.9 Trace, Hold & Release Standards | 21 |
| 3 | Food Safety Standards | 3.1 Exception Transport and Storage | 22 |
| | | 3.2 Trace, Hold & Release | 23 |
| | | 3.3 Exception Frozen Temperature | 24 |
| | | 3.4 Product Destruction | 25 |
| | | 3.5 Exception Trade Returns | 27 |
| 4 | Supplier Audits | 4.1 Warehouse & Transport Supplier Auditing | 28 |
| | | 4.2 Approval Process for New Storage Locations | 29 |
| 5 | Appendices | A Housekeeping Requirements | |
| | | B Mars NA Warehouse Inspection Guide | |
| | | C FDA Inspection Document | |
| | | D Pest Management Systems | |
| | | E Inbound/Outbound Trailer Inspection | |
| | | F Tanker Trailer Specifications | |
| | | G Border Crossing Procedures | |

MARS NA DISTRIBUTION QUALITY 2013

H  Procedure for the Import of Canadian Rice Truck Shipments
I  Procedure for the Import of Canadian Pet Food Truck Shipments
J  Mars NA Warehouse/RDC Refresher Training Requirements
K  Mars NA Warehouse Specifications
L  Mars NA Materials and Ingredient Warehousing Specification
M  Ingredient Storage Matrix
N  Mars NA Allergen Protocol for Receiving and Storing Raw Materials and Packaging
O  Mars Chocolate NA Destruction Procedures
P  Warehouse Affidavit (Verification of Compliance With Organic Standards)
Q  Mars NA Quality Manual For Organic Ingredients and Finished Product
R  Organic Dry Ingredient Handling and Storage Procedure
S  Mars NA Specific Storage Requirements
T  Mars Chocolate NA Pallet Quality Document
U  Guidelines for Regulating Wood Packaging Material in International Trade
V  Double Stacking Protocol for Shipment of Mars US Snack Products
W  Mars NA Common and Contract Carrier Specification (Transportation)
X  Container Shipping and Handling
Y  Mars NA Customer Pick Up Policy
Z  Rail Car – Dry Box Specification
AA  Warm Trailer Handling Protocol
BB  Mars NA Altitude Shipping Rules
CC  Mars Guidelines
DD  Mars NA Recoup Guidelines
EE  Mars NA Transfer Chocolate NA Incident Report Point Facility Specification

MARS NA DISTRIBUTION QUALITY 2013



**Update History:**
**July 2013 –** Updated Appendix T to clarify requirements for new wood pallets
- Updated Tanker trailer specification for wash requirements



MARS NA DISTRIBUTION QUALITY 2013

## 1.1 INTRODUCTION

The purpose of this document is to provide documentation and standards to safeguard the Quality and Food Safety of our products in the outbound pipeline. This document was developed in conjunction with Global Quality and Food Safety Requirements. Failure to comply with these standards could result in harm to the consumer and seriously affect the business in several ways including, negative media coverage, loss of business, brand damage and legal actions. The first of the Company's five guiding principles is the dedication to Quality. The associates of MARS NA share the objective of manufacturing safe, wholesome and high quality products for our boss, the consumer.

### 1.1.1 Objective

These standards are written to define the requirements for product care during transport and storage. It must be used by all suppliers of transport and storage services, including co-packers and co-manufacturers.

### 1.1.2 Scope of the document

These standards cover the handling of MARS NA semi-finished wrapped and finished product from the factory dispatch area, through the pipeline until transferred into our customer's possession.

### 1.1.3 Policy

All products must be transported and stored in such a way that the quality of the product, packaging and presentation is maintained regardless of local conditions. These standards represent the minimum acceptable standard; any deviation from the standards must be agreed in writing with National Office MARS NA Quality Manager and Distribution Quality Manager.

### 1.1.4 Approach

As a mutual benefit, we wish to work with suppliers who take a long term, professional approach and who are experts in their field. We wish to specify the results and not the method by which they are achieved. It is the supplier's responsibility to choose the most appropriate method of achieving the results that are specified. The supplier is expected to take a proactive approach and to become self-sufficient in meeting these standards. The role of MARS NA is specifying standards and auditing compliance.



MARS NA DISTRIBUTION QUALITY 2013

## 1.2  RESPONSIBILITIES

### 1.2.1  Document Distribution Responsibilities

MARS NA will provide suppliers with an electronic copy of the standards and will explain the changes to the new document if requested.  An annual audit will be conducted to ensure the suppliers are meeting and able to meet the new Standards.  MARS NA will also distribute a controlled copy for sign off with the suppliers.  All updates will be communicated electronically.

### 1.2.2.  All Suppliers of Transport and Storage Services

Suppliers are to provide transport and warehousing in compliance with these standards.  The supplier must also inform MARS NA when quality may be at risk.  Suppliers must also use tools & systems to prove regular conformance to the standards.

### 1.2.3  MARS NA Supply Sites

To ensure that MARS NA finished goods are fit for transport and storage.

### 1.2.4  MARS NA Logistics

MARS NA Logistic department will be the operational partner for suppliers. The logistic function is to also audit compliance to the standards with interim audits and to take corrective actions where necessary.  They are also responsible to monitor and ensure that agreed corrective actions are taken.  The Logistics function is to notify the Distribution Quality Manager in cases of serious and repetitive quality problems.

### 1.2.5  MARS NA Commercial

MARS NA Commercial department will be the commercial partner for suppliers.  They are to review the supplier's overall performance with Logistics and Distribution Quality and agree on corrective actions where necessary.  The Commercial department is responsible to review the latest updated copy of this document with any new supplier.

### 1.2.6 MARS NA Distribution Quality & Food Safety Department

MARS NA Distribution Quality and/or Food Safety will validate the suppliers against these standards.  They will also report audit results so that progress can be measured and appropriate corrective actions taken when needed.  They are also responsible to bring the technical support needed to MARS NA Logistics for product quality acceptability.  The Distribution Quality & Food Safety department will review and approve new warehouses and new modes of transportation from a Quality & Food Safety perspective.



MARS NA DISTRIBUTION QUALITY 2011

## 2.1 Storage Building

**Background**

All storage locations used for MARS NA finished goods must maintain the physical and organic attributes of the products stored within them. Audit checks will be performed to assess compliance with the defined standards.

Compulsory :    Quality & Food safety risk ✓    Legal    Best Practice✓

### 2.1.1 Exterior Location and Equipment

- The exterior of the building must be free of pest harborages, as well as pest attracting resources like product spillage, standing water, or fruit bearing trees, and bird nesting and roosting places. Harborage includes dense foliage, pallets, discarded equipment, building materials and waste materials.
- Trees should not overhang the roof. It is recommended that shrubbery and trees be at least 30 feet away from the building. Shrubbery and climbing vines provides hiding places for insects and rodents. Trees attract birds and provide nesting and roosting places. Trees that overhang the roof provide a rodent pathway to the roof. If shrubbery is located close to buildings, exterior monitoring should be more rigorous.
- Bird control must be maintained. Nesting and lingering must not be allowed outside of the warehouse.
- The land must be free of undergrowth for at least 30 inches around the warehouse walls. A 30 inch gravel strip (no vegetation zone), 3 to 4 inches deep, around the outside of the building is recommended. Pea gravel is the recommended material for this strip. Underlayments of weed-deterring plastic can hold moisture and provide harborage for insect pests; use of such water-impermeable barriers is highly discouraged. Where a weed barrier is required beneath the gravel, breathable landscape fabric is recommended.
- Areas under dock levelers (if present) must be clean and free of litter. These areas must be inspected and cleaned on a routine frequency to keep them clean. Dock plate seals must be intact and functional. Seals minimize spillage into the dock pit and discourage pest entry.
- The outside of the building should be equipped with **tamper resistant** bait stations containing rodenticides every 50 feet around the building perimeter and every 100 feet apart around exterior perimeter fencing. The tamper resistant stations are for safety reasons, e.g. tampering by children. The bait stations must have the following characteristics for **tamper resistance:**
    - a) Resistant to weather
    - b) Equipped with an access panel that can be secured.
    - c) Strong enough to deny access to large non-targeted species, while allowing target animals access to the bait.
    - d) Anchored securely to the warehouse, or the ground.
    - e) Equipped with an internal structure for containing baits.
    - f) Display proper precautionary statements in a prominent location to comply with all state and federal labeling regulations.
- All bait stations should be checked at least twice per month in warm weather and once per month in cold weather. Rodent activity and the condition of the bait should be documented. Rodent baits must be changed as needed. At no time will moldy, melted, insect-infested, or otherwise fouled bait be tolerated.
- Trending of rodent activity should be maintained and monitored for at least 3 years. The documentation of these inspections shall include:
    - a) Maps of all "mechanical rodent traps" (which includes Ketch-All, Tin Cats, Pro Ketch traps, and other brands commonly used throughout the pest control industry) and/or glue boards. Note: where glue boards are used, the date of installation should be clearly marked on the trap. (This



MARS NA DISTRIBUTION QUALITY 2011

   may be done on the margin or on the backside of the trap before the protective paper is used).

   b)  Maps of all external bait stations.

   c)  A log of all mechanical rodent traps/bait station inspections.

- The building must be solid and well maintained. Sandwich panel insulation (pest proof) should be used when possible. Open insulation is difficult to clean and may become infested.

- Loading and unloading areas must be clean and sheltered from the weather. Loading and unloading areas should be paved (not graveled) to minimize dust and dirt contamination inside the warehouse. Concrete paving is preferred over asphalt because rodents can burrow through and under asphalt.

- Garbage containers must be covered, kept clean, and stationed to prevent attraction of pests to the warehouse. All Garbage containers must be stationed on a concrete or asphalt pad. Insects and rodents will burrow into soil beneath these. If the concrete or blacktop is damaged where access to soil is possible, repairs must be made immediately. This practice also inhibits fly breeding.

- It is recommended that lights in the immediate plant vicinity should be located away from the building with their light directed toward the building and doorways. Low UV and low heat emitting lights should be used. Mercury vapor and metal halide lights give off high amounts of UV radiation. Insects will be attracted to UV rays because they indicate warmth.

- Air curtains are acceptable for use, however it is no excuse to keep doors open – air curtains do not repel birds! Where used, these devices must undergo a formal monthly inspection for cleanliness and functionality. These inspection results must be documented.

**2.1.2 Interior Location and Equipment**

- Lighting equipment must be protected to avoid any contamination by broken glass. Each location must have a documented and an established glass control policy. Lighting in the warehouse must be adequate to facilitate proper handling and sanitation activities. Storage areas should be illuminated to a minimum of 10 foot candles – desired (10-20).

- Dock, recoup and co-packaging areas must be illuminated to a minimum 20 foot candles – desired (20-30).

- All chemicals used/stored on site must be controlled and clearly labeled. Access by unauthorized personnel must be prevented. Hazardous material data sheets for all chemicals used on site must be available for review.

- Electric trucks are acceptable for Snack and food operations. Electric or liquid propane gas (LPG) trucks are acceptable in pet warehouses. In emergency situations, diesel or gas trucks with a catalytic converter may only be used with the prior approval of MARS NA. All fuel must be stored away from any product zone.

- The location of battery charging stations and forklift maintenance must be a ventilated dedicated area to ensure that no contamination of products by spillage or odor is possible.

- Products must never be stored in open air, direct sunlight or against hot pipes or radiators.

- Product will be stored on pallets which meet MARS NA specifications, are clean, and in good repair and never stored directly on the floor or against walls. Pet food storage is permitted on slip sheets. An 18 inch perimeter will be maintained between row stacks and walls. The 18 inch perimeter shall be maintained around all interior walls to facilitate pest control monitoring activities. FDA highly recommends that these be painted white, although there is no federal regulation requiring it. Highway yellow or even light gray is adequate; however white lines greatly facilitate sanitation, inspection, and pest control, and provide a guideline so that lift drivers know how close they are to a wall.

- Block stacked pallets must have sufficient space between to perform pest control and regular efficient cleaning.

8



MARS NA DISTRIBUTION QUALITY 2011

- There must be procedures to protect product against dust contamination during prolonged storage.
- Products must not be walked upon or used as work benches for pest control equipment or maintenance tools.
- Bird Control must be maintained. There is a zero tolerance for birds inside of the warehouse. If a bird gets into the warehouse, it must be a priority to remove the bird.
- All internal bait stations should be checked at least twice per month. Each Ketch-all should be placed around the exterior walls at a minimum of every 30 feet. Rodent activity and the condition of the bait should be documented. Trending of rodent activity should be maintained and monitored for at least 3 years. The documentation of these inspections shall include:
  a) Maps of all Ketch-all and/or glue boards.
  b) A log of all Ketch-all/bait station inspections
- Each location must have a documented, active and regular program of insect control. Trending of insect activity should be maintained and monitored for at 3 years. The documentation shall include:
  a) Maps of all pheromone traps
  b) Listing of all pheromone traps used
  c) A log of the pheromone trap checks, date of find, location of find, what was found, action taken and signature of inspector.
  d) Complete listing of pesticides used, MSDS sheets and label copies.
  e) Record of all pesticide applications
  f) Record of all insect-electrocuter checks. Insects found, location of find, what was found, action taken and signature of inspector.
  g) A copy of pest control operator's applicator certification and his liability insurance, as well as an outline of the service: pest covered, frequency of service, emergency response, etc. must be kept on file at the facility and available for review upon request.
- Cases and display pallets must not be written on or stickered without the approval of MARS NA QS.
- All doors and windows must tight fitting and be kept closed or screened in order to prevent rodents, vermin, birds, insects etc. from penetrating the building.
- Vehicle entry doors must be closed when not in use.
- Garbage containers with liners must be covered, kept clean.
- Vehicles must not be allowed to stand with the main engine running such that exhaust fumes enter the warehouse.
- Temperature and humidity control equipment shall be in proper working order. These systems must provide a uniform environment to avoid hot, cold or wet spots.
- Adequate safety and fire prevention systems shall be in place and operational.
- Segregated and specifically designated work areas are required for product recouping/product salvage work. Procedures for recouped product are to be approved by MARS NA QS as warranted.

Refer to Housekeeping Requirements (Appendix A) for further details.

**Recommended Best Practice:**
Refer to MARSSAFE Website – asset conservation manual for details on required safety training and resource material. http://www.hkt.na.mars/marsafe/



MARS NA DISTRIBUTION QUALITY 2011

## 2.2 Storage Operations

**Background**
To protect the Consumer and Customer from product infestation and contamination. To reduce business losses and outside interference by having secure premises. To comply with MARS NA Global HACCP standard.

Compulsory :   Quality & Food safety risk ✓   Legal ✓   Best Practice ✓

**General**

Specific storage requirements for materials are deemed necessary for the quality and safety of all MARS NA products.
For additional details, refer to Specific Storage Requirements (Appendix S) and/or Ingredient/Group Storage Matrix (Appendix M).

**2.2.1 Hygiene**

**All personnel must practice good hygiene procedures.**

- Personnel shall wear clean clothing while engaged with work associated with the storage and handling of product. No person will be allowed to handle product who is ill or infected with a communicable disease. No person shall be allowed to live, eat or sleep in storage areas.

- Housekeeping must be an ongoing activity throughout the facility as a primary function in the pest management and regulatory compliance. A documented housekeeping program shall be in place with up-to-date records available. This documentation shall include a log of activities that are being performed and the date they took place. This program must include storage areas and non-storage areas, such as offices, rest rooms and break areas.

- A master sanitation program must be in place and include a master sanitation schedule.   NOTE: **The sanitation program must be reviewed by warehouse management to assure that corrective action follow-up is performed.**

- Use of tobacco products, food, beverages and drugs of any kind are not permitted in storage, handling, and reconditioning areas. These activities may only take place in designated areas.

- Storage, loading and unloading areas must be kept clean.

- Storage areas must be dry and free from strong odors.

- Break rooms and toilet/restroom facilities must be regularly maintained and segregated from production and storage areas. Wash Hands' signs must be in place in all break rooms and toilet/restroom facilities. Hand drying facilities and soap (containing an anti-bacterial agent) must be provided. All break rooms and toilet/restroom facilities shall be inspected daily and cleaned as necessary. A documented record of this inspection and cleaning should be maintained.

- Use of compressed air for cleaning must be minimal.

Refer to Housekeeping Requirements (Appendix A) for further details.

**2.2.2 HACCP within warehouses, co-packers and co-manufacturer.**

In line with Mars Incorporated policy on Food Hygiene suppliers shall deliver a HACCP system (Hazard Analysis and Critical Control Points) on the basis of the following principles.

10



MARS NA DISTRIBUTION QUALITY 2011

- Analyzing the potential food hazard in a food business operation
- Identifying the points in those operations where food hazards may occur
- Deciding which of the points identified are critical to food safety – 'critical points'
- Identifying and implementing effective control and monitoring procedures at those critical points
- Review the analysis of food hazards, the critical control points, and the control and monitoring procedure periodically and whenever the food business operations change.

**NOTE:** Information & guidance on HACCP or any other subject is available from your main contact at MARS NA

### 2.2.3 Security

- Access by unauthorized personnel must be prevented.
- There must be a procedure in place to ensure external doors are kept shut when not in use.
- The site must be protected from unauthorized access 24 hours a day.
- The warehouse must have internal processes and equipment to maintain our product quality and safety in case of any breakdown in security.
- The warehouse must have established internal processes and records of all personnel entering the warehouse.
- All locations must have a documented security policy and procedures to ensure associate, product and facility security.

**NOTE:** Information & guidance on warehouse security or any other subject is available from your main contact at MARS NA

### 2.2.4 Inspections

- MARS NA reserve the right to make unannounced inspections during reasonable working hours and to review regulatory reports and records by federal, state and local officials. Inspection for compliance to GMP's shall include, but are not limited to, buildings, grounds, loading docks, storage areas, pest control records and practices, handling practices, records of product movement and tracing, personnel practices, training and facilities. (refer to Warehouse Inspection Guide)
- There must be a procedure in place to ensure all external regulatory inspections (e.g., FDA, OSHA, etc.) are communicated to the local RDM immediately and only properly trained personnel are involved in the audit.

Refer to Mars NA Warehouse Inspection Guide (Appendix B) and/or FDA Inspection Document (Appendix C) for further details.

### 2.2.5 General Pest Control

- The Supplier must have a pest monitoring and control contract in place to allow an infestation free warehouse. This pest control program must meet with local regulations.
- Only officially qualified Pest Control Operators are allowed to carry out pest control operations at our Suppliers.
- There must be a procedure that ensures actions, identified by the pest control firm, are completed in a timely effective manner.
- There must be no open baits or enclosed baits where the poison can easily escape.
- Hazardous materials data sheets must be available on site for all the chemicals used by the pest control company.
- Records of formal Management Review of Pest Control and Monitoring records/trends and corrective actions should be maintained for a minimum of 3 years. (Integrated Pest Management System)
- Note: The intent of bait station placements is to tighten up the control and monitoring the closer we come to our products.

MARS chocolate north america

MARS NA DISTRIBUTION QUALITY 2011

Refer to section 2.1 Storage Building and Pest Management Systems (Appendix D) for specific details.

**2.2.6 Trailer Standards**

Upon arrival at any warehouse, trailers must be checked against the following standards:

- The warehouse must only load vehicles that are within the temperature range required (refer to section 2.8.3 Temperature during transportation for all products).
- Must be of good overall appearance, well maintained and safe to load.
- Must be capable of and sealed in such a way that there is no risk of infestation or ingress by water, snow, dust or dirt and to prevent access to the cargo by unauthorized persons. This includes the use of drain plugs. All doors must be sealed with seal numbers listed on the BOL. (refer to Handling shipments received with broken/missing seals)
- Must be clean, dry, and free from odors must not carry any sign that implies a reduction in quality of our products or that the product may be injurious.
- All trailer inspections must be documented as to condition and status along with associate signature.
- Relevant restraining and safety equipment for the type of transport being used must be in place to restrict movement of product during transit.
- If there are any concerns with regard to suitability of the vehicle or container presented it must not be loaded.

Refer to Inbound/Outbound Trailer Inspection (Appendix E) and Tanker Trailer Specifications (Appendix F) for further details.

**2.2.7 Warehouse Storage**

- All glass products should be stored at the lowest level to minimize the potential for cross contamination in the event of glass breakage.
- A documented glass policy must be available upon request and training provided to all warehouse personnel.
- An established Allergen policy must be in place and documented and available for review upon request. All warehouse personnel must be trained to understand the impacts of allergens.
- Training records of all associates must be made available upon request.
- Annual refresher training classes are required for GMP's, allergen and glass policy reviews.

**2.2.8   Shelf-Life Extension**

Locations that are performing this operation must apply the MARS NA shelf-life extension process. Contact your MARS NA quality contact for further information

**2.2.9 Receiving Hold Products**

- Locations that receive product on FDA or Customs Hold should ensure that these products are segregated and not used until release is received. (see border crossing procedures)
- If product is received on FGS hold, the location must ensure these products are held in local systems until release is received. Contact your MARS NA quality contact for further information

Refer to Border Crossing Procedures (Appendix G) or Procedure for Import of Canadian Rice (Appendix H) or Procedure for the Import of Canadian Pet Food (Appendix I) for additional information.



MARS NA DISTRIBUTION QUALITY 2011

**2.2.10 Associate Training**

- All new associates must receive orientation training to include review of all warehouse procedures. This training must include, but not limited to glass, allergen, safety, transportation standards, hygiene, housekeeping, security, and product storage.
- Training must be verified that it is effective.
- All training records must be available for review.
- Refer to MARSSAFE Website for details on required safety training and resource material. **http://www.hkt.na.mars/marsafe** Refer to Mars NA Warehouse/RDC Refresher Training Requirements (Appendix J) for a detailed list of requirements.

**2.2.11 Management Reviews**

- Management should review and/or audit on a periodic basis all performance area results (i.e., traceability, productivity, quality, safety, security, training, pest control, etc.) and develop improvement action plans as needed. The results of these meetings should be available for review.
- A clearly defined quality policy or quality mission statement with defined objectives should be documented and posted for all associates.
- All quality documents/procedures should be documented, controlled and authorized and available for review. Documentation of associate training to these procedures should also be available for review.
-

**Recommended Best Practice**
A certification in HACCP would be best practice.

## 2.3/ Storage Combined

**Background**
The level of risk involved with the combined storage of MARS NA products varies with building design, ambient temperature, geographic location and the product groups involved. Refer to Mars NA Warehouse Specifications (Appendix K) for further details.

**Compulsory :**    Quality & Food safety risk ✔    Legal    Best Practice ✔

**General**
Combined storage of finished product groups is possible provided there is no negative interaction between the products. (See section 2.3.3 for Organic requirements)

**2.3.1 MARS NA Products**

1. For multi-product group storage in a single building, the most restrictive temperature requirements must be followed.
2. Glass should always be stored on lowest level possible.
3. The distance between dry Petfood and other food for human consumption must be maximized. (To reduce risk from taint and cross-infestation).
4. Obeying the above rules, Snack, Pet and Food may be randomly stored in racking.
5. In the pick area, Snack, Pet, Food must be separated from each other.
6. Snack, Food and Pet must not be picked onto the same pallet as each other, for storage purposes.



MARS NA DISTRIBUTION QUALITY 2011

7.  Partial pallets of the same or different product groups may be stacked upon each other prior to dispatch provided the combined weight does not damage the product or its packaging and the overall height is reasonable and safe.
8.  Snack, Pet & Food may travel in the same truck.
9.  Raw materials must never be stored in the same area as finished goods.
10. Allergen control policies must be established and annual refresher training provided.
11. Packaging can be stored in the same area as finished products providing there is no negative interaction such as odor.
12. Pet food and Snack food can be stored in the same area/building providing:
    -   The product groups are still stored as far apart as physically possible.
    -   It is not permitted to store a pallet of dry petfood, or snacks and treats directly next to a pallet of snackfood or rice.
    -   Air handling equipment must not extract air from the dry petfood storage area and blow it into the snackfood area.
Refer to Mars NA Materials and Ingredient Warehousing Specification (Appendix L) and/or Ingredient Storage Matrix (Appendix M) and/or Mars NA Allergen Protocol for Receiving and Storing Raw Materials and Packaging (Appendix N) for further details.

**2.3.2 Storage of MARS NA Products with the Products of Other Manufacturers**
Generally, we believe that our warehouse partners would only allow responsible companies and compatible products for a shared use warehouse operation. We believe that such companies would welcome discussions on product safety and that the warehouse partners will be better able to market the warehouse by demonstrating that MARS NA takes quality and food safety seriously. All arrangements for co-storage with non-MARS NA products must be agreed with MARS NA and expectations documented. Our concerns are odor, contamination, infestation, and potential increased fire risk. These risks should also be considered for dispatch and cross docking areas.

**Odor:** Where odor risks are high then products must not be co - stored in the same building. Products deemed as strong smelling and potentially high risk (i.e. odor generators) include: Soap, mentholated products, washing products (including detergents), fruit, vegetables, chemical products, rubber, tobacco or spices, toiletries.
**Contamination:** Excessively dusty products, or products that flow freely when the packaging is punctured create a risk of contamination. Dusty products must be stored in a separate area. Hazardous materials must always be separated from MARS NA products.
**Infestation:** We also have concerns about the spread of insects (flying or crawling) between susceptible products. We believe that we have considerable expertise to offer in this area. Generally, the high-risk products are cereal-based that are stored in paper packaging or all raw agricultural products, raw or dried meat and fish. MARS NA must be consulted as we do not want our products to be infested, nor do we want to be accused of infesting the products of others.
**Fire Risk:** A typical warehouse used for MARS NA products will have a specified minimum level of fire protection. The co-storage of higher risk products can seriously overload that fire protection. The following products are examples of those products that would not be acceptable in any warehouse used for MARS NA without reviewing the fire protection and written approval from MARS NA QS. Wines and spirits above 20% alcohol, petroleum products, plastic products (e.g. TVs, videos), foam products (e.g. furniture), some children's toys (e.g. Barbie dolls), flammable liquids, aerosols.

**2.3.2 Storage of MARS NA Organic Products**
GENERAL INFORMATION: The storage and handling of SOC food materials shall at all times comply with the Food Laws of the United States of



MARS NA DISTRIBUTION QUALITY 2011

America, Canada and Mexico, as well as their State, Provincial and Local laws.  Since many of SOC products readily absorb odors and are food products, the warehouse environment shall not impart off-odors or off-flavors to such products, nor expose the products to adulteration, infestation, unsanitary conditions, water damage or extremes of heat, cold and relative humidity.  Warehouse management is expected to conduct their own inspection of inbound materials and insure the warehouses' compliance with these specifications.  Warehouse Management should have knowledge of FDA warehouse inspection procedures and SOC must be notified of all inspections by a federal, state or local regulatory agency.

- Organic finished products will not be stored in the same room as meat, raw agricultural materials, or industrial, agricultural or pest control chemicals.
  Traffic patterns used for handling finished goods will not cross the traffic patterns of raw agricultural products, produce, meat, poultry, or industrial and agricultural chemicals.
- If blast freezing of meats is performed in a warehouse used for SOC products, the forklift and personnel traffic patterns and dock doors used must be separated from those used for organic products, such that no chance of cross contamination due to traffic patterns or handling procedures of equipment and personnel will exist;
- Packaged goods imparting strong odors, such as spices, soap, rubber tires, petroleum products, fragrant absorbent paper diapers, detergents, solvents or packed goods such as industrial and agricultural chemicals shall not be stored with or use the same air handling systems as those used for SOC products, except when the product has been canned or bottled.
- **Fumigation or fogging while finished goods are in the warehouse may not be carried out.  If fumigation or fogging is necessary, all SOC product must be moved to isolated appropriate storage and must not be reintroduced into the warehouse for 72 hours after the completion of the fumigation or fogging.  A formal record of all movement must be kept.**

CUSTOMER RETURN PROCEDURES: All FINISHED GOODS RETURNED FROM THE POSSESSION OF A CUSTOMER, OR ANY SOURCE OUTSIDE OF THE APPROVED SOC DISTRIBUTION NETWORK, SHALL BE HANDLED IN THE FOLLOWING MANNER:

- The licensed pest control operator, or trained designee of the warehouse shall physically inspect the in-bound product for evidence of infestation, general appearance, damaged product, product date codes and the condition of the trailer in which the return was made.  A written report of the findings and disposition will be made.
- Product which does not meet the quality specification shall not be returned to inventory.  Additional information on the proper disposal procedures are found in the Mars Chocolate NA Destruction Procedures (Appendix O).
- **PESTICIDES - While pesticides are a part of IPM for conventional products, their use is restricted with the storage of organic products. Organic products CANNOT be exposed to pesticides and must be isolated from any pesticide use and must not be returned to a treated area until a minimum of 48 hours has elapsed from the time of application.**

All areas of the facility must be kept free of any type of pest infestation.  ANY occurrence of live infestation will be communicated, as soon as it is detected to SOC Quality Assurance, or Logistics Coordinator.

**NOTE: Warehouses which store organic products or ingredients must sign a Warehouse Affidavit (Appendix P)  ANNUALLY.**

See Mars NA Quality Manual For Organic Ingredient Handling Storage Procedures (Appendix Q) and/or Organic Dry Ingredient Handling and Storage



MARS NA DISTRIBUTION QUALITY 2011

Procedure (Appendix R) for additional information.

Detailed Information can be found in the National Organic Program (NOP) website  http://www.ams.usda.gov/nop/nop/indexIE.htm

**Recommended Best Practice**
Like product storage in separate buildings would be best practice.

## 2.4 / Storage Temperature and Humidity

**Background**
The temperature and humidity ranges are designed to protect the quality attributes of the products.  Refer to Mars NA Specific Storage Requirements (Appendix S) for additional details.

| Compulsory : | Quality & Food safety risk ✓ | Legal ✓ | Best Practice ✓ | |
|---|---|---|---|---|
| **PRODUCT** | | | **TEMPERATURE** | **HUMIDITY** |
| Snackfood | | | 68°F +/- 8°F | 50% +/-10% RH |
| Snackfood | | | 40°F +/- 5°F | 55% +/-10% RH |
| Frozen Products | | | < -20°F | N/A |
| Food | | | 40 to 75°F | 50% +/-5% RH |
| Drinks | | | 40 to 75°F | N/A |
| Petfood wet Pouch | | | 40 to 100°F | N/A |
| Petfood All Others | | | 40 to 75°F | 50% +/-5% RH |

**General**
The specified product storage temperatures and humidity ranges must be maintained and recorded in all areas. Records of the storage temperatures/humidity readings must be available and the equipment must be calibrated regularly in line with the manufacturers guidelines. When products are co-stored the most restrictive temperature and humidity range will apply. Products arriving outside the specified range are considered as exceptions (see 3.1 Exception Transport & Storage)

\*\* Ice Cream storage in the factory and co-manufacturers warehouses must be < -20 degrees F
\* For dry bulk bags petfood the temperature range is + 60°F to 85°F (to avoid condensation in the bulk bag).

