E-FILED
Monday, 11 September, 2017 04:45:07 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B



Edith McCrey
6239 S. 13110 E. Rd
Pembroke Twp, IL. 60958

Label

Jackson & Lewis
150 N. Michigan Ave
Chicago, IL. 60601

U.S. POSTAGE
$2.45
FCM LG ENV
60805
Date of sale
08/14/17
06  2S00
08343226
SSK

60601-761925