E-FILED
Friday, 22 September, 2017  08:14:58 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT 2

# Plaintiff's Taxes

# Form 1040

Department of the Treasury—Internal Revenue Service (99)

**U.S. Individual Income Tax Return** 2013  OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2013, or other tax year beginning _____, 2013, ending _____, 20 ___  See separate instructions.

Your first name and initial: EDITH
Last name: MCCURRY
Your social security number: ●●●-●●-0408

If a joint return, spouse's first name and initial: 
Last name:
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see instructions.
6239 S. 13110 E. RD
Apt. no.

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
PEMBROKE TOWNSHIP IL 60958

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☒ You  ☐ Spouse

Foreign country name:
Foreign province/state/county:
Foreign postal code:

**Filing Status** — Check only one box.
1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
6b ☐ Spouse

Boxes checked on 6a and 6b: 1

6c Dependents:
(1) First name / Last name
(2) Dependent's social security number
(3) Dependent's relationship to you
(4) ✓ if child under age 17 qualifying for child tax credit (see instructions)

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above

If more than four dependents, see instructions and check here ▶ ☐

6d Total number of exemptions claimed
Add numbers on lines above ▶ 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 57,134. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | 0. |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | 8,390. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 65,524. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 65,524. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. BAA  REV 06/04/14 TTW  Form **1040** (2013)

Form 1040 (2013) Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 65,524. |
| | 39a | Check if: ☐ You were born before January 2, 1949, ☐ Blind. ☐ Spouse was born before January 2, 1949, ☐ Blind. Total boxes checked ▶ 39a | | |
| Standard Deduction for— | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 7,997. |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | 41 | 57,527. |
| | 42 | Exemptions. If line 38 is $150,000 or less, multiply $3,900 by the number on line 6d. Otherwise, see instructions | 42 | 3,900. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 53,627. |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 44 | 9,335. |
| • All others: | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| Single or Married filing separately, $6,100 | 46 | Add lines 44 and 45 ▶ | 46 | 9,335. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| Married filing jointly or Qualifying widow(er), $12,200 | 49 | Education credits from Form 8863, line 19 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit. Attach Schedule 8812, if required | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| Head of household, $8,950 | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your total credits | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 9,335. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required NO | 58 | 839. |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 60 | |
| | 61 | Add lines 55 through 60. This is your total tax ▶ | 61 | 10,174. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 4,621. |
| | 63 | 2013 estimated tax payments and amount applied from 2012 return | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) | 64a | |
| | b | Nontaxable combat pay election 64b | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | |
| | 67 | Reserved | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | 71 | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your total payments ▶ | 72 | 4,621. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you overpaid | 73 | |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | |
| Direct deposit? See instructions. | b | Routing number X X X X X X X X X ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number X X X X X X X X X X X X X X X X X | | |
| | 75 | Amount of line 73 you want applied to your 2014 estimated tax ▶ 75 | | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | 5,553. |
| | 77 | Estimated tax penalty (see instructions) 77 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | |
| | | Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶ | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature: *Edith McCurry* Date: 11/21/14 Your occupation: ADMINISTRATIVE Daytime phone number: (815) 735-4281

Spouse's signature. If a joint return, both must sign. Date Spouse's occupation If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ Self-Prepared | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

REV 06/04/14 TTW Form **1040** (2013)

# EXHIBIT 3

# Plaintiff's signed Job Description

2:16-cv-02273-CSB-EIL   # 57-2   Filed: 09/21/17   Page 4 of 9



| | Mars Manteno | | |
|---|---|---|---|
| Document No: JD-5.5.1007 | Title: HR Administrator | | Effective Date: 4.21.13 |
| Reports To: Office Manager | Approved By: Office Manager | | Page 1 of 3 |
| Approval Signature: [signature] | | Approved Date: 7-29-13 | |

### Summary
This assignment is responsible for the timely and accurate delivery of payroll, benefits, and employee relations programs. This position is responsible for human resources information including recordkeeping, reporting, and information management systems; as well as, and not limited to training and educating employees on organizational policy, regulations, procedures and employee self help software applications. This position provides administrative and project management support to the Site Office Manager/Mars Budgeter and to the Corporate HR office.

### Essential Duties and Responsibilities
- Manage day-to-day administration for all aspects of payroll, time and expense administration and reporting, employee benefits and HR Information Systems from data entry to labor and cost analysis
- Supervises the processing of weekly payroll data. Maintain payroll information per procedure, as well as, ensuring computing, withholding, or deductions associated with net pay is done properly, as needed.
- Responsible for data entry and auditing source data for all time and attendance and personnel transactions.
- Organizes reviews, reconciles, and audits forms associated with federal, state, and local authorities, such as W-2's
- Oversees the distribution of paychecks or arranges direct deposit programs
- Ensures payroll records are updated and reports on any matter of interest.
- Provide administrative recruiting support
- Assist in troubleshooting within electronic timekeeping and accounting system.
- Reviews and assists in labor, leave, and payroll tax general ledger account reconciliations.
- Prepare and process data & paperwork as part of new hire, status changes, background checks, employees personal changes, employee verifications, new hires, and employee benefits (401K, leave of absence, PTO, terminations, status changes, etc.)
- Train and answer employee questions in respect to Ultipro Core and Ultipro Time Management
- Serve as subject matter expert on employee benefit packages
- Serve as subject matter expert in Communication/HR/Health and Wellness advocate for the site.
- Responsible for assisting with background checks, the drug screen process for all new hires; coordination of random drug testing program per corporate requirements.
- Interact as necessary with office equipment, supply and temporary personnel vendors.
- Manage time and process payroll for Permanent and Temporary employees; including overtime
- Regulate Security via issuance of Identification cards to all authorized vendors, customers and personnel.
- Attend project meetings, webinars, and project training sessions
- Organize Corporate events held at the Mars site, such as, but not limited to Founders day celebration
- Post, distribute and maintain all correspondence from corporate and management.
- Provide the literature and tools for networking activities initiated or approved by corporate such as the "Kenco Wellness Slim down summer and Walking Program."
- Compile personnel statistics, prepare ad hoc reports, and provide information & assistance to the HR Manager, Operation Manager & Plant production staff



| | Mars Manteno | | |
|---|---|---|---|
| Document No. JD-5.5.1007 | Title: HR Administrator | | Effective Date: 4.21.13 |
| Reports To: Office Manager | Approved By: Office Manager | | Page 2 of 3 |
- Process FedEx and UPS packages
- Other duties as assigned.

