IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION



Edith McCurry,

        Plaintiff

v.

Kenco Logistic Services, LLC, a Tennessee Limited Liability Company, Mars, Inc., Kelvin Walsh, Mike Manzello, David Jabaley, Tammi Fowler and Mario Lopez,

        Defendants.

Case No. 2:16-cv-02273-CSB-EIL

Judge Colin Stirling Bruce

Magistrate Judge Eric I. Long

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S LORI VARVEL, MIKE MANZELLO AND KENCO LOGISTICS

Plaintiff, Edith McCurry, pursuant to Federal Rules of Civil Procedure 26 and 37 respectfully submits the following Motion to Compel discovery responses from Defendants' VARVEL, MANZELLO AND KENCO, and moves this Honorable Court to compel complete responses to the following attached request for discovery.

1. On August 1, 2017 Defendants were served Request for Production of Documents and Interrogatories.
2. Defendants' counsel requested additional time to on or before September 19, 2017 to fulfill the request.
3. To date Defendants' have not produced the request nor have Defendants communicated with Plaintiff.
4. Under the immediate and current circumstances of Defendants similar mission to obtain discovery, without a doubt it is established that Defendants are aware of the rules and deficiencies that they are imposing upon and suggesting being imposed upon me.
5. Just as Defendants stated in its motion to compel that they cannot move forward with discovery the same holds true for Plaintiff.

6. Defendant goes onto say in it memorandum that they are entitled to discovery. Plaintiff is also entitled to discovery as well.
7. I cannot imagine that through Defendants rose colored glasses that it overlooked or failed to realize that the same measure applied to me in their conquest applied to them and that essentially, I am looking for the same things in the same way that they are from a different vantage.
8. Especially because they are in possession of information that I need that I know that they have because they are required to have it. As opposed to the information that they sought from me that they already had in their possession, but would not seek to obtain it internally.
9. Without a shadow of a doubt there should be no discrepancy in the information Defendant gave me and what they have.

With the same sentiments as Defendant and for most of their rationale, I am looking for this court grant me a motion that compels Defendants to respond to the discovery requests.

Submitted by:    Edith McCurry  *Edith McCurry*    September 21, 2017
6239 South 13110 East Road
Pembroke Township, IL 60958

## CERTIFICATE OF SERVICE

*Edith McCurry*

I, Edith McCurry, the undersigned, certifies that on this 21st day of September 2017, I did file a MOTION TO COMPEL DEFENDANTS VARVEL, MANZELLO AND KENCO with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 2:16-cv-02273-CSB-EIL and have served the persons identified on the docket's service list via Notice of Electronic Filing generated by the Court's CM/ECF system.

| | |
|---|---|
| Kimberly J. Overbaugh | Jody Wilner Moran |
| Thomas R. Davies | Julia P. Argentieri |
| Harmon & Davies, P.C. | Jackson Lewis P.C. |
| 2306 Columbia Ave | 150 North Michigan Ave., Suite 2500 |
| Lancaster, PA 17603 | Chicago, IL 60601 |

## CERTIFICATE OF SERVICE

I, Edith McCurry, the undersigned certifies that on August 1, 2017 that she served upon Defendants' counsel Plaintiff's Request for the First set of Production of Documents and Plaintiff's First set of Interrogatories to DEFENDANTS: Lori Varvel, Mike Manzello, and KENCO LOGISTIC SERVICES, LLC. **that** were served on Defendants via U.S. 1st Class Mail:

> Jody W. Moran
> Julia P. Argentieri
> JACKSON LEWIS P.C.
> 150 N. Michigan Ave., Ste. 2500
> Chicago, IL 60601

By: *Edith McCurry*

Edith McCurry (pro se)
6239 South 13110 East Road
Pembroke Township, IL 60958