IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION



Page | 1

Edith McCurry,

            Plaintiff

    v.

Kenco Logistic Services, LLC, a Tennessee Limited Liability Company, Mars, Inc., Kelvin Walsh, Mike Manzello, David Jabaley, Tammi Fowler and Mario Lopez,

            Defendants.

Case No. 2:16-cv-02273-CSB-EIL

Judge Colin Stirling Bruce

Magistrate Judge Eric I. Long

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT REPORT

Defendant raised the following issues with regards to the expert report:

1. Date of Mailing
2. Expert statement of compensation
3. Expert list of depositions and trials
4. Relevancy

1.    Plaintiff mailed the report on August 14, 2017 to Jackson and Lewis and Harmon and Davies. See attached postal receipt Exhibit 1

2.    ¶ 6 line 4 gives the compensation statement

3.    ¶ 7 addresses depositions and

4.    Rule 702-Testimony by Expert Witnesses[1]

---

[1] Federal Rules of Evidence 2017 Edition

> A witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise if:
>
> (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue;
>
> (b) the testimony is based on sufficient facts or data;
>
> (c) the testimony is the product of reliable principles and methods; and
>
> (d) the expert has reliably applied the principles and methods to the facts of the case.

Page | 2

Mr. Kolka is an expert witness by knowledge, skill, experience, training and education. Mr. Kolka's curriculum vitae attached as Exhibit A of the expert report and ¶ 2-7 of the expert report supports the fact that Mr. Kolka is knowledgeable, skilled, experienced, trained and educated.

The requirement states that one of these attributes qualifies a person to be an expert. Mr. Kolka has met each and every requirement individually.

Not only will Mr. Kolka's technical and specialized knowledge help a trier of facts to understand the evidence, as well as, determine the facts, his skill, experience training and education will help simplify, identify and clarify the ISO system[2], the law[3] and how they work together to standardize systems that regulate the public safety on every level of the supply chain that governs every aspect of everyone who touches the food, why they touch, what is the process used, where the food is coming from and going to, when is the food being touched and at every stage who, what, where and when and how is it being handled is required.

The system essentially mandates all of six (6) W's are documented and that each and every time you do exactly what you say you are going to do when you say you are going to do it where you say you are going to do it because of why you said you were going to do it by whom you said was going to do it.

This documentation is authenticated, kept under strict guidelines, kept by a designated person, kept in a designated place and audited for compliance by independent auditors. Deviations of

---

[2] Exhibit E of the expert report
[3] The ISO system is based on various ISO standards used together in tandem or succinctly. ISO 30400, 30408 and 30409 are the ISO standards for Human Resources and are the cross-reference to ISO 22000 6.2. - Human Resource. The committee responsible is the Technical Committee ISO/TC 260, *Human resource management.*

any kind follow these same guidelines. The system was developed to be transparent; ensure traceability and accountability.

Mr. Kolka's report is based on the fact that every Defendant in this case is subject to the rules and regulations outlined in 21 CFR Chapter I Subchapter A Part 1 Subpart H and the system used to enforce these rules and regulations. The rules and regulations govern the terms and conditions of every person's employment along the supply chain as outlined in § 6.2.2 of ISO 22000.[4]

Mr. Kolka merely interpreted the law, the system, Defendants' actions, policies, procedures, and protocols against one another to identify inconsistencies, whether intentional or unintentional, and applied the correct analysis to see if it handled exactly like Defendants' policies, procedures, and protocols stated, as well as, against the law.

Once analyzed and a determination is made, the results would show whether there was compliance or not. If it was found that there was non-compliance, the system has provisions for non-compliance and its trending.

Non-compliance is flushed out by root cause analysis to determine what the root cause of the non-compliance or deviation was. This is usually followed up by corrective and preventative actions to ensure that this non-compliance or deviation does not occur again. All of these things are logged according to the system and kept according to its record keeping provisions.

