IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
URBANA DIVISION

| | | |
|---|---|---|
| Edith McCurry, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-02273-CSB-EIL |
| | ) | |
| v. | ) | Judge Colin Stirling Bruce |
| | ) | Magistrate Judge Eric I. Long |
| | ) | |
| Kenco Logistic Services, LLC, | ) | |
| *a Tennessee Limited Liability Company,* | ) | |
| Mars, Inc., Kelvin Walsh, Mike Manzello, | ) | |
| David Jabaley, Tammi Fowler, Lori Varvel | ) | |
| and Mario Lopez | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' RENEWED MOTION FOR SANCTIONS UNDER RULE 37

Defendants, Kenco Logistic Services, LLC, Kelvin Walsh, Mike Manzello, David Jabaley, Tammi Fowler, Lori Varvel and Mario Lopez, by and through counsel and pursuant to Fed. R. Civ. Pro. 26 and 37, renew their motion for sanctions against Plaintiff, and state the following in support thereof:

1. On September 7, 2017 Defendants filed a Motion to Compel Discovery from Plaintiff (Dkt. No. 51.)[1] The motion explained that Plaintiff refused to provide various types of basic information requested from her in discovery including: the identities of her medical providers, a calculation of her damages, an authorization form to release her social security disability records, and the identification of various documents that are responsive to different requests.

---

[1] Defendants incorporate by reference all arguments contained in their Motion to Compel and Motion for a Protective order related to McCurry's uncooperative behavior and disregard for the Federal Rules throughout this discovery process (*See* Dkts. No. 51, 64).

1

2. Defendants' motion requested that the Court compel McCurry to respond to outstanding discovery requests and further sanction her in accordance with Fed. R. Civ. Pro. 37 for her noncompliance.

3. On November 8, 2017 the Court granted in part Defendants' motion to compel discovery from Plaintiff and ordered her to provide complete discovery responses in accordance with the Court's written order within 21 days, on or before November 29, 2017 (Dkt. No. 66.)

4. The Court declined to sanction McCurry at the time the Motion to Compel was granted, but entered an order stating that ***"Plaintiff is strongly cautioned that her failure to comply with this Order could result in sanctions, up to and including, dismissal of Plaintiff's case. See Fed. R. Civ. Pro. 37(b)(2)(A)(i-vii)"*** (Dkt. No. 66.)

5. As of November 30, 2017 Defendants have received nothing from McCurry in response to the Court's order granting Defendants' Motion to Compel.

6. McCurry has also previously been admonished by the Court for her improper filings that do not appear to be authored by her (Dkt No. 39, p. 14.)

7. Despite the previous warning, McCurry has continued to appear to lift filings from cases involving other plaintiffs with claims against Kenco including filing a purported expert report that appears to have been borrowed from plaintiff Mary Madison (*Mary Madison v. Kenco Logistics Services, LLC and Kelvin Walsh,* Case No. 15-cv-2290) and has no apparent relationship to the facts or claims in her lawsuit, given that McCurry was an HR Clerk and did not handle quality engineering and compliance.

8. In consideration of McCurry's failure or refusal to comply with the November 8, 2017 order, her disregard for discovery obligations and refusal to cooperate in discovery, along

with her disregard for prior warnings to independently author documents, Defendants request that the Court enter sanctions against McCurry up to and including dismissal of this litigation.

WHEREFORE, Defendants respectfully requests that this Court grant Defendants' Renewed Motion for Sanctions under Rule 37, and enter an Order dismissing Plaintiff's complaint with prejudice in accordance with Fed. R. Civ. Pro. 37 and granting such further relief as the Court deems just and proper.

DATED:  November 30, 2017

Respectfully submitted,

**KENCO LOGISTICS SERVICES, LLC, MARIO LOPEZ, MIKE MANZELLO, KELVIN WALSH, DAVID JABALEY, TAMMI FOWLER AND LORI VARVEL**

By: /s/ Jody Wilner Moran
      One of their Attorneys

Kathryn Montgomery Moran
Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Telephone:    (312) 787-4949
Facsimile:    (312)787-4995
kathryn.moran@jacksonlewis.com
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

## CERTIFICATE OF SERVICE

I, Jody Wilner Moran, an attorney, hereby certify that on November 30, 2017, I electronically filed a copy of the foregoing **DEFENDANTS' RENEWED MOTION FOR SANCTIONS** with the Clerk of the Court using the CM/ECF system, and caused it to be mailed via U.S. Mail, postage pre-paid, and served upon:

>Edith McCurry
>6239 S. 13110 East Road
>Pembroke Township, IL 60958
>EMcCurry1@gmail.com

>/s/ Jody Wilner Moran_____