IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
URBANA DIVISION

| | | |
|---|---|---|
| Edith McCurry, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-02273-CSB-EIL |
| | ) | |
| v. | ) | Judge Colin Stirling Bruce |
| | ) | Magistrate Judge Eric I. Long |
| | ) | |
| Kenco Logistic Services, LLC, | ) | |
| *a Tennessee Limited Liability Company,* | ) | |
| Mars, Inc., Kelvin Walsh, Mike Manzello, | ) | |
| David Jabaley, Tammi Fowler, Lori Varvel | ) | |
| and Mario Lopez | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO BAR PLAINTIFF FROM SEEKING DAMAGES
BEYOND NOMINAL DAMAGES PURSUANT TO COURT'S MARCH 5, 2018 ORDER**

Defendants, Kenco Logistic Services, LLC, Kelvin Walsh, Mike Manzello, David Jabaley, Tammi Fowler, Lori Varvel and Mario Lopez, by and through counsel bring this Motion to Bar Plaintiff from Seeking Damages Beyond Nominal Damages in accordance with the Court's March 5, 2018 Order, and state the following in support thereof:

1. On March 5, 2018, the Court entered an Order ruling on Defendants' Motion to Compel and requiring that Plaintiff provide a damages computation to Defendants on or before Monday, March 12, 2018.

2. The Order stated "Plaintiff is given until the close of business on March 12, 2018, to produce a complete damages calculation. If Plaintiff fails to do so she will be barred from seeking any damages other than nominal damages." (Dkt. 76).

3. On Wednesday, March 14, 2018, the Court held a status hearing by telephone and counsel for Defendants stated that Defendants had not yet received a damages calculation from Plaintiff.

4. Plaintiff represented to the Court during the March 14 telephonic hearing that the damages calculation had been mailed on or before the March 12, 2018 deadline and was in transit. At no time did Plaintiff request additional time to prepare this damages calculation or present any reason why she was unable to comply with the court ordered deadline of March 12, 2018.

5. On Monday, March 19, 2018, counsel for Defendants first received a damages calculation from Plaintiff which indicated that it was mailed on Friday, March 16, 2018.[1]

6. A copy of the postmark for this mailing dated March 16, 2018 is attached hereto as *Exhibit A*.

7. Putting aside her illogical damages calculation, Plaintiff simply has failed to comply with the Court's March 5, 2018 Order and failed to produce or even mail a damages calculation, to Defendants by March 12, 2018.

8. Furthermore, Plaintiff misrepresented to the Court, and to opposing counsel, that she had complied with the Court's March 5, 2018 Order during the March 14, 2018 status hearing, when in fact, no damages calculation had been mailed or produced to counsel for Defendants at that time.

---

[1] Notably, Plaintiff's damages calculation is unrecoverable because she claims front pay through the year 2030 of nearly $900,000.00, but Plaintiff has no claim that her termination was discriminatory. She lost her employment at the same time as all Kenco employees in Manteno, Illinois when Kenco lost the contract with Mars; accordingly, it cannot be disputed that any wage-related damages would be cut off as of Plaintiff's last day of employment with Kenco.

9. The Court already has ordered that Plaintiff's damages (beyond nominal) are barred if she failed to comply with this deadline, and Defendants are not requesting any new relief from the Court, only that the previously entered Order be enforced.

WHEREFORE, Defendants respectfully requests that this Court enter an Order barring Plaintiff from seeking damages beyond nominal damages based on her non-compliance with the Court's March 5, 2018 order, and/or and granting such further relief as the Court deems just and proper.

DATED: March 21, 2018

Respectfully submitted,

**KENCO LOGISTICS SERVICES, LLC, MARIO LOPEZ, MIKE MANZELLO, KELVIN WALSH, DAVID JABALEY, TAMMI FOWLER AND LORI VARVEL**

By: /s/ Jody Wilner Moran
One of their Attorneys

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Telephone:   (312) 787-4949
Facsimile:   (312) 787-4995
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

**CERTIFICATE OF SERVICE**

I, Jody Wilner Moran, an attorney, hereby certify that on March 21, 2018, I electronically filed a copy of the foregoing **DEFENDANTS' MOTION TO BAR PLAINTIFF FROM SEEKING DAMAGES BEYOND NOMINAL DAMAGES PURSUANT TO THE COURT'S MARCH 5, 2018 ORDER** with the Clerk of the Court using the CM/ECF system, and caused it to be mailed via U.S. Mail, postage pre-paid, and also served via email upon:

>Edith McCurry
>6239 S. 13110 East Road
>Pembroke Township, IL 60958
>EMcCurry1@gmail.com


>/s/ Jody Wilner Moran