IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| EDITH MCCURRY, ) | |
| ) | |
| PLAINTIFF, ) | Case No.:  2:16-CV-02273-CSB-EIL |
| ) | |
| v. ) | |
| ) | |
| KENCO LOGISTIC SERVICES, LLC, ) | |
| et. al., ) | |
| ) | |
| DEFENDANTS. ) | |

**DEFENDANT MARS INCORPORATED'S**
**MOTION TO BAR PLAINTIFF FROM SEEKING DAMAGES BEYOND NOMINAL**
**DAMAGES PURSUANT TO THE COURT'S MARCH 5, 2018 ORDER**

Defendant Mars, Incorporated, by its undersigned counsel, joins the other Defendants in this matter in moving to bar Plaintiff from Seeking Damages Beyond Nominal Damages in accordance with the Court's March 5, 2018 Order and states the following in support:

1.  On March 5, 2018, the Court entered an Order requiring that Plaintiff provide a damages computation on or before Monday, March 12, 2018.

2.  The Order stated "Plaintiff is given until the close of business on March 12, 2018, to produce a complete damages calculation.  If Plaintiff fails to do so she will be barred from seeking any damages other than nominal damages.  (ECF # 76)

3.  A status hearing was held by the Court via telephone conference on March 14, 2018.  During the status hearing, Julia Argentieri, counsel for the other Defendants in this matter, raised that she had yet to receive a damages calculation from Plaintiff in accordance with the Order of March 5, 2018.  Counsel for Mars, Incorporated, Kimberly Overbaugh, confirmed that no such damages calculation had been received by her either.

4. During the status hearing, Plaintiff represented that she had previously mailed the damages calculation to the parties. The Court suggested that the Defendants allow time for mailing advise if the calculation is not received.

5. As of today, Defendant has yet to receive any damages calculation from Plaintiff.

6. Defendant asks this Court to enforce its previously entered Order barring Plaintiff from seeking anything other than nominal damages given her failure to meet the March 12, 2018, deadline.

WHEREFORE, Mars, Incorporated respectfully requests that this Court enter an Order barring Plaintiff from seeking damages beyond nominal damages based on her non-compliance with the Court's Order of March 5, 2018, and/or granting such further relief as the Court deems just and proper.

Respectfully submitted,

Dated: 3/22/2018

/s/ *Kimberly J. Overbaugh*
Kimberly J. Overbaugh, Esq. PA #85610
Thomas R. Davies, Esq. PA #35260
Harry R. Harmon, Esq. PA #25342
HARMON & DAVIES, P.C.
2306 Columbia Ave.
Lancaster, PA 17603
Tel. (717) 291-2236
Fax (717) 291-2236
Attorneys for Defendant,
Mars, Incorporated

**CERTIFICATE OF SERVICE**

        The undersigned, one of the attorneys of record herein in this matter, certify that on March 22, 2018, the aforementioned Defendant Mars, Incorporated's Motion to Bar Plaintiff from Seeking Damages Beyond Nominal Damages Pursuant to the Court's March 5, 2018 Order was filed using the CM/ECF system, and certifies that a copy of same was served to Plaintiff at the below address via first-class regular mail:

    Edith McCurry
    6239 South 13110 East Road
    Pembroke Township, IL  60958

        S/ *Kimberly J Overbaugh*
        Kimberly J. Overbaugh, Esq.
        Harry R. Harmon, Esq.
        Thomas R. Davies, Esq.
        HARMON & DAVIES, P.C.
        2306 Columbia Ave.
        Lancaster, PA 17603
        Tel. (717) 291-2236
        Fax (717) 291-2236
        koverbaugh@h-dlaw.com