# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

December 16, 2019

*Before*

DIANE S. SYKES, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

No. 18-3206

| | |
|---|---|
| EDITH McCURRY,<br>    *Plaintiff-Appellant,*<br><br>    *v.*<br><br>KENCO LOGISTICS SERVICES,<br>LLC, et al.,<br>    *Defendants-Appellees.* | Appeal from the<br>United States District Court for the<br>Central District of Illinois.<br><br>No. 16-CV-2273<br><br>Colin S. Bruce,<br>*Judge*. |

**O R D E R**

    On November 7, 2019, we affirmed the district court's order granting summary judgment for the defendants and explained that Edith McCurry's appeal is frivolous, warranting sanctions under Rule 38 of the Federal Rules of Appellate Procedure. Moreover, McCurry's appellate brief was incoherent and filled with utterly baseless factual assertions, violating several requirements of Rule 28. Accordingly, we ordered McCurry's attorney, Jordon T. Hoffmann, to show cause why sanctions should not be imposed.

    In his response Hoffman explains that he did not have time to write an appellate brief, review the district court's order, or examine the record. As a result he did not recognize that this "was a hopeless case." He confessed that he allowed McCurry to

No. 18-3206 Page 2

submit an appellate brief that she prepared herself, authorizing her to use his name, electronic signature, and CM/ECF electronic-filing credentials. He acknowledged that "these were all grave errors in judgment," apologized to the court, and promised that he "will never allow this occur [sic] again."

Hoffman's acceptance of responsibility is appropriate. Still, judicial resources were needlessly consumed, and the defendants were put to the burden and expense of sorting through and defending against a patently frivolous appeal. Sanctions are therefore warranted. Accordingly, pursuant to Rule 38, we order Hoffmann to pay the defendants a reasonable attorney's fee incurred in the defense of this appeal, plus double costs. The defendants shall submit a statement of their fees and costs by January 3, 2020.