IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Edith McCurry, | |
| Plaintiff, | |
| v. | Case No.: 2:16-cv-02273-CSB-EIL |
| Kenco Logistic Services, LLC, Mars, Incorporated, Kelvin Walsh, Mike Manzello, David Jabaley, Tammi Fowler, Lori Varvel, and Mario Lopez, | Judge Colin Stirling Bruce |
| | Magistrate Judge Eric I. Long |
| Defendants. | |

## DEFENDANT MARS, INCORPORATED'S MOTION FOR CONTEMPT, OR IN THE ALTERNATIVE, FOR AN ORDER TO PLAINTIFF'S COUNSEL TO SHOW WHY HE SHOULD NOT BE HELD IN CONTEMPT

Defendant Mars, Incorporated ("Mars"), by and through its undersigned counsel, respectfully moves this Honorable Court for an order holding in contempt Plaintiff's Counsel Jordan T. Hoffman ("Hoffman") for his failure to comply with the Order of the United States Court of Appeals for the Seventh Circuit issued January 22, 2020 (Doc. 48), incorporated into this Court's record (ECF #137)("Sanctions Order"), ordering Hoffman to pay Defendant-Appellee Mars, Incorporated's attorney's fees in the amount of $41,226.10 and double the amount of the costs taxed by the clerk of court. To date, Defendant Mars has not received any monies from Hoffman, nor has he sought a stay. Therefore, Hoffman has failed to comply with the Sanctions Order and should be held in contempt of court. Alternatively, the Court should issue an order requiring Hoffman to show cause why he should not be held in contempt for his failure to timely comply with the Sanctions Order by paying the stated amounts. Additionally, Defendant Mars respectfully requests that this Court impose civil contempt sanctions against Hoffman as a means of securing his compliance with the Sanctions Order for the benefit of Mars.

Dated: June 30, 2020

Respectfully submitted,

/s/ Kimberly J. Overbaugh
Kimberly J. Overbaugh, Esq., PA #85610
Thomas R. Davies, Esq., PA #35260
Harry R. Harmon, Esq., PA #25342
HARMON & DAVIES, P.C.
2306 Columbia Ave.
Lancaster, PA 17603
Tel. (717) 291-2236
Fax (717) 291-5739
koverbaugh@h-dlaw.com
tdavies@h-dlaw.com
rharmon@h-dlaw.com
Attorneys for Defendant
Mars, Incorporated

## CERTIFICATE OF SERVICE

I, Kimberly J. Overbaugh, an attorney, hereby certify that on June 30, 2020, I electronically filed a copy of the foregoing **DEFENDANT MARS, INCORPORATED'S MOTION FOR CONTEMPT, OR IN THE ALTERNATIVE, FOR AN ORDER TO PLAINTIFF'S COUNSEL TO SHOW WHY HE SHOULD NOT BE HELD IN CONTEMPT** with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing has been served by UPS Overnight mail, and by email, to the following non-ECF participant:

>Edith McCurry
>6239 South 13110 East Road
>Pembroke Township, IL 60958
>EMcCurry1@gmail.com

>/s/ Kimberly J. Overbaugh
>Kimberly J. Overbaugh, Esq., PA #85610
>Thomas R. Davies, Esq., PA #35260
>Harry R. Harmon, Esq., PA #25342
>HARMON & DAVIES, P.C.
>2306 Columbia Ave.
>Lancaster, PA 17603
>Tel. (717) 291-2236
>Fax (717) 291-5739
>koverbaugh@h-dlaw.com
>tdavies@h-dlaw.com
>rharmon@h-dlaw.com
>Attorneys for Defendant
>Mars, Incorporated