# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| EDITH McCURRY,              ) | |
|                             ) | |
|         Plaintiff,          ) | |
|     v.                      ) | Case No. 16-CV-2273 |
|                             ) | |
| KENCO LOGISTICS SERVICES, MARS ) | |
| INC., KELVIN WALSH, MIKE    ) | |
| MANZELLO, DAVID JABALEY, TAMMI ) | |
| FOWLER, LORI VARVEL, and    ) | |
| MARIO LOPEZ,                ) | |
|                             ) | |
|         Defendants.         ) | |

## ORDER

On October 23, 2020, the court entered an Order (#140) ruling on Defendant Mars' Motion for Contempt (#138). The court granted the Motion in part, ordering Mr. Hoffman to pay the amounts specified in the Seventh Circuit's Sanctions Order (#137) by a deadline of November 9, 2020.

Because Mr. Hoffman appeared as counsel only in the Seventh Circuit, it appears that this court's Order (#140) may not have been seen by Mr. Hoffman. Accordingly, the court will extend the November 9, 2020 deadline, and send a copy of the Order (#140) and of this Order to Mr. Hoffman. The court will use the address that Mr. Hoffman provided to the Seventh Circuit, which matches the address on file with the Illinois Attorney Registration & Disciplinary Commission:

> The Law Office of Jordan Hoffman
> 2711 E. New York St., Suite 205
> Aurora, IL 60502-9548

IT IS THEREFORE ORDERED THAT:

(1) Mr. Hoffman shall pay the amounts specified in the Seventh Circuit's Sanctions Order (#137) by a deadline of January 8, 2021. After paying the amounts in full, he shall file an affidavit stating that he has done so. The affidavit shall be filed by the close of business on January 8, 2021. Failure to pay the sanctions in full and to file the affidavit by the January 8, 2021 deadline will result in a contempt finding and associated sanctions.

(2) The clerk shall mail a copy of this Order and a copy of its prior Order (#140) to Mr. Hoffman at the above address.

ENTERED this 11th day of December, 2020.

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE