IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Edith McCurry,<br><br>      Plaintiff,<br><br> v.<br><br>Kenco Logistic Services, LLC, Mars, Incorporated, Kelvin Walsh, Mike Manzello, David Jabaley, Tammi Fowler, Lori Varvel, and Mario Lopez,<br><br>      Defendants. | Case No.: 2:16-cv-02273-CSB-EIL<br><br>Judge Colin Stirling Bruce<br><br>Magistrate Judge Eric I. Long |

## DEFENDANT MARS, INCORPORATED'S SECOND MOTION FOR CONTEMPT AND CIVIL CONTEMPT SANCTIONS

Defendant Mars, Incorporated ("Mars"), by and through its undersigned counsel, respectfully moves this Honorable Court for an order holding in contempt Plaintiff's Counsel Jordan T. Hoffman ("Hoffman") and imposing civil contempt sanctions against him for failing to comply with this Court's Order issued December 11, 2020 (ECF #141). Pursuant to this Court's Order, Hoffman was commanded to pay the sanction amounts specified in the United States Court of Appeals for the Seventh Circuit's Order issued January 22, 2020 (18-3206, Doc. 48), incorporated into this Court's record at ECF #137 ("Sanctions Order") and to file an affidavit stating that he had paid the sanctions in full, both by the close of business on January 8, 2021. (ECF #141) Pursuant to the Sanctions Order, Hoffman was ordered to pay Defendant-Appellee Mars, Incorporated's attorney's fees in the amount of $41,226.10 and double the amount of the costs taxed by the clerk of court. (ECF #137) Hoffman did not pay the sanction amounts nor file an affidavit with the Court by January 8, 2021, and over three (3) months later, still has not. Therefore, Hoffman has failed to comply with this Court's Order and should be held in contempt

of court and have civil contempt sanctions imposed against him as a means of securing his compliance.

Dated: April 19, 2021                    Respectfully submitted,

      /s/ Kimberly J. Overbaugh
Kimberly J. Overbaugh, Esq., PA #85610
Thomas R. Davies, Esq., PA #35260
Harry R. Harmon, Esq., PA #25342
HARMON & DAVIES, P.C.
2306 Columbia Ave.
Lancaster, PA 17603
Tel. (717) 291-2236
Fax (717) 291-5739
koverbaugh@h-dlaw.com
tdavies@h-dlaw.com
rharmon@h-dlaw.com
Attorneys for Defendant
Mars, Incorporated

## CERTIFICATE OF SERVICE

I, Kimberly J. Overbaugh, an attorney, hereby certify that on April 19, 2021, I electronically filed a copy of the foregoing **DEFENDANT MARS, INCORPORATED'S SECOND MOTION FOR CONTEMPT AND CIVIL CONTEMPT SANCTIONS** with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing has been served by UPS Overnight mail and by email to the following non-ECF participants:

>Edith McCurry
>6239 South 13110 East Road
>Pembroke Township, IL 60958
>EMcCurry1@gmail.com

>Jordan T. Hoffman, Esq.
>2711 East New York St., Suite 205
>Aurora, IL 60502
>jthoffmanlaw@gmail.com

>/s/ Kimberly J. Overbaugh
>Kimberly J. Overbaugh, Esq., PA #85610
>Thomas R. Davies, Esq., PA #35260
>Harry R. Harmon, Esq., PA #25342
>HARMON & DAVIES, P.C.
>2306 Columbia Ave.
>Lancaster, PA 17603
>Tel. (717) 291-2236
>Fax (717) 291-5739
>koverbaugh@h-dlaw.com
>tdavies@h-dlaw.com
>rharmon@h-dlaw.com
>Attorneys for Defendant
>Mars, Incorporated