E-FILED
Monday, 19 April, 2021  11:30:13 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Edith McCurry, | |
| Plaintiff | |
| v. | Case No. 19-CV-04067 |
| Mars, Kenco Logistics Services, LLC, The Hartford Financial Services Group, Inc., The Reed Group and Dr. Koehler | Judge Sharon Johnson Coleman<br>Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

### JOINT STATUS REPORT

Defendant, Kenco Logistic Services, LLC, submits the following Agreed Joint Status Report, pursuant to the Court's order (Dkt. No. 102):

1.  **Description of Claims and Relief Sought:**  Plaintiff alleges that Defendant Kenco discriminated against her by reducing or denying her long-term disability benefits.  Plaintiff brings claims under 42 U.S.C. § 1981, Title VII, and ERISA.[1]   Defendant Kenco's defense is that it played no role in the decision-making surrounding McCurry's long-term disability benefits and as reflected in all documents attached to McCurry's complaint (Dkt. No. 1), McCurry's long-term disability benefits were available through the Hartford, who exclusively made all such determinations.

2.  **Referral Cases:**  This matter was referred to Magistrate Judge Fuentes for discovery supervision and settlement. (Dkt. No. 101).

---

[1]     Plaintiff's complaint previously included additional claims against Kenco and other defendants which were dismissed. (Dkt. No. 96).

3.    **Discovery Schedule:**

a.    **Initial Disclosures.** Both parties have exchanged initial Rule 26(a)(1) disclosures.

b.    **Written Discovery.** Plaintiff served Requests for Admission, Interrogatories and Requests for Production on Defendant Kenco.  Kenco provided written responses to all discovery.  Plaintiff additionally sent Kenco a follow-up letter regarding the Requests for Admission responses, and Kenco provided a follow-up response letter.

Defendant served interrogatories and Requests for Production on Plaintiff Edith McCurry. Ms. McCurry represented that she is currently recovering from COVID-19 and has therefore been unable to timely respond to written discovery but intends to provide discovery response, and responsive documents, on or before February 12, 2021.

Kenco also served a subpoena for non-privileged documents related to McCurry's disability benefits claim on McCurry's former attorney, Jordan Hoffman.  Mr. Hoffman responded that he is not in possession of any responsive documents.

Plaintiff served subpoenas for documents on the Hartford and the Reed Group.  Plaintiff has not yet received responses to these subpoenas.

c.    **Discovery Closure.** Fact discovery is currently scheduled to close on March 9, 2021. (Dkt. No. 100).

d.    **Expert Discovery.**  Defendant does not anticipate that expert discovery will be necessary or relevant to this litigation.

2

4.    **ESI.** Defendant does not anticipate that any ESI protocols will be necessary in this case. Kenco asserts that the documents attached to McCurry's complaint (Dkt. No. 1) already prove that her complaint against Kenco fails as a matter of law because Kenco played no role in the decisions surrounding McCurry's disability benefits.

5.    **Settlement.** The Parties are not currently engaged in settlement discussions. Kenco does not wish to engage in settlement discussions because it played no role whatsoever in the decisions surrounding McCurry's long-term disability benefits and is not the correct entity to seek relief from for the alleged injuries that McCurry claims to have suffered. Additionally, Kenco has defended numerous overlapping lawsuits and administrative claims filed by Plaintiff, including one which resulted in the Seventh Circuit sanctioning Plaintiff's attorney for a "patently frivolous" appeal in *McCurry v. Kenco Logistics Servs., LLC*, 942 F.3d 783 (7th Cir. 2019).

DATED: February 16, 2021                    Respectfully submitted,

                                            **KENCO LOGISTIC SERVICES, LLC**

                                            By: /s/Jody Wilner Moran
                                                    One of its Attorneys

Jody Wilner Moran
Julia Pearce Argentieri
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Telephone:    (312) 787-4949
Facsimile:    (312)787-4995
Jody.Moran@jacksonlewis.com
Julia.Argentieri@jacksonlewis.com

3

## CERTIFICATE OF SERVICE

I, Jody Wilner Moran, an attorney, hereby certify that on February 16, 2021, I electronically

filed a copy of the foregoing **JOINT STATUS REPORT** with the Clerk of Court using the

CM/ECF system, which will send a notice of electronic filing, and a copy was also mailed to:

> Edith McCurry (pro se)
> 6239 South 13110 East Road
> Pembroke Township, IL 60958
> Emccurry1@gmail.com

By: /s/ *Jody Wilner Moran*

One of the Attorneys for the Defendant

4