IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| Edith McCurry, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-02273-CSB-EIL |
| | ) | |
| | ) | |
| v. | ) | Judge Colin Stirling Bruce |
| | ) | |
| Kenco Logistics Services, LLC, Mars, Incorporated, et al. | ) | Magistrate Judge Eric L. Long |
| | ) | |
| Defendants. | ) | |

MOTION FOR STAY

NOW COMES Jordan T. Hoffman and he respectfully requests that the payment of the attorney's fees ordered by the United States Court of Appeals for the 7th Circuit as sanctions against him in favor of Mars, Incorporated in the amount of $41,226.10 and Kenco, LLC in the amount of $30,764.00 as made a part of this Court's record at ECF #137 be stayed. Hoffman, first learned of the motions for contempt after receiving an email from a legal assistant for counsel from Mars with the transmission of the second such motion on April 19, 2021. Hoffman was also unaware of the previous orders issued by the Court requiring him to pay the attorneys' fees in full on October 23, 2020 and giving him a deadline of November 9, 2020 to pay the amounts in full and file an affidavit stating so. Hoffman was also unaware of the Courts December 11, 2020 order with the extended deadline of January 8, 2021.

Hoffman, only saw the previous contempt motion and the orders after going on the ECF site just prior to beginning to prepare this motion. Hoffman had been homebound since December 24, 2020 after suffering a concussion and January 20, 2020 after having suffered a cardiac event. Hoffman had been under doctor's care and undergoing physical therapy and speech therapy for the bulk of 2020 and was advised to self-quarantine because of the Covid-19 pandemic. As a consequence, Hoffman had his

mail brought to him and only received the second motion for contempt the week of April 19th and never received the previous contempt motion and orders from the court.

    Hoffman's request for the stay is due to his not having any assets to liquidate or to mortgage and having been adversly affected economically from his injuries and the pandemic which have caused a financial hardship.

Dated: May 3, 2021                Respectfully submitted,


                            /s/Jordan T. Hoffman

                            Jordan T. Hoffman    IL #6195896
                            2711 E. New York St.
                            Suite 205
                            Aurora, IL 60502
                            (773) 490-8940
                            jthoffmanlaw@gmail.com

CERTIFICATE OF SERVICE

I Jordan T. Hoffman, an Attorney, not admitted in the Central District of Illinois placed a copy of the foregoing Motion for Stay in the U.S. Mail to the Clerk of the Court on May 3, 2021. I further certify that the foregoing has been served by electronic mail to the following non-ECF participant:, Edith McCurry, 6239 S. 13110 East Road, Pembrook Township, IL 60958; EMcCurry1@gmail.com

Electronic service was made via email to:

Kimberly J. Overbaugh, Esq.; koverbaugh@h-dlaw.com,

Thomas R. Davies, Esq.; tdavies@h-dlaw.com

Harry R. Harmon, Esq.; rharmon@h-dlaw.com

Julia Argentieri, Esq.; Jackson & Lewis, PC; Julia.Argentieri@jacksonlewis.com

Jody Moran, Esq.: Jackson & Lewis, PC; Jody.Moran@jacksonlewis.com