

**D.H. MEDICAL GROUP, S.C.**
Voice 773/874-8200 • Fax 773/874-3819

Chatham Avalon Medical Building, 110 East 79th Street, Chicago, Illinois 60619

April 30, 2021

RE: Mr. JORDAN HOFFMAN,

Dear Sir or Madam:

This information is in reference to my patient Mr. Jordan Hoffman

Mr. Hoffman has had several serious incidents over a period of five years since he has been a patient of mine. The first time I treated Mr. Hoffman, he had a concussion after being in an altercation with his ex-wife and her son. He sustained head and eye trauma requiring surgery on his eye. Recovery from this incidence has been very slow.

The second concussion happened In January, 2020. The patient fell and hit his head and was treated in the Emergency Department Since he did not lose conscious he was discharged with pain medication which is typical under the circumstances. However; he continues to have difficulty post trauma He has headaches, at times he is forgetful, suffers confusion and has an unsteady gait when he walks. During the pandemic he has remained home under my advice to try and recover and stay safe. He is currently unable to work.

Respectfully submitted,

*Rochelle G Hawkins, MD*
Rochelle Hawkins, MD
Attending Physician