## DECLARATION IN SUPPORT OF MOTION FOR STAY

I, Jordan T. Hoffman, hereby make the following declaration that:

I suffered a traumatic brain and eye injury in October of 2014 which required surgery and to which I have not fully recovered.

I exacerbated the original injury in April, 2019 and again in December, 2019, the injury was further exacerbated. In addition, I suffered a cardiac event and had to be hospitalized during the week of January 20, 2020.

Since that time I have been under physical, occupational and speech therapy since. Additionally, I have been restricted from driving, as well as, being ordered homebound due to the Covid-19 pandemic and my underlying conditions including asthma.

As a result of the injuries and the pandemic, I have been adversely affected economically.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2021.

/s/ Jordan T. Hoffman