**Recommended Best Practice**
Snackfood is to be stored in the temperature range of 68°F +/- 5°F and 50% +/- 10% RH or stored at 40°F +/- 5°F and 55% +/- 10% RH as designated by product specifications.  Ice-cream to be stored colder than  -20°F

16

MARS NA DISTRIBUTION QUALITY 2011



## 2.5 / Storage Snackfood Maturation

**Background**
Some MARS NA products must stay at specific temperatures after production, until they have reached their optimal maturation (developing the correct product texture). Therefore, both time and temperature standards must be respected.

| Compulsory : | Quality & Food safety risk ✓ | Legal | Best Practice ✓ |
|---|---|---|---|

| PRODUCT | TEMPERATURE | TIME |
|---|---|---|
| SKITTLES | 68°F +/- 8°F | 5 days |
| M&M'S All Varieties | 68°F +/- 8°F | 5 days |

**General**
The conditions specified are appropriate only to the warehouses and transportation that are specially selected for conditioning. This is usually the warehouses used directly after production or transport used for Direct Delivery from producing site to Market warehouse. After the conditioning time the normal storage conditions apply. The receiving warehouse must check the temperatures and record at arrival.

* An alternate temperature regime for conditioning Skittles between 75°F - 85°F for 14 days may also be used in exceptional circumstances. This will require the approval of MARS NA QS.

**Recommended Best Practice**

## 2.6 / Storage Pallet and Palletization

**Background**
Good quality pallets ensure safe handling and protect against wooden/metallic pieces entering the product.

| Compulsory : | Quality & Food safety risk ✓ | Legal | Best Practice ✓ |
|---|---|---|---|

**General**
All products must be palletized in such a way that the quality of the product is maintained during storage and transportation. Palletization must be according to approved stacking patterns. These patterns are either printed directly on the cases or are available from MARS NA.
Refer to Mars Chocolate NA Pallet Quality Document (Appendix T) and Guidelines for Regulating Wood Packaging Material in International Trade (Appendix U) for further details.

MARS NA DISTRIBUTION QUALITY 2011

**2.6.1 Pallet Characteristics**
- All Pallets must be capable of being used in racked warehouses (GMA, re-built or Chep).
- One-way disposable pallets must not be used without MARS NA QS approval.
- Pallets must be clean and dry prior to use.
- No water, snow or ice or other contaminates.
- The wood must not be treated with wood preservatives containing polychlorinated biphenyls (PCP's), this must be pre-agreed with any pallet suppliers.
- No odors or physical contamination.
- No infestation
- Re-built hardwood pallets must conform to the weight and designed characteristics listed in the MARS NA Pallet Quality Document (appendix T).
- Chep rental pallets must be in line with the manufacturer's agreed quality standards.  Chep pallets must conform to the MARS NA pallet specifications.  Additional information not found in the Pallet Quality Document may be obtained from MARS NA QS.

**2.6.2 Pallet Stretchwrap**
- Stretchwrap must not be secured to corner of the pallets
- Start and finish wrap is secured within the wrap or sealed to the pallet
- There must be a sufficient amount of wrap to secure the stock, the tension should be set so no stock is damaged
- There must be no product or wrap overhang
- Wrap must not obscure the forklift entry point of the pallets nor should there be any trailing wrap
- There must be no wrap trailing or overhanging the pallet. Protective top-sheets must be secured within the pallet wrap.

**2.6.3 Pallet on Pallet Stacking**
- The number of levels for pallet on pallet stacking must be in line with the Palletization specification for each product available. If in doubt, the rule must be 1 high and checked with MARS NA QS as soon as possible.
- A barrier sheet must always be placed between the pallet and the product.  If palletized products are stacked, a barrier sheet must be placed between the pallet and product to protect the cases from contamination from the pallet.
- Due to safety, sanitation and handling issues, empty pallets stored for use must follow the same stacking criteria as other materials.  Empty pallets stored for use must not exceed 66 inches from floor to top of pallet stack.  (14 maximum for standard GMA and 12 maximum for CHEP).
Refer to Double Stacking Protocol for Shipment of Mars US Snack Products (Appendix V) for further details.

**Recommended Best Practice**



MARS NA DISTRIBUTION QUALITY 2011

## 2.7 / Pick Pallet Storage

**Background**
Some MARS NA customers require non-standard construction of pallets. Agreements with customers have priority over our standards Providing there is no risk to product.

| **Compulsory :** | Quality & Food safety risk ✔ | Legal | Best Practice ✔ |
|---|---|---|---|

**General**

- Overhang must never exceed the limit formally set by the MARS NA unit. Zero overhang or under hang is the target.
- Pallets should be built starting with the heaviest product at the bottom, working up to the lightest products at the top.
- Canned product must not be stacked on top of anything else.
- Cat litter must not be stacked on top of non-canned products.
- Heavy items must not be placed on top of jars (breaks the seal).
- Easter eggs and other fragile products must be placed near the top of the pallet.
- The pallet build must ensure stability. If in doubt, use stretch-wrap (not usually necessary for canned-only pick pallets).
- It is good practice to start picking with products that provide a stable base. This is normally achieved with full layers of a regular shaped product that fills the pallet without significant under hang.
- Do not stack cases on their sides or ends. Cases must be set square and central to the pallet base.
- Full layers of product must be presented as in the same way as used on full pallets.
- Take care with free flowing product such as dry pet food, bagged rice, etc. as one burst bag can contaminate a whole pallet.
- Wherever practical, cases of a single product should be kept together within a pallet (to make checking easier).
- Mixed code dates for an individual products are allowed, however these mixed codes must be tracked in the same way as a block of single dated product.
- Where possible, combine several low height pallets to make an acceptable full pallet conforming to the other rules in this document (fragility, stability, 5 foot max height).

**Recommended Best Practice**
0% of overhang is the target to have no refusal of our customer



MARS NA DISTRIBUTION QUALITY 2011

## 2.8 / Transport Standards

**Background**
MARS NA products must be transported at these temperatures in order to maintain their specificities. Therefore these temperature ranges must be applied.

| Compulsory : | Quality & Food safety risk ✔ | Legal ✔ | Best Practice ✔ |
|---|---|---|---|

### 2.8.1 General
The vehicle, operator and driver must comply with all laws and regulations in the cities/states/countries of operation including all customs regulations where applicable. All products must be transported in such a way that the quality of product, packaging and pallet integrity is maintained. The transport company is responsible for communicating MARS NA standards to their potential sub-contractors.

Transport operators are responsible for the correct use and control of all paperwork which must be available on inspection of the vehicle

It is the responsibility of the transport operator, driver and those undertaking loading or unloading to ensure that the vehicle is suitable and meets all local/state/federal standards as well as any other expectations of MARS NA.

The drivers must be of good overall appearance and must conduct themselves in a socially and professionally acceptable manner as they represent MARS NA.

Please Refer to: Mars NA common and Contract Carrier Specification (Appendix W) and/or Container Shipping and Handling (Appendix X) for more details.

### 2.8.2 Vehicle/Trailer Standards
- Vehicles/Trailers utilized for MARS NA products must be able to meet all requirements with respect to temperature control, cleanliness and safety.
- Must be of good overall appearance, well maintained and safe to load.
- Must be capable of and sealed in such a way that there is no risk of infestation or ingress by water, snow, dust or dirt and to prevent access to the cargo by unauthorized persons. This includes the use of drain plugs. All seal numbers must be listed on the BOL.
- Must be clean, dry, and free from odors and must not carry any sign that implies a reduction in quality of our products or that the product may be injurious (hazard chemicals signs for example)
- Relevant restraining and safety equipment for the type of transport being used must be in place to restrict movement of product during transit.
- If there are any concerns with regard to suitability of the vehicle or container presented it must not be loaded.
- All trailers should be inspected and records of the inspection available for review.
Refer to Inbound/Outbound Trailer Inspection (Appendix E) or Tanker Trailer Specifications (Appendix F) or Customer Pick Up Policy (Appendix Y) for further details.

### 2.8.3 Railcar Standards
Refer to Railcar - Dry Box Specifications (Appendix Z) or further details.



MARS NA DISTRIBUTION QUALITY 2011

**2.8.3 Temperature during Transport for all MARS NA products.**

We do not want any temperature damage to our products. The Transport Operator is responsible for maintaining air temperatures throughout the journey, irrespective of local climatic conditions. For all combined shipment the most restrictive temperature must be taken according to the table below.

Products arriving more than 5°F outside of the specified temperature range are considered to be exceptions (except frozen – Refer to Warm Trailer Handling Protocol (Appendix AA) for further details)

**Frozen Product – all routes**

The transport operator must use a refrigerated truck equipped with a temperature recorder and must record the temperature during the whole transport time. Temperature **history** must be checked at arrival before unloading. For any non-conformance, see Refer to Warm Trailer Handling Protocol (Appendix AA) for further details)

**Snackfood products**

Temperature controlled trucks (refers) must be used at all times. Temperatures must be tracked and recorded.

Refer to Mars NA Altitude Shipping Rules (Appendix BB)

**Petfood products**

The transport operator must use insulated boxes or refrigerated trucks as appropriate for the time of the year that higher temperatures can be reasonably expected. For dry bulk petfood the temperature range is + 60°F to + 85°F to avoid condensation in the bulk bags during the first two weeks after production.

**2.8.4 Snackfood Loading and Unloading,**

The nose of the trailer must be at 70°F or colder before loading can take place. Set point of reefer should be 55°F or 60°F while loading and shipping.

The loading and unloading area must be colder than 75°F.

Additionally Co-manufacturers must prove that temperature in the heart of the product is 70°F or below. The temperature set point must be written on the shipment document or bill of lading and it is imperative that the full name and signature of the driver is included.

**2.8.5 Frozen Products Loading and Unloading.**

The trailer must be at -10°F or colder before loading can take place.

The loading and unloading area must be colder than 50°F. The loading and unloading time must not exceed 20 minutes.

Additionally Co-manufacturers must prove that temperature in the heart of the product is -20°F or below. Air and product temperature must be written on the shipment document or bill of lading and it is imperative that the full name and signature of the driver is included.

**2.8.6 Combined Shipments**

- Combined shipment of MARS NA produced dry petfood with snackfood or rice is not permitted where the journey is expected to exceed 7 days.

- Combined shipment of MARS NA products with non-MARS NA product is permitted so long there is no risk of negative interaction between the products.

All operations need to be agreed with MARS NA.

Refer to Mars NA Altitude Shipping Rules (Appendix BB)

**2.8.7 Transport via Air**

Snackfood products (especially Nougat products) are damaged at high altitudes due to the interaction of low pressure, humidity and temperature.

Transportation via air is not allowed, unless agreed by MARS NA.

Refer to Mars NA Altitude Shipping Rules (Appendix BB) for Product Returns

**2.8.8 Pre-Loading**

**MARS** chocolate north america

MARS NA DISTRIBUTION QUALITY 2011

Pre-loading is acceptable if product temperature standards can be maintained and the product is traceable at all times.

**2.8.9 Organic Requirements**

GE9ERAL INFORMATION: Carriers shall at all times handle all organic traffic in full compliance with the Food Laws of the United States of America, Canada and Mexico, as well as their State, Provincial and Local laws. Since the products being shipped are organic food products, such products must be shipped separately from any products which might produce off-flavor, or compromise the organic certification. Any vehicle used to transport organic product and any shipping devices and containers employed for such transportation, shall not impart off-odors or off flavors to such products nor expose the products or the packages or containers in which such products are shipped to adulteration, infestation, unsanitary conditions, water damage, pesticides, or extremes of heat or cold.

The carrier must afford all the necessary protection to ensure that the shipment will arrive in a satisfactory condition, inline with all organic standards. All loading and pallet placement must prevent physical damage.

BILL OF LADING: The bill of lading shall provide the following information and the common and contract carriers shall comply to the listed requirements.

Required Information:

- Carrier Name
- Case Count by Item (Count by lot number is to be kept on file at the warehouse)
- Item Number and Description
- (Including the word "Organic" in all descriptions of food products)
- Required shipping temperature and any routing requirements
- Trailer Number
- Gross Weight
- Destination Name and Address
- Date Shipped
- Date Received by Carrier
- Driver Signature
- Seal Numbers
- Temperature Settings

Organic Statement Requirement:

" **Organically grown and processed in accordance with the State of California Organic Food Act 1990** "

- Organic finished products must not be shipped in the same trailer as ingredients, packaging, raw materials, non-food products or products with strong odors. Raw materials must not be shipped in the same trailer with any non-food products. Transportation of shippers with finished product from the manufacturer to the warehouse for co-packing is an acceptable practice.
- Fumigation or fogging of organic finished goods or ingredients **MUST NOT BE CARRIED OUT** under any circumstances. The use or storage of any

Revised December 2011

22



MARS NA DISTRIBUTION QUALITY 2011

chemical near SOC product will compromise its organic integrity and so declare it unusable.

**Recommended Best Practice**
Sub-contracting haulers must be within a controlled group.

## 2.9/ Trace Hold & Release Standards

**Background**

**Compulsory :**    *Quality & Food safety risk* ✔    *Legal* ✔    *Best Practice* ✔

**General**
Tracing is a critical part of the hold & release and retrieval processes for products with quality concerns. In order to analyze the risks involved, MARS NA will audit their suppliers against the required standards. The supplier must be able to trace product in a clear, quick and accurate manner within 24 hours of the request (Bio-Terrorism Act).
Note: MARS NA is transitioning to the complete use of the global batch format for traceability, however it is required, during the transition, that requests for tracing pallets based on a lot code can also be met.
The process of tracing hold and release is in section 3.2 Exception trace hold & release.

**2.9.1 Warehouse Standards:**
- Full records must be kept for the length of time, which complies, with both local, state, and Federal legislation.
- The warehouse must maintain documented procedures that clearly describe how they will meet the standards below.
- The warehouse stock management system must be capable of performing tracing, hold and release for all MARS NA USA products (finished, semi-finished, Co-manufactured, co-manufactured, re-packed and re-processed).
- The warehouse must be able to perform tracing hold and release by receiving a request by Phone, Fax, Internet, E – Mail, EDI.
- The warehouse must be able to perform tracing hold and release by receiving a request with any of the following: Batch code, SSCC, BBD with CNN, LPN.
- The warehouse stock management system must be capable of maintaining multiple hold status independent of volumes.
- The warehouse must be able to trace within a 4-hour period (even high volumes, for example more than 5000 pallets)
- The warehouse must be able to trace 24 hours a day / 7 days a week.
- For those warehouses that do not operate 24/7, there must be a tracing procedure in place (names and telephone numbers etc) for all incidents outside normal opening time.
- The warehouse must clearly identify full dispatch details, address, date of dispatch, quantities cases, transport company, trailer number, etc.

**2.9.2 Transportation Standards**
Transport suppliers must keep records of transportation to comply with all local, state and federal legislation and facilitate traceability of MARS NA



MARS NA DISTRIBUTION QUALITY 2011

products.

**Recommended Best Practice**
The standard for tracing is Batch code and SSCC.

# 3.1/ Exception Transport and Storage

**Background**
Exceptions may happen. They must be dealt with in a structured, efficient and safe manner to guarantee product safety.

**Compulsory :**    Quality & Food safety risk ✓    Legal    Best Practice ✓

**3.1.1 General**
In any situation, where quality of product might be at risk, the supplier must physically isolate the product so as not to not spread any issue and then use the contact list to inform, in writing, the local logistic manager. Via phone the warehouse and the logistic manager must agree an action plan. All incidents must be documented and must be available upon MARS NA request.

**3.1.2 Below points are applicable to all type of incidents**
- Product can be unloaded providing quality and safety is not at risk
- For transport exceptions, details must be entered on the delivery papers and signed by the driver
- Any product on hold must not be allowed to be dispatched
- Product must be isolated or removed if there is a risk of spreading the problem.
- MARS NA logistics must be informed of any possible risks of possible contamination and they will provide direction on next steps.
- Product cannot be released without decision from MARS NA QS
- If product has to be disposed of, it must be done in line with legal requirements and the formal agreement of MARS NA.
- Where MARS NA products must be destroyed due to food safety risks, policy does not allow salvage of the products for animal food. Refer to Mars Chocolate NA Destruction Procedures (Appendix Q) for additional details.

Refer to Mars Chocolate NA Incident Report Guidelines (Appendix CC) for additional information.

**3.1.3 Glass Breakage**
- The supplier must have a written glass breakage procedure. In any case of glass breakage, care must be taken not to spread the broken glass over a wider area, or cross contaminate other product. The whole area must be cleaned thoroughly, and the glass disposed of carefully.

**3.1.4 Allergen Control**
The supplier must have a written allergen policy/procedure in place and all appropriate material handling associates must be trained. Training must be documented and conducted annually. In any case of allergen cross contact, care must be taken not to spread the allergen over a wider area, or cross contaminate other product. The whole area must be cleaned thoroughly, and the affected product disposed of properly.

**3.1.5 Infestation**
On any indication of infestation the supplier must inform the local logistic manager, immediately by phone, and confirm in writing. The Pest control

24



MARS NA DISTRIBUTION QUALITY 2011

procedure in place at the supplier must be put into operation.

**3.1.6 Condensation exception**

When condensation occurs, immediate care is required to minimize damage.

Products must not be block stacked. Products must be placed in open racking to allow free air circulation.

Air blowers, and in extreme cases dehumidifiers, can be used to dry the products

When cold products are moved into warmer / moister air, condensation may take place if the temperature difference is great enough.

Frozen Nougat Product must be off-loaded to a 40F storage area and maintained at 40F for a minimum of 48 hours.

**Recommended Best Practice**

Learning's from all exceptions must be taken into account and must lead to policy or process changes by the supplier.

# 3.2 Trace, Hold & Release

**Background**

The operation of tracing, holding and releasing product must be a simple, documented and a well communicated system in the warehouse.

**Compulsory :**    Quality & Food safety risk ✔    Legal ✔    Best Practice ✔

**General**

**There is an agreed process between MARS NA and the supplier to process of tracing, hold and release, agreed with the warehouse.**

**3.2.1 Hold**

In the event of a hold the warehouse  will receive a request via Phone, Fax, Internet, E – Mail, EDI with:

* Unique hold number
* Item Code
* Product name and item number
* Best before dates and additional information e.g. shift codes
* Batch-code (where already in use)
* Number of cases
* Pallet numbers / SSCC.

**Within 1 hour:**

* Confirm receipt of hold  – ensuring sufficient information has been provided

**Within 4 hours**

* Confirm product still under their control has been placed on hold against the unique hold number and where relevant action has been taken to segregate.

25



MARS NA DISTRIBUTION QUALITY 2011

- Confirm product that has been received but dispatched onward. This confirmation must include date of dispatch, destination, delivery details, quantities and where relevant, any new pallet numbers product was dispatched on. Confirm product that is unknown or not yet received

**3.2.2 Release / Closing of Hold**
- In the event of release or closure of a hold the warehouse will receive detailed communication on action to be taken i.e. release, disposal etc.
- The warehouse must then be able to undertake the following tasks on receipt of a release / closure request.
**Within 1 hour**
- Confirm receipt of release / closure - ensuring sufficient information has been provided
**Within 4 hours**
- Confirm relevant action has been taken i.e. product released, allocated for disposal etc.
**Recommended Best Practice**

## 3.3/ Exception Frozen Temperature

**Background**
Exceptions may happen. They must be dealt in a structured way, based on an efficient and safe manner to guarantee product safety.

**Compulsory :**   *Quality & Food safety risk* ✔   *Legal* ✔   *Best Practice* ✔

**General**
In any situation, where quality of product might be at risk, the supplier must inform the RDM or local logistic manager, immediately by phone, and confirm in writing. All incidents must be documented and must be available on MARS NA request.
The warehouse must perform all the temperature checks. All records must be written on the delivery records, with full name and signature of the driver.
Refer to Warm Trailer Handling Protocol (Appendix AA) for detailed information.

**3.3.1 Transport Exception procedure performed by the warehouse at arrival of the truck.**

- **If the product has been transported between -20°F and -15°F air temperature**, product can be unloaded and checked If core temperature is <-15° F, product is deemed conditionally acceptable. The air temperature must be recorded on the delivery records and signed by the driver. Note: All conditional approvals require Burr Ridge QS Manager approval.

- **If the product has been transported between -0°F and 10°F air temperature**, product temperature must be checked before unloading.
  - If the **product** temperature is between -5°F and 0°F, product can be unloaded and the products are acceptable for sale.
  - If the **product** temperature is between 0°F and 5°F, product can be unloaded but must be put on hold.
  MARS NA will inform the supplier if the products are acceptable for sale.



MARS NA DISTRIBUTION QUALITY 2011

- **Missing communication/records of temperature history, MARS NA will consider that the whole load is un-salable and must be destroyed. No further investigation will be needed. No salvage value will be accepted.**

### 3.3.2 Storage Exception

- In case of temperature breakdown during storage, the warehouse must inform MARS NA (Burr Ridge QS Manager) immediately and apply their internal incident management process.

**Recommended Best Practice**
Procedures are followed and actions are completed in a timely manner

## 3.4 Product Destruction

**Background**
MARS NA products are an easy source for re-selling on secondary markets (flea markets, etc). To eliminate the possibility of product return into the pipeline, product must be disposed in a structured and safe manner following MARS NA protocols.

**Compulsory :**    Quality & Food safety risk ✓    Legal ✓    Best Practice ✓

**General**
All disposals/destructions must be executed according to MARS NA Destruction Policy (Appendix O). All product destructions must ensure that all MARS NA products are defaced (ie., ensure the materials cannot be recognized as a MARS NA product) and can not be used as originally designed.
- **For all routine** destructions, such as small damages from warehouses operation, the local warehouse must have a process in place to dispose of these products.
- **For exception** disposals, suppliers must have an effective disposal procedure to eliminate the possibility of product return into the pipeline. All documents related to a destruction operation must be submitted to MARS NA. It is up to MARS NA Quality Services to decide if there is a need for a MARS NA associate to physically witness the destruction. MARS NA local manufacturing sites needs to be informed of all destruction operations. MARS NA QS will approve the salvage operator prior to first use.
   There are two basic categories of disposal:
- Non Food Safety Risks – Product posing no potential significant health risks but otherwise unacceptable. Warehouse "damages'" or "outdated" are normally in this category.
- Food Safety Risk – Product that poses a potential significant health risk.
The supplier is responsible for the safe storage of all condemned product. MARS NA will oversee the destruction of products when food safety or external relations risks are high.
Refer to Mars Chocolate NA Destruction Procedures (Appendix O) for additional information.



MARS NA DISTRIBUTION QUALITY 2011

**3.4.1 Disposal of non-saleable product posing no potential food safety or health risk.**
For example, underweight, over-age, wrong wrappers, poor quality attributes, warehouse "damages" and trade returns, etc.
This destruction may be achieved by incineration, cutting, crushing, or the use of a visible and permanent dye; or for greater security, a combination of these. Return of the product to the original supplying MARS NA unit, should be considered when this increases the certainty of destruction, or reduces the External Relations risk that product destruction may entail. Depending upon the situation, the product may be deemed acceptable for animal food. See section 3.4.4 below for details.

**3.4.2 Disposal of non-saleable product posing a significant food safety, health, or external risk.**
For example, a significant, physical, chemical or microbiological contamination.
**Landfill**
**3.4.3. Landfill - Deep burial**
- Verify the burial site before a large scale destruction to ensure that all is in order. Ensure the site is an approved disposal site. Extra vigilance must be applied to ensure the total disfigurement of the product, such that there is **no** chance of packs being recovered. Recovery for animal food will not be permitted.
- A MARS NA associate must be present for the loading of the product at the warehouse; travel in or escort the transport vehicle, and supervise the unloading and complete destruction of all product. The MARS NA associate must provide the appropriate signed documentation to all affected departments with all relevant data (accounting, QS, logistics, etc.). Photographs of the operation should be taken, with on-screen date if possible.
- Use a licensed disposal contractor.
- Check that security at the site is good; to prevent unwanted observers and scavengers.
- If necessary, open the cases to make destruction more certain.
- Plastic stretchwrap, sacks and cartons should be cut with a knife.
- A mechanical digger / bulldozer should run over the products frequently, (not just when the hole is filled).
- Use a brightly colored food dye to mark the products; green or violet are commonly used to denote condemnation.
- Ensure that the crushed products will be covered by at least 3 feet of earth or other waste. The digger should then compact the top layer to make excavation by scavengers more difficult.
**Incineration** may also be used if available. Ensure the location is able to handle the destruction and is a certified operator.

**3.4.4 Sales to Animal Food Processors**
There must be a contract with the salvage operator specifying how the product will be used and what security measures will apply to prevent misuse.
The contract will require confidentiality on the source of the product, and specify that it may not be used for human food. MARS NA will approve the salvage operator.
Products sent to the approved operators should be marked (at case, tray or sack level) to improve detection of any misuse and all destruction records returned to MARS NA after destruction.
Audits of animal food processors should be conducted annually to ensure compliance to contract specifications.

28



MARS NA DISTRIBUTION QUALITY 2011

**Recommended Best Practice**

## 3.5/ Exception Trade Returns

**Background**
If product is returned safe return management procedures must be in place locally to make sure that only conforming product are returned into good stock.

**Compulsory :**    *Quality & Food safety risk*    Legal ✔    *Best Practice* ✔

**General**
Products from sources outside of Masterfood's control must be kept isolated from the main storage area until confirmed to be in an acceptable condition for further use. Products must be dealt with immediately at return to minimize risk of potential infestation.

**3.5.1 Refused Delivery**
If product has been refused by the customer, the following procedure applies :
- When returning to a RDC warehouse, a 4 face check of the pallet must be done by the warehouse to ensure the pallet has not been physically damaged
- If seal has been broken upon receipt, additional inspections will be required.
- BBD has to be checked to assess if still within saleable range
- Temperature records during transport must be checked for frozen products. If temperature went out of specification. Refer to Warm Trailer Handling Protocol (Appendix AA) If these checks do not show any problems, product can be returned into saleable stock.

**3.5.2 Returns from Pipeline**
We consider a return to be any product which has been out of MARS NA control.
This product must be unloaded and stored in a dedicated area, isolated from all other MARS NA products.
Products must be sorted to ensure the safety & quality remained within our standards.
MARS NA return procedures must be followed.
Refer to Mars NA Recoup Guidelines (Appendix DD) and Mars NA Transfer Point Facility Specification (Appendix EE) for further details.

**Recommended Best Practice**
Do not except trade returns directly into storage locations



MARS NA DISTRIBUTION QUALITY 2011

## 4.1 Warehouse & Transport Supplier Auditing

**Background**

To ensure product quality and safety is maintained through the all pipeline, MARS NA will audit their suppliers. Via these audits, MARS NA will also develop a strong partnership, for a mutual benefit

| **Compulsory:** | *Quality & Food safety risk* ✔ | *Legal* | *Best Practice* ✔ |
|---|---|---|---|

**General**

To ensure compliance with the standards, in all storage locations. MARS NA will audit suppliers using a questionnaire based on these standards.

Refer to Mars NA Warehouse Inspection Guide (Appendix B) for further details.

**4.1.1 Frequency**

Suppliers will be audited at intervals agreed upon by MARS NA (generally annually unless issues are present).

Interim audits will be timed and agreed upon with MARS NA to monitor progress against any improvement action plans.

**4.1.2 Supplier Audit Process**

The auditor will agree an audit date and invite relevant parties.

A completed audit conformance report will be shared and priorities for any remedial action will be agreed with all parties. The supplier will then propose an action plan to MARS NA. Logistics will insure the corrective actions are completed.

**4.1.3 Shared user storage Location**

All shared storage location are defined as having a high Quality & Food Safety risk.

**Recommended Best Practice**



MARS NA DISTRIBUTION QUALITY 2011

## 4.2/ Approval Process for New Storage Locations

| Background | | | |
|---|---|---|---|
| **Compulsory :** | *Quality & Food safety risk* ✓ | *Legal* | *Best Practice* ✓ |

**General**

All new storage location requires approval from MARS NA.

**4.2.1. Process of Approval**

- MARS NA audits the proposed locations:
  - Full audit, with results and action plan agreed between the supplier and MARS NA.
  - Define the level of risk at the site that determines the minimum frequency of operational interim compliance audits to be executed.

- Agree 85% compliance to the Standard is the minimum acceptable level and must include full compliance to the key critical questions minimum requirements. (ex. meeting the tracing standard ).

- MARS NA will provide the technical back up training and expertise.

- The storage location will transition to an annual audit, when the corrective action plan is complete.

- Under no circumstances must any storage space be used without clearance from MARS NA QS.

Revisions
**December 2011** – Changed Company name from Mars Snackfood US to Mars Chocolate North America

Revised December 2011

MARS NA DISTRIBUTION QUALITY 2011



# Appendix A
Referenced in Sections 2.1.2 and 2.2

## Mars NA
## Housekeeping Requirements

**HOUSEKEEPING REQUIREMENTS:**

1.  Housekeeping must be an on-going activity throughout the facility as a primary function in pest management and regulatory compliance.

2.  At least one associate should be designated as having the primary responsibility for housekeeping.

3.  A documented housekeeping program shall be in place with up-to-date records available to Mars, Inc. This documentation shall include a log of activities that are being performed and the date they took place. This program must include storage areas and non-storage areas such as offices, rest rooms and break areas. **The sanitation program must be reviewed by warehouse management to assure that corrective action follow-up is performed.**

4.  An 18 inch perimeter shall be maintained around all walls. This perimeter should be painted white and must be kept clear of trash, products, equipment, dust, grease, extraneous materials or any objects other than pest control equipment.

5.  The 18 inch perimeter shall be easily accessible at all times for cleaning and pest control inspections.

6.  **The warehouse must have an action plan to manage spilled products.** Spilled product must be cleaned up immediately. This includes, but is not limited to, finished product spills behind racking and between storage rows.

7.  A daily inspection to locate damaged products is required. Damaged products are to be removed immediately. Documentation of daily inspections must be available for review upon request.

8.  Ceilings, walls, fixtures, conduits, piping, cracks, crevices, corners, edges, ledges, supports, and electrical boxes must be kept free of accumulated dirt and dust build-up.

9.  All equipment in all areas of the facility must be free of accumulated grease, oil, glue, dirt or dust build-up.

10. Adequate trash receptacles with covers must be located throughout the facility. Trash cans must have liners and be emptied and cleaned at least once per day.

11. The compactor or dumpster shall be emptied on a regular basis (minimum weekly) to avoid odors and to prevent pest attraction. **Dumpsters and other trash cans must be covered to prevent attraction of pests.**

12. The area around the compactor or dumpster shall be **inspected daily and cleaned as necessary**. This includes cleaning up spilled finished product at the dumping area. The area under the compactor shall be cleaned each time the compactor or dumpster is emptied. Documentation of daily cleanings and results must be available for review upon request.

13. All nonessential materials and equipment shall be removed from operation and storage areas.

MARS NA DISTRIBUTION QUALITY 2011



14. Break rooms and rest rooms shall be **inspected at least daily and cleaned as necessary**. Documentation of daily cleanings and inspections must be available for review upon request.