## Qualifications

- Posses experience working with ADP or various other Payroll systems and e-Time and attendance systems
- Proficient understanding of payroll and payroll tax laws
- Proficient in MS Office skills to include Word, Excel, Outlook, and PowerPoint as well as data entry and typing ability.
- Ability to maintain confidentiality
- Proficient with direct deposit processing and transmission of NACHA files
- Proficient with Payroll Taxes and transmission of tax files
- Proficient with EFT third party file transmission (Child Support and garnishments)
- Consistently verify all necessary approvals for any pay requests
- Research and resolve questions from managers and employees relative to the processing of payroll information such as PTO, direct deposit, pay cards, retro pay calculations, tax questions, etc.
- Ability to identify legal requirements and government reporting regulations affecting payroll and benefits; ensures policies, procedures, and reporting are in compliance.
- Working knowledge of payroll best practices
- Excellent communication skills, both verbal and written.
- Positive attitude, good people skills. Must be able to interact positively with employees, peers, and management.
- Interfaces with customer representatives; needs to be able to develop and maintain good business relationships, involved in the professional development of site personnel.
- Ability to read and interpret documents such as safety rules, operating and maintenance instructions and procedure manuals, and to write routine reports and correspondence.
- Ability to speak effectively before groups of customers or employees of the organization.
- Ability to manage small projects assignments as necessary.
- Organizational, multi-tasking and prioritizing skills

## Education and/or Experience

- Minimum B.S. or B.A. in accounting and 3-5 years experience or 10+ years office, HR/Payroll experience in a distribution center.
- Customer Service and/or Human Resource experience including payroll processing required
- Familiar with a variety of field's concepts, practices, and procedures
- Relies on extensive experience and judgment to plan and accomplish goals
- Detailed oriented individual with high ethical standards
- Sound technical skills, analytical ability and good judgment
- Well organized and self directed individual who is a team player
- A wide degree of creativity and latitude is expected



| Document No. JD-8.5.1007 | Title: HR Administrator | Mars Manteno | Effective Date: 4.21.13 |
|---|---|---|---|
| Reports To: Office Manager | Approved By: Office Manager | | Page 3 of 3 |

### Communication Skills

Ability to communicate effectively concepts required for daily business activities to meet planned results. Ability to read and interpret documents. Ability to use computers to write emails, routine reports and other correspondence that may be seen by upper management and customer representatives. Ability to speak effectively before groups of customers or employees of the organization. Ability to form strong customer relationships and maintain a high level of customer trust.

### Physical Demands

The physical demands described are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly required to sit; use hands to handle or feel; and reach with hands and arms. The employee frequently is required to walk, talk and hear. The employee must occasionally lift and/or move up to 50 pounds. Specific vision abilities required by this job include close vision, distance vision and ability to adjust focus.

### Work Environment

The work environment characteristics described are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is occasionally exposed to warehouse environment, which includes, but not limited to: customer driven climatic conditions, fumes, dust, etc...

The noise level in the work environment is usually moderate to loud.

The statements above are intended to describe the general nature and level of work being performed by people assigned to this job. Other duties may be assigned as needed.

# EXHIBIT 4

# Plaintiff's signed SS Authorizaton

Social Security Administration  
**Consent for Release of Information**

Form Approved  
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifies a required field. **Please complete these fields in case we need to contact you about the consent form).

TO: Social Security Administration

| Edith McCurry | 08/26/1962 | ●●●●-0408 |
|---|---|---|
| *My Full Name | *My Date of Birth (MM/DD/YYYY) | *My Social Security Number |

I authorize the Social Security Administration to release information or records about me to:

*NAME OF PERSON OR ORGANIZATION:  
Julia P. Argentieri

*ADDRESS OF PERSON OR ORGANIZATION:  
Jackson Lewis P.C.  
150 North Michigan Avenue, Suite 2500  
Chicago, IL 60601

*I want this information released because: ongoing legal proceedings (McCurry v. Kenco; 16-cv-2273)  
We may charge a fee to release information for non-program purposes.

*Please release the following information selected from the list below:  
Check at least one box. We will not disclose records unless you include date ranges where applicable.

1. ☐ Verification of Social Security Number
2. ☐ Current monthly Social Security benefit amount
3. ☐ Current monthly Supplemental Security Income payment amount
4. ☐ My benefit or payment amounts from date _____ to date _____
5. ☐ My Medicare entitlement from date _____ to date _____
6. ☐ Medical records from my claims folder(s) from date _____ to date _____  
   If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder(s)
8. ☒ Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must specify other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires, doctor reports, determinations.)

_award/denial notices, questionnaires, determinations, reports_

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

*Signature: _Edith McCurry_         *Date: 9/20/17  
**Address: 6239 S. 13110 E. Rd Pembroke Twp, IL 60958       **Daytime Phone: 815-735-4281  
Relationship (if not the subject of the record): _____       **Daytime Phone: _____

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1. Signature of witness | 2. Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

Form SSA-3288 (11-2016) uf