The principles and methods of the system used by Mr. Kolka are reliable because it is the law and they are relevant because it was the relevant and current version of the standard. The standard is reviewed every three (3) years for accuracy or if something occurs to constitute a major change in the governing international law the standard will be revised immediately.

§ #25 located on page 24 of the Kolka report outlines how the standard is derived from the 21 CFR Chapter I Subchapter M law that states that the appropriate International Standards of Organization be used for compliance of all certifying bodies relative to Any Organization in the Food Chain this is referenced on page 26 ¶ 3 of the Kolka report.

Based upon Mr. Kolka's proven discipline of law, a licensed attorney with extensive experience in international and domestic law, educational and experiential background in these areas, to me there is no other set of perfect qualifications to assess the issues at hand. Mr. Kolka's unique technical and specialized knowledge of the law, ISO, auditing, science and FDA

Page | 3

---

[4] Due to it being applicable to every person and the standard being constant and other similar facts in the matters before the court, it stands to reason that same or similar information would be repeated in Mr. Kolka's report. It almost reminds me of the rules of the road; they are the same everywhere, but the circumstances that violate the rules will differ. This is synonymous to these matters; the rules are the same, but the circumstances that violate the rules are different.

compliance makes Mr. Kolka the most ideal person to marry up these various enterprises from every aspect and make reliable opinions of the matter based upon the information that was provided to him. Attached as Exhibit 2 is a copy of his expert report and for the conservation of our environment, I have not attached the exhibits. They are available upon request. I entrust that Defendant has properly filed the listed exhibits.

Page | 4

Defendants referenced cases that were not relevant, as they rely on statistical data. Mr. Kolka's report is solely based on technical and specialized knowledge of the law along with the system used to bring compliance to the law and falls within the outlined requirements of rule 702.

Therefore, based upon the fact that the we are speaking of the law, a technical writing in itself, and the mechanism used to bring conformity, that is also a technical writing, that governs every person's job/employment on the supply chain as outlined in §6.2.2 of the ISO 22000 standard that is the requisite to the 21 CFR Chapter I Subchapter M, as well as, that 21 CFR Chapter I Subchapter B Part 117 Subpart G that mandates a Supply chain program, it undoubtedly has to be relevant.

For me it makes it extremely relevant because it will be able to support the facts of my case. It will show that Defendant Kenco and its agents intentionally and willfully obstructed and interfered with the administration of justice. It will also show that Defendant Kenco and its agents submitted policies and fraudulent documents to the regulatory agencies that were not relevant to the time to accommodate the adverse employment decision that they made and to justify the actions that they subjected me to. It will also show how Defendants intentionally contrived on a number of separate occasions to circumvent justice and avoid being held liable for their actions. It will show that this contrived behavior that mocked the law was a companywide pattern and practice. It will also show how I was ostracized, marginalized and retaliated against. It will also bring clarity to the fact that the system is designed to be self-discriminating, to bring accountability, to be documented at every step of the way, to continually eliminate errors and tell the truth through a documented step by step process.

For the reasons that I have stated above, I believe that the expert report was filed on time and that it satisfies Rules 702 and 703 of the Federal Rules and I pray that the court views it in the same manner and deny Defendant's motion.

Submitted by:   Edith McCurry *Edith McCurry*                                September 25, 2017
                6239 South 13110 East Road
                Pembroke Township, IL 60958

# CERTIFICATE OF SERVICE

I, Edith McCurry, the undersigned, certifies that on this 25th day of September 2017, I did file a **RESPONSE TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT REPORT** with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 2:16-cv-02273-CSB-EIL and have served the persons identified on the docket's service list via Notice of Electronic Filing generated by the Court's CM/ECF system.

Page | 5

*Edith McCurry*
Edith McCurry
6239 South 13110 East Road
Pembroke Township, IL 60958

Kimberly J. Overbaugh
Thomas R. Davies
Harmon & Davies, P.C.
2306 Columbia Ave
Lancaster, PA 17603

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 North Michigan Ave., Suite 2500
Chicago, IL 60601