15. Eating, drinking, smoking, and the use of any tobacco products shall be limited to break rooms, or office areas.  These activities shall not be permitted in any of the operations areas. **(Note rest rooms have been removed as an acceptable area for eating, drinking and tobacco use)**

16. Personal hygiene of employees handling Mars, Inc. products must be maintained to the standards required by the FDA for food grade facilities.  Personnel must wear reasonably clean clothing, including shoes and a shirt.  **It should be noted that co-pack and co-manufacturing operations which may occur in the warehouses have separate requirements.  These requirements are currently unit specific.**

17. Each warehouse must have a program to inspect, clean and maintain cracks in the floor.

18. Vacuum cleaners must be cleaned **daily** and stored clean. Documentation of daily cleanings and results must be available for review upon request.

19. Compressed air usage for cleaning must be at a minimum and avoided if possible.



## Appendix B
Referenced in Sections 2.2.4 and 4.1
**Mars NA**
**Warehouse Inspection Guide**

**GENERAL INFORMATION**:

The purpose of this document is to elaborate the requirements referred to in the North American Warehouse Quality Manual (NAWQM). Regional Distribution Managers (RDM's), warehouse operators and auditors from the manufacturing units should use these guidelines to develop, maintain and review the warehouse quality systems and promote continuous quality improvement. These guidelines are a point of reference for implementation of broad standards such as GMP (Good Manufacturing Practice).

The scope of the document includes contracted warehouses such as RDC's, Truckload Warehouses, Overflow Warehouses, Transfer Points and Field Warehouses. Specific quality systems will vary between different types of warehouses depending upon factors such as transactional computer systems and size of the warehouse. Regardless of the type of warehouse, compliance to the following standards is required at all warehouses.

This document is divided into the following sections:

- General Requirements - Overview
- Audit Initiation and Set-up
- Grounds
- Buildings
- Product Storage and Handling
- Storage Areas
- Storage and Handling Practices
- Commingling
- Product Destruction Procedures
- Regulatory Inspections
- Personnel Hygiene and Facilities
- Pest Management and Sanitation
- Review of Previous Audits
- Exit Interview
- Warehouse Audit Report
- Follow-up

**GENERAL REQUIREMENTS – OVERVIEW:**

1) All doors and windows shall be tight fitting and water tight, and shall be an effective barrier to insects, rodents, vermin, and birds.

2) Walls, ceilings, roofs and floors shall be clean and undamaged. Roofs shall not leak. Interiors shall be dry, free of trash, debris, mold, mildew, off-odors, grease, vermin, rodents, and insect

MARS NA DISTRIBUTION QUALITY 2011



pests.  Storage areas should be properly lit to facilitate sanitation, pest control and warehousing operations.

3)  Product will be stored on pallets which meet Mars US specifications, are clean, and in good repair.  There will be no direct floor storage and 18 inch perimeters will be maintained between row stacks and walls.  Pet food storage is permitted on slip sheets.   An 18" perimeter does not have to be maintained in freezer areas, but a product sanitation program must be in place to prevent buildup of materials under and behind pallets.

4)  Personnel shall wear clean clothing while engaged with work associated with the storage and handling of product.  No person will be allowed to handle product who is ill or infected with a communicable disease.  No person shall be allowed to live, eat or sleep in storage areas.

5)  Use of tobacco products, food, beverages and drugs of any kind are not permitted in storage, handling, and reconditioning areas.

6)  Temperature control requirements shall be met.  Temperature and humidity control equipment shall be in proper working order.  These systems must provide a uniform environment to avoid hot, cold or wet spots.  Temperature monitoring must be documented and demonstrate control to specifications.  Refer to **Specific Storage Requirements** for additional details.

7)  Adequate security, safety and fire prevention systems shall be in place and operational.

8)  Records of training, maintenance, temperature/humidity control, sanitation, pest control, external inspections, etc. should be maintained and available for review.

9)  The warehouse must also have available for review all fire inspections, insurance records, licenses, etc. required by local, state and federal regulations.

10) Damaged and/or customer return goods for any reason are to be shipped to the nearest RDC for disposition.  Product destructions or salvage/recoup operations are not permitted by transfer point management or personnel.

11) Segregated and specifically designated work areas are required for product recouping/product salvage work.  Procedures for recouped product are to be approved by the Companies as warranted.

   a.  New shippers (finished packages of goods) are to be code dated identical to previously code dated shippers.

   b.  Hand stamped in the designated area/areas of shippers/bag.  Hand written code dates are unacceptable.

   c.  Partial cases of confectionery, pet foods, rice products and frozen products may be recouped.

   d.  Broken cartons of confectionery products, and broken bags or boxes of pet food, rice, confectionery or other containers and broken cartons of frozen product are to be destroyed.

12) Reclamation center product that is returned may be destroyed at/by the transfer point per the current, approved "**Transfer Point Manual (Appendix EE)**."

13) Frost and ice on the walls, ceilings, and/or floors should be minimal in a frozen storage warehouse.  Presence of frost indicates a leak of moist air into a freezer.



14) Finished product movement, into or out of frozen trailers, should be performed in a timely manner.  The finished product should     remain in the refrigerated dock area less than 20 minutes.

15) All Trailers shall be inspected before loading.  They shall be clean, free of debris, infestation and off-odors.  For frozen products, the refrigerated units shall be able to maintain temperature during transport at -20°F.  Trailers should not be loaded if the finished product quality could be compromised.

## AUDIT INITIATION AND SET-UP:

### Discussion

Audits of RDC's, Demand Fulfillment Centers are performed on an annual basis.  RDC's are also participating in a bi-annual self audit program.  Truckload Warehouses (TW's) audits are performed on a semi-annual basis.  These warehouses are the center of the Mars, Inc. distribution system.  For an audit to be effective, it is important for key personnel to accompany the auditor.  For this reason, audits are performed by Mars, Inc. on an announced basis.  The RDC's should welcome inspections at any time for sanitation, product evaluation and other business reasons as these inspection help foster continuous quality improvement.  Inspections (internal and external) are valuable to help the warehouse and the manufacturing units to identify areas for improvement.

Inspections do not require any notification, but courtesy should be practiced.  Inspections must not be called audits.

### Notification:

The minimum notification for an audit is one week, but more notice may be needed for key personnel to be available for the audit.  The auditor initially determines an audit date(s) to perform the warehouse audit based upon the designated schedule for each warehouse.  The auditor should have alternative dates in case the primary date is not appropriate.

The auditor calls the RDM to schedule an audit with the warehouse.  The focus of the audit should be discussed with the RDM.  The RDM should verify availability of key personnel for the audit with the warehouse operator.  The RDM and the auditor determine an appropriate date for the audit.  Either the auditor or the RDM should call the warehouse manager to notify him/her of the audit date and agenda.

Upon arrival at the warehouse, the auditor should present himself/herself to the warehouse management and state the focus of the audit.  The agenda should be discussed at the opening meeting.

It is important for the warehouse to know the scope of the audit.  For example, an audit of accountability, FIFO and ATLAS/MARC functions will require a different set of warehouse associates' input than a sanitation and pest management audit.  An audit which encompasses all of these functions will require more time and coordination.

### Auditor Qualifications

The lead auditor must be an associate who has been trained to audit Mars, Inc. contracted warehouses.  Transfer Points may be audited by designated, trained RDC or TW employees who have been trained to audit Mars, Inc. contracted warehouses.

MARS NA DISTRIBUTION QUALITY 2011



## WAREHOUSE GROUNDS

The auditor should walk around the entire perimeter of the warehouse building.  The grounds around the perimeter of the building should be free of obstructions and all areas should be accessible.  The following items are considered while walking the outside perimeter:

### Requirements

1) Warehouse grounds must be well drained and free of foliage, discarded equipment, lumber, wooden skids, litter, waste, refuse, uncut weeds, or any conditions which would promote rodent or insect attraction or harborage.  Birds must not be allowed to nest against the warehouse.

2) Exterior monitoring for pests or their harborages and attractants must be performed as part of the pest management program.

3) Garbage containers must have liners, be covered, kept clean, and stationed to prevent attraction of pests to the warehouse.

4) The exterior of the building must not have obvious openings (cracks and holes) that will allow pests access into the building.  Doors, windows and vents must be tightly sealed.

5) Roof openings such as exhaust fans, air handling systems, must be screened, filtered, etc. and designed to prevent the entry of outside contaminants such as water, odors, insects and dust.

6) A 30 inch (75 cm) inspection perimeter must be maintained next to the walls of the warehouse.  This perimeter must be clear of debris, equipment and foliage.

### Recommended

1) Garbage containers should be stationed on a concrete or asphalt pad.  This practice inhibits fly breeding.

2) It is recommended that shrubbery and trees be at least 30 feet away from the building.  Shrubbery provides hiding places for insects and rodents.  Trees attract birds and provide nesting and roosting places.  Trees that overhang the roof provide a rodent pathway to the roof.  If shrubbery is located close to buildings, exterior monitoring should be more rigorous.

3) A 30 inch (75 cm) gravel strip 3 to 4 inches (8 - 10cm) deep around the outside of the building is recommended to discourage rodent burrowing.  Pea gravel is recommended because it is very hard to tunnel through and will not stack.

4) Loading and unloading areas should be paved (not graveled) to minimize dust and dirt contamination inside the warehouse.  Concrete paving is preferred over asphalt because rodents can burrow through and under asphalt.

5) It is recommended that lights in the immediate plant vicinity should be located away from the building with their light directed toward the building and doorways.  Low UV emitter lights such as low pressure sodium lights should be used.  Mercury vapor and metal halide lights give off high amounts of UV radiation.   Insects will be attracted to UV rays because they indicate warmth.

6) Sandwich panel insulation should be used when possible for roof opening caps, etc.  Open insulation is difficult to clean and may become infested.

MARS NA DISTRIBUTION QUALITY 2011



Notes:

- The auditor should indicate in the audit weather conditions for the previous 72 hours.  This information may be useful in the follow-up part of the audit.

- The auditor should verify the presence of pest control equipment around the perimeter of the building.

- In some cases it is not prudent or legal to use bait stations, such as in residential areas.


## BUILDINGS

### *Requirements*

1) An 18" perimeter must be maintained for each room of the building.  This is a good indication of the overall sanitation and housekeeping practices of the warehouse.  The absence of an 18" perimeter, or the presence of spilled product, dirt and dust on the perimeter, indicates that too little emphasis is placed on sanitation.

   Note (1):  In frozen storage ($< 0^{o}$F), it is acceptable if rodent control devices are not present on the 18" perimeter in the racked areas, however all areas must be accessible for inspection and sanitation.  Although unlikely, rodents can survive subzero temperatures.

   Note (2):   Pest monitoring traps (Ketchalls, glueboards, Tin Cats, etc.) must be in place on the perimeter of convertible freezers.  If Mars, Inc. products are stored in $40^{o}$F or $70^{o}$F rooms and all other areas are at frozen conditions, mice will tend to move into the warmer space.

2) Walls and floors must not have cracks which contain spilled food materials and/or pests.  It is understood that cracks develop in a structure over time, therefore an active crack maintenance program must be in place to prevent ingress and harborage of insects and rodents.  The program must include and adequate combination of sanitation, inspection, pesticide treatment and repair.

3) Piping, conduits and racking must be designed or managed to prevent accumulation of dust and spilled product.

   Note (3):  Any horizontal surface such as angle iron will collect dust, provide a rodent runway and a harborage for insects.

4) All exterior doors and windows must be tightly sealed (look for light).  Dock doors must seal tightly when closed.  Dock plates (if present) must be tight to prevent rodent and pest entry.

   **Note** (4): Mice can squeeze through a 1/4" space.

5) When not in use, dock doors must be closed or screened.

6) The warehouse must be able to demonstrate that temperature and relative humidity are maintained to specification.  (See Storage and Handling Practices).

7) Lighting in the warehouse must be adequate to facilitate proper handling and sanitation activities.

MARS NA DISTRIBUTION QUALITY 2011



Note (5): The auditor should visually observe the lighting in the dock areas, warehouse aisles and repackaging areas. The auditor should state whether the lighting appears to be adequate for daily warehousing and sanitation activities.

8) Recoup and co-packaging areas must be illuminated to a minimum 50 foot candles

9) Light fixtures in recoup and co-packaging areas must be protected to contain any glass if broken.

10) A policy to limit glass from the warehouse must be in place and enforced. Any broken glass from light fixtures or other sources must be cleaned-up immediately and completely. This glass/hard plastic policy must address all potential issues and annual training.

11) A documented work instruction must be available for clear communication of the broken glass clean up procedure.

12) Areas under dock levelers (if present) must be clean and free of litter. These areas must be inspected and cleaned on a routine frequency to keep them clean.

### Recommendations

1) The 18" perimeter should be painted white and kept clean at all times.

2) It is strongly recommended that walls are sealed or made of smooth, non-porous materials.

Note(6): Walls should be impervious to moisture, non-porous, flat, smooth and resistant to wear. Plywood or pressed wood interior walls are difficult to seal because of their continual expansion and contraction. Unsealed walls may become a haven for bacteria, mold and yeast spores. If concrete block walls are used, they should be adequately capped and sealed the day they are made. The pores of concrete block will support bacterial and insect growth - particularly when moist. Porous building materials also reduce fumigation efficiency because a good seal is difficult to obtain. Pores also cause a safety hazard in case of fumigation since they will absorb fumigant and release the gas over time.

3) False ceilings should not be used.

Note (7): The area above these can quickly become inhabited by pests. If a drop ceiling is used, it should be constructed similar to another floor and completely sealed. The area should have slightly positive air pressure to avoid dust infiltration. Monitoring for pests is imperative if a false ceiling is used.

Note(8): In a freezer, frost indicates an air leak into the freezer.

## PRODUCT STORAGE AREAS

### Requirements

1) There must be an adequate program to maintain the structure and sanitation of the storage areas. The requirements for sanitation and housekeeping are detailed in the North American Warehouse Quality Manual - Standard Action Guidelines - Housekeeping. These requirements must be met.

2) Severely damaged products must be removed from the racks immediately and recouped or destroyed as appropriate.



Note(9) - Severe damage is considered to be:  exposed product, pallets which pose a safety hazard and pallets of product which, if left in the rack, may cause additional product damage.

3)  Aged product must be properly dispositioned and removed for disposal.

4)  Wooden pallets (skids) must meet the requirements of the specification for Wooden Pallets.  Refer to **Mars NA Pallet Specifications** for further details.

5)  Products must not be infested nor show signs of infestation.

6)  Roofs and skylights must be free of leaks.  Leaks which affect products are considered critical and must be addressed immediately.

7)  All products must be stored with a slip sheet between the floor or pallet and the product cases.

8)  Temperature & R.H. must be maintained in accordance with the Warehouse specification.  Temperature and R. H. must be monitored and <u>documented</u> at least daily in climate controlled warehouses.

9)  Temperature sensitive products (snack foods) must not be stored in direct sunlight.

### _Recommended_

1)  It is recommended that temperature and R.H. are monitored and recorded in dry storage warehouses as a part of the pest management program.

## STORAGE AND HANDLING PRACTICES

### _Requirements_

1)  The warehouse must have a systematic process to manage product rotation to meet Mars, Inc. requirements.

2)  The warehouse must have a systematic process to maintain accurate inventory count by item and code date.

3)  The warehouse must have a method to prevent movement of product which is not authorized for shipment.

4)  The warehouse must have a system to inspect incoming shipments at receipt.  The system must verify quantity, code date, count and condition of product.

5)  Stacking heights for non-racked storage must be maintained as specified.  A list of stacking height requirements is found in the Specifications section of the North American Quality Manual.  More detailed requirements are available from the units.

6)  If the warehouse is authorized to recoup or co-package product, there must be a separate area and adequate procedures to handle this process.  See **Recoup Requirements and Procedures** for further details.

MARS NA DISTRIBUTION QUALITY 2011



7) Co-packaging requirements are unit specific. The QS group for each Unit is responsible for the standards for co-packaging.

## COMMINGLING

### *Requirements*

1) Finished goods must not be stored with raw agricultural products nor shall the traffic patterns used for handling finished products cross traffic patterns of raw agricultural products. Raw products include meat, raw vegetables, raw nuts, and other products which may contaminate finished goods with microbial pathogens or pest infestation. Commingling is discussed in more detail in the North American Raw Materials Storage Specification in this manual.

2) Mars US products must be properly separated from scented products (soaps, detergents, feminine hygiene products, tires etc.).

3) Non-food products must be adequately segregated from food product storage. Separation is dependent upon the nature of the non-food items. Minimum separation is generally an aisle or rack (8 to 10 feet) for low risk items of known history. In general, non-food items are not handled in compliance with GMP before they arrive at the warehouse.

4) Rice and snackfood products must be adequately separated from pet food products. Ten (10) feet is considered minimum separation.

5) Potentially hazardous or toxic materials (e.g. pesticides, cleaning materials, batteries, etc.) must be segregated from Mars US product storage areas.

## PRODUCT DESTRUCTION PROCEDURES
### *Requirements*

1) Warehouses which are authorized to perform product destruction for Mars, Inc. must follow the procedures set forth in the NAWQM.

2) RDC's and Truckload warehouses are the only warehouses which are authorized to perform product destruction for Mars, Inc.

## REGULATORY INSPECTIONS
### *Requirements*

1) The warehouse must have a plan to manage regulatory inspections such as an FDA inspection or Department of Health inspections.

2) The plan must conform to the requirements in the NAWQM.

3) The warehouse must have designated associates and back-ups who are trained to manage a regulatory inspection.



4) The Regional Distribution Manager and primary Mars US unit QS contact must be notified immediately when there is a regulatory inspection.

## PERSONNEL HYGIENE & EMPLOYEE FACILITIES

*Requirements*

1) Warehouse associates must dress in clean clothing including shirt and shoes. Clothing or lack of clothing must not contribute to unsanitary conditions.

2) Eating, drinking and use of tobacco products in the product storage areas must be prohibited.

3) Warehouse personnel must handle products to minimize damage.

4) Rest rooms and designated break areas must be provided for employees.

5) Rest rooms and break areas must be separate from storage areas. Break areas located in the storage space are not acceptable. Food, drinks and tobacco products must be prohibited from food storage and handling areas.

6) Rest room doors which open into the warehouse must be fitted with self closing devices.

7) Rest rooms and break areas must be functioning and maintained in a sanitary condition.

8) Rest rooms must have proper sanitary facilities such as hot water and hand washing soap, towels and toilet paper.

9) Trash and recycling containers must have liners, be covered and emptied regularly (minimum daily).

10) There must be signs posted instructing employees to wash hands before returning to work.

*Recommended*

1) Vending machines in the warehouse constitute an infestation risk and should not be located in the warehouse. If located in the warehouse, sanitation is critical. The machines must be cleaned regularly, inspected frequently and moved periodically.

## PEST MANAGEMENT & SANITATION

Requirements for pest management and sanitation are located in the North American Warehouse Quality Manual.

MARS NA DISTRIBUTION QUALITY 2011



**REVIEW OF PREVIOUS AUDITS**

1) The auditor should review previous audit reports for the warehouse to be audited before arriving at the warehouse.

2) Repeat observations must be identified and brought to the warehouse management's attention.

3) These items must be noted as second occurrences in the audit report.

4) The auditor should determine whether there are any on-going issues which are not being communicated between the units and the warehouse. Any significant items are documented in the "Items for Follow-up" section of the report. These items should be communicated informally first and then formally to associates within the units who can make a difference.

**EXIT INTERVIEW**

1) In preparation for the closing meeting of the audit, the auditor should take a few minutes (or more) to summarize his/her notes into findings and items for follow-up.

2) The auditor must meet with the warehouse management after the audit is completed.

3) Findings noted during the audit are discussed to assure that the warehouse management and the auditor understand and agree upon the facts observed during the audit.

4) Major findings which have potential to affect product quality, safety or regulatory status must be flagged and the warehouse must write a corrective action response to the RDM. A copy must be forwarded to the unit QS managers. It is expected that the corrective action response will be documented in a timely manner.

5) A list of the minor observations should be left with the warehouse. Usually the person accompanying the auditor will take notes and make corrections throughout the audit. Corrections made during the audit should be noted and verified by the auditor.

6) If possible, the auditor should indicate the disposition of the audit before leaving the warehouse. Three dispositions are possible: **"acceptable", "provisional/conditional" or "unacceptable"**.



**WAREHOUSE AUDIT REPORT**

1) Serious findings must be communicated verbally to the RDM and unit QS representative immediately to assure swift corrective action. The audit report should be distributed within two weeks of the audit.

2) The auditor should complete the report while the audit is fresh in his/her mind. The report should not contain material which was not discussed during the audit. The audit report summary should mirror the information covered in the exit interview. Items not covered in the exit interview should be discussed with the warehouse manager by phone before distribution of the report as a courtesy to the warehouse operator and to assure accuracy of the findings.

3) The auditor should document objective observations and summarize the observations into findings. The RDM and warehouse should discuss the audit and any corrective actions necessary. A corrective action response must be written by the warehouse management and/or the RDM and sent to the audit report copy list in two weeks or sooner depending upon the findings. This corrective action response document will be filed with the audit.

4) Copies of the Warehouse Audit Report must also be sent to the following list by E-mail:

| | |
|---|---|
| RDC Manager | (varies) |
| Mars Distribution Q.S. Manager | Max Schroeder |
| Mars Q.S. Group Manager - Chocolate  Tim Ahn | |
| Mars Q.S. Group Manager - Pet | Andy Bull |
| Mars Q.S. Group Manager - Food        Jeff Miller | |
| Logistics Operations Mgr | Chuck Gallagher |

5) Warehouse complexes may contain more than one building. The report must clearly define the scope of the audit. Buildings or rooms reviewed and the type of storage must be stated on the cover sheet of the audit. The auditor must avoid trying to cover too much in one audit report. For example, if a warehouse operator stores raw peanuts in one warehouse and finished goods in another, it makes sense to write two reports.

**FOLLOW-UP**

*Unacceptable*

If a warehouse is found "Unacceptable", a follow-up audit must be conducted within 30 days or at an appropriate time to verify corrective action. Thirty days is a rule of thumb, but the warehouse and auditor may agree upon a longer or shorter time based upon the findings. Any follow-up agreements must be communicated to the RDM and Unit QS.

Example: a finding that air conditioning is not in place for a confectionery storage facility in Minnesota in February may allow for a re-audit before seasonal temperatures warm. It may be agreed that May is an appropriate time for a re-audit. On the other hand, an A/C compressor failure in Texas in the Summer must be corrected immediately or product must be moved out to prevent heat damage. The time frame for this corrective action may be one to three days with frequent, documented temperature monitoring. The RDM and Unit QS manager must be notified to assure that corrective action is swift and appropriate and that adequate QS support is available.

*Provisionally/Conditionally Acceptable*

MARS NA DISTRIBUTION QUALITY 2011



A rating of provisionally/conditionally acceptable requires a written corrective action response from the warehouse. The corrective action response must address all items listed as weaknesses. The responses must include: an evaluation of the root cause of the problem, potential solutions to the root cause, actions to handle any product affected by the problem, a corrective action plan and a preventative action plan. The response is to be copied to the RDM and Unit QS representatives.

### _Acceptable_

Audits having an acceptable rating require no follow-up outside of routine corrective action. The next auditor will review the audit report to assure that non-conforming items are not observed in the next audit cycle.

MARS NA DISTRIBUTION QUALITY 2011



# Appendix C
Referenced in Sections 2.2.4
## Mars US
## FDA Inspection Document

Guidelines for FDA Inspections at Mars US

## Purpose

The purpose of this document is to provide guidance and information surrounding FDA inspections at Mars US warehouses, transfer points, etc. and actions required when such an event occurs.

## IMPORTANT POINTS TO REMEMBER

- Avoid adversarial conditions

- Protect all warehouse through-put information.   Do not discuss this information.

- Do not discuss staffing and organizational structures at any level.

- Remove any confidential information that is visible.

- Do not assume that the regulatory (FDA, EPA, OSHA., ETC.,) inspector is your friend!!!  The inspector has the authority to shut down a warehouse and is looking for reasons to do so.

- State the following when presented with documents or questions about staffing, processing, equipment capacity, etc.:

  **"Company policy prohibits me from discussing staffing, processes, capacity, etc.."**

MARS NA DISTRIBUTION QUALITY 2011



## Receptionist's Responsibilities

- Determine who the visitor is, and request identification prior to allowing anyone sign the visitors' log.

- Instruct the inspector to have a seat and wait for an associate to meet with him/her. **DO NOT MAKE THE INSPECTOR WAIT ANY LONGER THAN NECESSARY.**

- Notify the assigned associate that handles regulatory inspections <u>immediately.</u>

- Notify the Mars, Inc. contact assigned to the warehouse as soon as possible. (See section A)

## Description of the Inspection

- The inspection is the basic tool to determine if goods are in compliance with the law and to obtain evidence to support legal action where violations are found.

- Civil or criminal penalties may be brought against a company if violations are found.

- You must know what rights the inspector has.

- Escort the inspector to a conference room and obtain proper identification (i.e., Badge No., Identification Card, Form 482 – Notification of Inspection). Inquire as to the reason for the inspection: for example, routine, directed, etc.

- An FDA inspector can legally inspect the facility during "reasonable hours." (Note for production facilities: Regardless of time of day, if you are staffed and in production, you can not refuse entry to an FDA Inspector).

- However, we request that the inspection ~~must~~ be performed during operating hours of the warehouse. Generally, inspections are performed between 8:30 a.m. - 5 p.m., but again, they may be performed during your normal working hours.

- You need time to assemble your inspection team (especially if the inspection is not during day operations).

- Have a predetermined team that has been trained to handle the inspection. Know who the backups are.

- Never leave the inspector alone during the inspection. Designated authorized personnel must accompany Inspector(s) during the inspection.

- Make no excuses, and DO NOT volunteer information.

- Inform the inspector that <u>**NO**</u> cameras, phones with cameras, or recorders are allowed.

## Authority of the Inspector

- Examinations and inspections

- Inspections of plants and facilities

  A. Manufacturing facilities

  B. Warehouses

  C. Trucks and Containers

MARS NA DISTRIBUTION QUALITY 2011



      D.  All pertinent equipment

- It is a criminal offense to refuse to permit entry or inspection.

- The inspector MAY look at:

      A.  Physical premises

      B.  Materials

      C.  Equipment

      D.  And more

- The FDA inspector may take samples of the following:

      A.  Finished products

      B.  Raw materials

      C.  Packaging materials

      D.  Other evidence (rodent pellets, insect fragments, roach pellets, etc.)

- The inspector MAY NOT look at:

      A.  Records and files pertaining to food processing, except for records of materials received in interstate commerce (with written request for records)

      B.  The food industry may be inspected without a warrant.

      C.  Records requested in writing may not be used in a criminal prosecution against you.

      D.  Do not give the requested materials to the inspector on the same day of the request.   Refer to counsel. **(CALL THE RDM IMMEDIATELY)**

- FDA inspectors are not in your facility to help you.

      A.  They are there to get evidence.

      B.  FDA is interested only in compliance with the law.

- **Two associates must accompany the inspector at all times**.  In the event of multiple inspectors, there should always be 2 associates per inspector.  **BE COGNIZANT OF GENDER DURING THE AUDIT.**

      A.  One designated to talk and answer questions.

      B.  The other to write and record inspection data.


## Guide to the FDA Inspection

1. An FDA inspector may legally inspect your plant during "reasonable hours" (regardless of the time of day, if you are staffed and in production, you cannot refuse entry to an FDA inspector).  The inspector must be admitted during normal business hours (8:30 A.M.  - 5 P.M.)

MARS NA DISTRIBUTION QUALITY 2011



2.  Do not keep an FDA inspector waiting unnecessarily.

3.  If an FDA inspector requests entry, immediately notify the assigned Mars, Inc. contact for the warehouse. DO NOT LEAVE A MESSAGE!!!

4.  Obtain proper identification from inspector:

5.  Form 482 (Notification of inspection)

6.  FDA Identification Card & Badge No.

7.  Ask for the reason for the inspection; for example, routine, complaint, etc.  The inspector must indicate the kind of inspection that is to be conducted (routine, directed, customer complaint, etc.) however, do not relax.  Any inspection may be directed.

8.  Notify and assemble, pre-designated associates for inspection.

9.  Make no excuses, and DO NOT volunteer information.

10.  Company policy prohibits use of cameras, explain this to the FDA inspector before proceeding.

**NOTE: Policy on Photography by the FDA during a Warrant less Search:**

The inspector is NOT authorized and, therefore, shall not be permitted to take photographic or sound recording equipment beyond the reception area.  If they refuse to comply with this rule, ask them to leave the premises immediately.  IF THIS HAPPENS, IMMEDIATELY NOTIFY the Mars, Inc. contact assigned to the warehouse.

11.  If there is a pre-determined tour route for an inspection, ensure all associates are aware of the route and always keep these areas clean and orderly.  You never know when an inspection may occur.


## The Inspection

- The inspector must wait to be accompanied by authorized company personnel.

- Advise FDA Inspectors of our policy regarding Safety gear and clothing as well as any GMP compliance requirements that must be met when entering the warehouse.

- Be courteous and respectful during the investigation.  Remember, Inspectors may choose to include their personal observations/feelings into the final report.  Try to maintain a positive posture during the inspection.

- *Answer only the questions asked, and act as if the inspector has a recorder.  Do not volunteer additional information.

- *Remember, only the designated associate may respond to questions asked by the inspector.

- It is recommended that a trained manager be available at a desk where each accompanying associate knows the phone number where the associate on tour can call for support and information during the inspection process.

- If a designated tour route is established, adhere to it as much as possible.  FDA inspectors can look anywhere they choose, however for safety reasons; most inspectors will allow you to choose the tour route through your facility.

MARS NA DISTRIBUTION QUALITY 2011



Note: Tour routes may differ depending upon the type of inspection being conducted.

- Follow the sampling procedures of Mars Inc.

- Correct situations that can be corrected during the inspection - immediately if possible.   If possible, show the corrected condition to the inspector before he/she leaves and ask for an addendum or notation to the report indicating the corrective action.  Timely responses to observations are taken positively.

- If touring a co-pack operation or other production area, remind the Inspector that our equipment and process are proprietary.

- If the inspector wants to take samples, take duplicate samples and label each specifically.

- Do not give any reasons for product that is on hold.   Explain that the reasons are not known and that all "Holds" are controlled through the National Office.

- Do not initial or sign anything.

## Records and Samples

- Records are to be made available only if requested in writing.  Make available only:

  A.   Records of raw materials or finished goods <u>received</u> via interstate commerce.

  B.   Records of finished products, shipped via interstate commerce.


- FDA inspectors are **INSTRUCTED** to request:

  A.   Records of Consumer Complaints

  B.   Formulas and Processing Data

  C.   Cleaning Schedules


**YOU ARE NOT REQUIRED BY LAW TO SHOW THESE RECORDS OR DATA... SO DON'T!**

- If the inspector takes samples, insist on obtaining split samples.  If the inspector requests samples of finished products for labeling or analysis, take duplicate samples.

- You are **<u>not</u>** required by law to sign Form 483, so don't, just accept it graciously.


## Requests for Documents

- Request for documents must be in writing.

- Written requests must be reviewed by counsel before responding.

- Any written request is a Red Flag!

- Do not sign anything!

MARS NA DISTRIBUTION QUALITY 2011



- If a warrant is presented for permission to use a camera during the inspection - allow it and worry.  Ensure the RDM and the Mars, Inc. contact assigned to the warehouse are notified of this situation immediately.

- If the inspector requests labeling, give the inspector empty cases, bags, cartons and wrappers.   Never give the inspector finished product unless specifically requested.

## Company Policies

- Do not discuss the types of tests performed or methods used.

- Do not discuss staffing and organizational structures at any level.

- Do not give the names of laboratories or consultants used.

- Do not allow cameras or recording devices beyond the reception area, unless presented with a warrant.

- Never sign or initial any documents used or given to you by the FDA inspector.

## Inspection Wrap-up

- If you are handed an FDA Form 483...    Worry!!!

- Form 483 is a report of violations observed during the inspection.

- These observations may indicate product adulteration or housekeeping issues.

- Respond to any statements noted on Form 483.  This letter must be reviewed by counsel before sending it!

## Establishment Inspection Report

- This report is made by the inspector after he/she returns to the office.

- This report details any violations that were observed during the inspection.

- This report may include the inspector's personal impressions of the company and employee attitudes.

- This report is often the basis of a go/no go decision of further regulatory actions.

- This report can be examined by your competitors.   It is obtained through the freedom of information act.

- Have your lawyer request a copy of this report (EIR).

- It is recommended that copies of all FDA Inspections for the past 3 years are maintained.

MARS NA DISTRIBUTION QUALITY 2011

**MARS**
chocolate
*north america*

## RECAP

- Have a plan of action before the inspection.

- Know FDA and Company policies.

- Identify the personnel who will accompany the inspector during the inspection and back-ups and ensure they have been properly trained.

- Know whom to call for assistance.

- Make all personnel aware of the required behavior with an FDA inspector.

- Inspections - While they last, should be regarded as the <u>highest</u> priority item.

## Steps to Minimize Possible Regulatory Actions

- Correct any points identified in form 483 or mentioned by the inspector.

- Advise FDA in writing of any corrective actions taken with consent of counsel.

- Avoid any reported conditions still existing in a second inspection.

- Reaffirm our commitment to voluntary compliance.

- Follow-up letters should be prompt and courteous after consulting with counsel.



# Appendix D
### Referenced in Sections 2.2.5
**MARS NA**
**Pest Management Systems**

1.      Integrated Pest Management (IPM) is the approach to pest management which must be used by warehouses contracted for Mars, Inc. products. IPM includes the following four components: Sanitation, Exclusion, Monitoring and Pesticidal controls.

      a.      SANITATION - Eliminate food, water and harborage in and around the warehouse. (i.e. the reason to be in the warehouse.)

      b.      EXCLUSION - Keep them out. Ensure that windows, doors, ventilation fans, and other openings are screened or closed when not in use. Inspection of received materials is important for exclusion of pests. Understanding where the materials originated can be very useful, but this is not always possible.

      c.      MONITORING - The monitoring program is the key to pest control maintenance. When pests are found by routine monitoring, the cause may be determined and corrected. Good records are imperative.

      d.      PESTICIDES - Use pesticides only as necessary. Pesticides should be applied by a licensed PCO. With increased environmental and safety regulations, use of pesticides should be reduced to a minimum. Material Safety Data Sheets (MSDS), label copies and usage logs must be maintained for all pesticides.

2.      All areas of the facility must be kept free of any type of pest infestation. ANY occurrence of live infestation will be communicated, as soon as it is detected, to the appropriate RDM. The RDM must then let the appropriate QS contact know of the occurrence.

3.      The warehouse must have a trained pest control operator (PCO) monitoring the pest control program of the warehouse. This individual should be licensed by the state. Outside consultants and services may be used a as resource for the site, but the warehouse management is ultimately responsible for pest management.

4.      All incoming loads of empty pallets must be inspected. Any loads suspected to be infested are to be immediately reloaded and removed from the facility.

5.      Proper sanitation and housekeeping play a large role in preventing infestation. Spilled products must be cleaned up immediately.

6.      An 18 inch perimeter shall be maintained around all interior walls to facilitate pest control monitoring activities.

7.      Signs of pest activity, unsanitary conditions and structural deficiencies must be documented each inspection. Corrective action taken to manage the activity should be documented.

MARS NA DISTRIBUTION QUALITY 2011



**Rodent Control**

8.  The warehouse shall have a documented, active and regular program of rodent control.

9.  All possible rodent entry points into the building shall be sealed. A mouse can pass through a 1/4" opening.

10. All incoming materials should be checked closely for signs of rodent activity:

    - gnawing on wooden skids
    - holes in packaging materials
    - droppings and urine tracks

11. No materials exhibiting signs of rodent activity shall be allowed into the facility.

    Exterior

12. The exterior of the building must be free of pest harborages, nesting and roosting places. Harborages include: dense foliage, pallets, discarded equipment, building materials, and waste materials.

13. Trees should not overhang the roof.

14. A 30 inch gravel strip (3 to 4 inches deep) around the outside of the building is recommended. Pea gravel is the recommended material for this strip.

15. The outside perimeter of the facility should be equipped with tamper **resistant** bait stations containing rodenticides **at an appropriate frequency**. For safety reasons (tampering by children, etc.) the PCO may decide not to use bait stations on the external perimeter. Bait must be used in compliance with the label. Bait stations should be located approximately 50 ft apart around the building perimeter and approximately 100 ft apart along outside fencing.

16. Bait stations must have the following characteristics **for tamper resistance**:

    - Resistant to weather.
    - Equipped with an access panel that can be secured.
    - Strong enough to deny access to large non-target species while allowing target animals access to the bait.
    - Anchored securely to the warehouse or to the ground.
    - Equipped with an internal structure for containing baits.
    - Display proper precautionary statements in a prominent location to comply with all state and federal labeling regulations.

17. All bait stations should be checked at least twice per month in warm weather and once per month in cold weather. Rodent activity and the condition of the bait should be documented.

    Interior

18. The use of poison bait inside of the warehouse is strictly prohibited by Mars, Inc.

19. All interior perimeters should be equipped with **rodent monitoring stations** at an **appropriate frequency for the application.**

20. A **rodent monitoring station** should be placed on either side of interior and exterior doorways (including pedestrian doors and dock doors).

MARS NA DISTRIBUTION QUALITY 2011

**MARS**
chocolate
*north america*

21.    **Rodent monitoring stations** shall be positioned according to manufacturer's recommendations to allow maximum effectiveness.

22.    Each rodent station (including glueboards) shall be numbered and a sign posted on the wall indicating the presence of the station.

23.    The date of the last inspection should be recorded on the inside of the lid of all Ketch-alls an on the bottom of all glue boards.

24.    All interior perimeter traps will be checked at least twice per month.

25.    Documentation shall include

- maps of all Ketch-all and/or glue board locations
- maps of all external bait stations
- a log of the Ketch-all/bait station inspections

26.    The following information should be recorded on the log of rodent station inspections:
- the date of the check
- the absence/presence of rodents in the stations
- locations in which rodent activity was noted.
- the condition of each rodent station
- the signature of the person performing the check

**Bird Control**

27.    Nesting and lingering must not be allowed outside of the warehouse

28.    There is a zero tolerance for birds inside of the warehouse.  If a bird gets into the warehouse, it must be a priority to remove the bird.

**Insect Control**

29.    The warehouse shall have a documented, active and regular program of insect control.

30.    Documentation shall include:

- maps of all pheromone traps
- listing of all pheromone traps used
- a log of the pheromone trap checks, what was found, location of find, date of find, action taken, signature of inspector
- complete listing of all insecticides used and the MSDS sheets and label copies
- record of all pesticide applications
- record of all insect-electrocuters checks (Including: insects found, location of find, date of find, action taken, and signature of inspector)

31.    The following insects are considered serious pests in the pet food industry and warehouse RDC's.   Activities of these pests should be monitored closely though the use of pheromone traps where pet foods are stored:

- Indian Meal Moths
- Warehouse Beetles
- Red Flour Beetles
- Confused Flour Beetles
- Cigarette Beetle

32.    If used, pheromone traps will be placed according to the manufacturers recommendations and the recommendations of the Pest Control Operator.

MARS NA DISTRIBUTION QUALITY 2011



32.     Pheromone traps should be checked **minimum** twice per month.  The location, date, species, and number of insects found must be logged.  Any increasing trends in the number of insects found may indicate a potential problem.  When large numbers of insects are found, an investigation should be made to locate the source.  Trending analysis and documentation of changes must be provided upon request.

34.     Insect-electrocuters may be used throughout the site.  They should be positioned so that the lights are not visible from the outside of the building.  Insect-electrocuters may be placed above each pedestrian door and along the dock doors at a frequency recommended by the manufacturer.

35.     Insect-electrocuters **must** be cleaned and inspected at least **once** per month.  Weekly service is preferred.

36.     **Insect-electrocutor** location, date, number of insects, species, and inspector name should be recorded.

37.     Any large increase in the number of insects found should be noted and the source of the insects should be located and corrected.

38.     All incoming materials should be monitored closely for signs of insect activity:
   - holes in the packaging
   - presence of larvae, pupae
   - cast skins

39.     Materials exhibiting signs of insect activity must not be allowed into the facility.

40.     Fumigation of any Mars, Inc. products MUST be approved by a Mars, Inc. **QS associate.**

### Approved Pesticide Usage List

**Change:**  Vapona statement was changed to permit usage with QS approval.

Pesticide usage in the United States is regulated by the EPA through the Federal Insecticide, Fungicide and Rodenticide Act (FIFRA).  This act regulates the registration and usage of pesticides.  All pesticides must be used in compliance with the label instructions and all state, provincial and local regulations.

The pesticide label expressly states usage parameters for pesticides.  Pesticides may only be used in areas stated on the label.  The label also indicates usage concentrations and methods of application.  The use of many pesticides is restricted and may be applied by certified applicators or their trained technicians.  Each state maintains its own certification program.

Fumigation of any Mars, Inc. products MUST be approved in writing by a Mars, Inc. associate.

Several pesticides have specific restrictions imposed by Mars, Inc. which override the label restrictions.  These restrictions are as follows:

### Dichlorvos (DDVP, Vapona, etc.)

Vapona may only be used with QS approval

Alternatives - Pyrethrin, Synthetic Pyrethroids

MARS NA DISTRIBUTION QUALITY 2011



**Methyl Bromide**

Methyl Bromide **must never** be used as a fumigant for Mars Snackfood US finished product..

Current Alternatives - Phostoxin, Magtoxin

**Rodenticide Baits**

The use of poison bait inside of the warehouse is strictly prohibited by Mars, Inc.

Although many baits are registered for use in USDA inspected food plants, they may only be used on the exterior of warehouses and processing plants.  Tamper resistant bait stations must be used.



# Appendix E

Referenced in Sections 2.2.6 and 2.8.2
## MARS NA
## INBOUND/OUTBOUND TRAILER INSPECTION

**Purpose:**

This document identifies the requirements for evaluation of trailers by Mars, Inc. The scope of the document includes review of empty trailers presented for loading of Mars, Inc. products and review of full trailers of product received by Mars, Inc. warehouses, contract manufacturers and contract packagers.

Criteria for evaluating trailers are found in the North American Warehouse Quality Manual (NAWQM) - **Common and Contract Carrier Specification** .

**Receipt of Inbound Shipments - trailer review**

1) Bills of Lading must be reviewed for all trailers upon receipt by the warehouse. The Bill of Lading contains requirements for the trailer such as destination, temperature requirements, contents and seal numbers.

   ▪ **Action:** If the information on the bill does not agree with the actual load, exceptions must be documented and follow-up conducted as described below

2) Trailer seals **must** be inspected upon receipt at the warehouse.
   Trailers must be sealed such that product is inaccessible without breaking a seal. Trailers must arrive with seals intact and seals must match the numbers on the bill of lading. Condition of the seals on arrival at the warehouse must be documented.

   ▪ **Action**: If the trailer is not sealed or seals are broken, the QS Manager of the warehouse or contract packager/manufacturer must evaluate the load for tampering.

      ➢ If evidence of tampering is found, the Mars, Inc. QS manager must be notified immediately.

      ➢ If no signs of tampering are observed, the exception must be documented. Copies of the exception report must be sent to the responsible Unit QS and the Unit Outbound Logistics manager. The driver must be interviewed to try to determine why the load is not sealed.

3) If the Bill of Lading indicates a temperature-controlled load, the temperature setting and reading on the trailer's refrigeration unit must be documented and compared to the bill of lading statement.

   ▪ **Action:** Deviations from the bill of lading must be reported immediately to the Unit Outbound Logistics associate at the shipping location and the manufacturing unit QS Manager.

Ice cream shipments require special monitoring and handling due to their temperature sensitivity. Receival temperature of the trailer shall be read from the reefer unit temperature gage before opening the trailer door. Results shall be documented on the bill of lading.

   • **Action:** Deviations must be reported immediately to the Burr Ridge Outbound Logistics associate and the Burr Ridge QS. The procedures for evaluation of warm trailers must be followed. This procedure is found in the NAWQM – **Ice Cream Warm Trailer Protocol**

**Receipt of Inbound Shipments -Inspection of the interior of the trailer and product**

MARS NA DISTRIBUTION QUALITY 2011



For all inbound loads, it is the responsibility of the unloader to inspect the condition of the trailer and of the load. The trailer must meet the Vehicle Inspection requirements listed in the **Common and Contract Carrier Specification**. The load must be received in good quality condition.

The unloader must sign the receiving document as acknowledgement that he/she has inspected the load and it meets the requirements of Mars, Inc. Exceptions must be documented.

### Infestation

Trailers must be inspected for infestation upon receipt and during the unloading process. If infestation is observed, product is to be reloaded and the trailer doors must be closed immediately.

- **Action:** Unit QS and the RDM must be notified immediately.

### Product Count and Condition

The unloader must verify the count of each item and code date.

- **Action:** Exceptions (overs and shorts) are reported through normal MARC/ATLAS procedures and logged in CCMS.

The unloader must assure that goods received are not damaged.

- **Action:** Products which are damaged must be removed from the pallet before storage. This includes broken or open containers, structurally unsound containers, and other major damage.

  ➢ Damage must be reported in the current, documented format to the Outbound Logistics Manager of the shipping location.

  ➢ Recoup and destruction must be performed in accordance to Mars, Inc. procedures. Only RDC's and Truckload Warehouses are authorized to perform recoup or destruction of Mars, Inc. products.

### Customer Returns

Customer returns must be inspected closely for damage and infestation before returning to stock. Condition of the trailer should be noted. Results of the inspection must be documented.

The pest control operator for the warehouse or a trained designate must physically inspect customer returns for signs of pest activity. All customer returns or orders refused for quality reasons involving dry pet foods or bagged rice must be inspected carefully and restocked by hand. Each case or bag must be inspected.

- **Actions:**
  ➢ Infestation must be handled as previously discussed. (See *Infestation*)

  ➢ Damaged products must be removed before returning to stock.

  ➢ Code dates must be reviewed to assure that aged product is not returned to stock.

**Inspection of Outbound Shipments**

Each trailer must be inspected before loading. Trailers must meet the requirements listed in the **Common and Contract Carrier Specification**. Trailers which do not meet the requirements must be rejected or improved to meet the specification.

MARS NA DISTRIBUTION QUALITY 2011



Trailer inspection must be documented by the loader for verification.

The loader is responsible for assuring the quality of the load when the doors are closed.

Product must be loaded to minimize damage. This includes, but is not limited to:

1) Proper forklift or push/pull unit operation
2) Selection of adjacent pallets for compatibility
3) Appropriate use of stretch wrap
4) Use of dunnage
5) Use of proper stacking heights

The warehouse must verify and document that the trailer temperature setting and actual temperature are as stated on the specification.

Ice cream trailers must be pre-cooled before loading to verify that they are capable of meeting the -15 F temperature requirements.

The trailer (all doors and ports) must be sealed and seal numbers must be documented on the bill of lading.

MARS NA DISTRIBUTION QUALITY 2011

**MARS**
chocolate
*north america*

## Appendix F
Referenced in Sections 2.2.6 and 2.8.2
**MARS NA**
Tanker Trailer Specifications

**GENERAL INFORMATION:** Carriers shall at all times handle all traffic of Mars NA (the "Companies") in full compliance with the Food Laws of the United States of America, Canada and Mexico, as well as their State, Provincial and Local laws.

All trailers used to transport the Companies' products shall have all ports and openings sealed prior to shipping. Tankers shall arrive at the unloading point with all seals intact. Seals shall be affixed in such a manner that the cargo is inaccessible without evidence of tampering or forced entry. In the event that seals must be broken due to federal or state inspections, accidents, or any other reasons, the Companies must be contacted prior to breaking seals so that arrangements can be made to insure that possible contamination can be prevented.

The carrier must afford the necessary protection to ensure that the shipment will arrive in a condition satisfactory to Mars NA.

Criteria for evaluating trailers are found in the North American Warehouse Quality Manual (NAWQM )- **Common and Contract Carrier Specification** .

**DOCUMENTATION:**

Bulk tanker carriers must maintain the following information available for review by Mars US Supply.

A. A master list of equipment used for Mars Inc. service,

B. Shipment history for each piece of equipment for the latest 12 months. To include:
   - Equipment Number
   - Origin & Destination
   - Product Hauled
   - Shipment date

C. A complete list of commodities carried in the equipment used for Mars, Inc.

D. Any equipment brought into a Mars US plant must have a copy of the wash tag from the latest tanker wash. The ticket must include:
   - Tanker identification number
   - Wash date. All tankers hauling for MCNA must be loaded within 72 hours of the last wash date unless approved by Mars quality.
     - Does not apply to top loading of chocolate and cocoa butter. Please see document "Sanitation and Top-Loading Requirements for Liquid Bulk Tankers Transporting Cocoa Butter, Chocolate Liquor, and Chocolate" – Document #QM-00153.
   - Time and temperature used for the sanitation step



- ▪ Contents of the last three loads (Generally taken from the last bill of lading)

- ▪ Seal numbers for all seals on the tanker.

## TANKERS FOR MARS US SERVICE

A. Each carrier must maintain a list of food grade tankers in its fleet with Mars US Logistics. All food grade tankers must be labelled as food grade on the exterior of the tanker.

B. A documented inspection of each tanker must be performed annually for interior tank integrity. The inspection should be performed after a light product such as water or oil has been loaded for 24 hrs. Equipment should be inspected thoroughly to determine is there is a leak.

C. Tankers to be used for Chocolate, Cocoa Butter or Chocolate Liquor must be pre-heated before loading to prevent solidification of product at the discharge valve. Generally, this is done by turning on the tanker's heating system for 20 to 30 minutes before loading.

D. Conversion of non-human food tankers to Mars US service requires the following:

- ▪ Notification of Mars US Logistics (Based upon prior history, a tanker may not be appropriate for Mars US service).
- ▪ Removal of all gaskets, valves and other removable product-contact surfaces.
- ▪ All evidence of previously carried materials must be removed.
- ▪ A steam cleaning step must be used (including hoses, pumps and fittings).
- ▪ New gaskets must be installed.
- ▪ Visual inspection of the tanker must be performed and documented.
- ▪ The final step before loading Mars US ingredients must be a food grade wash as defined below.

### Tanker Inspection Criteria

The tank interior must be free of cracks and surface deposits which impede sanitation and may harbor microbes.

All gaskets, vents and valves must be in good functional and sanitary condition.

Equipment storage compartments must be in good structural and sanitary condition.

All ports and vents must capable of being sealed to prevent tampering.

## WASH STATION CRITERIA

Tanker washes must be dedicated to food products. Each facility must maintain a written procedure for each wash type.

The wash operator must review the last load to assure the appropriate wash is performed. (Bottler's wash, chocolate wash, etc.)

$180^O$F for 15 minutes is the minimum sanitation cycle to meet Kosher requirements.

A chart recorder must be used to monitor and document the discharge temperature of the tanker wash.

MARS NA DISTRIBUTION QUALITY 2011



Tankers must be forced-air dried.  Drying air must be filtered to prevent dust, insects and other foreign material from entering the tanker.

If detergents are used, they must be USDA/FDA approved for food contact surfaces.

**ACCEPTABLE CARGO LIST**

Each carrier must maintain a list of approved materials with Mars US Logistics for each tanker.

Carriers must review new materials with Mars US Logistics before adding to their list.

The carrier must maintain a record of loads carried in each tanker for one year.

MARS NA DISTRIBUTION QUALITY 2011



# Appendix G
### Referenced in Sections 2.2.9
### Border Crossing Procedures

The attached flow chart outlines the procedure that must be followed for all trucks crossing the Canadian border into the U.S.  The most important point to note is that all truckloads of product shipped from Canada are to be considered on FDA hold until a "may proceed notice" is received from our customs broker.  Note: If any seal is broken at the border, a new seal and seal number must be recorded on the BOL along with the border inspector's signature.

```
                        ┌─────────────────────────────┐
                        │  Shipper loads drop trailers │
                        └─────────────────────────────┘
```

| Shipper loads drop trailers |

| Carrier picks up trailer with copy of B/L and required paperwork | Shipper faxes a set of documents to customs broker office at border crossing. |

| Carrier arrives at the border location and hands over documents to customs broker. | Customs broker submits prior notification to FDA from documents faxed by shipper. |

| Carrier proceeds to U.S. Customs for release. |

| Product is released by FDA | Product is not released by FDA | Customs broker to follow-up with FDA regarding release status. |

| Customs broker faxes "May Proceed" to Mars US receiving location | Carrier proceeds to Mars US receiving location | After product is released by FDA, customs broker faxes May Proceed to Mars US receiving location. |

| Carrier proceeds to Mars US receiving location. | Mars US receiving location does not unload trailer or unloads trailer keeping product on hold and segregated from other product. | Mars US receiving location unloads truck or releases product only after receiving "May Proceed" notice from customs broker. |

| Mars US receiving location unloads truck upon arrival only after receiving "May Proceed" from customs broker. |



# Appendix H
Referenced in Section 2.2.9
**Procedure for the import of Canadian Rice truck shipments:**

**Purpose of this Procedure:** To establish roles and responsibilities between all parties for the movement of all rice shipments from Canada to Mars US, Inc.

Responsibilities:

1) **Shah Trading or shipping location,** receives the order and loads truck per order quantity. Once loaded a copy of the inland bill of lading and commercial invoice will be faxed to the PBB Global Logistics, Inc office at the assigned crossing location. (See below contact list)

2) **Shah Trading or shipping location,** contacts Carrier for pick up. The load is tendered to driver. The driver is given a complete set of clearance documents (inland bill of lading and proforma invoice). Driver will be given a simplified set of crossing instructions by the shipping location.

3) **Driver** picks up trailer and reviews documents to ensure all are intact. For PAPS Carriers, the driver will affix a PAPS Barcode to the Customs documents. Shaw Trading, or shipping location faxes the set of documents to PBB Global Logistics, Inc office at the assigned border crossing location. This must be completed at least 4 hours before the driver reaches the border to ensure Prior Notice regulations are met. Driver proceeds to the assigned PBB border location.

4) **PBB Global Logistics, Inc** submits prior notification to FDA from documents faxed by the shipping location.

5) **Driver** arrives at the border crossing location and proceeds immediately to PBB's office. The driver hands over their set of documents to the PBB agent on duty. .

6) **PBB Global Logistics, Inc** sends the driver to US Customs to obtain a Customs release. Upon release **Driver returns to the PBB office for further instructions**.

7) **PBB Global Logistics, Inc** checks FDA electronic release system. If release is not present, driver is sent to FDA office for release. (FDA hours of operation 8am – 11pm Mon – Thur ( 8am – 4 pm Friday ). If release is not obtained, Peace Bridge Brokers attaches an **FDA Hold Intact notification** to the driver's paperwork. A hold intact will enable the driver and load to enter the USA.

8) If the FDA releases the load at the border, PBB will immediately fax a release to the receiving location. If the load is not released immediately, PBB will stay in contact with the FDA and fax a release as soon as it is available. **All loads must be kept intact and not used or distributed prior to receiving the FDA May Proceed notice.**

9) **Driver** proceeds to final delivery location and hands over all documents to the receiving location.

10) <u>Instructions for receiving location.</u>  **Assume all loads crossing the border are on FDA hold whether there is or is not an FDA hold notice.  Receiving location must not unload the product until they receive a fax copy of the FDA May Proceed notice from Elite. If for some reason the product must be off loaded, it must be held, kept intact and separated from other product until the FDA release is received. Elite will fax the**



**FDA May Proceed notice of release. If the release has not been received within 24 hours after the truck crosses the border, please call Jamie Lewis at Elite (tel # 281 775 2131). She will provide you with the current FDA status. Elite will immediately notify receiving location of FDA release or redelivery instructions if applicable.**

- Please contact Commercial Logistics (Kevin Zima) with any questions about this procedure. (Email: kevin.zima@effem.com) Tel # 908-850-2467.

**US Border Custom Broker (Agent Listing)**

| | | |
|---|---|---|
| PBB Global Logistics, Inc | PBB Global Logistics, Inc | PBB Global Logistics, Inc |
| 1 Peace Bridge Pl Suite M10 104 | 2808 West Fort Street, Room 117 | 2321 Pine Grove Ave., Room |
| Buffalo, NY 14213 | Detroit, MI 48216 | Port Huron, MI 48060 |
| Contact : Dan Harlach | Contact : Belinda Watson | Contact : Debbie Ruiz |
| Tel# 716 886 0654/fax# 716 886 7471 987 8005 | Tel# 313 961 1315/fax# 313 964 2068 | Tel# 810 987 7420/fax# 810 |

| | | |
|---|---|---|
| PBB Global Logistics, Inc | PBB Global Logistics, Inc | PBB Global Logistics, Inc |
| West Access Road | Queenston/Lewiston Brg., Suite 45 | 46743 Interstate 81 |
| Champlain, NY 12919 | Lewiston, NY 14092 | Alexandria Bay, NY 13607 |
| Contact : Joey Mitchell | Contact : Daniel Kellick | Contact : Debbie Reynolds |
| Tel# 518 298 8265/fax# 518 298 5702 482 4629 | Tel# 716 282 2901/fax# 716 282 2438 | Tel# 315 482 2203/fax# 315 |

**FDA office hours and contacts:**

FDA hours of operation are( **8 am to 11 pm** at Buffalo Monday – Thursday) and ( **7 am to 3:30 pm on Fridays**). No after hours appointment are available for FDA release. If a load crosses the border and FDA is not available, load will be forwarded with a hold in tact notice. These loads must be kept intact and not used until FDA provides official release (usually first thing in the morning, next business day).

**Buffalo** contact Janet Feely tel # 716-551-4461( **Monday –Thursday 7 am – 10:30 pm**)  (**Friday 7 am to 3 pm**) No Sundays

**Niagara Falls** contact Import Operations tel # 716-284-4169 4169  (**Hrs Monday - Thursday 8 am to 11 pm**),     **Friday 8 am to 4 pm , Sunday 3 pm to  11 pm.** No Saturdays

**Detroit** contact Vickie Kaiser tel # 313-226-5249 **Monday – Friday 7:30 am to 7 pm**   Saturday – Sunday 8 am –12 noon

**Port Huron** contact, fax only attn: Import Operations fax# 810-985-8528 **Monday –Friday 8 am to 4 pm** No Weekends

**Elite contact:**

Elite contact numbers: (For loads that cross border and proceed with a hold in tact) Elite will contact receiving location when FDA has issued official release.
Contact: Reagan Murphy/Jamie Lewis
Elite Brokerage Services
15333 JFK Blvd – 6th Floor
Houston, TX 77032
Ph: 281-775-2107/281 775 2131
Fax: 281-775-2180
Email: rmurphy@elitehou.com  or  jlewis@elitehou.com

MARS NA DISTRIBUTION QUALITY 2011



# Appendix I

Referenced in Section 2.2.9
**Procedure for the import of Canadian pet food truck shipments:**

**Purpose of this Procedure:** To establish roles and responsibilities between all parties for the movement of all petfood shipments from Canada to Mars US, Inc.

Responsibilities:

11) **Effem Inc.** receives the order and loads truck per order quantity. Sends the Vet certificate via courier to Canadian Food Inspection Agency (CFIA) for Vet's signature.

12) **Effem Inc.** receives back the signed Vet certificate. Topac contacts trucker for pick up. Tenders load to driver and gives the driver a complete set of documents. (inland bill of lading, proforma invoice, original CFIA signed Vet certificate and a copy of the USDA permit). Driver will be given a simplified set of crossing instructions.

13) **Driver** picks up trailer and reviews documents to ensure all are intact. For PAPS Carriers, the driver will affix a PAPS Barcode to the Customs document. Topac or shipping location, faxes the set of documents to PBB office at the assigned border crossing location. Topac will assign the border location and accepts any out-of-route miles on behalf of Masterfoods USA. This must be completed at least four hours before the driver reached the border. This will ensure FDA Prior Notice timing is met.

14) **PBB Global Logistics, Inc** submits prior notification to FDA from documents faxed by shipping location. PBB will complete this task immediately after receiving the fax copies of the documents.

15) **Driver** contacts their dispatcher immediately if they cannot get to the border crossing location between business hours listed below. If after hours crossing is required, trucker's dispatcher must calls USDA/Plant Protection Quarantine (PPQ) for an after hours inspections appointment. After hours appointments must be made with the USDA/PPQ by 4:30pm Mon – Friday. After hours and weekend inspection appointments must be made at least 24-hours in advance of truck arrival at border. Over time fees will be expected to be paid to USDA/PPQ by the driver. (See after-hours fees listed below)

16) **Driver** arrives at the border crossing location and proceeds immediately to PBB office. The driver hands over their complete set of documents to the PBB agent on duty.

17) **PBB Global Logistics Inc** sends the driver to USDA/PPQ office with the proper paperwork (Point 2 above) for the driver to obtain USDA/PPQ clearance. Driver either receives a release or will be required to provide additional information on the import. Driver returns to PBB office for further clearance instructions. Driver should call their dispatcher for disposition to wait at border or return the load. Do not return the load without authorization from Topac.

18) **PBB Global Logistics Inc** sends the driver to US Customs to obtain a Customs release. Driver returns to PBB office for further instructions

19) **PBB Global Logistics Inc,** checks FDA electronic release system. If release is not present, driver is sent to FDA office to obtain a release. (FDA hours of operation 8am – 11pm (Mon

MARS NA DISTRIBUTION QUALITY 2011



– Thus). If release is not obtained, PBB will attach an **FDA Hold Intact notification** to the driver's paperwork. A hold intact will enable the driver and load to enter the USA.

20) If the FDA releases the load at the border, PBB will immediately fax a release to the receiving location.  If the load is not released immediately, PBB will stay in contact with the FDA and fax a release as soon as it is available. **All loads must be kept intact and not used or distributed prior to receiving the FDA May Proceed notice.**

21) **Driver** proceeds to final delivery location and hands over all the documents including **FDA notices** to the receiving location.

22) <u>**Instructions for receiving location.**</u>   **Assume all loads crossing the border are on FDA hold whether there is or is not an FDA hold notice.  Receiving location must not unload the product until they receive a fax copy of the FDA May Proceed notice from Elite. If for some reason the product must be off loaded, it must be held, kept intact and separated from other product until the FDA release is received. Elite will fax the FDA May Proceed notice of release. If the release has not been received within 24 hours after the truck crosses the border, please call Jamie Lewis at Elite (tel # 281 775 2131). She will provide you with the current FDA status.  Elite will immediately notify receiving location of FDA release or redelivery instructions if applicable.**

- Please contact Commercial Logistics (Kevin Zima) with any questions about this procedure. (Email: kevin.zima@effem.com) Tel # 908-850-2467.

**US Border Custom Broker (Agent Listing)**

| PBB Global Logistics Inc | PBB Global  Logistics Inc | PBB Global Logistics Inc |
|---|---|---|
| Suite M10 | 2808 West Fort Street, Room 117 | 2321 Pine Grove Ave., Room 104 |
| Buffalo, NY 14213 | Detroit, MI 48216 | Port Huron, MI 48060 |
| Contact : Dan Harlach | Contact : Belinda Watson | Contact : Debbie Ruiz |
| Tel# 716 886 0654/fax# 716 886 7471 | Tel# 313 961 1315/fax# 313 964 2068 | Tel# 810 987 7420/fax# 810 987 8005 |

| PBB Global Logistics Inc | PBB Global Logistics Inc | PBB Global Logistics Inc |
|---|---|---|
| West Access Road | Queensto/Lewiston Brg., Suite 45 | 46743 Interstate 81 |
| Champlain, NY 12919 | Lewiston, NY 14092 | Alexandria Bay, NY 13607 |
| Contact : Joey Mitchell | Contact : Daniel Kellick | Contact : Debbie Reynolds |
| Tel# 518 298 8265/fax# 518 298 5702 | Tel# 716 282 2901/fax# 716 282 2438 | Tel# 315 482 2203/fax# 315 482 4629 |

<u>**USDA/PPQ office hours and contacts and fees**</u> **:**

<span style="color:red">Trucks **MUST** cross border during normal business hours at various locations listed below. If a truck is going to cross the border after hours, an apppointment may be made at least 24-hours in advance for after hours based on the fee structure below.</span> An appointment can be used for maximum of two trucks crossing the border over a four hour timeframe.

**Buffalo/Niagra Falls**  8am – 11pm Monday - Friday contact Margie or Gina tel# 716 881 5755

**Champlain, NY** 8am – 4pm  Monday – Friday contact Bruce tel# 518 298 4332

MARS NA DISTRIBUTION QUALITY 2011



**Alexandria Bay, N**Y 8am – 4pm Monday – Friday contact Chuck tel# 315 482 2261

**Port Huron, Mi** 8am – 4pm Monday – Friday contact any cargo officer tel# 810 985 6126

**Detroit, Mi** 8am – 4pm Monday – Friday contact Leslie Johnson tel# 313 226 7584

**After hours and weekend fee $46/hour minimun 4 hours**
**Holidays $61/hour minimum 4 hours**

**If a driver schedules an appointment with USDA/PPQ and misses the appointment, the importer of record will be fined.**

**FDA office hours and contacts:**

FDA hours of operation are 8am to 11pm at Buffalo(Monday – Thursday) and 8am to 4pm on Fridays. No after hours appointment are available for FDA release. If a load crosses the border and FDA is not available, load will arrive on hold intact status. These loads must be kept intact and not used until FDA provides official release (usually first thing in the morning, next business day).

**Buffalo** contact Janet Feely tel # 716-551-4461( **Monday –Thursday 7am – 10:30 pm**) (**Friday 7 am to 3 pm**)  No Sundays

**Niagara Falls** contact Import Operations tel#716-284-4169 ( **Hrs Monday - Thursday 8am to 11pm**,) (**Friday 8 am to 4pm**), Sunday 3 pm to 11 pm. NoSaturdays

**Detroit** contact Vickie Kaiser tel#313-226-5249 ( **Monday – Friday 7:30 am to 7pm** )  Saturday – Sunday 8am –12 noon

**Port Huron** contact, fax only attn: Import Operations fax#810-985-8528 (**Monday –Friday 8 am to 4 pm**) No Weekends

**Elite contact:**
Elite contact numbers: (For loads that cross border on proceed and hold basis) Elite should be able to inform receiving location whether FDA has issued official release.

Contact: Jaime Lewis                                      Contact: Regan Murphy
Elite Brokerage Services                                Elite Brokerage Services
J15333 FK Blvd 6th Floor                               15333 JFK Blvd 6th Floor
Houston, Texas 77032                                   Houston, Texas  77032
Ph: 281-775-2131                                          Ph : 281-775-2107
Fax: 281-775-2180                                         Fx:  281-775-2180
Email: jlewis@elitehou.com                           Email : rmurphy@elitehou.com

MARS NA DISTRIBUTION QUALITY 2011



# Appendix J

Referenced in Section 2.2.10

**MARS NA**

**Warehouse/RDC Refresher Training Requirements**

| Training | Frequency | Comments |
|---|---|---|
| GMP Awareness | Annual | |
| Occupational Noise | Annual | OSHA |
| Hazardous Waste & Emergency Response | Annual | OSHA – Emergency Responders |
| Fire Brigades | Annual | All Members |
| | Quarterly | Structural firefighters |
| Hazard Communications | Annual | OSHA |
| Blood borne Pathogens | Annual | OSHA – Right to Know |
| Lift Truck Certification | 3 years | OSHA |
| Allergen Awareness | Annual | |
| Glass Policy Review | Annual | |
| Medical Services & First Aid | TBD | As Required by certifying agency |
| Portable Fire Extinguishers | Annual | OSHA |
| Lock Out Tag Out (LOTO) | Annual | OSHA |

**Link for additional safety training information**

http://www.hkt.na.mars/marsafe/training/Mars_vs_MFUSA_annual_train-final.pdf

MARS NA DISTRIBUTION QUALITY 2011



# Appendix K
Referenced from Section 2.3
**Mars NA**
**Warehouse Specifications**

**GENERAL INFORMATION:**

The storage and handling of the Companies' food materials shall at all times comply with the Food Laws of the United States of America, Canada and Mexico, as well as their State, Provincial and Local laws. Since many of the Companies' products readily absorb strong odors and are food products, the warehouse environment shall not impart off-odors or off-flavors to such products nor expose the products to adulteration, infestation, unsanitary conditions, water damage, or extremes of heat, cold and relative humidity.  Warehouse management are expected to conduct their own inspection of inbound materials and insure the warehouses' compliance with these specifications.  Warehouse management shall have knowledge of FDA warehouse inspection procedures, and the Companies must be notified of all inspections by a federal, state, or local regulatory agency.



**TEMPERATURE STORAGE CONDITIONS:**

| For Pet Products | | |
|---|---|---|
| **Products** | **Temperature Storage Range** | **Comments** |
| ALL Canned (except 85g Cans) | 40°F to 100°F | |
| 85g Canned Product | 50°F to 100°F | |
| Packeted - Sheba and Select Dinners | 40°F to 100°F | |
| Pedigree - Multi Biscrok & Marrobone Pouches | 40°F to 100°F | |
| Whiskas Kitnips | 40°F to 100°F | |
| Bagged & cased Dry | 40°F to 100°F | |
| Other Dry Products: Buckets, Jugs, Canisters, Tetra Pak, and  Form Fill & Seal | 50°F to 100°F | |

| For Uncle Ben's Products | | |
|---|---|---|
| **Products** | **Temperature Storage Range** | **Comments** |
| All Products | 40°F to 90°F | Apply heat if temperature drops below 40°F |
| Rice/Noodle Bowls | 0°F to 10°F | |

| For Seeds of Change Products | | |
|---|---|---|
| **Products** | **Temperature Storage Range** | **Comments** |
| Dry Products | 35°F to 45°F | |
| All Others | 65°F to 75°F | |

| For Confectionery and Snack Products | | |
|---|---|---|
| **Products** | **Temperature Storage Range** | **Comments** |
| All Products | Product Dependant | All Mars US products should be stored at the conditions required by Planning in accordance with the Product Management Tables.  Exceptions are noted. |

**STANDARD TEMPERATURE & RELATIVE HUMIDITY REQUIREMENTS**

| Standard Temperature Definitions | Desired Temperature | Acceptable Temperature Range | Relative Humidity |
|---|---|---|---|
| **Normal** | 70°F | 65°F to 75°F | **50% +/- 10% |
| **Optional Cold Storage** | 40°F | 35°F to 45°F | 55% +/- 10% |
| **Extended Cold Storage** | 0°F | -10°F to 10°F | N/A |

Note: **Canadian warehouses must maintain relative humidity below 70% for all storage above 32°F (0°C).

MARS NA DISTRIBUTION QUALITY 2011



## TEMPERATURE CONDITIONING

When moving product from freezer areas, the product will be temperature conditioned to prevent condensation on the product.  Product moved from freezer storage must be maintained at 40°F +/- 5°F for a minimum of 48 hours.  Stretch wrap must be removed during temperature conditioning and reapplied before shipment.  Conditioning may be performed in an operating reefer set at 40°F for 48 hours.  Frozen products may also be conditioned at 50°F, but R.H. must not exceed 55%.

**SPECIAL SITUATION**
**TEMPERATURE STORAGE REQUIREMENTS FOR CONFECTIONARY PRODUCTS:**
*Skittles® Bite Size Candies, Starburst® Fruit Chews and all M&M's® Chocolate Candies should be stored at 70°F +/- 5°F and 50% +/- 5% Relative Humidity; **sugar shelled products MUST NEVER be frozen, and can be refrigerated only with an agreed exception to the quality specification.**

*SKITTLES® Bite Size Candies and STARBURST® Fruit Chews must be held at 70°F for 15 days for product shortening before delivery to the customer.

## STOCK ROTATION:

Oldest week of production (first 3 code date digits) shipped first.  Mars USA products must be shipped in accordance with current stock age rules/guidelines.

Truckload Warehouses must maintain FIFO within a four week window.

## COMMINGLING:

Finished goods shall not be stored in the same room as raw meats or raw agricultural products.  Nor shall the traffic patterns used for handling finished goods cross the traffic patterns of raw agricultural products, produce, meat, or poultry.

If blast freezing of meats is performed in a warehouse to be used for Mars US products, the forklift and personnel traffic patterns and dock doors used must be separated from those used for Mars US products such that there is no chance of cross-contamination due to traffic patterns or handling procedures of equipment or personnel.

Uncle Ben's rice and confectionary products must not be stored adjacent to pet food.  Ten foot separation is minimum required between pet food and Uncle Ben's & Snack products.

Packaged goods imparting strong odors e.g. spices, soap, rubber tires, petroleum products, fragrant absorbent paper diapers, detergents, solvents or chemicals shall not be stored with or use the same air handling systems as those used for finished goods except when the finished goods have been canned or bottled.

MARS NA DISTRIBUTION QUALITY 2011



## MAXIMUM PALLET STACKING HEIGHTS:

| For Pet Products | Maximum Stack Height |
|---|---|
| **Products** | **Maximum Stack Height** |
| Canned Products (except 85g Cans) | 4 pallets |
| 85g Canned Product | 2 pallets |
| Flexible Packaged Products (Sheba and Select Dinners) | 2 pallets (1 pallet = 160 cases) |
| Dry Products | |
| • All stretch baled materials | 3 pallets |
| • All single unit bags | 4 pallets |
| • All cased materials | 3 pallets |
| • Waltham Veterinarian (cased) | 2 pallets |
| Tetra Pack | 1 pallet |
| Pedigree Multi Biscrok & Marrobone Pouches | 3 pallets |
| Whiskas Kitnips | 3 pallets |
| 85 g pouched meat items | 3 pallets |
| **For Uncle Ben's Products** | |
| **Products** | **Maximum Stack Height** |
| Dry Products | 2 pallets |
| Rice/Noodles Bowls | 2 pallets |
| **For Confectionery and Snack Products** | |
| **Products** | **Maximum Stack Height** |
| All products | 1 pallet |

## INFESTATION AND PESTS:

Absent

## RECORD KEEPING OF STOCK:

Finished goods shall be adequately controlled to prevent movement of unreleased stock. This includes Hold management. Product movement shall be traceable.

## PESTICIDE USE:

Pesticides shall only be applied by an licensed pest control operator. Pesticides and residuals shall comply with EPA, OSHA, FDA, USDA and state regulations. There shall be a proactive, on-going pest control program with appropriate documentation. Fumigation of finished product requires prior approval of the producing companies.

## WAREHOUSE INSPECTION:

The Companies reserve the right to make unannounced inspections during reasonable working hours and to review regulatory reports and records by federal, state and local officials. Inspection for compliance to GMP's shall include, but are not limited to, buildings, grounds, loading docks, storage areas, pest control records and practices, handling practices, records of product movement and tracing, personnel practices and facilities. Warehouses must conform to all written requirements. **Refer to Warehouse inspections.**

MARS NA DISTRIBUTION QUALITY 2011



**CUSTOMER RETURN PROCEDURE:**

All finished goods returned from the possession of a customer, or any source outside of the approved Mars, Inc. distribution network, shall be handled in the following manner:

1.    The licensed pest control operator or trained designee of the warehouse shall physically inspect the in-bound product for evidence of infestation, general appearance, damaged product, product date codes, and the condition of the trailer in which the return was made.  A written report of the findings and disposition will be made.

2.    Product which does not meet the quality standards of Mars, Inc. shall not be returned to inventory.  Proper disposal procedures are found in the North American Warehouse Quality Manual (NAWQM).



# Appendix L

Referenced in Section 2.3.1

## Mars NA

## MATERIALS AND INGREDIENT WAREHOUSING SPECIFICATION

### GENERAL INFORMATION:

The storage and handling of the Companies' ingredients shall at all times comply with the Food Laws of the United States of America, Canada and Mexico, as well as their State, Provincial and Local laws. Since many of the Companies' ingredients will not be processed further to remove foreign materials or microbiological contamination, the warehouse environment shall not expose the products to adulteration, infestation, unsanitary conditions, water damage, or extremes of heat, cold and relative humidity. Also, the warehouse environment shall not impart off-odors or off-flavors to the ingredients. Warehouse management are expected to conduct their own inspection of inbound materials and insure the warehouses' compliance with these specifications. Warehouse management shall have knowledge of FDA warehouse inspection procedures, and the Companies must be notified immediately of all inspections by a federal, state, or local regulatory agency.

### DEFINITIONS:

| | |
|---|---|
| Company(ies) | - Mars NA |
| Raw | - indicates further processing, including cleaning, heat treatment, fumigation, etc., will be used to remove filth, infestation or contaminants |
| Shall | - is used to state mandatory requirements |
| Must | - Same as shall |
| Should | - indicates recommended best practices |
| Adjacent to | - within 10 feet of |
| Ingredients | - includes packaging materials and food materials |

### GENERAL REQUIREMENTS

1. Raw agricultural commodities must be separated from processed ingredients and finished products. Raw agricultural commodities are assumed to be infested or microbiologically contaminated. Raw agricultural materials (farm stock, raw meats, raw nuts, etc.) must be separated from processed materials at minimum by a wall with appropriate pest control and sanitation. In many cases a separate building must be used as in the case of cocoa beans.

    a) Pathways for moving raw agricultural products and processed materials must not cross.

    b) Equipment used to handle raw agricultural products must not be used to handle finished products or processed ingredients for Mars US.

    c) Separate air handling systems should be used to prevent cross contamination of processed materials where airborne microbes are a risk. (e.g. dusty areas). Food ingredients must be separated from non-food items which have not been stored in conditions consistent with GMP's. (e.g. items which have been stored outside, appliances, furniture, carpet, etc.) The degree of separation depends upon the degree of risk from contamination and infestation.

MARS NA DISTRIBUTION QUALITY 2011



2. Toxic materials <u>must not</u> be stored in the same room with food ingredients. Airborne contamination from toxics must also be prevented.

3. Edible and non-edible grades of products <u>must not</u> be commingled.

4. Products with strong odors or scented products must be separated from products that absorb odors.

5. Powdered and granular products, especially those with critical microbiology, must be stored to prevent cross contamination. These products should be separated from other products by at least **ten feet**. Powders/granules <u>should not</u> be stored over other products. Spills must be cleaned up immediately.

6. Temperature and humidity requirements must be maintained within the limits for the material. Each ingredient specification must be reviewed prior to storage to determine the correct storage temperatures.

7. Condensation potential must be considered if ingredients are loaded warm and cool rapidly in transit. Condensation can cause mold, loss of packaging strength and other product and packaging damage.

8. All products must be warehoused on pallets. Corrugated stock may be warehoused on slipsheets. Wood pallets must be stored in a manner which prevents contamination or infestation. Pallets must be clean and in good repair. Clean pallets must be stored inside of the warehouse or inside a sealed trailer.

9. Ingredients must not be stored adjacent to finished products. Ingredients should be kept separated from finished products by a wall. If ingredients are stored in the same room as finished products, QA must be advised before storage in writing.

10. Corrugated packaging must be considered an infestation hazard and must be stored separate from finished goods and ingredients.

## OTHER REQUIREMENTS

➢ Stock Rotation - Oldest material first rotation should be used unless otherwise specified by one of the Companies.

➢ Infestation and Pests - Absent

➢ Record Keeping - Receival & inspection procedures & records must be adequate to assure quality of incoming and stored materials

➢ Stock shall be adequately controlled to prevent movement of unreleased ingredients.

➢ Hold records must be maintained including location, quantity, person responsible for the hold, release dates, and approval.

➢ Where temperature and relative humidity are required, a daily log of temperature and relative humidity must be kept at the warehouse.

## PESTICIDE USE

Pesticides shall only be applied by a licensed pest control operator. Pesticides and residuals shall comply with EPA, OSHA, FDA, USDA, state and local regulations. There shall be a proactive, on-going pest control program with appropriate documentation. Fumigation of ingredients must have prior written approval of the user companies.

MARS NA DISTRIBUTION QUALITY 2011



## WAREHOUSE INSPECTION

The Companies reserve the right to make unannounced inspections during reasonable working hours and to review regulatory reports and records by federal, state and local officials.  Inspection for compliance to GMP's shall include, but is not limited to, buildings, grounds, loading docks, storage areas, pest control records and practices, handling practices, records of product movement and tracing, personnel practices and facilities.  Warehouses must conform to the following:

1. All doors and windows shall be tight fitting to exclude insects, rodents, vermin, and birds.

2. Walls, ceilings, roofs and floors shall be clean and free of damage. Roofs shall not leak. Interiors shall be dry, free of trash, debris, mold, mildew, off-odors, grease, vermin, rodents, and insect pests.  Storage areas must have adequate lighting to facilitate sanitation, pest control and warehousing operations.

3. Ingredients will be stored on pallets and/or slipsheets which meet the Companies' specifications, are clean, and in good repair.  There must be no direct floor storage of products and 18 inch perimeters will be maintained on the walls of storage areas to permit adequate inspection between row stacks and walls.

4. Personnel shall wear clean clothing while engaged in work associated with the storage and handling of processed or semi-processed ingredients.  No person will be allowed to handle product who is ill or infected with a communicable disease.  No person shall be allowed to live, eat or sleep in storage areas.

5. Use of tobacco products, food, beverages and drugs of any kind are not permitted in storage, handling, and reconditioning areas.

6. Temperature and humidity control equipment shall be in proper working order to maintain the required conditions.  These systems must provide a uniform environment to avoid hot, cold or wet spots.

7. Frost and ice on the walls, ceilings, and/or floors should be minimal in a frozen storage warehouse.  Presence of frost indicates a leak of moist air into a freezer.

8. An overall security program must be established and records of compliance measures must be available upon request.

9. An allergen and glass breakage policy is to be established and all personnel trained.  Annual refresher training programs are required.

10. All records must be available for review upon request by Mars NA.  These include, but are not limited to, GMP & allergen training, glass breakage, pest control records and trends, temperature and humidity, security, and shipping records.

MARS NA DISTRIBUTION QUALITY 2011



# Appendix M
Referenced in Sections 2.3.1

**MARS NA**
**INGREDIENT/GROUP STORAGE MATRIX**

| Ingredient or Group | Dry Storage | 70° | 40° | 0° | -18°F | Odor receptor | Odor Transmitter | Micro Hazard | Micro Sensitive | Infest Hazard | Separation from finished goods |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **RAW AGRI-CULTURAL** | | | | | | | | | | | |
| **SNACK** | | | | | | | | | | | |
| Cocoa Beans | X | | | | | | | X | | XXX | Separate Building |
| Unroasted nuts | | | X | | | X | | X | | X | Wall & Pathways |
| **PET** | | | | | | | | | | | |
| Rice | X | | | | | X | | | | | Wall & Pathways |
| Dry Meals (Liver, fish, poultry, seafood, pork, bone) | X | | | | | | | | | X | Wall & Pathways |
| Dairy Proteins (Animal Grade) | X | | | | | X | | | | | Wall & Pathways |
| Dry Veggies, Grain & Meals | X | | | | | | | X | | X | Wall & Pathways |
| Dry Egg | | X | | | | | | X | | X | Wall & Pathways |
| Frozen Meats | | | | X | | | | X | | | Wall & Pathways |
| **SEMI - PROCESSED** | | | | | | | | | | | |
| **UNCLE BEN'S** | | | | | | | | | | | |
| Processed Rice | X | | | | | X | | | | | 10 Feet |
| Pasta | X | | | | | X | | | | | 10 Feet |
| Processed Beans | X | | | | | X | | | | | 10 Feet |
| Starch Bases | X | | | | | X | | | | | 10 Feet |
| **SNACK** | | | | | | | | | | | |
| Shell Dry Mixes | X | | | | | | | X | | | Wall – Ground Level |
| Dry Spice Blends | X | | | | | | X | X | | | Wall – Ground Level |
| Cereal Products (Flour, Oats) | X | | | | | X | | X | | X | Wall – Ground Level |

MARS NA DISTRIBUTION QUALITY 2011



| Ingredient or Group | Dry Storage | 70° | 40° | 0° | -18°F | Odor receptor | Odor Transmitter | Micro Hazard | Micro Sensitive | Infest Hazard | Separation from finished goods |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SEMI - PROCESSED (Con't)** | | | | | | | | | | | |
| **PET** | | | | | | | | | | | |
| HAEC (High Acceptance Extruded Chunk) | X | | | | | | | X | | X | Wall & Pathways. Store away from semi-processed ingred's |
| **PROCESSED** | | | | | | | | | | | |
| **FOOD** | | | | | | | | | | | |
| Dry seasoning Blends | X | | | | | | | | | | Not to be stored with any other similar materials unless UBI specific. Separate 10ft from finished goods. |
| Dried Vegetable Flakes | X | | | | | | | | | | Same as above. |
| Dried Vegetable Blends | X | | | | | | | | | | Same as above. |
| Fruits, Nuts (Dry) | X | | | | | | | | | | Same as above. |
| Fruits, Nuts (Canned) | X | | | | | | | | | | No separation required |
| Fruits, Vegetables (Frozen) | | | | X | | | | | | | 10 Ft. |
| Meats (Semi-dried) | | X | | | | X | X | | | | 10 Ft |
| **SNACK** | | | | | | | | | | | |
| Cocoa Butter & Chocolate | | X | | | | X | | | | X | 10 Feet |
| Cocoa Powder | | X | | | | | | | | X | 10 Feet Ground Level |
| Artificial Flavors | Varies with item | | | | | | X | | | | 10 Feet if no odor |
| Natural Flavors | Varies with item | | | | | | | | | | 10 Feet if no odor |
| Color Dispersions & Dyes | | X | | | | | | | | | 10 Feet |
| Dairy Powders | X | X | | | | | X | | | X | 10 Feet |

MARS NA DISTRIBUTION QUALITY 2011



| Ingredient or Group | Dry Storage | 70° | 40° | 0° | -18°F | Odor receptor | Odor Transmitter | Micro Hazard | Micro Sensitive | Infest Hazard | Separation from finished goods |
|---|---|---|---|---|---|---|---|---|---|---|---|
| <span style="color:red">PROCESSED (Con't)</span> | | | | | | | | | | | |
| <span style="color:blue">SNACK (Con't)</span> | | | | | | | | | | | |
| Dairy Butter | | | X | | | | X | | | X | 10 Feet - Keep away from meats & raw agr. prod's |
| Anhydrous Milk Fat (Blocks) | | | X | | | | X | | | X | 10 Feet - Keep away from meats & raw agr. prod's |
| Anhydrous Milk Fat | | X | | | | | X | | | X | 10 Feet - Keep away from meats & raw ag. prod's |
| Gelatin | X | | | | | | | | | X | |
| Soy Albumen | X | | | | | | | | | X | 10 Ft - Ground Level |
| Egg Albumen | X | | | | | | | | | X | 10 Ft - Ground Level |
| Oils/Fats (Solid Cubes) | | X | | | | | X | | | | 10 Ft - Ground Level |
| Oils/Fats (Drums) | X | | | | | | | | | | 10 Ft |
| Sweeteners | X | | | | | | | | | | 10 Ft |
| Additives-Acidulants, salts, etc | X | | | | | | | | | | 10 Ft |
| Gums/Waxes | X | | | | | | X | | | | 10 Ft |
| <span style="color:blue">PET</span> | | | | | | | | | | | |
| Gums (Carrageenan, Guar, Carob, Gum MM, Xanthan) | X | | | | | | | | | | 10 Ft - Ground Level |
| Gels Blends | X | | | | | | X | | | | 10 Ft - Ground Level |
| Vitamin Premixes | X | | | | | | X | | | | 10 Ft - Ground Level |
| Gravy Premixes | X | | | | | | X | | | | 10 Ft - Ground Level |
| Minerals & Colors | X | | | | | | | | | | 10 Ft - Ground Level |
| Onion & Garlic Flavors | X | | | | | | XXX | | | | Separate from all odor sensitive ingredients - esp. finished goods. |

MARS NA DISTRIBUTION QUALITY 2011



| Ingredient or Group | Dry Storage | 70° | 40° | 0° | -18°F | Odor receptor | Odor Transmitter | Micro Hazard | Micro Sensitive | Infest Hazard | Separation from finished goods |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROCESSED (Con't) | | | | | | | | | | | |
| PET (Con't) | | | | | | | | | | | |
| Amino Acids (Glycine, Methionine, Cysteine, Taurine) | X | | | | | | | | | | 10 Ft |
| Sugars | X | | | | | | | | | | 10 Ft |
| Vegetable Oil | | X | | | | | | | | | 10 Ft |
| PACKAGING | | | | | | | | | | | |
| Corrugated | X | | | | | | | | | X | Separate Room |
| Folding Cartons | X | | | | | | | | | | Separate Room |
| Flexible Packaging | X | | | | | | | | | | 10 Ft |
| Kraft Bags | X | | | | | | | | | X | Separate Room |
| Cans | X | | | | | | | | | | 10 Ft |
| Jars | X | | | | | | | | | | Protect from breakage |
| Stretch Wrap, Adhesives, Polyethylene Tote Bags | X | | | | | | | | | | 10 Ft |
| Pallets | X | | | | | | | | | X | Inspect carefully upon receipt. Monitor for pest activity. |



# Appendix N

Referenced in Section 2.3.1

**MARS NA**

**Allergen Protocol for Receiving and Storing**

**Raw Materials and Packaging**

**Purpose:**    To provide guidelines for receival, storage and handling of allergenic and non-allergenic raw materials, and packaging.

**Scope:**    This document applies to all external and internal storage and handling areas for Mars snackfood products in NA.

**Materials:**    Labels

Allergen Lists by location

**Requirements:**

- All materials must be segregated by allergen type or as non-allergenic or packaging.
- Segregation implies:
  - No storage of one allergen above another or commingling.
  - Storage beside other allergens is acceptable providing all spills and damaged containers/products are removed immediately and disposed of properly.
  - Raw Materials must not be stored above packaging materials
  - Packaging may be stored above either allergenic or non allergenic raw materials.
  - Allergens must be labeled as to the type and positioned so obvious to the warehouse and material handling personnel.
  - Allergen awareness training **must be** <u>conducted upon hiring and renewed annually f</u>or all receiving and material handlers.
- Documented cleaning procedures for managing material(s), and handling spills must be in place with conformance evident.

**Records/Documentation:**

- Allergen list for on-site storage
- Allergen cleaning procedures and spill control records
- Personnel Allergen Training Records



# Appendix O
Referenced in Sections 2.3.2, 3.1.2, and 3.4

**Mars Chocolate NA**
**Destruction Procedures**

## Mars NA Product Destruction Policy

Mars NA produces and distributes food, snackfood and petfood under conditions designed to deliver fresh, wholesome and quality products to customers/consumers.  When any finished product does not meet Mars NA stringent quality standards and is deemed un-saleable, the affected products must be destroyed to effectively prevent re-marketing/selling.  Product destructions are managed according to risk using two specific methods:

 1)  Food Safety – Finished product, stored ingredients, or in-process product components deemed to be a potential food safety risk must be destroyed with a Mars Associate as a witness.  Established destruction procedures require the product to be sent to a landfill, where a destruction certificate (signed affidavit) of the actual destruction is required for documentation.  This product must not be run through shredder equipment without authorization from Site R&D Manger of affected plant.

2)  Non-Food Safety - Finished product, stored ingredients, or in-process product components deemed as scrap (e.g., outdated) must be destroyed and witnessed by either a Mars Associate or a designated Quality Control person from the storage facility.  Established destruction procedures require the product to be either sent to a landfill or to an animal food processing facility with documentation of each shipment completed and signed as a destruction certificate.

Mandatory Defacing – regardless of whether the destruction process involves finished product items, ingredients, or product components (including packaging materials), the destruction process MUST ensure the materials cannot be mistaken as MARS NA finished products.  The acceptable procedures typically employed are:
1. To crush beyond recognition and bury at a landfill or;
2. To process the affected products through a grinding operation.

Any outside vendor responsible for processing finished products into animal feed must have well documented procedures and protocols, which must be audited for compliance on a yearly basis.

## GENERAL REQUIREMENTS

1) For confectionery, rice and dry pet food products destroyed at the RDC, it is necessary to render it unidentifiable and to destroy its original shape by the use of a grinder located at each RDC.  Canned and jar products must be rendered unidentifiable and the original shape destroyed.  Use of a compactor is preferred.

   Note: Jelly Beans will gum up a grinder.  It is acceptable to bypass the grinder for jelly beans.  This product must be rendered unidentifiable and original shape destroyed by cutting of each package or through the burial procedure.

2) Products authorized for destruction either at or away from the RDC must have a certificate of destruction (see FORMS section of this manual) associated with the documentation surrounding the hold.  The certificates should be forwarded to the manufacturing site's responsible quality associate.

MARS NA DISTRIBUTION QUALITY 2011

**MARS**
chocolate
*north america*

3) Any destruction operation must be witnessed by a Mars NA associate or a responsible designate. All item numbers, quantities and code dates must be documented.

4) For destruction of small quantities and those not associated with a hold, the MARC/ATLAS destruction code and its resulting documentation will be sufficient documentation in MARC/ATLAS controlled warehouses.


## MANDATORY DEFACING:

Regardless of whether the destruction process involves finished product items, ingredients, or product components (including packaging materials), the destruction process MUST ensure the materials cannot be recognized as a MARS NA product. The agreed procedures to crush at a landfill or to process the affected products through a grinder are typically employed


## RECOMMENDED BURIAL PROCEDURE:

1) Special procedures prior to crushing and burial are required to ensure product destruction. It will generally be necessary to destroy the structure or integrity if the packaging prior to crushing.
   a. Cases should be opened and emptied.
   b. Plastic bags should be sliced open at both ends.
   c. The integrity of all cans should be broken by at least one large, obvious puncture, on the top or bottom of the can, which cannot be economically repaired or feasibly covered by labeling or other material.

2) Crushing and Burial - The product (including any remaining wrapper) should be crushed to ensure that it is no longer salable or identified as or confused with company's standard product, and so that salvage for purposes of use (if food:  consumption) would be, for all practical purposes impossible. This can generally be accomplished by following the special procedures discussed above, spreading out the product at the site, generally no more than one foot high, running over it with a tractor or bulldozer, and covering the crushed product with dirt or fill.

MARS NA DISTRIBUTION QUALITY 2011



# Appendix P
Referenced in Section 2.3.2

## WAREHOUSE AFFIDAVIT
(VERIFICATION OF COMPLIANCE WITH ORGANIC STANDARDS)



Date: _____

Warehouse Company: _____

Address of Company: _____

Organic Warehousing Provided for:_____
                                        (name of company)

Stored Product Description (grains, packaged goods, etc.):_____

_____

Packing Description (bulk, cartons, sacks, etc.): _____

Describe Packaging Materials (plastic, paper, etc.):_____

Warehouse Cleaned:        ___Rinsed        ___Swept        ___Other

Warehouse Pest Control:   ___Traps       ___Fogging      ___Crack and Crevice
                          ___Bait        ___Fumigation   ___ None
                          ___ Other

List All Pest Control Products Used: _____

Describe Audit Trail For Tracking Stored Product: _____

_____

_____

_____

I hereby certify that the commodity(ies) described above has (have) been warehoused in a
manner that protects the Organic Integrity and is therefore in compliance with current,
accepted organic standards.

NAME:        _____

SIGNATURE: _____

DATE: _____

C208-99 179

MARS NA DISTRIBUTION QUALITY 2011



# Appendix Q

Referenced in Section 2.3.2

**Mars US**
**North American Quality Manual**
**For Organic Ingredients and Finished Product**



<span style="color:red">**Confidential**</span>

## 1. SPECIFICATION

    A. Common & Contract Carrier Specifications
    B. Finished Goods Warehouses
    C. Wooden Pallet Specification
    D. Raw Materials Warehouses

## 2. WAREHOUSE INSPECTIONS.

    General Procedure for Auditing Contracted Warehouses

## 3. STANDARD ACTION GUIDELINES.

    A. Inbound Procedures - Loss & Damage
    B. Inbound Inspection Procedures - Infestation
    C. Recoup Guidelines
    D. Destruction Procedures
    E. Approval of Storage Space
    F. Housekeeping Requirements
    G. Pest Management

**SECTION: 1. Specifications**

**Title: A. Common & Contract Carrier**

-----------------------------------------------------------------------------------------------------------------

1. <u>GENERAL INFORMATION</u>: Carriers shall at all times handle all organic traffic in full compliance with the Food Laws of the United States of America, Canada and Mexico, as well as their State, Provincial and Local laws. Since the products being shipped are organic food products, such products must be shipped separately from any products which might produce off-flavor, or compromise the organic certification. Any vehicle used to transport organic product and any shipping devices and containers employed for such transportation, shall not impart off-odors or off flavors to such products nor expose the products or the packages or containers in which such products are shipped to adulteration, infestation, unsanitary conditions, water damage, pesticides, or extremes of heat or cold.

The carrier must afford all the necessary protection to ensure that the shipment will arrive in a satisfactory condition, inline with all organic standards. All loading and pallet placement must prevent physical damage.

MARS NA DISTRIBUTION QUALITY 2011



2.  BILL OF LADING: The bill of lading shall provide the following information and the common and contract carriers shall comply to the listed requirements.

    Required Information:
        Carrier Name
        Case Count by Item  (Count by lot number is to be kept on file at the warehouse)
        Item Number and Description
        (Including the word "Organic" in all descriptions of food products)
        Required shipping temperature and any routing requirements
        Trailer Number
        Gross Weight
        Destination Name and Address
        Date Shipped
        Date Received by Carrier
        Driver Signature

    Organic Statement Requirement:

" Organically grown and processed in accordance with the State of California Organic Food Act 1990 "

3. COMMINGLING:  Organic finished products must <u>not</u> be shipped in the same trailer as ingredients, packaging, raw materials, non-food products or products with strong odors.  Raw materials must <u>not</u> be shipped in the same trailer with any non-food products.  Transportation of shippers with finished product from the manufacturer to the warehouse for co-packing is an acceptable practice.

4.  TEMPERATURE:  Organic finished products should be transported at ambient temperature with the exception of salad dressing loads or mixed loads containing salad dressings during the summer months (June through September) when 65 degrees Fahrenheit, + or - 5 degrees reefers should be used.

5.  STACKING HEIGHTS:

    Soups - maximum 2 pallets high
    Rice & Grains - maximum 2 pallets high
    Pasta Sauces - maximum 1 pallet high
    Salsa - maximum 1 pallet high
    Salad dressing – maximum 1 pallet high
    Food Service Pasta- maximum 1

6.    PESTICIDE USE:  Fumigation or fogging of organic finished goods or ingredients **MUST NOT BE CARRIED OUT** under any circumstances. The use or storage of any chemical near SOC product will compromise its organic integrity and so declare it unusable.

7.  VEHICLE INSPECTION: Seeds of Change (SOC) reserves the right to inspect at will the equipment furnished by a carrier for the transportation of their products.  Trailers furnished by a carrier will be rejected, at no cost to SOC, if such trailers do not pass their inspection standards.  In no way will acceptance and loading of a trailer by SOC or its representative constitute a waiver of any claims they might later seek to file for cargo damage resulting after the trailer has been loaded with their product.  Vehicles and trailers found deficient with respect to any of the following items, without limitation, may be rejected by SOC.



a.  All doors hatches and openings, etc. shall be tight fitting, water tight and capable of being sealed. All security devices and latches shall be in good operating condition and there shall be suitable closures for drain holes to prevent air leakage.

b.  Trailers shall be sanitary and suitable for the transportation of the products tendered.  Wall ceilings and floors of trailers shall be clean and undamaged.  The interiors of such trailers shall be dry, clean, empty, free of trash, debris, mold mildew, odors, grease, vermin, rodents and insects.

c.  Packaged raw materials and finished products shall not be shipped in vehicles used to ship raw agricultural products, such as meat, poultry, or any other cargo that is likely to become infested, or industrial and agricultural chemicals, unless the vehicles have been properly cleaned and inspected.

d.  Temperature control equipment shall be in proper working order.  These systems must provide a uniform environment when loaded to avoid hot/cold and wet spots.  Measuring thermometers must be able to indicate internal temperature from the outside.  Additionally, the carrier's trailers must be constructed, equipped and properly insulated so that they are capable of maintaining the required temperature for SOC products during the entire time of transit.

## SECTION:  1.  Specifications

### Title:  B.  Finished Goods Warehouses

-------------------------------------------------------------------------------------------------------

1.  GENERAL INFORMATION: The storage and handling of SOC food materials shall at all times comply with the Food Laws of the United States of America, Canada and Mexico, as well as their State, Provincial and Local laws.  Since many of SOC products readily absorb strong odors and are food products, the warehouse environment shall not impart off-odors or off-flavors to such products, nor expose the products to adulteration, infestation, unsanitary conditions, water damage or extremes of heat, cold and relative humidity.  Warehouse management is expected to conduct their own inspection of inbound materials and insure the warehouses' compliance with these specifications.  Warehouse Management should have knowledge of FDA warehouse inspection procedures and SOC must be notified of all inspections by a federal, state or local regulatory agency.

2.  STORAGE CONDITIONS:

    a.  Temperature:  Dry finished products will be stored at 40 degrees Fahrenheit, + or - 5 degrees.  All others will be stored at 65 degrees Fahrenheit, + or - 5 degrees.

    b.  Temperature Control: Accurate-indicating thermometers must be present in each storage area.  Accurate temperature records must be maintained using a continuous recorder, or a daily logbook.  Warehouse personnel should check temperatures at least twice per day, preferably morning and  afternoon/evening.  Copies of recording charts or records must be available for review by SOC.

3.  STACKING HEIGHTS:

    a.  Soups - maximum 2 pallets high

    b.  Rice & Grains - maximum 2 pallets high

    c.  Pasta Sauces - maximum 1 pallet high

MARS NA DISTRIBUTION QUALITY 2011



    d.  Salsa - maximum 1 pallet high

4.  STOCK ROTATION: The oldest week of production, first 3 code date digits must be shipped first.

5.  COMMINGLING:

a.  Organic finished products will <u>not</u> be stored in the same room as meat, raw agricultural materials, or industrial, agricultural or pest control chemicals.  Traffic patterns used for handling finished goods will <u>not</u> cross the traffic patterns of raw agricultural products, produce, meat, poultry, or industrial and agricultural chemicals.

b.  If blast freezing of meats is performed in a warehouse used for SOC products, the forklift and personnel traffic patterns and dock doors used must be separated from those used for organic products, such that no chance of cross contamination due to traffic patterns or handling procedures of equipment and personnel will exist;

c.  Packaged goods imparting strong odors, such as spices, soap, rubber tires, petroleum products, fragrant absorbent paper diapers, detergents, solvents or packed goods such as industrial and agricultural chemicals shall not be stored with or use the same air handling systems as those used for SOC products, except when the product has been canned or bottled.

6.  INFESTATIONS & PESTS: Will be absent.

7.  RECORD KEEPING OF STOCK: Finished goods shall be adequately controlled to prevent movement of unreleased stock.  This includes product on hold.  Product movement shall be traceable.

8.  PESTICIDE USE: **Fumigation or fogging while finished goods are in the warehouse may not be carried out.  If fumigation or fogging is necessary, all SOC product must be moved to isolated appropriate storage and must not be reintroduced into the warehouse for 48 hours after the completion of the fumigation or fogging.  A formal record of all movement must be kept.**

9.  WAREHOUSE INSPECTION: SOC reserves the right to make unannounced inspections during reasonable working hours and to review regulatory reports and records by federal, state and local officials.  Inspection for compliance to GMP's shall include, but are not limited to, buildings, grounds, loading docks, storage areas, pest control records and practices, handling practices, records of product movement and tracing, personnel practices and facilities.  Warehouses will conform to the following:

a.  All doors and windows shall be tight fitting and an effective barrier to insects, rodents, vermin and birds.

b.  Wall ceilings, roofs and floors shall be clean and undamaged.  Roofs shall not leak.  Interiors shall be dry, free of trash, debris, mold, mildew, off-odors, grease, vermin, rodents and insect pests.  Storage areas should be properly lit to facilitate sanitation, pest control and warehousing operations.

c.  Product will be stored on pallets, which meet our specifications, will be clean and in good repair.  There will be no direct floor storage and an 18 inch perimeter will be maintained between row stacks and the walls of the storage room.

MARS NA DISTRIBUTION QUALITY 2011

**MARS**
chocolate
*north america*

d.  Personnel shall wear clean clothing while engaged with work associated with the storage and handling of product.  No person will be allowed to handle product, who is ill or infected with a communicable disease.  No person shall be allowed to live, eat or sleep in storage areas.

e.  Use of tobacco products, food, beverages and drugs of any kind are not permitted in storage, handling and reconditioning areas.

f.  Segregated and specifically designated work areas are required for product recouping/product salvage work.  Procedures for recouped product are to be approved by SOC as warranted.

> 1) New shippers, finished packages of goods, are to be code dated identical to previously code dated shippers.

> 2) Hand stamped in the designated area/areas of shippers.  Hand written code dates are unacceptable.

> 3) Partial cases of soup or rice & grain products may not be recouped.

> 4) Broken cases of pasta sauce or salsa, broken cartons of soup or rice & grain are to be destroyed.

<u>10.  CUSTOMER RETURN PROCEDURES:</u> All FINISHED GOODS RETURNED FROM THE POSSESSION OF A CUSTOMER, OR ANY SOURCE OUTSIDE OF THE APPROVED SOC DISTRIBUTION NETWORK, SHALL BE HANDLED IN THE FOLLOWING MANNER:

a.  The licensed pest control operator, or trained designee of the warehouse shall physically inspect the in-bound product for evidence of infestation, general appearance, damaged product, product date codes and the condition of the trailer in which the return was made.  A written report of the findings and disposition will be made.

b.  Product which does not meet the quality specification shall not be returned to inventory.  Proper disposal procedures are found in the Standard Action Guidelines section of the "North American Quality Manual."

**SECTION:  1.  Specifications**

**Title:  C.  Wooden Pallet Specification**

-------------------------------------------------------------------------------------------------------

<u>1.  GENERAL INFORMATION</u>: A standard Grocery Manufacturers Association (GMA) 4-way pallet shall be used in the storage of all finished products, packaging and ingredients.  The pallet shall be constructed of hardwood.  While product may be shipped on slip-sheets, when products are shipped on pallets, a GMA 4-way pallet shall be used.
All products shall be stored on pallets at warehouses.  A barrier sheet must always be placed between the pallet and the product.  If palletized products are stacked, a barrier sheet must be placed between the deck of the pallet and product to protect the cases from contamination from the pallet.

MARS NA DISTRIBUTION QUALITY 2011



### 2. PHYSICAL REQUIREMENTS:

a.  All pallets must be hardwood pallets, solid in construction.  All pallets must be constructed from Class B      or C, also known as Class 3 or 4 wood, If southern pine is used, it must be kiln dried to prevent mold and odor issues.

b.  40" by 48" GMA standard design four-way entry pallet.

c.  Pallets must have three (3) 1.5" x 3.5" stringers without breaks, or blocks.

d.  The top of the pallet will be constructed as follows:

1)  Two (2) 1" x 6" deck-boards, one on each end.
2)  Five (5) 1" x 4" deck-boards in the middle.
3)  Deck-boards must be a minimum of 3/4" thick.

e.  The bottom of the pallets shall be constructed as follows:

1) Two   (2) 1" x 6" deck-boards, one on each end chamfered.
2) Three (3) 1" x 4" deck-boards in the middle.

f.  Knots shall be as follows:

    1) Sound Knots - Less than 1/2 the width of the piece in which they occur.
    2) Hollow Knots - Less the 1/4 the board width in which they occur.
    3) Knots above notched areas - Less than 1/2"

### 3.  PESTICIDE USE OR CHEMICAL TREATMENT: Pallets must not be treated with chemicals, or pesticides, which may impart chemical residues, or odors, to products or packaging.

### 4.  INSPECTION:  Pallets which do not meet inspection criteria, may be rejected at no cost to SOC.

### 5.  INSPECTION CRITERIA:

a.  Pallet Integrity:     (Pallets must be free of the following items)

    1) Partial, or total collapse, Stringer missing or broken.
    2) Nail heads exposed.
    3) Sharp, or pointed deck-boards, splintered.
    4) Broken stringers.
    5) Split stringers.
    6) Double stringers.
    7) Loose deck- boards.
    8) Broken deck-boards.
    9) Missing deck-boards.
    10) Use of blocks for repairs.
    11) Metal straps, clips, or support plates.

b.  Infestation:

    1) Rodents - Droppings, urine, or gnawing.



2) Insects - Live or dead insects, pupae, larvae, bore-holes, etc....
3) Birds - Nests, feathers, droppings, etc....
4) Mold.

### c.  Sanitation and Contamination:

1) Contamination - Spills leaks, oil, and chemical spill residues.
2) Chemical Treatment - Waterproofing agents, pesticides.
3)  Sanitation - Soil, previous products
4)  Wet Pallet.
5)  Sawdust on Pallet.
6)  Strong Natural Wood Odor - Associated with uncured wood.

## 6.  CORRECTIVE ACTIONS:

Any and all pallets found to be infested must be removed from the warehouse immediately.

## SECTION:  1.  Specifications

## Title:  D.  Raw Materials Warehouses
-------------------------------------------------------------------------------------------------------------

## 1.  GENERAL INFORMATION:

b.  Temperature Conditioning:  When moving product from blast freezer areas, the product will be temperature conditioned to prevent condensation on the product.  Product removed from frozen storage must be maintained at 40 degrees Fahrenheit +/- 5 degrees for a period of not less than two (2) weeks.  Product may also be conditioned at 50 degrees Fahrenheit, but Relative Humidity must not exceed 55%.  Stretch wrap must be removed during temperature conditioning.  Then it may be reapplied before shipment.

c.  Items to be frozen: The following items must be frozen in a blast freezer at - 30 degrees Fahrenheit for a period of not less than 5 days, upon receipt from the vendor or when returned from a co-packing facility.  Once the blast freezing cycle has been completed, these items shall be conditioned (per item b above) or stored in normal freezer conditions until required.

SOC018 Corn, Freeze Dried
SOC026 Quinoa
SOC027 Black Beans, Instant
SOC028 Navy Beans, Instant
SOC031 Amaranth
SOC036 Orzo, White
SOC040 Barley, Quick Cook
SOC046 Rice, Brown, Quick Cook
SOC047 Basmati Rice, White
SOC048 Rice, White, Medium Grain
SOC075 Spelt
SOC076 Oats, Whole Groats

MARS NA DISTRIBUTION QUALITY 2011



SOC077 Rice Wild
SOC078 Rye Berries
SOC095 Millet
SOC099 Barley, Conventional Cook
SOC101 Wheat Berries, Soft White
SOC102 Rice, Brown, Conventional Cook

*(Example list that may be different from the current list supplied to the warehouse)*

**SECTION: 2.  Warehouse Inspections**

**Title: A. General Procedure for Auditing Contracted Warehouses**

-----------------------------------------------------------------------------------------------------------

1.  GENERAL INFORMATION:

**SECTION: 3.  Standard Action Guidelines**

**Title:  A.  Inbound Procedures - Loss & Damage**

-----------------------------------------------------------------------------------------------------------

1.  Do not reject any damaged product to the carrier.

2.  Follow normal procedures to document Overs, Shorts & Damages.

3.  For inbound damages, or shortages, notify the SOC Logistics Coordinator.

4.  For all inbound loads, the unloader is responsible for inspecting the load and removing damaged product as it is brought into the warehouse.  The unloader is required to sign the receiving document as acknowledgment that he/she has inspected the load and only received good quality product.

5.  The warehouse associate signature is required on all outbound loads acknowledging that the inspection for damage and signs of infestation was performed and only quality product was shipped.

6.  An inbound exception report should be used to identify damaged product on the received load. This report is faxed to the SOC Logistics Coordinator site as a formal communication of damaged product.

**SECTION: 3.  Standard Action Guidelines**

**Title:  B.  Inbound Inspection Procedures - Infestation**

-----------------------------------------------------------------------------------------------------------

1.  All customer returns will be visually inspected for damage and signs of infestation at the time of unloading.  Any damage will be removed prior to put-away.

2.  If any signs of infestation are noted on customer returns, the product will be immediately placed back on the trailer and the SOC Quality Assurance contacted immediately.

MARS NA DISTRIBUTION QUALITY 2011



3.  All customer returns and refused orders for quality reasons will be completely restocked by hand and thoroughly inspected unit by unit to remove any damaged or contaminated product.  When any product is found which is suspected to be infested, the entire load must be placed back on the trailer and the SOC Quality Assurance contacted.

4.  After the inspection has been performed, the return product is to be held in quarantine for 24 hours.  Any indication of insect activity shall result in this product being destroyed.

**SECTION:  3.  Standard Action Guidelines**

**Title:  C. Organic Recoup Guidelines**

-----------------------------------------------------------------------------------------------

1.      Recoup and damage product storage areas for organic finished goods should be kept separate from the regular storage areas. No fumigation or fogging is permitted 48 hours prior to recoup of organic items.

2.      Guidelines are as follows:

   a)  All products in torn or punctured bags are to be destroyed.  No torn or punctured bags are to be taken into the recoup area.

   b)  Items that have been broken open, torn, stripped of labels, dented, rusted, or illegibly stained should be destroyed.

   c)  All recouped cases should be stamped with the proper code date/best before and sealed with tape or glue.  Hand written code dates are not acceptable.

   d)  Pallets being built from recouped organic items must not have cases with code dates that range greater than 4 weeks between the newest and oldest code dates.

   e)  A dump log should be kept identifying any cases that have been recouped using mixed code dates in the same case.  In this case the box should be stamped with the oldest code date.

3.  Seeds of Change, Uncle Ben's and M&M/Mars products may be recouped in the same area but must comply with the fumigation restriction noted above.

**SECTION:  3.  Standard Action Guidelines**

**Title:  D. Destruction Procedures**

-----------------------------------------------------------------------------------------------

1.  Products authorized for destruction must have a certificate of destruction, see attached form, associated with the documentation surrounding the hold.  The certificates should be forwarded to SOC Quality Assurance.

2.  A SOC associate or a responsible designated person must witness any destruction operation.  All item numbers, quantities and code dates must be documented. All SOC products must rendered unidentifiable by destroying its original shape by the use of a grinder located at each RDC.  Jar



products must be rendered unidentifiable and the original shape destroyed. Use of a compactor is preferred.

3. Recommended Burial Procedure:

a. Special procedures prior to crushing and burial are required to ensure product destruction. It will generally be necessary to destroy the structure, or integrity of the packaging prior to crushing. For dry product this will consist of opening cases and emptying them.

b. The product, including any remaining wrapper, should be crushed to ensure that it is no longer salable, or identified as, or confused with SOC standard product and so that salvage for purposes of use, consumption, would be for all practical purposes impossible. This can be generally accomplished by following the special procedures discussed above, spreading out the product at the site, generally no more than one (1) foot deep, running over it with a tractor, or bulldozer and cover the crushed product with dirt, or fill.

**SECTION: 3. Standard Action Guidelines**

**Title: E. Approval of Storage Sites**

-------------------------------------------------------------------------------------------------------

Organic products will only be stored in buildings that have been approved by a Quality Services auditor. Under no circumstances will unproved storage space be used.

**SECTION: 3. Standard Action Guidelines**

**Title: F. Housekeeping Requirements**

-------------------------------------------------------------------------------------------------------

1. Housekeeping must be an on-going activity throughout the facility as a primary function in pest management and regulatory compliance.

2. At least one associate should be designated as having the primary responsibility for housekeeping.

3. A documented housekeeping program shall be in place with up-to-date records available to SOC. This documentation shall include a log of activities that are being performed and the date they took place. This program must include storage areas and non-storage areas, such as offices, rest rooms and break areas. **The sanitation program must be reviewed by warehouse management to assure that corrective action follow-up is performed.**

4. An 18-inch perimeter shall be maintained around all walls. This perimeter should be painted white and must be kept clear of trash, products, equipment, dust, grease, extraneous material, or any objects other than pest control equipment.

5. The 18-inch perimeter shall be easily accessible at all times for cleaning and pest control inspections.

6. **The warehouse must have an action plan to manage spilled products.** Spilled product must be cleaned up immediately. This includes, but is not limited to, finished product spills behind racking and between storage rows.



7.  A daily inspection to locate damaged products is required.  Damaged products are to be removed immediately.

8.  Ceilings, walls, fixtures, conduits, piping, cracks, crevices, corners, edges, ledges, supports and electrical boxes must be kept free of accumulated dirt and dust build-up.

9.  All equipment in all areas of the facility must be free of accumulated grease, oil, glue, dirt, or dust build-up.

10.  Adequate trash receptacles with covers must be located throughout the facility.  Trashcans must be emptied and cleaned at least once per day.

11.  The compactor or Dumpster shall be emptied on a regular basis, minimum weekly, to avoid odors and to prevent pest attraction.  Dumpsters and other trashcans must be covered to prevent attraction of pests.

12.  The area around the compactor, or Dumpster shall be inspected daily and cleaned as necessary. This includes cleaning up spilled finished product at the dumping area.  The area under the compactor shall be cleaned each time the compactor or Dumpster is emptied.

13.  All nonessential materials and equipment shall be removed from operation and storage areas.

14.  Break rooms and rest rooms shall be inspected at least daily and cleaned as necessary.

15.  Eating, drinking, smoking and the use of any tobacco products shall be limited to break rooms, or office areas.  These activities shall not be permitted in any of the operations areas.  **Note:**  rest rooms have been removed as an acceptable area for eating, drinking and tobacco use.

16.  Personal hygiene of employees handling SOC products must be maintained to the standards required by the FDA for food grade facilities.  Personnel must wear reasonably clean clothing, including shoes and a shirt.  It should be noted that co-pack and co-manufacturing operations, which may occur in the warehouses, have separate requirements.  These requirements are currently unit specific.

17.  Each warehouse must have a program to inspect, clean and maintain cracks in the floor.

18.  Vacuum cleaners must be cleaned daily and stored clean.

19.  Compressed air usage for cleaning must be minimal.


**SECTION:  3.  Standard Action Guidelines**

**Title:  G.  Pest Management**

-------------------------------------------------------------------------------------------------

1. Integrated Pest Management (IPM) is the approach to pest management, which must be used by warehouses contracted for SOC products.  IPM includes the following four components: Sanitation, Exclusion, Monitoring and Pesticide Controls.

a.  **SANITATION -** Eliminate food spillage's and floor areas that harbor water in and around the warehouse.



b. **EXCLUSION** - Keep them out.  Ensure that windows, doors, ventilation fans and other openings are screened, or closed when not in use.  Inspection of received materials is very important for exclusion of pests.  Understanding where the materials originated from can be very useful, but this is not always possible.

c. **MONITORING -** The monitoring program is the key to pest control maintenance.  When pests are found by routine monitoring, the cause may be determined and corrected.  Food records are imperative.

d. **PESTICIDES - While pesticides are a part of IPM for conventional products, their use is restricted with the storage of organic products.  Organic products CANNOT be exposed to pesticides and must be isolated from any pesticide use and <u>must not be returned to a treated area until a minimum of 48 hours has elapsed from the time of application.</u>**

2.  All areas of the facility must be kept free of any type of pest infestation.  ANY occurrence of live infestation will be communicated, as soon as it is detected to SOC Quality Assurance, or Logistics Coordinator.

3.  The warehouse must have a trained pest control operator (PCO) monitoring the pest control program of the warehouse.  This individual should be licensed by the state.  Outside consultants and services may be used as a resource for the site, but the warehouse management is ultimately responsible for pest management.

4.  All incoming loads of empty pallets must be inspected.  All loads suspected of being infested are to be immediately reloaded and removed from the facility.

5.  Proper sanitation and housekeeping play a large role in preventing infestation.  Spilled products must be cleaned up immediately.

6.  An 18-inch perimeter shall be maintained around all interior walls to facilitate pest control monitoring activities.

7.  Signs of pest activity, unsanitary conditions and structural deficiencies must be documented on each inspection.  Corrective action taken to manage the activity should also be documented.

8.  Rodent control:

a.  The warehouse shall have a documented, active and regular rodent control program.

b.  All possible rodent entry points into the building shall be sealed.  A mouse can pass through a 1/4" opening.

c.  All incoming materials should be checked closely for signs of rodent activity.

> 1) Gnawing on wooden skids.
> 2) Holes in packaging materials.
> 3) Droppings and urine tracks.

d.  No materials exhibiting signs of rodent activity shall be allowed into the facility.

f.  Interior:

MARS NA DISTRIBUTION QUALITY 2011

**MARS**
chocolate
north america

1) The use of poison bait inside the warehouse is strictly prohibited by SOC.

2) All interior perimeters should be equipped with rodent monitoring stations at an appropriate frequency for the application.  (Tin Cat)

3) A rodent monitoring station should be placed on either side of interior and exterior doorways, including pedestrian doors and dock doors.

4) Rodent monitoring stations shall be positioned according to manufacturer's recommendations to allow maximum effectiveness.

5) Each rodent station, including glue-boards, shall be numbered and a sign posted              on the wall indicating the presence of the station.

6) The date of the last inspection should be recorded on the inside of the lid of all Ketch-alls and on the bottom of all glue boards.

7) All interior perimeter traps will be checked at least twice per month.

g.  Exterior:

1) The exterior of the building must be free of pest harborages and bird nesting and roosting places.  Harborages include dense foliage, pallets, discarded equipment, building materials and waste materials.

2) Trees should not overhang the roof.

3) A 30 inch gravel strip, 3 to 4 inches deep, around the outside of the building is recommended.  Pea gravel is the recommended material for this strip.

4) The outside perimeter of the facility should be equipped with **tamper resistant** bait stations containing rodenticides at an appropriate frequency.  For safety reasons e.g. tampering by children, the PCO may decide not to use bait stations on the external perimeter.  Bait must be used in compliance with the label.

5) Bait stations must have the following characteristics for **tamper resistance**:

a) Resistant to weather.
b) Equipped with an access panel that can be secured.
c) Strong enough to deny access to large non-target species, while allowing target animals access to the bait.
d) Anchored securely to the warehouse, or to the ground
e) Equipped with an internal structure for containing baits.
f) Display proper precautionary statements in a prominent location to comply with all state and federal labeling regulations.

6) All bait stations should be checked at least twice per month in warm weather and once per month in cold weather.  Rodent activity and the condition of the bait should be documented.



h.  Documentation shall include:

1) Maps of all Ketch-all and/or glue-boards.
      2) Maps of all external bait stations.
      3) A log of the Ketch-all/bait station inspections.

  i.  The following information should be recorded on the log of rodent station inspections:

      1) The date of the check.
      2) The absence or presence of rodents in the bait-stations.
      3) Locations in which rodent activity was found.
      4) The condition of each rodent station.
      5) The signature of the person who performing the check.

9.  Bird control:

  a.  Nesting and lingering must not be allowed outside of the warehouse.

  b.  There is a zero tolerance for birds inside of the warehouse.  If a bird gets into the warehouse, it must be a priority to remove the bird.

10.  Insect control:

  a.  The warehouse shall have a documented, active and regular program of insect control.

  b.  Documentation shall include:

      1) Maps of all pheromone traps.
      2) Listing of all pheromone traps used.
      3) A log of the pheromone trap checks, date of find, location of find, what was found, action taken and signature of inspector.
      4) Complete listing of insecticides used, MSDS sheets and label copies.
      5) Record of all pesticide applications.
      6) Record of all insect-electrocuters checks.  Include insects found, location of find, date of find, action taken and signature of inspector.

  c.  If used, pheromone traps will be placed according to the manufacturer recommendations and the recommendations of the PCO.

  d.  Pheromone traps should be checked a **minimum** of twice per month.  Any increasing trends in the number of insects found may indicate a potential problem.  When large numbers of insects are found, an investigation should be made to locate the source.

  e.  Insect-electrocuters may be used throughout the site.  They should be positioned so that the lights are not visible from the outside of the building.  Insect-electrocuters may be placed above each pedestrian door (6-8 feet high) and along the dock doors at a frequency recommended by the manufacturer.  To increase effectiveness, switch off the interior warehouse lights after the hours of business.

**Caution Note: Some** new grid zappers should be avoided if possible; pieces of bugs and bacteria can be propelled as far as 20'. More acceptable options are, UV light attractants and a vector to kill the bugs, such as vacuum suction systems and sticky traps.

MARS NA DISTRIBUTION QUALITY 2011



f.  Insect-electrocuters **must** be cleaned and inspected at least **once** per month.  Weekly service is preferred.

g.  Insect-electrocuter location, date, number of insects, species (if known) and inspector name should be recorded.

h.  Any large increase in the number of insects found should be noted and the source of the insects should be located and corrected.

i.  All incoming materials should be monitored closely for signs of insect activity.

       1) Holes in the packaging
       2) Presence of larvae or pupae
       3) Cast off skins
       4) Moth webbing

j.  Materials exhibiting signs of insect activity must not be allowed into the facility.

MARS NA DISTRIBUTION QUALITY 2011



# Appendix R
Referenced in Sections 2.3.2
*Organic Dry Ingredient Handling and Storage Procedure*

**Ingredients Freezing and Re-Tempering Procedure**

The handling protocol summarized in this procedure has been develop following extensive research and trails. The objective of the procedure is to prevent insect infestation of the ingredients and protect it by using storage temperatures that eradicate and prevent the reintroduction of insect infestation. The low storage temperature also has other benefits, frozen and chilled storage <u>do not</u> require pest control treatment, so the organic integrity of our ingredients is protected.

All the ingredients on List 1.  below, that are received from our vendors must be frozen and re-tempered in strict accordance with this procedure to ensure the ingredients are not damaged and deemed unusable for production. All ingredients not on the list must be stored in the chiller. ( @ 40F )

It is important that all departments involved in the supply of ingredient allow the appropriate amount of time to ensure the following key steps in this procedure are strictly followed. The quality services manager should be informed of any deviation of the procedure.

*1. Freezing Procedure*

1.1. On arrival at the freezer-store from the vendor, the ingredient must be off loaded and placed directly into the blast freezer, (@ -30 F) **for a period of not less than 3 days.**

1.2. After the 3 day blast freezing cycle is complete, the ingredient should now be moved into the chilled storage area (@ 40 F) for the remaining time in storage.

*2. Re-tempering Procedure*

2.1. All ingredients **must** be re-tempered in the chilled store, (@ 40F +/- 5F) for a period of **not less than 1 weeks**. This will ensure that the ingredient is fully defrosted before shipping to the co-packer and will prevent condensation from forming that could create conditions favorable to mold growth.

2.2. All shipping trailers must be conditioned to a temperature of 65F +/- 5F before loading.

*3. Ingredients Returned From the Co-packer*

3.1. Following production at the *copacker,* all remaining ingredient should be repackaged and sealed and moved to low temperature storage (@ 40F +/- 5F) within 48 hours of completion.

3.2. Only ingredients that are unopened and in original packaging should be returned to the third party frozen storage and put back through steps 1 & 2 of this procedure again. If the next production run is scheduled within 90 days and the copacker has space to store the ingredients in there chilled store, (@ 40F +/- 5F) then it is not necessary to ship the ingredients back to the freezer-store.

3.3. All ingredients that are opened and/or not in original packaging, should be repacked in new poly-bag lined drums, clearly labeled and stored in the chiller (@ 40F +/- 5F) and used first for the next production.
This includes but is not limited to; blended grains, herbs, vegetables, rework and process drain off.

MARS NA DISTRIBUTION QUALITY 2011



**The Following Ingredients Require Blast Freezing and Re-Tempering Procedure**

List 1

Item Number          Item Description

| Item Number | Item Description |
|---|---|
| SC0026 | Organic Quinoa |
| SC0027 | Organic Black Beans, Whole |
| SC0028 | Organic Navy Beans, Instant Whole |
| SC0036 | Organic Orzo, White |
| SC0047 | Organic Aromatic (Basmati) Rice |
| SC0048 | Organic Rice, White Medium Grain |
| SC0075 | Organic Spelt |
| SC0076 | Organic Oats, Whole Groats |
| SC0077 | Organic Rice Blend, Brown & Wild |
| SC0078 | Organic Rye Berries |
| SC0095 | Organic Millet |
| SC0099 | Organic Pearl Barley |
| SC0101 | Organic Wheat Berries |
| SC0142 | Organic Brown Lentils, Precooked |
| SC0245 | Organic Red Beans, Whole |
| SC0258 | Organic Rice, White, Long Grain |

**The Following Ingredients Require Chilled Storage Only**

**List 2**

| | |
|---|---|
| PX048 | Organic Seven Grain Premix |
| PX049 | Organic French Herb Quinoa Premix |
| PX050 | Organic Tomato Basil Premix |
| PX051 | Organic Tucson Rice and Beans Premix |
| PX052 | Organic Moroccan Lentil Premix |
| PX053 | Organic Zesty Cilantro Premix |
| FBB09 | Organic Flake Blend |

MARS NA DISTRIBUTION QUALITY 2011



# Appendix S

Referenced in Section 2.4

**MARS NA**

**SPECIFIC STORAGE REQUIREMENTS:**

The table below describes the temperature and relative humidity conditions for the various storage conditions that exist in the warehouses.

| Condition | Temperature Range | RH | Comments |
|---|---|---|---|
| **Dry Storage** | 40° F and 100° F | N/A | The ware house is expected to apply heat to maintain above freezing. |
| **70° F** | 70° +/- 5° F | 50% +/- 5% | Canada and Mexico do not have a R.H. requirement. |
| **40° F** | 40° +/- 5° F | 55% +/- 5% | |
| **0° F** | 0° +/- 10° F | N/A | |
| **-18° F** | < -18° F | N/A | |

The following sections describe handling for categories of warehoused ingredients used by the manufacturing companies. Written descriptions and a compatibility table are included. When the information below does not adequately describe the appropriate storage conditions or compatibility, Unit QS should be contacted.

**RAW AGRICULTURAL**

**For Food**      

No warehoused raw agricultural products are specified at this time. (Bulk storage is typically used)

**For Snack**      

| Material | Storage Condition | Comments |
|---|---|---|
| **Cocoa Beans** | **Dry Storage** | Cocoa beans must be <u>assumed infested</u> and must be stored separate from all other ingredients and products. Fumigate during warm months. |
| **Raw, shelled Nuts** | **40° F** | Store at 40°F to retard infestation and extend shelf life. Store and ship raw nuts separate from roasted nuts and other processed ingredients |

MARS NA DISTRIBUTION QUALITY 2011



**For Pet** 

| Material | Storage Condition | Package | Comments |
|---|---|---|---|
| **Rice** | **Dry Storage** | Sanitary bags made of corrosion resistant material (no woven plastic) | Rice is odor sensitive |
| **Dry Meals:** <br><br>**Liver, Fish, Poultry, Seafood, Pork and Bone** | **Dry Storage** | Clean, Multi-walled bags | <u>**Critical ingredient**</u> with high potential for insect and rodent infestation. Must be stored away from all semi-processed, processed and finished goods. Fumigate every 90 days. |
| **Milk & Cheese Proteins** | **Dry Storage** | Clean, Multi-walled bags | Milk and cheese proteins are odor sensitive. <u>**Do not store above other products.**</u> The perimeter of each pallet should be accessible for inspection. |
| **Dried Vegetables, Grains and Associated Meals** | **Dry Storage** | Clean, Multi-walled bags | <u>**Critical ingredient**</u> with high potential for insect and rodent infestation. Must be stored away from all semi-processed, processed and finished goods. Fumigate every 90 days. |
| **Dry Egg** | **70° F** | Clean, Multi-walled bags | <u>**Critical ingredient**</u> with high potential for insect and rodent infestation. Must be stored away from all semi-processed, processed and finished goods. Fumigate every 90 days. |
| **Frozen Meats** | **0° F** | Pallets must meet the weight and height restrictions of the Maserfood's systems (Columbus and Vernon). Slipsheets must meet Masterfood's specifications and a top sheet must be used. If packaged in boxes, the boxes must be waxed and free of staples. **No** inner liner is to be used. | <u>**Must be separated by a wall from processed goods**</u>. Forklift routes must not cross those of finished goods and processed goods. Store to prevent odor contamination of the meat. |

MARS NA DISTRIBUTION QUALITY 2011



**SEMI-PROCESSED**

**For Food**   

| Material | Storage Condition | Comments |
|---|---|---|
| **Rice feedstock (processed rice), pasta, wild rice (processed), beans and other starch bases** | **Dry Storage** | Rice is not to be stored where any foreign odors (flavorings, chemicals, etc.) are present |

**For Snack**   

| Material | Storage Condition | Comments |
|---|---|---|
| **Blends (Shell Dry Mixes, flour blends, spice blends, etc)** | **Dry Storage** | Powder blends should be stored away from any microbiologically sensitive products or areas (production areas, finished product storage areas, etc.). Spills must be cleaned immediately. |
| **Cereal Products** | **Dry Storage** | These products are considered **critical ingredients**. Most will be heat treated before use, but they may contaminate other ingredients in storage. The potential for rodent and insect infestation is high in cereals. The protein in cereals attracts most pests. <u>Cereals should be stored close to floor level when possible to allow for inspection.</u> Spills must be cleaned immediately. |

**For Pet**   

| Material | Storage Condition | Package | Comments |
|---|---|---|---|
| **HAEC (High Acceptance Extruded Chunk)** | **Dry Storage** | Clean, sanitary fiber drums with plastic liner or multi-walled bags. | High microbial and infestation risk. Store away from all semi-processed, processed and finished goods. Store in an area where inspection is easy. |

MARS NA DISTRIBUTION QUALITY 2011



**PROCESSED**

**For Food**   

| Material | Storage Condition | Comments |
|---|---|---|
| **Dry seasoning blends, Dried vegetable flakes, Dried vegetable blends, etc.** | **Dry Storage** | Not to be stored with any other similar materials unless they are UBI specific |
| **Fruits, nuts (dry)** | **Dry Storage** | Not to be stored with any other similar materials unless they are UBI specific |
| **Fruits, nuts (canned)** | **Dry Storage** | None |
| **Fruits, Vegetables (frozen)** | **0° F** | None |
| **Meats (semi-dried)** | **70° F** | Not to be stored with other materials with detectable odors. |

**For Snack**   

| Material | Storage Condition | Comments |
|---|---|---|
| **Cocoa Products & Chocolate** | **70° F** | **Cocoa products must not be shipped or stored in the same room with cocoa beans**.  Chocolate and cocoa must not be stored or shipped with odorous materials. |
| **Flavors** | Some flavors and juices require cooling, refrigeration or freezing.  Other flavors require that temperatures remain above freezing.  See individual specifications. | Flavors should be handled to prevent odor contamination of other products.  Flavors may present a fire and explosion hazard.  Individual drums should be sealed to prevent tampering.  Specification must be reviewed for special storage requirements. |
| **Colors – Dispersions & Dyes** | **70° F** | None |
| **Dairy Powders** | **Dry Storage** - high humidity and moisture should be avoided. | **Dairy products are microbiologically critical**.  Do not store near raw agricultural products such as raw meat, raw nuts, etc..  Milk powders absorb odors.  Powdered dairy products should not be stored above other products. |
| **Other Dairy (Butter, Anhydrous Milk Fat (Blocks)** | **40° F – for Blocks**<br><br>**70° F - for totes and drums of Anhydrous Milk Fat** | **Microbiologically critical**. Do not store near meats, or raw agricultural commodities. Do not store near odorous materials. |

**For Snack (Con't)**   

MARS NA DISTRIBUTION QUALITY 2011



| Material | Storage Condition | Comments |
|---|---|---|
| **Roasted Nuts** | **40° F or 70° F – based on shelf life strategy** | Raw nuts must not be stored or shipped with roasted nuts. |
| **Proteins (Gelatin, Soy Albumen, Egg Albumen)** | **Dry Storage** | <u>**Proteins are usually microbiologically critical**</u> and in the powder and granular form. These need to be stored in a dry area away from microbiologically sensitive products or areas. Spills should be cleaned immediately. |
| **Oils** | **Cubes of oils/fats** - maintain below melting point (**typically 75°F**). Temperature is not typically specified when packaged in drums. | Oils are not generally explosive, but do provide a fire hazard. In drums oils are not easily contaminated. <u>Drums of oil should be stored on pallets</u>. |
| **Sweeteners** | Stored in dry area | Generally high in solids, sweeteners are not typically microbiologically sensitive. Pallets of powdered sweeteners should be stored in a dry area. |
| **Additives** | Refer to ingredient specification | This class of items incorporates a variety of different materials. Special shipping and storage requirements should be listed on the bill of lading. The bill of lading requirements are taken from each Mars, Inc. ingredient specification. |
| **Gums & Waxes** | Typically **Dry Storage.** Some require **70° F.** Refer to individual Spec. | Gums and waxes are powders which are typically sensitive to humidity and moisture. Products with strong odors should be avoided. |

<u>**For Pet**</u>   

| Material | Storage Condition | Package | Comments |
|---|---|---|---|
| **Gums (Carrageenan, Guar, Carob, Gum MM, Xanthan)** | **Dry Storage** | Clean, sanitary fiber drums with plastic liner or multi-walled bags. | Keep dry. Low microbial risk. |
| **Gels, Vitamin and Gravy Premixes** | **Dry Storage** | Clean, inert moisture-proof bags. | Should not be stored over other products. These are odor sensitive products. Separate from finished products by a minimum of an aisle. |
| **Minerals and Colors** | **Dry Storage** | Clean, inert moisture-proof bags. | <u>Do not store above other products</u>. Generally microbiologically safe. |

MARS NA DISTRIBUTION QUALITY 2011



**For Pet Con't)** 

| Material | Storage Condition | Package | Comments |
|---|---|---|---|
| **Onion and Garlic Flavors** | **Dry Storage** | Clean, sanitary fiber drums with plastic liner or multi-walled bags. | <u>**Strong odor**</u>.  Protect odor sensitive products from this ingredient. |
| **Amino Acids - (Glycine, Methionine, Cysteine, and Taurine** | **Dry Storage** | Clean, sanitary fiber drums with plastic liner or multi-walled bags. | <u>Do not store over other materials</u>.  Store in a dry area. Low microbial risk. |
| **Sugars** | **Dry Storage** | Clean, sanitary fiber drums with plastic liner or multi-walled bags. | Keep dry.  Low microbial risk. |
| **Vegetable Oil** | **70º F** | Clean, sanitary fiber drums with plastic liner or multi-walled bags. | <u>Drums should be stored on pallets.</u>  Although not generally explosive, oils <u>may</u> provide a fire hazard. |

## PACKAGING

Historically, packaging has been known to be susceptible to infestation and should be separated from raw materials and finished goods.  Packaging <u>must</u> be inspected carefully before moving it into the plant or warehouse.

| Material | Storage Condition | Comments |
|---|---|---|
| **ALL Packaging Categories** | **Normally Dry Storage** | - All packaging, <u>except corrugated and Kraft paper bags</u>, should be separated from finished goods by minimum of an aisle or rack space (10 ft). <br><br> - Corrugated and Kraft paper bags should be stored in a **separate room** from finished product. <br><br> - Packaging should be stored on pallets and/or slipsheets. |
| **Corrugated and Kraft Bags** | **Dry Storage** | High relative humidity contributes to reduction in board strength. High relative humidity should be avoided. <br><br> It is acceptable to store bales of corrugated shippers on slip sheets. |

Special Packaging Issues:

Psocids (book lice) are a common pest associated with corrugated.  They are attracted to the starch in corrugated and to molds which feed on the starch.  They are most prevalent in high moisture environments.

MARS NA DISTRIBUTION QUALITY 2011



Packaging other than corrugated:

- ➢ Flexible Packaging

- ➢ Jars (Glass and Plastic)

- ➢ Dunnage

- ➢ Labels and coupons

- ➢ Cans

- ➢ Inserts

- ➢ Kraft Paper Bags

- ➢ Stretch Wrap

- ➢ Polyethylene Tote Bags

- ➢ Folding Cartons

- ➢ Adhesives
- ➢ Pallets

MARS NA DISTRIBUTION QUALITY 2011



# Appendix T
Referenced in Section 2.6
**MARS Chocolate NA**
**Pallet Quality Document**

Specifications for pallets entering the MARS Chocolate NA pipeline

**Purpose**

The purpose of this document is to define MARS Chocolate NA requirements and standards of acceptability for the pallets whatever their type (CHEP, GMA, etc.) or format.

## MARS NA WOODEN PALLET SPECIFICATIONS

❑ **GENERAL REQUIREMENTS**

A standard Grocery Manufacturer's Association (GMA) 4-way pallet is generally used for the storage of all MARS NA products, packaging and ingredients; however other pallet types may be used. All pallets shall be constructed of hardwood.

| Location of product /material in Supply Chain | **Acceptable means of palletization |
|---|---|
| Shipping | • Slipsheet<br>• GMA 4-way pallet<br>• Re-built hardwood 1-way pallet<br>• CHEP pallet in some instances |
| Storage in Warehouses and at Transfer Points | • GMA 4-way pallet<br>• Re-built hardwood 1-way pallet<br>• CHEP pallet |

** A barrier sheet **must** always be placed between the pallet and the product. If palletized products are stacked, a barrier sheet **must** be placed between the deck of the pallet and the product to protect the cases from contamination from the pallet.

Pallets must be shipped in enclosed trailers to prevent contamination and infestation during shipping.

All pallets received should be inspected and must be free of any infestation and contamination.

❑ **BACKGROUND**

MARS NA generally utilizes 3 pallet standards to meet business needs/requirements.

❑ Rented pallets                          48" x 40"      Std Block      CHEP
❑ Purchased Hardwood pallets 48" x 40"        Std GMA      Local market suppliers
❑ Re-built Hardwood pallets       48" x 40"      #1 – A Pallet   Local market suppliers

Note: Other pallet sizes used in the business for co-packing and co-manufacturing are noted in the Appendix.

Rented pallets are from CHEP (blue color).

MARS NA DISTRIBUTION QUALITY 2011



Purchased Standard GMA Hardwood pallets must meet all design specifications.

Re-built Hardwood pallets generally conform to standard GMA pallet specifications. Re-built pallets <u>must</u> adhere to the same standards for freedom from infestation and contamination as all pallets. These pallets should be used for one way use (direct ship to customer and pallets not returned for future use).

All pallets must support the safe handling of our products and must be designed to be used with industrial mechanical handling (forktrucks, auto palletizing, etc.). The automatic palletization of products and movements with forktrucks using pallets must in no way impact the integrity of the products or impact the product in any negative manner (odors, micro risks, etc.).

**NOTE:** If any pallet has any defect condition or deterioration that could negatively impact the products which the pallet supports, it must be discarded and not used.

❑ **DIMENSIONS, CONSTRUCTION, & PHYSICAL REQUIREMENTS**

All the elements of the new standard GMA pallets (Partial 4-Way Entry, Double-Face Non-Reversible, Flush-Type) must be made of hardwood timber and fitted together with nails. Typical construction is Gang-Sawn Group IV (Class "C") Hardwood.

The rented CHEP Pallets (4-Way Entry, Non-Reversible, Flush-Type, nine block pallet) are made up out of kiln-dried Southern Yellow Pine with hardwood leading edge boards and fitted together with 150 nails.

Knots are a common in all lumber, however if present, the following rules must be followed for all pallet types:
- Sound Knots – less than ½ the width of the piece in which they occur.
- Hollow Knots – less than ¼ the board width in which they occur
- Knots above notched areas – less than ½ inch

Dimensions are listed below for the standard pallets excluding re-built:

| Values expressed in inches | Size 48" X 40" (Std. GMA) | | | Size 48" X 40" (CHEP) | | |
|---|---|---|---|---|---|---|
| | Length | Width | Height | Length | Width | Height |
| **Total Dimensions** | 48" | 40" | 4.75" | 48" | 40" | 5.56" |
| Values expressed in inches | Length | Board Size | Quantity | Length | Board Size | Quantity |
| **Top deckboard(s) on ends** | 40" | 5½" x 5/8 " | 2 | 40" | 3½ " x 11/16" | 4 |
| **Top deckboards – center** | 40" | 3½" x 5/8 " | 5 | 40" | 5½ " x 11/16" | 5 |
| **Bottom deckboard(s) on ends** | 40" | 5½" x 5/8 " | 2 | 40" | 5½ " x 11/16" | 2 |
| **Bottom deckboard(s)** | 40" | 3½" x 5/8 " | 3 | 37" | 5½ " x 11/16" | 3 |
| **Stringers / connector boards** | 48" | 1½" x 3½" | 3 | 48" | 5 " x 11/16" | 3 |
| **Blocks – Outer** | N/A | N/A | N/A | 7½" | 5" x 3½ " | 6 |
| **Blocks – Center** | N/A | N/A | N/A | 3¾" | 5" x 3½ " | 3 |
| **Total Pallet Weight** | 40 Lbs. | | | 70 Lbs. | | |

MARS NA DISTRIBUTION QUALITY 2011



**Rebuilt Pallet Allowable Exceptions:** The re-built hardwood one way use pallets should also conform to all the above standards for GMA pallets with the exception of the 6 inch lead boards. It 6 inch lead boards are not used, the pallet must have 7 or more 3½" top deckboards and a minimum of 5 – 3½" deckboards on the bottom.

❏ **PERFORMANCE CRITERIA & WEIGHT CAPACITY**

**Standard GMA 48" x 40":**

2,200 lbs. under normal conditions if the load is dispensed evenly on the pallet surface

3,000 lbs., maximum load if evenly dispensed on the pallet surface

8,000 lbs., max. load for the bottom pallet of a pile. This assumes that the surface below is even, horizontal and stiff, and if the load above is dispensed evenly and wholly on the pallet surface.

 **48" x 40":**

2,800 lbs. under normal shipping conditions, assuming the load is dispensed evenly on the pallet surface.

**Re-built Hardwood 48" x 40" Pallets:**

Note: Must meet the same weight specifications as a Standard GMA pallet.

❏ **MATERIAL**

The wood used to manufacture pallets must be free from any infestation. All pallets received must be inspected and must be free of any infestation as well. Infestation includes, but is not limited to:

- Rodents - droppings, urine or gnawing
- Insects - live or dead insects, pupae, larvae, bore holes, etc.
- Birds  - nests, feathers, droppings, etc.
- Mold, mildew
- Must be free of cob webs, bark, rot, dry rot

The use of compressed wood or blocks (for manufacture and repair) should not be used in **any** pallet used for MARS Chocolate NA.

MARS NA DISTRIBUTION QUALITY 2011



❏  **CONTAMINATION**

When received, all incoming pallets must be free from water, snow or ice.  The pallet has to be maintained in accordance with the current environmental and state regulations and must be free of any contamination such as:

- Contamination - (spills, leaks, oil, chemical spill residues)
- Chemical treatment  - (waterproofing agents or pesticides which may transfer odors, flavors or chemical residues to finished products)
- Sanitation - (soil, previous products)
- Excess sawdust on pallet
- Strong Natural Wood Odor typically associated with uncured wood
- Wood must not be treated with chlorinated biphenols (PCP's).
- No smell or physical contamination (mud, hydrocarbons, suspect traces)
- No infestation
- Absence of foreign bodies (plastic, paperboards, stretch film)

**NOTE:**  Any and all pallets found to be infested or contaminated must be removed from the warehouse immediately.

❏  **New Wood Pallet Pest Control Processes**

Fumigation or kiln drying is required for all new pallets.  If a fumigant is used, it must be in accordance with all local, state and federal regulations.   Methyl Bromide is typically used, however, Methyl Bromide is prohibited in California.  Vikane is typically used in California.

*[As a point of reference:   Fumigation of any Mars, Inc. products MUST be approved in writing by a Mars, Inc. QS manager.]*
**For Organic Products: Pallets must not be treated with chemicals, pesticides which may impart chemical residues, or odors, to products or packaging**.  Refer to USDA National Organic Program (NOP) http://www.ams.usda.gov/nop/indexIE.htm for specific details.

❏  **New Wood Pallet Mold Control Processes**
To adequately control the potential for mold growth the target specification at time of production for new pallets is 19% and should be no greater than 22%.  This can be achieved through such means as kiln drying or an ambient air curing period to reach the specified moisture content.

❏  **PALLET IDENTIFICATION AND PALLET MARKINGS**

The rented pallets are the property of CHEP
CHEP pallets are blue in color

Standard GMA pallets that have been heat treated will be stamped to show the wood has been heat

treated.     For more information refer to:  **ISPM15 - International Heat Treatment Standards**

❏  **SPECIFICATIONS & UNFIT FOR USE CONDITIONS**

The MARS NA Pallet Quality document will be provided by Distribution Quality to the warehouses, factories and to pallet suppliers with descriptions and photographs of the specifications and descriptions of unfit for use conditions.

MARS NA DISTRIBUTION QUALITY 2011



- **SPECIFICATIONS**

Specifications about chips on edge, corner, block, about splits, impact and chamber are detailed in the pallet specifications and must be manufactured in accordance with the design specifications.

Deckboards and stringers must be manufactured with hardwood and be free of sawdust and odors.

- **UNFIT FOR USE CONDITIONS**

The pallet is deemed unfit for use when the pallet integrity has been compromised:

- Partial or total collapse  (Stringer missing or broken)
- Nail heads exposed
- Sharp or pointed deckboards (Splintered)
- Broken stringers
- Split stringers
- Double stringers
- Loose deckboards
- Broken deckboards
- Missing deckboards
- Use of blocks for repairs
- Metal straps, clips or support plates

**NOTE:**  Any and all pallets found to be infested or contaminated must be removed from the warehouse immediately.

↵  **PALLET STORAGE – MAXIMUM STACK HEIGHTS**

| Pallet Type | Warehouse Storage Maximum Stack Height | Manufacturing Facility Maximum Stack Height |
|---|---|---|
| Idle Wood Pallets | 6 ft. | 8 ft. |
| Plastic Pallets | 4 ft. | 5 ft. |

ACCEPTABLE  CHEP PALLET

MARS NA DISTRIBUTION QUALITY 2011





- **Only one nail-shank visible but not exceeding the height of the board**

- **Split board but less than 1/3 of the length**

- **Acceptable splinters**

MARS NA DISTRIBUTION QUALITY 2011



ACCEPTABLE  CHEP PALLET



- **Damaged block but within tolerances (i.e only such chips/splinters are accepted, missing matters < to 25%)**

- **Minor splintering**

MARS NA DISTRIBUTION QUALITY 2011



NON ACCEPTABLE CHEP PALLET



- **Pallet contaminated with oil/petroleum (applies to all pallets).**

MARS NA DISTRIBUTION QUALITY 2011



NON ACCEPTABLE CHEP PALLET



- **Pallet contains particle board (compressed wood) blocks.  The use of compressed wood or blocks (for manufacture and repair) should not be used in any pallet used for MARS Chocolate NA.  Pallets must be free of sawdust and/or wood particles.**

MARS NA DISTRIBUTION QUALITY 2011



ACCEPTABLE  PALLET



- **Only one nail-shank visible but not exceeding the height of the board**

- **Minor splits allowed.**

- **Less than 1/3 deck board missing**

MARS NA DISTRIBUTION QUALITY 2011



NON ACCEPTABLE PALLET



- **Discoloration of the timber due to spills covering ½ the length and ¾ the width of a deck board.**

- **Exposed nails and broken deck board**

MARS NA DISTRIBUTION QUALITY 2011

**MARS**
chocolate
*north america*

NON ACCEPTABLE PALLET



Mold on pallet stringer

- **Presence of mold on the boards.**

- **Presence of moisture.**

MARS NA DISTRIBUTION QUALITY 2011



NON ACCEPTABLE PALLET



Broken deckboard and exposed nails

- **Broken deck board.**

- **2 visible nails (screws), deckboard loose and dangerous.**

MARS NA DISTRIBUTION QUALITY 2011

**MARS**
chocolate
*north america*

NON ACCEPTABLE PALLET



- **This pallet is not acceptable according to specifications**

- **Thickness of the top boards < ½".**

- **Several deckboards width only 3".**

- **The boards have been made with bark.**

MARS NA DISTRIBUTION QUALITY 2011



NON ACCEPTABLE PALLET



- **This pallet is not manufactured according to GMA specifications**

- **Discoloration of the timber due to spills covering ½ the length and ¾ the width of a deckboard.**

- **Exposed nails and broken deckboard**

MARS NA DISTRIBUTION QUALITY 2011

**MARS**
chocolate
*north america*

NON ACCEPTABLE PALLET



- **Stringer is split or broken.**

- **Missing deckboard.**

MARS NA DISTRIBUTION QUALITY 2011



NON ACCEPTABLE PALLET



- **Pallet contains metal support plate (no metal straps, clips, or support plates allowed)**

MARS NA DISTRIBUTION QUALITY 2011



NON ACCEPTABLE PALLET



- **Pallet contains use of blocks to repair split stringers.**

MARS NA DISTRIBUTION QUALITY 2011



NON ACCEPTABLE PALLET



- **Deckboard has wood bark**

- **Broken deckboard**

MARS NA DISTRIBUTION QUALITY 2011



**APPENDIX**

**Pallet Reference Numbers:**   Other Pallets sizes utilized in the business

| Structure Number | GRD Number | Part/Spec Number | Pallet Dimensions | Description | Special Notes |
|---|---|---|---|---|---|
| 060133-1 | 1071371 | 9012933-0 | 24" x 19" | Quarter Pallet | M&M's 14 Oz Display |
| 070168-1 | 1071376 | 9013329-0 | 24" x 20" | Quarter Pallet | Display Pallet w/clips |
| 070063-1 | 1071375 | 9013324-0 | 24" x 20" | Quarter Pallet | Display Pallet |
| | *1071566* | *9163681-0* | *22.5" x 34.5"* | *Combos Pallet* | *History – 2/2/07* |
| | | 9066385-0 | 14.375" x 38.625" | Display Pallet | 3 x 1 x 4 Tray Configuration |
| 060134-1 | 1071479 | 9067785-0 | 24" x 40" | Half Pallet | M&M's 22.7 Oz Display |
| 070070-1 | 1096632 | 9761131-0 | 48" x 40" | GMA Pallet | |
| 010011-1 | 1074385 | 9701323-0 | 48" x 40" | CHEP Pallet | Blue Markings |

MARS NA DISTRIBUTION QUALITY 2011



**GROCERY INDUSTRY PALLET SPECIFICATIONS**

NOTE:
THIS PALLET MAY
BE HANDLED BY A
FORK LIFT TRUCK OR
LIFT JACK ON THE
40" SIDE AND ONLY BY A
FORK LIFT TRUCK ON
THE 48" SIDE.

TOP DECK
90" MINIMUM ACTUAL
CUMULATIVE SURFACE

CHAMFER AS PER
DETAILED SPECIFICATION

BOTTOM DECK
24" MINIMUM ACTUAL CUMULATIVE SURFACE

| | | REVISIONS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

48" x 40" GROCERY INDUSTRY
4 WAY PALLET

DO NOT SCALE THIS DRAWING - USE DIMENSIONS ONLY

MARS NA DISTRIBUTION QUALITY 2011

**MARS**
chocolate
*north america*

# Appendix U
Referenced in Sections 2.6

*Publication No. 15*
*March 2002*

**INTERNATIONAL STANDARDS FOR
PHYTOSANITARY MEASURES**

| |
|---|
| **GUIDELINES FOR REGULATING WOOD PACKAGING MATERIAL IN INTERNATIONAL TRADE** |



Secretariat of the International Plant Protection Convention
Food and Agriculture Organization of the United Nations
Rome, 2002

MARS NA DISTRIBUTION QUALITY 2011



The designations employed and the presentation of material in this publication do not imply the expression of any opinion whatsoever on the part of the Food and Agriculture Organization of the United Nations concerning the legal status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form by any means, electronic, mechanical, photocopying or otherwise, without the prior permission of the copyright owner. Applications for such permission, with a statement of the purpose and extent of the reproduction, should be addressed to the Director, Information Division, Food and Agriculture Organization of the United Nations, Viale delle Terme di Caracalla, 00100 Rome, Italy.

© FAO 2002

MARS NA DISTRIBUTION QUALITY 2011

**MARS**
chocolate
*north america*

## CONTENTS

*Endorsement* .......... 1
*Application* .......... 2
*Review and amendment* .......... 2
*Distribution* .......... 3

**INTRODUCTION**

SCOPE .......... 4
REFERENCES .......... 4
DEFINITIONS AND ABBREVIATIONS .......... 4
OUTLINE OF REQUIREMENTS .......... 7

**REGULATORY REQUIREMENTS**

1.   **Basis for Regulating** .......... 8

2.   **Regulated Wood Packaging Material** .......... 8

3.   **Measures for Wood Packaging Material** .......... 8
3.1   Approved measures .......... 8
3.2   Measures pending approval .......... 9
3.3   Other measures .......... 9
3.4   Review of measures .......... 10

**OPERATIONAL REQUIREMENTS**

4.   **Dunnage** .......... 10

5.   **Procedures Used Prior to Export** .......... 10
5.1   Compliance checks on procedures applied prior to export .......... 10
5.2   Transit arrangements .......... 10

6.   **Procedures upon Import** .......... 10
6.1   Measures for non-compliance at point of entry .......... 11
6.2   Disposal .......... 11

*Annexes*
I.   **Approved measures associated with wood packaging material** .......... 12
II.   **Marking for approved measures** .......... 13
III.   **Measures being considered for approval under this standard** .......... 14

MARS NA DISTRIBUTION QUALITY 2011



*Guidelines for regulating wood packaging material in international trade*

*Endorsement*

International standards for phytosanitary measures are prepared by the Secretariat of the International Plant Protection Convention as part of the United Nations Food and Agriculture Organization's global programme of policy and technical assistance in plant quarantine. This programme makes available to FAO Members and other interested parties these standards, guidelines and recommendations to achieve international harmonization of phytosanitary measures, with the aim to facilitate trade and avoid the use of unjustifiable measures as barriers to trade.

This standard was endorsed by the Interim Commission on Phytosanitary Measures in March 2002.

Jacques Diouf
Director-General
Food and Agriculture Organization of the United Nations

1

MARS NA DISTRIBUTION QUALITY 2011



*Guidelines for regulating wood packaging material in international trade*

### Application

International standards for phytosanitary measures (ISPMs) are adopted by contracting parties to the IPPC, and by FAO Members that are not contracting parties, through the Interim Commission on Phytosanitary Measures. ISPMs are the standards, guidelines and recommendations recognized as the basis for phytosanitary measures applied by Members of the World Trade Organization under the Agreement on the Application of Sanitary and Phytosanitary Measures. Non-contracting parties to the IPPC are encouraged to observe these standards.

### Review and amendment

International standards for phytosanitary measures are subject to periodic review and amendment. The next review date for this standard is 2007, or such other date as may be agreed upon by the Commission on Phytosanitary Measures.

Standards will be updated and republished as necessary. Standard holders should ensure that the current edition of this standard is being used.

2



*Guidelines for regulating wood packaging material in international trade*

### Distribution

International standards for phytosanitary measures are distributed by the Secretariat of the International Plant Protection Convention to all FAO Members, plus the Executive/Technical Secretariats of the Regional Plant Protection Organizations:

- Asia and Pacific Plant Protection Commission
- Caribbean Plant Protection Commission
- Comité Regional de Sanidad Vegetal para el Cono Sur
- Comunidad Andina
- European and Mediterranean Plant Protection Organization
- Inter-African Phytosanitary Council
- North American Plant Protection Organization
- Organismo Internacional Regional de Sanidad Agropecuaria
- Pacific Plant Protection Organization.

3

MARS NA DISTRIBUTION QUALITY 2011



*Guidelines for regulating wood packaging material in international trade*

## INTRODUCTION

### SCOPE

This standard describes phytosanitary measures to reduce the risk of introduction and/or spread of quarantine pests associated with wood packaging material (including dunnage), made of coniferous and non-coniferous raw wood, in use in international trade.

### REFERENCES

*Agreement on the Application of Sanitary and Phytosanitary Measures*, 1994. World Trade Organization, Geneva.
*Export certification system*, 1997. ISPM Pub. No. 7, FAO, Rome.
*Glossary of phytosanitary terms*, 2001. ISPM Pub. No. 5, FAO, Rome.
*Guidelines for phytosanitary certificates*, 2001. ISPM Pub. No. 12, FAO, Rome.
*Guidelines on notification of non-compliance and emergency action*, 2001. ISPM Pub. No. 13, FAO, Rome.
ISO 3166-1-ALPHA-2 CODE ELEMENTS
(http://www.din.de/gremien/nas/nabd/iso3166ma/codlstp1/en_listp1.html)
*International Plant Protection Convention*, 1997. FAO, Rome.
*Principles of plant quarantine as related to international trade*, 1995. ISPM Pub. No. 1, FAO, Rome.

### DEFINITIONS AND ABBREVIATIONS

| | |
|---|---|
| bark-free wood | Wood from which all bark excluding the vascular cambium, ingrown bark around knots, and bark pockets between rings of annual growth has been removed [ISPM Pub. No. 15, 2002] |
| chemical pressure impregnation | Treatment of wood with a chemical preservative through a process of pressure in accordance with an officially recognized technical specification [ISPM Pub. No. 15, 2002] |
| certificate | An official document which attests to the phytosanitary status of any consignment affected by phytosanitary regulations [FAO, 1990] |
| commodity | A type of plant, plant product, or other article being moved for trade or other purpose [FAO, 1990; revised ICPM, 2001] |
| consignment | A quantity of plants, plant products and/or other articles being moved from one country to another and covered, when required, by a single phytosanitary certificate (a consignment may be composed of one or more commodities or lots) [FAO, 1990; revised ICPM, 2001] |
| debarking | Removal of bark from round wood (debarking does not necessarily make the wood bark-free) [FAO, 1990] |
| dunnage | Wood packaging material used to secure or support a commodity but which does not remain associated with the commodity [FAO, 1990; revised ISPM Pub. No. 15, 2002] |
| emergency action | A prompt phytosanitary action undertaken in a new or unexpected phytosanitary situation [ICPM, 2001] |

4

MARS NA DISTRIBUTION QUALITY 2011



*Guidelines for regulating wood packaging material in international trade*

| | |
|---|---|
| emergency measure | A phytosanitary regulation or procedure established as a matter of urgency in a new or unexpected phytosanitary situation. An emergency measure may or may not be a provisional measure [ICPM, 2001] |
| free from (of a consignment, field, or place of production) | Without pests (or a specific pest) in numbers or quantities that can be detected by the application of phytosanitary procedures [FAO, 1990; revised FAO, 1995; CEPM, 1999] |
| fumigation | Treatment with a chemical agent that reaches the commodity wholly or primarily in a gaseous state [FAO, 1990; revised FAO, 1995] |
| heat treatment | The process in which a commodity is heated until it reaches a minimum temperature for a minimum period of time according to an officially recognized technical specification [ISPM Pub. No. 15, 2002] |
| infestation (of a commodity) | Presence in a commodity of a living pest of the plant or plant product concerned. Infestation includes infection [CEPM, 1997; revised CEPM, 1999] |
| interception (of a pest) | The detection of a pest during inspection or testing of an imported consignment [FAO, 1990; revised CEPM, 1996] |
| kiln-drying | A process in which wood is dried in a closed chamber using heat and/or humidity control to achieve a required moisture content [ISPM Pub. No. 15, 2002] |
| mark | An official stamp or brand, internationally recognized, applied to a regulated article to attest its phytosanitary status [ISPM Pub. No. 15, 2002] |
| NPPO | National Plant Protection Organization [FAO, 1990; ICPM, 2001] |
| official | Established, authorized or performed by a National Plant Protection Organization [FAO, 1990] |
| Pest Risk Analysis | The process of evaluating biological or other scientific and economic evidence to determine whether a pest should be regulated and the strength of any phytosanitary measures to be taken against it [FAO, 1990; revised IPPC, 1997] |
| phytosanitary action | An official operation, such as inspection, testing, surveillance or treatment, undertaken to implement phytosanitary regulations or procedures [ICPM, 2001] |
| phytosanitary measure (agreed interpretation) | Any legislation, regulation or official procedure having the purpose to prevent the introduction and/or spread of quarantine pests, or to limit the economic impact of regulated non-quarantine pests [FAO, 1995; revised IPPC, 1997; ISC, 2001] |

*The agreed interpretation of the term phytosanitary measure accounts for the relationship of phytosanitary measures to regulated non-quarantine pests. This relationship is not adequately reflected in the definition found in Article II of the IPPC (1997).*

| | |
|---|---|
| phytosanitary procedure | Any officially prescribed method for implementing phytosanitary regulations including the performance of inspections, tests, surveillance or treatments in connection with regulated pests [FAO, 1990; revised FAO, 1995; CEPM, 1999; ICPM, 2001] |

5

MARS NA DISTRIBUTION QUALITY 2011



*Guidelines for regulating wood packaging material in international trade*

| | |
|---|---|
| phytosanitary regulation | Official rule to prevent the introduction and/or spread of quarantine pests, or to limit the economic impact of regulated non-quarantine pests, including establishment of procedures for phytosanitary certification [FAO, 1990; revised FAO, 1995; CEPM, 1999; ICPM, 2001] |
| plant products | Unmanufactured material of plant origin (including grain) and those manufactured products that, by their nature or that of their processing, may create a risk for the introduction and spread of pests [FAO, 1990; revised IPPC, 1997; formerly Plant product] |
| PRA | Pest risk analysis [FAO, 1995] |
| processed wood material | Products that are a composite of wood constructed using glue, heat and pressure, or any combination thereof [ISPM Pub. No. 15, 2002] |
| quarantine pest | A pest of potential economic importance to the area endangered thereby and not yet present there, or present but not widely distributed and being officially controlled [FAO, 1990; revised FAO, 1995; IPPC, 1997] |
| raw wood | Wood which has not undergone processing or treatment [ISPM Pub. No. 15, 2002] |
| regulated article | Any plant, plant product, storage place, packaging, conveyance, container, soil and any other organism, object or material capable of harbouring or spreading pests, deemed to require phytosanitary measures, particularly where international transportation is involved [CEPM, 1996; revised CEPM, 1999; ICPM, 2001] |
| test | Official examination, other than visual, to determine if pests are present or to identify pests [FAO, 1990] |
| treatment | Officially authorized procedure for the killing or removal of pests or rendering pests infertile [FAO, 1990; revised FAO, 1995; ISPM Pub. No. 15, 2002] |
| wood | A commodity class for round wood, sawn wood, wood chips or dunnage, with or without bark [FAO, 1990; revised ICPM, 2001] |
| wood packaging material | Wood or wood products (excluding paper products) used in supporting, protecting or carrying a commodity (includes dunnage) [ISPM Pub. No. 15, 2002] |

6

MARS NA DISTRIBUTION QUALITY 2011



*Guidelines for regulating wood packaging material in international trade*

## OUTLINE OF REQUIREMENTS

Wood packaging material made of unprocessed raw wood is a pathway for the introduction and spread of pests. Because the origin of wood packaging material is often difficult to determine, globally approved measures that significantly reduce the risk of pest spread are described. NPPOs are encouraged to accept wood packaging material that has been subjected to an approved measure without further requirements. Such wood packaging material includes dunnage, but excludes processed wood packaging material.

Procedures to verify that an approved measure, including the application of a globally recognized mark, has been applied should be in place in both exporting and importing countries. Other measures agreed to under a bilateral arrangement are also considered in this standard. Wood packaging material that does not comply with the requirements of this standard should be disposed of in an approved manner.

7

MARS NA DISTRIBUTION QUALITY 2011

**MARS**
chocolate
north america

*Guidelines for regulating wood packaging material in international trade*

## REGULATORY REQUIREMENTS

### 1.    Basis for Regulating

Wood packaging material is frequently made of raw wood that may not have undergone sufficient processing or treatment to remove or kill pests and therefore becomes a pathway for the introduction and spread of pests. Furthermore, wood packaging material is very often re-used, recycled or re-manufactured (in that packaging received with an imported consignment may be re-used to accompany another consignment for export). The true origin of any piece of wood packaging material is difficult to determine and thus its phytosanitary status cannot be ascertained. Therefore the normal process of undertaking risk analysis to determine if measures are necessary and the strength of such measures is frequently not possible for wood packaging material because its origin and phytosanitary status may not be known. For this reason, this standard describes globally accepted measures that are approved and that may be applied to wood packaging material by all countries to practically eliminate the risk for most quarantine pests and significantly reduce the risk from a number of other pests that may be associated with that material.

Countries should have technical justification for requiring the application of the approved measures as described in this standard for imported wood packaging material. Requiring phytosanitary measures beyond an approved measure as described in this standard also requires technical justification.

### 2.    Regulated Wood Packaging Material

These guidelines are for coniferous and non-coniferous raw wood packaging material that may serve as a pathway for plant pests posing a threat mainly to living trees. They cover wood packaging material such as pallets, dunnage, crating, packing blocks, drums, cases, load boards, pallet collars, and skids which can be present in almost any imported consignment, including consignments which would not normally be the target of phytosanitary inspection.

Wood packaging made wholly of wood-based products such as plywood, particle board, oriented strand board or veneer that have been created using glue, heat and pressure or a combination thereof should be considered sufficiently processed to have eliminated the risk associated with the raw wood. It is unlikely to be infested by raw wood pests during its use and therefore should not be regulated for these pests.

Wood packaging material such as veneer peeler cores[1], sawdust, wood wool, and shavings, and raw wood cut into thin[2] pieces may not be pathways for introduction of quarantine pests and should not be regulated unless technically justified.

### 3.    Measures for Wood Packaging Material

#### 3.1    Approved measures

Any treatment, process, or a combination of these that is significantly effective against most pests should be considered effective in mitigating pest risks associated with

---

[1] Veneer peeler cores are a by-product of veneer production involving high temperatures and comprising the center of a log remaining after the peeling process.
[2] Thin wood is considered to be 6mm thickness or less according to the Customs Harmonized Commodity Description and Coding System (the Harmonized System or HS).

8



*Guidelines for regulating wood packaging material in international trade*

wood packaging material used in transport. The choice of a measure for wood packaging material is based on consideration of:

- the range of pests that may be affected
- the efficacy of the measure
- the technical and/or commercial feasibility.

Approved measures should be accepted by all NPPOs as the basis for authorizing the entry of wood packaging material without further requirements except where it is determined through interceptions and/or PRA that specific quarantine pests associated with certain types of wood packaging material from specific sources require more rigorous measures.

Approved measures are specified in Annex I.

Wood packaging material subjected to these approved measures should display a specified mark shown in Annex II.

The use of marks addresses the operational difficulties associated with the verification of compliance with treatment for wood packaging material. A universally recognized, non-language specific mark facilitates verification during inspection at the point of export, at the point of entry or elsewhere.

References for supporting documentation on approved measures are available from the IPPC Secretariat.

**3.2    Measures pending approval**

Other treatments or processes for wood packaging material will be approved when it can be demonstrated that they provide an appropriate level of phytosanitary protection (Annex III). The currently measures identified in Annex I continue to be under review, and new research may point, for example, to other temperature/time combinations. New measures may also reduce risk by changing the character of the wood packaging material. NPPOs should be aware that measures may be added or changed and should have sufficiently flexible import requirements for wood packaging to accommodate changes as they are approved.

**3.3    Other measures**

NPPOs may accept any measures other than those listed in Annex I by arrangement with their trading partners, especially in cases where the measures listed in Annex I cannot be applied or verified in the exporting country. Such measures should be technically justified and respect the principles of transparency, non-discrimination and equivalence.

The NPPOs of importing countries should consider other arrangements for wood packaging material associated with exports from any country (or particular source) where evidence is provided which demonstrates that the pest risk is adequately managed or absent (e.g. areas with similar phytosanitary situations or pest free areas).

Certain movements of wood packaging material (e.g. tropical hardwoods associated with exports to temperate countries) may be considered by the importing NPPO not to carry a phytosanitary risk and thus can be exempted from measures.

9



*Guidelines for regulating wood packaging material in international trade*

Subject to technical justification, countries may require that imported wood packaging material subjected to an approved measure be made from debarked wood and display a mark as shown in Annex II.

**3.4    Review of measures**

The approved measures specified in Annex I and the list of measures under consideration in Annex III should be reviewed based on new information provided to the Secretariat by NPPOs. This standard should be amended appropriately by the ICPM.

## OPERATIONAL REQUIREMENTS

To meet the objective of preventing the spread of pests, both exporting and importing countries should verify that the requirements of this standard have been met.

**4.    Dunnage**

Ideally, dunnage should also be marked in accordance with Annex II of this standard as having been subjected to an approved measure. If not, it requires special consideration and should, as a minimum, be made from bark-free wood that is free from pests and signs of live pests. Otherwise it should be refused entry or immediately disposed of in authorized manner (see section 6).

**5.    Procedures Used Prior to Export**

**5.1    Compliance checks on procedures applied prior to export**

The NPPO of the exporting country has responsibility for ensuring that systems for exports meet the requirements set out in this standard. It includes monitoring certification and marking systems that verify compliance, and establishing inspection procedures (see also ISPM Pub. No. 7: *Export certification system*), registration or accreditation and auditing of commercial companies that apply the measures, etc.

**5.2    Transit arrangements**

Where consignments moving in transit have exposed wood packaging material that has not met the requirements for approved measures, the NPPOs of the transit countries may require measures in addition to those of the importing country to ensure that wood packaging material does not present an unacceptable risk.

**6.    Procedures upon Import**

The regulation of wood packaging material requires that NPPOs have policies and procedures for other aspects of their responsibilities related to wood packaging material.

Since wood packaging materials are associated with almost all shipments, including those not normally the target of phytosanitary inspections, cooperation with agencies, organizations, etc. not normally involved with meeting phytosanitary export conditions or import requirements is important. For example, cooperation with Customs organizations should be reviewed to ensure effectiveness in detecting potential non-compliance of wood packaging material. Cooperation with the producers of wood packaging material also needs to be developed.

10

MARS NA DISTRIBUTION QUALITY 2011



*Guidelines for regulating wood packaging material in international trade*

**6.1    Measures for non-compliance at point of entry**

Where wood packaging material does not carry the required mark, action may be taken unless other bilateral arrangements are in place. This action may take the form of treatment, disposal or refused entry. The NPPO of the exporting country may be notified (see ISPM Pub. No. 13: *Guidelines on notification of non-compliance and emergency action*). Where the wood packaging material does carry the required mark, and evidence of live pests is found, action can be taken. These actions may take the form of treatment, disposal or refused entry. The NPPO of the exporting country should be notified in cases where live pests are found, and may be notified in other cases (see ISPM Pub. No. 13: *Guidelines on notification of non-compliance and emergency action*).

**6.2    Disposal**

Disposal of wood packaging material is a risk management option that may be used by the NPPO of the importing country upon arrival of the wood packaging material where treatment is not available or desirable. The following methods are recommended for the disposal of wood packaging material where this is required. Wood packaging material that requires emergency action should be appropriately safeguarded prior to treatment or disposal to prevent escape of any pest between the time of the detection of the pest posing the threat and the time of treatment or disposal.

**Incineration**
Complete burning

**Burial**
Deep burial in sites approved by appropriate authorities. (Note: not a suitable disposal option for wood infested with termites). The depth of the burial may depend on climatic conditions and the pest, but is recommended to be at least 1 metre. The material should be covered immediately after burial and should remain buried.

**Processing**
Chipping and further processing in a manner approved by the NPPO of the importing country for the elimination of pests of concern (e.g. manufacture of oriented strand board).

**Other methods**
Procedures endorsed by the NPPO as effective for the pests of concern.

The methods should be applied with the least possible delay.

11



*Guidelines for regulating wood packaging material in international trade*

ANNEX I

## APPROVED MEASURES ASSOCIATED WITH WOOD PACKAGING MATERIAL

**Heat treatment (HT)**
Wood packaging material should be heated in accordance with a specific time-temperature schedule that achieves a minimum wood core temperature of 56°C for a minimum of 30 minutes[3].

Kiln-drying (KD), chemical pressure impregnation (CPI), or other treatments may be considered HT treatments to the extent that these meet the HT specifications. For example, CPI may meet the HT specification through the use of steam, hot water, or dry heat.

Heat treatment is indicated by the mark HT. (see Annex II)

**Methyl bromide (MB) fumigation for wood packaging material**
The wood packaging material should be fumigated with methyl bromide. The treatment is indicated by the mark MB. The minimum standard for methyl bromide fumigation treatment for wood packaging material is as follows:

| Temperature | Dosage rate | Minimum concentration (g/m³) at: | | | |
|---|---|---|---|---|---|
| | | 0.5hrs. | 2hrs. | 4hrs. | 16hrs. |
| 21°C or above | 48 | 36 | 24 | 17 | 14 |
| 16°C or above | 56 | 42 | 28 | 20 | 17 |
| 11°C or above | 64 | 48 | 32 | 22 | 19 |

The minimum temperature should not be less than 10°C and the minimum exposure time should be 16 hours.[4]

**List of most significant pests targeted by HT and MB**
Members of the following pest groups associated with wood packaging material are practically eliminated by HT and MB treatment in accordance with the specifications listed above:

| Pest group |
|---|
| Insects |
| Anobiidae |
| Bostrichidae |
| Buprestidae |
| Cerambycidae |
| Curculionidae |
| Isoptera |
| Lyctidae (with some exceptions for HT) |
| Oedemeridae |
| Scolytidae |
| Siricidae |
| Nematodes |
| *Bursaphelenchus xylophilus* |

---

[3] A minimum core temperature of 56° C for a minimum of 30 min. is chosen in consideration of the wide range of pests for which this combination is documented to be lethal and a commercially feasible treatment. Although it is recognized that some pests are known to have a higher thermal tolerance, quarantine pests in this category are managed by NPPOs on a case by case basis.
[4] Certain countries require that the minimum commodity temp should be higher

12

MARS NA DISTRIBUTION QUALITY 2011



*Guidelines for regulating wood packaging material in international trade*

**ANNEX III**

## MEASURES BEING CONSIDERED FOR APPROVAL UNDER THIS STANDARD

Treatments[5] being considered and which may be approved when appropriate data becomes available, include but are not limited to:

**Fumigation**
Phosphine
Sulfuryl fluoride
Carbonyl sulphide

**CPI**
High-pressure/vacuum process
Double vacuum process
Hot and cold open tank process
Sap displacement method

**Irradiation**
Gamma radiation
X-rays
Microwaves
Infra red
Electron beam treatment

**Controlled atmosphere**

---

[5] Certain treatments such as phosphine fumigation and some CPI treatments are generally believed to be very effective but at present lack experimental data concerning efficacy which would allow them to be approved measures. This present lack of data is specifically in relation to the elimination of raw wood pests present at the time of application of the treatment.

MARS NA DISTRIBUTION QUALITY 2011



*Guidelines for regulating wood packaging material in international trade*

*For further information on international standards, guidelines and recommendations concerning phytosanitary measures, and the complete list of current publications, please contact the:*

SECRETARIAT OF THE INTERNATIONAL PLANT PROTECTION CONVENTION

| | |
|---|---|
| By mail: | IPPC Secretariat |
| | Plant Protection Service |
| | Food and Agriculture Organization of the United Nations (FAO) |
| | Viale delle Terme di Caracalla |
| | 00100 Rome, Italy |
| Fax: | +39-06-570.56347 |
| E-mail: | ippc@fao.org |
| Website: | http://www.ippc.int |

INTERNATIONAL STANDARDS FOR PHYTOSANITARY MEASURES (ISPMs)

*International Plant Protection Convention, 1997. FAO, Rome.*
*ISPM Pub. No. 1: Principles of plant quarantine as related to international trade, 1995. FAO, Rome.*
*ISPM Pub. No. 2: Guidelines for pest risk analysis, 1996. FAO, Rome.*
*ISPM Pub. No. 3: Code of conduct for the import and release of exotic biological control agents, 1996. FAO, Rome.*
*ISPM Pub. No. 4: Requirements for the establishment of pest free areas, 1996. FAO, Rome.*
*ISPM Pub. No. 5: Glossary of phytosanitary terms, 1999. FAO, Rome.*
*Glossary Supplement No. 1: Guidelines on the interpretation and application of the concept of official control for regulated pests, 2001. FAO, Rome.*
*ISPM Pub. No. 6: Guidelines for surveillance, 1997. FAO, Rome.*
*ISPM Pub. No. 7: Export certification system, 1997. FAO, Rome.*
*ISPM Pub. No. 8: Determination of pest status in an area, 1998. FAO, Rome.*
*ISPM Pub. No. 9: Guidelines for pest eradication programmes, 1998. FAO, Rome.*
*ISPM Pub. No. 10: Requirements for the establishment of pest free places of production and pest free production sites, 1999. FAO, Rome.*
*ISPM Pub. No. 11: Pest risk analysis for quarantine pests, 2001. FAO, Rome.*
*ISPM Pub. No. 12: Guidelines for phytosanitary certificates, 2001. FAO, Rome.*
*ISPM Pub. No. 13: Guidelines for the notification of non-compliance and emergency action, 2001. FAO, Rome.*
*ISPM Pub. No. 14: The use of integrated measures in a systems approach for pest risk management, 2002. FAO, Rome.*
*ISPM Pub. No. 15: Guidelines for regulating wood packaging material in international trade, 2002. FAO, Rome.*
*ISPM Pub. No. 16: Regulated non-quarantine pests: concept and application, 2002. FAO, Rome.*
*ISPM Pub. No. 17: Pest reporting, 2002. FAO, Rome.*

15

MARS NA DISTRIBUTION QUALITY 2011



# Appendix V

Referenced in Sections 2.6.3
**Double Stacking Protocol for Shipment of Mars US Snack Products**

**THIS IS ONLY FOR TRAILERS:**

The following guidelines must be followed for loading of trailers of double stacked displays.

1) Only pallets designed for double stacking may be stacked in transit. Approved stacking is indicated on finished product shippers.

2) Display pallets must be loaded straight into the trailer to gain maximum stability. (i.e. NO PINWHEELING)

3) Pallets are to be loaded against the trailer walls with dunnage filling the central void. The void must be filled from top to bottom.

4) High back (rigid) dunnage must be used between the single stacked pallets and double stacked pallets. Two sheets must be used in front and two sheets in back of the double stacked part of the load. The long dimension (72") of the dunnage sheets must stand vertical.

5) Half pallet displays (20"x24") must be loaded on the floor. When adding the second set of half pallet displays, a full pallet (40"x48") must be used to stabilize the footprint as noted on the in plant instruction sheet.

6) Stackable -tray 1/4 pallet displays are loaded with a 40"x48"pallet under the bottom pallet and the top pallet   If the trailer is not tall enough to accommodate two sets of pallets and their 40" x 48" pallets, the 40" x 48"pallet should be removed from the bottom tier. This serves to stabilize the top tier and avoid shifting in-transit.



# Appendix W
### Referenced in Sections 2.8.1
### Mars NA
### Common & Contract Carrier Specification (Transportation)

**GENERAL INFORMATION:**

Carriers shall at all times handle all traffic of Mars NA, (the "Companies") in full compliance with the Food Laws of the United States of America, Canada and Mexico, as well as their State, Provincial and Local laws. Since many of the products shipped by the Companies readily absorb strong odors and are food products, such products must be shipped separately from any products which might produce off-flavored, un-salable merchandise. Any vehicle used to transport the Companies' products, and any shipping devices and containers employed for such transportation, shall not impart off-odors or off-flavors to such products nor expose the products or the packages or containers in which such products are shipped, to adulteration, infestation, unsanitary conditions, water damage, or extremes of heat or cold.

All trailers used to transport the Companies' products shall have all doors and openings sealed prior to shipping. Containers and trailers shall arrive with all seals intact at the point of first unloading. Seals shall be affixed in such a manner that the cargo is inaccessible without evidence of tampering or forced entry. In the event that seals must be broken due to federal or state inspections, accidents, or any other reasons, the Companies must be contacted prior to breaking seals so that arrangements can be made to insure that possible contamination can be prevented. The carrier transporting the shipment must afford the Companies the opportunity to have an associate or representative on site when seals are broken so that the integrity of the products can be assured. The carrier must afford the necessary protection to ensure that the shipment will arrive in a condition satisfactory to MARS NA. All loading and pallet placement must prevent physical damage.

**BILL OF LADING:**

The bill of lading shall provide the following information, and the common and contract carriers shall comply to listed requirements.

Required Information on Bill of Lading:
- Carrier Name
- Seal Numbers
- Case Count by Item. (Case count by code date is to be kept on file at the warehouse.)
- Item Number and Description
- Required shipping temperature and any routing requirements
- Trailer Number
- Gross Weight
- Destination Name and Address
- Date Shipped
- Date Received by Carrier
- Driver Signature

**Ice Cream & Related Frozen Products Only**
- Temperature of product at loading.
    [See p.3 of this document for temperature check methods]

**COMMINGLING:**

MARS NA DISTRIBUTION QUALITY 2011



Finished products must not be shipped in the same trailer as ingredients, packaging, raw materials, non-food products or products with strong odors.  Replenishment of shippers from the manufacturing plants to the warehouses for recouperation and co-packing is an acceptable practice.

MARS NA snack, pet, and food products may be shipped together in the same trailer.  The most restrictive temperature (generally confectionery) shall be used.

## PESTICIDE USE:

Pesticides shall only be applied by a licensed pest control operator.  Pesticides and residuals shall comply with EPA, OSHA, FDA and USDA regulations.  Fumigation or fogging of finished goods can only be done at transfer points, plants and authorized warehouse locations, and requires prior approval by the Companies.